Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Claims Processor 10-21-15 09:21 AM ET PAZ0003/PAZ0003**
**Authored By: PATRICIA ZEIGER**
IMMEDIATE CONCERNS:  IV ATTEMPTING TO MAKE LF TURN LOST CONTROL AND SPUN
OUT
CROSS OVER MEDIAN HIT CVNI SPOUSE IS CONCERNED ABOUT TOWING AND FEE AT TOW
YARD SHE WOULD LIKE TO TALK CR ABOUT

**Claims Processor 10-21-15 09:28 AM ET CARS/CARS**
PAZ0003 XFERRED TO CARS RECOMMENDED ORG 33730 AT 09:28:36 AM ET. ZIPCODE
34984
ENTERED FOR INSURED VEHICLE.

**Claims Processor 10-21-15 09:28 AM ET CARS/CARS**
CLRU CLAIM NOT QUALIFIED FOR CCU HANDLING:VEHICLE COUNT NOT
QUALIFIED|VEHICLE
MAY BE A TOTAL LOSS

**Claims Processor 10-21-15 09:28 AM ET CARS/CARS**
CALL ROUTING REFERENCE #: 46067/151503

**Claims Processor 10-21-15 09:28 AM ET CARS/CARS**
-->REPT BY: JAMIE WOOD INSURED OTHER (772) 240-6198 CELLULAR.
-->FOL: ACCIDENT | INTERSECTION | IV MADE LEFT TURN AND COLLIDED WITH CV
-->VEH INFO: 95 FORD MUSTANG
-            VEHICLE TYPE: PASSENGER AUTO.
-            VEHICLE DRIVEABLE: NO.
-->VEH INFO: 01 TOYOTA UNK SUV
-            VEHICLE TYPE: PASSENGER AUTO.
-            VEHICLE DRIVEABLE: YES.
-->INJ INFO: NONE REPORTED.

**Claims Processor 10-21-15 09:29 AM ET CARS/CARS**
CALLER EXPECTATIONS: AS SOON AS POSSIBLE
        CONTACT INFO: JAMIE WOOD : (772) 882-5040 - CELLULAR

**File Intervention 10-21-15 09:33 AM ET A095616/SYSTEM**
**Authored By: LAUREN M COOK**
ASSIGNED CLAIM TO A091159

**Rental 10-21-15 09:45 AM ET A093874/A093874**
**Authored By: DIAMOND ELLIOT**
IBC NO'S WIFE, JAMIE. S/U RNTL. SAME ADV SHE WANTS TO KEEP IV SINCE
PROBABLY
TOTALED.
==========
TICKET NUMBER:
RESERVATION NUMBER: 736209
(419K)  (772) 337-8481
ENTERPRISE RENT-A-CAR
2816 SW PORT ST LUCIE BLVD
PORT SAINT LUCIE, FL    34953-2883

**Contact Information 10-21-15 12:00 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
IBC CC

1

WOOD 001

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

CC WANTED TO KNOW LIAB STATUS? ADVISED LIAB PENDING,
-INFORMED CLAIM WAS JUST REPORTED TO PROG AND WE HAVE NOT S/W BOTH PARTIES
INVOLVED IN LOSS

**Contact Information 10-21-15 01:16 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC ID: S/W JAMIE
-INTRODUCED MYSELF AS THE H/A
-SAME STATED HER DAUGTHER  WAS THE DRIVER AND SHE IS IN SCHOOL BUT WILL BE
AVAIL AFTER 5PM
-ADVISED I WILL F/U W/ ID FOR R/S
-ID OK FROM LOSS, NO INJURIES
- SAME WILL GO TO TOW YARD TO RELEASE VEH IN ORDER TO HAVE IV MOVED
-SAME WANTS TO KEEP VEH EVEN IF IT WILL BE A T/L
-SAME WANTS TO REPAIR IV
-ADVISED ONCE RELEASED I WILL F/U W/ SOC
-SAME CONFIMED NO OVERLAPPING COVG
DAMS TO CV FT FENDER, MIRROR AND DOOR TO IV FT END- RADIATOR

**Coverage 10-21-15 01:18 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
Resolved Coverage Issue Note:
* ANOTHER LOSS EXISTS FOR THIS POLICY
REVD OTHER LOSS FOR POLICY
NO RED FLAGS

**Contact Information 10-21-15 01:21 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC COD: CALLED TWICE
NO ANSWER, L/VM W/ CLAIM AND CTC INFO
REQ C/B TO DISCUSS LOSS

**Contact Information 10-21-15 07:03 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
IBC NO:
REQ C/B TO DISCUSS LOSS

**Contact Information 10-21-15 07:20 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC NO:
-INTRODUCED MYSELF AS THE H/A
-SAME STATED HE GOT LIMIT INFO FROM HIS WIFE
-SAME STATED HE WANTED TO KNOW MORE ABOUT KEEPING IV IF T/L
- ADVISED HE HAS THE OPTION OF KEEPING VEH IF T/L , PROG WOULD TAKE
SALVAGE
BID OF SETTLEMENT AMOUNT
- ASKED IF HE HAD A SHOP IN MIND TO REPAIR VEH? SAME STATED NO BUT HE WILL
CALL HIS MECH AND FIND OUT IF HE DOES THAT TYPE OF WORK
-SAME STATED HE KNOWS ITS LATE, I CAN CALL AND DISCUSS FOL W/ ID TOMORROW
-SMAE WILL HAVE INFO FOR SOC BY THEN
-ADVISED I WILL C/B TOMORROW TO MOVE IV AND DISCUSS LOSS W/ ID

**Coverage 10-22-15 05:23 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
Resolved Coverage Issue Note:

2

WOOD 002

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
POLICY DATA AFFECTING AN OPEN CLAIM HAS CHANGED
REVD POLICY CHANGE
CHANGE DOES NOT AFFECT OPEN CLAIM
```

**Contact Information 10-22-15 06:42 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC ID:
NO ANSWER, NOT ABLE TO L/VM
VM STATED ID HAS TRAVELED OUTSIDE OF COVG AREA
```

**Liability 10-23-15 12:30 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
WHAT I DID: INTERVIEWED ID VIA NICE
2 LEFT TURN - 3 STRAIGHT LNS
WETS WERE WET
45 MPH
*************************************************************************
***
HEADING NB CROSSTOWN PKWY IN THE RT LEFT TURN LN, SAME STATED HE WAS
STOPPED
AT TRAFFIC LIGHT THEN WHEN LIGHT TURN GREEN, SHE PROCEEDED TO GO. ID
STATED
SHE WAS NOT TRAVELING MORE THAN 10 MPH. SAME STATED CV WAS COMP STOPPED
S/B ON
CALIFORNIA. IV LOST CONTROL  IN THE MIDDLE OF LEFT TURN  AND IV
HYDROPLANED,
SPUN AROUND TWICE THEN  WENT OVER MEDIAN AND STRUCK CV THAT WAS STOPPED ON
CALIFORNIA S/B IN THE LEFT TURNING LN. NO PASS IN EITHER VEH. IV ENTIRE
PASS
SIDE TO CV REAR DRIVERS SIDE AND MIRROR DAM.  NO CITATIONS ISSUED. ID
THINKS
PO WITNESSED THE AX.
WHAT CHANGED: ID FAILED TO CONTROL IV
WHAT I NEED TO DO: FINAL LIAB AND F/U W/ COD
```

**Customer Care 10-23-15 12:31 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
ID
_   EXPLAIN 14-DAY TREATMENT REQUIREMENT
_   ADVISE THERE IS NO COVERAGE FOR MASSAGE THERAPISTS & ACUPUNCTURISTS
    **********
_
_   PRIOR CLAIMS EXPERIENCE: NO
_   PREFERRED METHOD OF CONTACT: PHONE
_   CUSTOMER LOYALTY:PLATINUM
_   DO YOU HAVE ANY OTHER INSURANCE THAT MAY APPLY TO THIS LOSS? NO
_   WHAT WHERE YOU DOING/WHERE WERE YOU GOING AT THE TIME OF LOSS (ANY
OMNIBUS
INSURED)? HEADING TO SCHOOL FROM DROPPING MOTHER OFF IN TRADITION
**********
_   REPAIR FOLLOW UP EXPECTATION: I WILL F/U ONCE VEH INSPECTED W/ PARENTS
**********
_   USER STORY: NOD GOES TO INDIAN RIVER STATE COLLEGE
```

**Coverage 10-23-15 12:32 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**

3

WOOD 003

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
PAP COVERAGE OUTLINE:
1. HAVE WE CONFIRMED ALL POTENTIAL INSUREDS?
ADD NOT COMPLETED.  NI IS OWNER OF THE IV.
NOD WAS THE OPERATOR OF THE IV AT THE TIME OF THE LOSS.
AND WAS NOT IN THE COURSE AND SCOPE OF EMPLOYMENT, NOR OPERATING ON BEHALF
OF
ANY OTHER PARTY AT THE TIME OF LOSS
2. ARE THERE ANY OTHER INSURANCE POLICIES WHICH MAY PROVIDE COVERAGE?
NI CONFIRMS NO NO EXCESS/UMBRELLA POLICIES IN FORCE
3. PARTIES TO BE RELEASED AND WHY?
NI, KAYLEE WOOD  , AS THE OWNER AND AS THE OPERATOR OF IV
```

**Coverage 10-23-15 12:33 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
Resolved Coverage Issue Note:
LOSS OCCURRED WITHIN 10 DAYS OF COVERAGE CHANGE
REVD COVG CHANGE
CHANGE DOESNOT AFFECT OPEN CLAIM
```

**Contact Information 10-23-15 12:35 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC NO: CALLED TWICE
NO ANSWER, L/VM W/ CLAIM AND CTC INFO
REQ C/B TO DISCUSS SOC INFO
```

**Contact Information 10-23-15 03:44 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC MY TOWING :
IV NOT RELEASED YET
```

**Contact Information 10-23-15 03:46 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
HIMRS. WOOD
PLEASE GIVE ME A CALL AS SOON AS POSSIBLE IN ORDER TO GET THE VEHICLE
MOVED. I
CALLED THE TOW YARD AND YOUR VEHICLE HAS NOT BEEN RELEASED YET.
CLAIM NUMBER: 15-5150301
MY DIRECT PHONE NUMBER: 772-224-3844
OFFICE FAX NUMBER: 772-878-2267
OFFICE ADDRESS: 1860 FOUNTAINVIEW BLVD SUITE 300 PORT ST. LUCIE, FL 34986
MY HOURS: MONDAY- FRIDAY  9:00AM- 6:00PM
SINCERELY,
NICOLE KNOWLES
CLAIMS REPRESENTATIVE
ON BEHALF OF PROGRESSIVE SELECT INSURANCE CO
TO HELP ENSURE ACCURATE AND COMPLETE RECORDS, WE_LL KEEP COPIES OF ALL
CORRESPONDENCE_INCLUDING THIS EMAIL_IN THE FILE FOR YOUR CLAIM. IF YOU
SEND US
AN EMAIL, WE MAY REPLY BY EITHER EMAIL OR PHONE
```

**Contact Information 10-23-15 04:43 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
HI MISS KNOWLES,
I WENT BY MY TOWING AND THEY SAID THAT EVERYTHING WAS SIGNED AND READY TO
GO
```

4

WOOD 004

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

FOR YOU TO PICK UP THE MUSTANG. I DID SIGN THE RELEASED SHORTLY AFTER THE
ACCIDENT. THEY HAD A RELEASE THE WHOLE TIME. SHE LOOKED UP THE WRONG CAR
WHEN
SHE TOLD YOU THAT THERE WAS NOT A RELEASE FOR IT. YOU SHOULDN'T HAVE ANY
OTHER
PROBLEMS WHEN YOU PICK UP THE MUSTANG. IF YOU DO PLEASE LET ME KNOW AND
I'LL
BE GLAD TO HELP ANYWAY I CAN. THANK YOU.
JAMIE WOOD
SENT FROM MY IPHONE

**Contact Information 10-23-15 04:44 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC MY TOWING:
TOTAL 223.00
STORAGE 2 DAYS  28
TOWING 117
MILE 9
ADMIN 41.00

**Contact Information 10-23-15 04:47 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC RELIABLE TOWING S/W KEVIN
S/U P/U FROM MY TOW AND DROP AT SOC: ECONO

**Liability 10-23-15 04:49 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
FINAL LIAB COMP:
FOL: IV LOST CONTROL AND STRUCK CV THAT WAS COMP STOPPED AT TRAFFIC LIGHT
-INSD DUTIES BREACHED: FAILED TO MAINTAIN PROPER CONTROL OF IV

**Liability 10-23-15 04:50 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
LIABILITY DECISION COMPLETE.
100% WOOD, KAYLEE (I D)

**Managed Repair 10-23-15 04:51 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
IV DMGS : RT FT FENDER AND DOOR
-UPD: MINOR SCRAPES
-COVERAGE/LIABILITY/LIMITS OTHER LOSS FOR VIN- LIAB IN ORDER
-RENTAL :NONE
-OTHER/CUSTOMER CONCERNS: CUSTOMER AWARE VEH WILL T/L BUT WANTS TO REPAIR

**Contact Information 10-23-15 04:54 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC COD: CALLED TWICE
NO ANSWER, L/VM W/ CLAIM AND CTC INFO
REQ C/B TO DISCUSS LOSS

**Contact Information 10-23-15 04:57 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC CC: S/W H/A
NO INJURIES REPORTED
COD WANTS TO GO THRU PROG TO HANDLE THE DAMS TO CV

5

WOOD 005

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

-ADVISED I HAVE TRIED TO REACH COD, PLS HAVE COD GIVE PROG A CALL

**Contact Information 10-27-15 02:36 PM ET A102734/A102734**
**Authored By: GISCARD TITUS**
IBC FROM ENTERPRISE TO EXTEND RENTAL. NO ECD IN PD, ADVISE I WOULD CONTACT
HA
TO TAKE CARE OF

**Damages 10-27-15 03:59 PM ET A079908/A079908**
**Authored By: CHRISTOPHER M MCMANUS**
****COMPLETED IV09 AT SIDE OF IV****
COMPLETED PARTS SEARCH AND ALLOWED FOR ALT PARTS WHERE AVAIL AND C/E.  O/H
FRT
COVER, 3HR RPR AND FULL REFINISH.  RPLCD BROKEN LFT/RT SIGNAL MARKER, AND
RT
H/L.  ALLOWED 4 HR RPR TO RT FENDER WHERE SAME IS ROLLED INWARD.  RPLCD
RT/LFT
FRAME ENDS AS BOTH BENT TO LFT - HEAVY SWAY TO FRT OF IV.  ALLOWED USED RT
FRT
DOOR RPLCMNT DUE TO EXCESSIVE DMGS.  ALLOWED 1.5 RPR TO RT QT PANEL, FULL
REFINISH AS SAME NEEDED BLND DUE TO DOOR RPLCMNT.  ALLOWED .5 LFT FENDER
RPR
AND PARTIAL REFINISH AND 1.5 RPR TO LFT FRT DOOR WHERE SAME IS RUBBING AND
BUCKING AGAINST LFT FENDER.
-
IV IS A T/L - COMPLETED BREAKEVEN SCREEN AND SETTLEMENT SCREEN
-
RAN ADD123 - SAME SHOWS LEIN HOLDER FOR IV
-
CONFIRMED OPTIONS AND COMPLETED EVAL
-
DY TO H/A AS IV T/L WITHIN MRR AUTH

**Salvage 10-27-15 04:00 PM ET A079908/A079908**
**Authored By: CHRISTOPHER M MCMANUS**
SALVAGE OUTLINE
_   VEH (IV/CV, YEAR, MAKE, MODEL):IV, 95 FORD MUSTANG
_   VEH LOCATION: ECONO AUTO PAINTING - 3804-OLEANDER AVE, FORT PIERCE, FL.
34982
_   CONTACT NAME & PH#: RAY 772-465-9444
_   BEST TIME TO PICK-UP: MON-FRI 8AM-5PM
_   VEH RELEASED: NOT A/T/T
_   DISPOSITION OF KEYS: NI HAS KEYS - NOT AT SHOP******
_   CHARGES TO DATE(FULL BREAKDOWN): $15 DAILY STORAGE RATE SINCE MONDAY
10/26
_   GOOD THROUGH & PER DAY AFTER THAT: TOTAL THROUGH TODAY $30, $15 EACH
ADDITIONAL DAY

**Coverage 10-27-15 04:03 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
FLORIDA VEHICLE RECORD
RETRIEVED ON: TUE OCTOBER 27, 2015 04:02:18 PM EDT
REGISTRATION DATA
VEHICLE DATA
TITLE DATA

6

WOOD 006

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
TAG: BBYGIRL
ISSUE DATE: 08/10/2015
EXP. DATE: 07/22/2016
REG/POST DATE: 07/06/2015
DECAL NO: 11185497
REG. USE: PRIVATE
REG. STATUS: ACTIVE
DECAL TYPE: MOTOR VEHICLE
INITIAL REG FEE: PAID
INVENTORY CODE: CHP (INVEST IN CHILDREN)
VIN: 1FALP4041SF247438
YEAR: 1995
MAKE: FORD
MODEL: MUSTANG*
TRIM: BASE*
BODY: 2 DOOR
CLASS CODE: 1 (PASSENGER VEHICLE)
WEIGHT: 3227
COLOR: WHITE
VEHICLE TYPE: AUTO
TITLE: 0069263365
ISSUE DATE: 07/06/2015
USE: PRIVATE
ODO STATUS: EXEMPT
REC. SALES PRICE: $2,250.00
SALES DATE: 07/06/2015
PREV. STATE: FL
PREV. ISSUE DATE: 11/10/2014
NO. OF LIENS: 1
TITLE PENDING: FALSE
ADDITIONAL RECORD DATA
LAST TITLE TRANSACTION TYPE: TRANSFER
** THIS VEHICLE HAS AN ELECTRONIC TITLE **
VEHICLE INTERESTS
 OWNER 1
BRYAN GRANT WOOD
DL1 #: W300067742620
SEX: M
DOB: 07/22/1974
3974 SW KABANE ST
PORT SAINT LUCIE, FL 34953
JOINT OWNERSHIP: OR
 OWNER 2
JAMIE DESHANE WOOD
DL1 #: W300424768680
SEX: F
DOB: 10/08/1976
3974 SW KABANE ST
PORT ST. LUCIE, FL 34953-3667
 REGISTRANT 1
BRYAN GRANT WOOD
DL1 #: W300067742620
SEX: M
DOB: 07/22/1974
 3974 SW KABANE ST
```

7

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
PORT SAINT LUCIE, FL 34953
 REGISTRANT 2
JAMIE DESHANE WOOD
DL1 #: W300424768680
SEX: F
DOB: 10/08/1976
 3974 SW KABANE ST
PORT ST. LUCIE, FL 34953-3667
 LIENHOLDER 1
NAVY FEDERAL CREDIT UNION
LIEN DATE: 06/29/2015
CUSTOMER #: 205930786
** ELECTRONIC LIEN **
 PO BOX 25109
LEHIGH VALLEY, PA 18002
 (DPPA 6) INSURANCE UNDERWRITING, RATING, CLAIMS AND ANTIFRAUD.
```

**Damages 10-27-15 04:05 PM ET A079908/A079908**
**Authored By: CHRISTOPHER M MCMANUS**
IV T/L SETTLEMENT - ACV $2753.97 + TAXES $168.08 = $2753.97 - $500 DED
--- TOTAL SETTLMENT $2253.97

**Contact Information 10-27-15 05:22 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC NO: CALLED HOME NUBER TWICE
NO ANSWER, L/VM

**Contact Information 10-27-15 05:24 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC NO: CELL NUMBER
NO ANSWER, NOT ABLE TO L/VM

**File Review 10-28-15 08:53 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
REVD DEC PAGE
- VEH HAS A STATED AMOUNT OF 2K

**Contact Information 10-28-15 09:05 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC IV LIEN HOLDER : S/W GLORIA DIEHL
-ASKED FOR 10 DAY PAYOUT AMOUNT? P/O GOOD UNTIL 3210.54 11/6/15
-ASKED IF CUSTOMER HAD THE OPTION OF KEEPING VEH FOR A REBUILTABLE TTL?
SAME
STATED L/H WILL NOT ACCEPT REBUILABLE TTL
-REQ GOT, GAVE SAME CLAIM INFO
-INFORMED I WILL ADVISE CUSTOMER, THEY DO NOT HAVE OPTION OF KEEPING VEH
-ATTN DRAFT TO ACCOUNT NUMBER: 43001501895399
-CUSTOMER RESPONSIBLE FOR 1080.64
-INFORMED CUSTOMER HAS A STATED AMOUNT POLICY
-PROG WOULD PAY 2K PLUS TAXES
-TAXES IN AREA 6.5%
-TAXES PLUS STATED AMOUNT 2130.00

**Coverage 10-28-15 09:06 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**

8

WOOD 008

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
RESOLVED COVERAGE ISSUE NOTE:
STATED AMOUNT POLICY
ACK STATED AMOUNT 2K
```

**Coverage 10-28-15 09:08 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
RESOLVED COVERAGE ISSUE NOTE:
ANOTHER LOSS EXISTS FOR VIN # 1FALP4041SF247438
OVERLAPPING DAMS R/O AT INSPECT
```

**File Review 10-28-15 09:09 AM ET SLL0017/SLL0017**
**Authored By: STEPHANIE L LANGEL**
```
REV TL AND DED W/ HA
THE ACV IS HIGHER THAN THE STATED AMOUNT SO DED WILL NOT BE
 APPLIED PER CORP LEGAL - PART IV – LIMIT OF LIAB 1D
PAYOUT WILL BE STATED AMOUNT + TAXES
```

**Contact Information 10-28-15 09:16 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC COD: CALLED TWICE
NO ANSWER, L/VM W/ CLAIM AND CTC INFO
REQ C/B TO DISCUSS LOSS
```

**Contact Information 10-28-15 09:22 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC CC: S/W H/A
CC STATED COD WANTS TO GO THRU PROG FOR DAMS
=ADVISED I HAVE TRIED TO REACH BUT NO RESPONSE
-CC STATED THEY WILL GIVE HIM A CALL TO GIVE PROG A CALL
```

**Contact Information 10-28-15 09:23 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC NO: CELL NUMBER
NO ANSWER, NOT ABLE TO L/VM
```

**Contact Information 10-28-15 09:25 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC NO: HOME NUMBER
NO ANSWER, L/VM W/ CLAIM AND CTC INFO
```

**Contact Information 10-28-15 09:45 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC JAMIE WOOD:
PRESENTED T/L SETTLEMENT, ADVISED L/H WILL NOT ACCEPT REBUILABLE TTL
-SAME WILL COME INTO PSL OFFICE TODAY OR TOMORROW TO SIGN OFF ON DOCS
AFTER
WORK
-INFORMED I NEEDED FOR HER TO RELEASE IV AND REMOVE ITEMS FROM VEH
-SAME STATED SHE IS RT AROUND THE CORNER AND SHE WILL STOP AND REMOVE
ITEMS
AND TAG
- INFORMED I WILL HAVE DOCS IN PSL OFFICE, PLS BRING D/L
-LAST DAY OF RENTAL SET FOR FRIDAY
```

**Contact Information 10-29-15 03:04 PM ET A091159/A091159**

9

WOOD 009

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Authored By: NICOLE KNOWLES**
IBC MRS. WOOD
IV RELEASED AND READY FOR P/U

**Salvage 10-29-15 03:04 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC ECONO AUTO PAINTING : S/W RAY
TOTAL FEES: 5 DAYS @ 15 DOLLARD A DAY= 75 GOOD UNTIL 11/2/15
LOC: ECONO
ADDRESS: 3804 OLEANDER AVE, FORT PIERCE, FL 34982
PHONE: (772) 465-9444

**Salvage 10-29-15 04:27 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
SALVAGE DOCUMENTS - ANCHOR DATE  10/29/15
DATE CUSTOMER SIGNS:  10/29/15
DATE DOCUMENTS MAILED TO NSU: 10/29/15
WHICH DOCUMENTS WERE SENT: 2 POA'S, TTL RESIGNEMENT AND COPY OF D/L
FEDEX ROUTING NUMBER: 774854476270
PICKUP LOCATION (REMOTE OR BRANCH): PSL OFFICE
VEHICLE- 95 FORD MUSTANG
DID CUSTOMER DROP OFF KEYS? NO

**Salvage 10-30-15 11:38 AM ET GXR0047/GXR0047**
**Authored By: GAMALIER RIVERA**
DISP/IAA MIAMI NORTH FL/FOR/IV/STOCK NO.16213600

**Contact Information 10-30-15 01:55 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC COD:
COD STATED NOW WAS NOT A GOOD TIME BC HE WAS IN THE MIDDLE OF FEEDING HIS
CHILD
-ASKED TO C/B

**Salvage 10-30-15 05:30 PM ET A098164/A098164**
**Authored By: BETH HENDERSON**
***CSS MAIL***
IV-95 FORD
SET NSU TEAM DIARY
CREATED H/C

**Payment 10-31-15 07:25 PM ET RentalPa/RentalPa**
PAYMENT AMOUNT: $466.79
INVOICE NUMBER: 419KD010524
RENTER NAME: JAMIE WOOD
EXPOSURE 002: RENTAL

**File Review 11-03-15 05:29 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
RECD GOT FROM L/H
-FILED IN H/C

**Contact Information 11-04-15 06:50 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC COD:

10

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
NO ANSWER, L/VM
REQ C/B TO DISCUSS LOSS/ REPAIRS
```

**Contact Information 11-06-15 11:19 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC COD:
NO ANSWER, L/VM
REQ C/B TO DISCUSS LOSS/ REPAIRS
```

**Contact Information 11-06-15 11:23 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
OBC CC: S/W PAUL
ASKED IF CC HANDLING THE DAMS TO CV?
CC HANDLING THE DAMS
CC HAS PIP OPENED, ADVISED I WILL TRANS TO CORRECT DEPT
```

**Injury Evaluation 11-06-15 11:25 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
WHAT IS THE INJURY: UNK- CC HAS PIP OPENED
HAVE THEY TREATED OR PLANNING TO TREAT:  NO TREATMENT
WHERE IS THE INJURED PARTY AVAILABLE FOR IPC:
HAVE THEY FILED A PIP CLAIM: YES
ARE THEY FILING AN INJURY CLAIM TO PROGRESSIVE:  UNK
IF UM/UIM EXPOSURE, IS THERE AVAILABLE BI WITH THE 3RD PARTY: NO
IF UM/UIM, IS INSURED PURSUING UM/UIM CLAIM: NO
===========================
```

**Damages 11-06-15 11:25 AM ET A091159/SYSTEM**
**Authored By: NICOLE KNOWLES**
```
INJURY UPDATED FOR ROBERT BUCKNER  LEVEL: MINOR/NOT VISIBLE
```

**Damages 11-06-15 11:26 AM ET A091159/SYSTEM**
**Authored By: NICOLE KNOWLES**
```
RBI EXPOSURE OPENED ON ROBERT BUCKNER
```

**File Review 11-06-15 11:30 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
```
1 WAS INSURED ADVISED OF LIABILITY DECISION? YES
2 DID CLAIMANT AND CC CONFIRM CC HANDLING DAMAGES? CC CPNFIRMED
3 DO CLAIMED DAMAGES EXCEED INSURED POLICY LIMITS?  NO
4 HAS ARBITRATION ALREADY BEEN FILED? NO
```

**File Review 11-06-15 11:38 AM ET SLL0017/SLL0017**
**Authored By: STEPHANIE L LANGEL**
```
REV W/ HA
-
NO CONFIRMATION OF ANY TX FROM PIP
PIP HASNT SPK W/ THE COD
PIP STATES COD REPORTED INITIALLY THAT HE WAS SORE BUT NO
 CONFIRMATION OF TX
HA TO CONT FU W/ CD AND PIP TO DET IF ACTUAL INJ
```

**File Intervention 11-06-15 11:39 AM ET SLL0017/SLL0017**
**Authored By: STEPHANIE L LANGEL**
```
PD EXPOSURE(S) REJECTED BY ORG 31565
```

11

WOOD 011

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Salvage 11-06-15 11:48 AM ET A092754/A092754**
**Authored By: MAHALAKSHMI RAMASWAMY**
\*\*\* NSU \*\*\*   IV
RECD SALV DOCS - 1 SPOA, E-TTL FORM, DL COPY
WAITING ON TTL - DY TO SALVLR - HCF TO O/W  -  TM1 ON DY
DOCS SIGNED BY  - JAMIE WOOD

**Contact Information 11-06-15 05:55 PM ET YXM0013/SYSTEM**
**Authored By: YVETTE MALDONADO**
ADDED ATTORNEY ROGER  MESSER, ESQ. TO PARTY: BUCKNER, ROBERT

**Claims Processor 11-06-15 05:55 PM ET YXM0013/YXM0013**
**Authored By: YVETTE MALDONADO**
RECEIVED ATTY LETTER REQUESTING CERTIFIED COPY OF DEC PAGE.

**File Intervention 11-12-15 09:38 AM ET KLH0016/KLH0016**
**Authored By: KATHY YURKONIS**
RBI EXPOSURE(S) REJECTED BY ORG 31023
SENT TO 34103

**File Review 11-12-15 07:10 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
PURGE DIARY- NO FURTHER ACTION REQ

**Subrogation 11-12-15 07:39 PM ET A089761/A089761**
**Authored By: EMILY D BURNS**
DEMAND RECEIVED IN ESUBRO HUB. ASSIGNED TO EVU BUCKET FOR HANDLING
EXPOSURE 03

**Contact Information 11-13-15 10:07 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
IF FEASIBLE, PLEASE UPLOAD PIXS & EST OF CV DMGS INTO CLAIMSTATION. NEED PIXS
FOR BI HANDLING.
DY SENT TO A089761

**File Review 11-13-15 10:28 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
REVWD NEW LOSS
\*
EVENT:    IV MADE LEFT TURN, LOST CONTROL, SPUN & STRUCK STOPPED CV.
\*
VENUE:    ST. LUCIE
\*
COVERAGE:
 - FL PAP 9611 (07/13) -08
 - 7/1/15-1/1/16
 - 50/100
 -3 VEHS AND 4 DRIVERS LISTED ON THE POLICY
 - ADD123 : BRYAN GRANT WOOD AND JAMIE DESHANE WOOD
- NO CVG ISSUES A/T/T
\*
DAMAGES:  IV ENTIRE PASS
SIDE TO CV REAR DRIVERS SIDE AND MIRROR DAM

12

WOOD 012

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
IV DMGS : RT FT FENDER AND DOOR
*
LIABILITY: LIAB ADVERSE IV. IV FAILED TO MAINTAIN CONTROL OF VEH & STRUCK
STOPPED CV. AGREE W/ PREV ADJ'S DEC
*
INJURY: UNK- NEED TO CTC ATTY FOR DETAILS
*
RESERVES:  10K
*
      NEEDS:
-CTC INSD - R/O ADDT'L CVG/ COURSE /SCOPE/ EXPLAIN INJ PROCESS
-CTC CLMT ATTY/ NAT/EXT OF INJ / SECURE LOR
-UPDATE MEDICARE SCREEN AND INPUT FSN IN CLAIM
-CTC PIP CARRIER/ VERIFY BENEFITS
-PREPARE POLICY DISC.
-MAIL APPENDIX TO INSD
```

**Contact Information 11-13-15 10:38 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO ATTY: (772) 879-3000 S/W JULIE
TREATING W/ ORTHO JERARD.
UNK INJS A/T/T- SAME REQ MEDICAL RECORDS & DOESN'T KNOW OF ANY PRIORS.
WILL CALL SAME NEXT WEEK FOR INJ INFO.
```

**Medicare 11-13-15 10:45 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
CLAIMANT BUCKNER
IS UNDER  AGE 65
CLAIMANT  IS NOT ELIGIBLE FOR MEDICARE
CLAIMANT IS NOT RECEIVING OR ELIGIBLE FOR SOCIAL SECURITY DISABILITY
BENEFITS
CLAIMANT IS  NOT SUFFERING FROM END-STATE RENAL DISEASE OR AMYOTROPHIC
LATERAL
SCLEROSIS (ALS)
```

**Contact Information 11-13-15 10:47 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO CC
SAME INFORMED UNABLE TO PROVIDE ANY INJ/MEDICAL INFO W/OUT MED AUTH.
SAME PROVIDED CVG INFO ONLY: BASIC PIP NO DED, NO MEDPAY,  UM 50/100
STACKED X
2
```

**Injury Evaluation 11-13-15 10:50 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
RAN ISO ON COD
---
12/16/1999- NECK AND LOW BACK PAIN
```

**Contact Information 11-13-15 11:00 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
MAILED REQ FOR PRIORS TO ATTY VIA EFF
```

**Contact Information 11-13-15 11:02 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**

13

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
OBC TO N/O: (772) 882-5040
"CANNOT COMPLETE CALL A/T/T, PLEASE HANG UP & CALL AGAIN LATER"
---
OBC TO N/O: (772) 240-6198
NO ANSWER, LMOVM- UPDATE ON CLAIM
```

**To Do 11-13-15 11:04 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
-CTC INSD - R/O ADDT'L CVG/ COURSE /SCOPE/ EXPLAIN INJ PROCESS
-CTC CLMT ATTY/ NAT/EXT OF INJ / SECURE LOR
-PREPARE POLICY DISC.
```

**Contact Information 11-13-15 11:10 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
PLEASE CREATE H/F & APPNDX B/C FOR N/O BRYAN WOOD AND JAMIE WOOD
DY SENT TO JFL0002
```

**Coverage 11-13-15 11:12 AM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
1. HAVE WE CONFIRMED ALL POTENTIAL INSUREDS/OMNIBUS INSUREDS?
  > OWNER OF IV IS BRYAN GRANT WOOD AND JAMIE DESHANE WOOD PER ADD123
  > POLICY VEHICLE WAS 95 FORD MUSTANG
  > OPERATOR @ TOL KAYLEE WOOD (MINOR)
  > ON THE WAY TO SCHOOL FROM D/O PARENT, NOT WORKING AT TOL, R/O OMNIBUS
2. ARE THERE ANY OTHER INSURANCE POLICIES WHICH (MAY) PROVIDE COVERAGE ?
  > DOES NOT HAVE ANY OTHER INSURANCE POLICIES IN THE HOUSEHOLD
  > DOES NOT HAVE ANY EXCESS/UMBRELLA POLICIES IN FORCE
3. PARTIES TO BE RELEASED, AND WHY?
N/O BRYAN GRANT WOOD
N/O JAMIE DESHANE WOOD
ID KAYLEE WOOD (MINOR)
```

**Claims Processor 11-13-15 11:51 AM ET JFL0002/JFL0002**
**Authored By: JOANNE F LAPIRA**
```
MADE CAS H/F SENT OUT APPENDIX B&C TO NI & ID
```

**Contact Information 11-13-15 12:07 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
IBC FROM N/O'S SPOUSE JAMIE
SAME CONFIRMED SHE SIGNED FOR THE ID'S DRIVER'S LICENSE.
ADVISED OF BI PROCESS & SAME WAS ALREADY AWARE OF THE PROCESS SINCE ID WAS
IN
ANOTHER AX 2 MONTHS PRIOR AND THE PERSON IS ATTY REP AS WELL.
NO OTHER INSURANCE- WILL MAIL APPX B/C.
CONFIRMED FOL & ID ON THE WAY TO SCHOOL FROM D/O HER OFF (R/O OMNIBUS)
SAME TO SEND PIXS OF IV & CV.
--
SENT EMAIL TO JAMIE WOOD
.
DEAR JAMIE WOOD,
THANK YOU FOR TAKING THE TIME TO SPEAK WITH ME TODAY.  I AM THE CLAIMS
REPRESENTATIVE RESPONSIBLE FOR HANDLING YOUR CLAIM NUMBER 15-5150301. IF
YOU
NEED ANY ASSISTANCE PLEASE FEEL FREE TO CONTACT ME AT (561) 469-5028.  YOU
MAY
```

WOOD 014

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ALSO ACCESS YOUR CLAIM ONLINE AT: HTTP://WWW.PROGRESSIVE.COM/CLAIMS/.  I
HOPE
THAT I CAN MAKE THIS PROCESS AS EASY AS POSSIBLE FOR YOU.
PLEASE DON_T HESITATE TO CONTACT ME WITH ANY QUESTIONS OR CONCERNS.
SINCERELY,
YASSEL AMIAMA
CLAIMS REPRESENTATIVE

**File Review 11-13-15 12:31 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
ACK H/A NEEDS H/C FILE
SENDING FILE TO WPB OFFICE TO FILE OWNER

**Contact Information 11-18-15 05:06 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
REC'D H/F FROM A091159
LOR WASN'T IN FILE
DY SENT TO YXM0013
PLZ FWD LOR

**Claims Processor 11-19-15 12:01 PM ET JFL0002/JFL0002**
**Authored By: JOANNE F LAPIRA**
NOTARIZED POLICY DISCLOSURE, SIGNED BY TONYA LOVELY, CLAIMS SUPERINTENDENT
MAILED POLICY DISCLOSURE TO ATTORNEY AND CC TO INSURED(S)

**Salvage 11-20-15 07:55 AM ET A020843/A020843**
**Authored By: JUSTINE M LASPINA**
*******CSS LIEN RELEASE TEAM FOLLOW-UP******
VEHICLE: IV
LIEN HOLDER: NAVY FEDERAL CU 888-842-6328
CHECK CLEARED DATE:  11.10.15
DOCS REQUESTED: FL E-TITLE/LR
CALL SUMMARY: LIEN STILL ACTIVE ON FL DMV WEBSITE.
-EMAILED REQUEST TO LH (KAREN_ELMORE@NAVYFEDERAL.ORG) FOR
TITLE/LR/SET SALVLR DY FOR F/UP

**File Review 11-20-15 01:55 PM ET TLB0038/TLB0038**
**Authored By: TONYA L LOVELY**
RECVD ATT LOR DATED 10/28
RSP DUE BY 11/26
DIY TO YASSEL

**Contact Information 11-20-15 02:44 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
ACK FSN FROM TLB0038
DISC COMPLETED & MAILED TO ATTY ON 11/19

**Contact Information 11-20-15 02:46 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
REC'D LOR W/ DRIVER'S EXCHANGE & PLACED IN H/F

**File Review 11-23-15 10:01 AM ET TLB0038/TLB0038**
**Authored By: TONYA L LOVELY**
ACK YASSEL'S NOTE
DISCLOSURE HAS BEEN MAILED

15

WOOD 015

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
      TLB OFF DIY

      Salvage 11-24-15 02:22 PM ET A020843/A020843
      Authored By: JUSTINE M LASPINA
      *******CSS LIEN RELEASE TEAM FOLLOW-UP******
      VEHICLE: IV
      LIEN HOLDER: NAVY FEDERAL CU 888-842-6328
      CHECK CLEARED DATE:  11.10.15
      DOCS REQUESTED: FL E-TITLE/LR
      CALL SUMMARY: REC'D IB EMAIL FROM LH - "FL ELT RLSD 11/24/2015"
      -SET DY FOR F/UP

      Contact Information 11-27-15 12:05 PM ET A093756/A093756
      Authored By: YASSEL I AMIAMA
      REC'D EMAIL FROM N/O W/ IV & CV PIXS
      UPLOADED TO CS

      Salvage 12-08-15 09:32 AM ET A046714/A046714
      Authored By: VERONIKA L WINFIELD
      **NSU** IV
      WORKING TITLE DY
      PER FL DMV SITE ETTL NO LIEN, DOCS RCVD
      TM1ETTL DY SET FOR THIS FRIDAY
      TITLE DY DELETED

      Damages 12-14-15 07:35 AM ET RXT0089/RXT0089
      Authored By: ROBIN TAMNEY
      REPAIRABLE VEHICLE DEMAND
      LOCATED IN E-SUBRO HUB?: Y
      TOTAL LOSS CODED?: N
      ---------------------------------------
      PROPERTY: 2001 TOYOTA RAV4 4.2
      VIN# IN CLAIMSTATION: Y
      POLICY STATE/LOSS STATE: FL/FL
      LIMITS: 50K PD
      STATUTE: 4 YRS
      PRIOR PAYMENTS: N
      PROG INSPECTION?: N
      LIABILITY ANALYSIS: 100% INSD. IV MADE LFT TURN AND COLLIDED W/ CV. IV FTY
      AND
      FAILURE TO MAINTAIN CONTROL OF IV.
      ---------------------------------------
      ESTIMATE AMOUNT?: $2,361.69
      CC/PROG LABOR RATE: 44 / 43.67
      QUALITY PHOTOS?: Y
      PHOTOS IN LINE W/ESTIMATE?: Y
      DMGS IN LINE WITH FOL?: Y
      ALT PARTS? (Y/N): Y
      INVOICES FOR SUBLET/TOW? (Y/N): N
      ANALYSIS (OPPORTUNITY TO NEGO?):
      DMG IN LINE LESS ALIGNMENT
      SUBL TWO/THRUST WHEEL ALIGNMENT = $59.95 = NO WHEEL IMPACT, RPLC, DMGS
      ETC.
      WOULD NOT BE A FUNCTION ON THIS RPR W/OUT DIRECT IMPACT TO WHEEL.
      ---------------------------------------
```

16

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
RENTAL DATES: 10/29/2015 TO 11/27/2015
# DAYS DEMANDED FROM CC: 30
RENTAL COST/DAY TO CC: $833.58 / $27.79
RENTAL OOP OWED (*CT ALWAYS OWED): NONE
EST LABOR HOURS: 27 / 4 = 9.25 + 2 DAYS FROM DROP TO ESTIMATE + 4 W/E DAYS
=
16 TOTAL RPR DAYS
DATE OF LOSS: 10/21/15
DATE OF ESTIMATE: 10/23/2015 2:12:40 PM
RENTAL ANALYSIS:
30 TO 16 DAYS X $27.79 = $444.64 ADJUSTED OWED TO CC
$833.58 CC PAID - $444.64 ADJUSTED OWED TO CC = ($388.94) CC RNTL
REDUCTION
 --------------------------------------
POP (Y/N): Y
--------------------------------------
CC DEMAND AMOUNT: $3,195.27
TOTAL DEMAND AMOUNT (INCLUDES OOP/PAYMENTS PREVIOUSLY MADE AGAINST
FEATURE):$3,195.27
--------------------------------------
**SETTLEMENT (CALCULATIONS; MAX AMOUNT TO BE PAID AGAINST FEAT):
--
$3,195.27 = TOTAL DEMAND
- $388.94 = 30 TO 16 DAYS X $27.79 = $444.64 ADJUSTED OWED TO CC
-  $59.95 = ALIGNMENT - NO IMPACT TO OR DMG BEING CLMD TO WHEEL.
------------
=$2746.38 = ADJUSTED DEMAND
COMMENTS:
$2746.38 ISSUED TO CC
ESH COUNTER TO CC FOR RNTL AND ALIGNMENT
```

**Salvage 12-14-15 09:32 AM ET A084756/A084756**
**Authored By: MARIA ZOVKO**
```
**NSU***WORKING ETTL DY
VEHICLE:  IV
DOCS RECD: COPY OF DL, 2 POAS, 1 VEHICLE REASSIGN FORM
DOCS SIGNED BY: JAMIE WOOD
TITLE TYPE REQ: REBUILDABLE TITLE _ ETTL
SENT TO SUNSTATE. FED EX 775192318310
```

**Claims Cash Processing 12-30-15 05:13 AM ET A055590/A055590**
**Authored By: CHRISTINE DIXON**
```
****NSU****
PROCESSED PROCEEDS - IV 95 FORD
CLOSED SALVAGE
```

**Contact Information 03-11-16 02:25 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO ATTY: S/W JULIE
INFORMED THEY HAVEN'T HEARD FROM COD IN A WHILE & WILL NEED TO CALL ME
BACK W/
INJ/TX INFO. THANKED SAME FOR TIME.
```

**Contact Information 04-29-16 04:40 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**

17

WOOD 017

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
OBC TO COD'S ATTY
OFFICE CLOSES AT 4:30PM
```

**Contact Information 07-25-16 01:59 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO CC:
CONFIRMED PIP IS OPEN & IS GETTING CLOSE, BUT HAS NOT EXHAUSTED.
CCHA COULD NOT PROVIDE PAYOUT INFO
```

**Contact Information 07-25-16 02:02 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO ATTY: S/W JULIE
WILL HAVE ATTY ROGER PULL THE FILE & CTC ME W/ TX STATUS/UPDATE.
THANKED SAME FOR TIME.
```

**Contact Information 07-25-16 02:07 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
SENT INTERIM LTR TO ATTY VIA EFF FOR STATUS
```

**Injury Evaluation 11-17-16 02:16 PM ET TLB0038/TLB0038**
**Authored By: TONYA L LOVELY**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT                 L/COV: RBI
DEMAND    AMOUNT:    50000   EXPIRES ON 12-09-2016
COMMENTS: RECVD TLD VIA MAIL DATED 11/10
FWD TO YASSEL
```

**Injury Evaluation 11-28-16 07:12 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
SUBMITTED INVOICES TO MDP
```

**Claims Processor 12-06-16 11:16 PM ET EXD0037/EXD0037**
**Authored By: EDMAUREEN DIXON-SAMPSON**
```
COMPLETED  MDP FOR ROBERT BUCKNER
OK TO PRINT BILLS- PLEASE REMEMBER TO CHOOSE "ALL" WHEN BEGINNING BILL
SEARCH
IN MDP
```

**Contact Information 12-07-16 02:27 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO CC
CONFIRMED PIP WAS CLOSED & PAID $9,687.33
PROVIDED PIP ADJ'S CTC INFO
```

**Injury Evaluation 12-07-16 03:39 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
OBC TO N/O: (772) 882-5040
S/W KAYLEE INFORMED THIS IS HER CELL #
THANKED AND WILL CALLL HOME #
```

**Injury Evaluation 12-07-16 04:42 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT                 L/COV: RBI
EVALUATION RANGE LOW:      4346 HIGH:     5921
COMMENTS:
35 Y/O RIGHT HANDED MALE- 5'10- 250 LBS- IT TECH
```

18

WOOD 018

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
        PRIORS PER ISO:
        12/16/1999- NECK AND LOW BACK PAIN
        *
        INJURIES:
        DIAGNOSED W/ HNP @ C3-4, C4-5, C5-6
        CONSIDERING: GRADE II CERVICAL S/S
        NOT CONSIDERING HERNIATIONS BECAUSE OF NATURE OF IMPACT. HOWEVER WILL
        CONSIDER
        AGGRAVATION TO A PRE-EXISTING CONDITION DUE TO MULTIPLE FINDING ON MRI AND
        NUMBNESS THAT TRAVELS TO THE LEFT HAND.
        *
        TREATMENT: TX W/ER-PT-ORTHO-NEURO- CERVICAL MRI

        TREATMENT CONSIDERED: 5 VISITS OF CHIRO DOS 11/6/15-1/12/2016  ER, 2 ORTHO
        VISIT, AND MRI
        NOT CONSIDERING _ REMAINING CHIRO VISITS AFTER 1/12/2016 APPEAR EXCESSIVE
        OR
        DEEMED UNREASONABLE BASED ON NATURE IMPACT.
        *
        SPECIALS: $13,721.48 SUBMITTTED. NO PIP LOG REC'D.
        SUBMITTED INVOICES TO MDP
        MDP RECOMMENDATION $7,765.61
        PIP WOULD HAVE PAID: $6,212.49
        OOP: $1,553.12
        ATTY BILL BREAKDOWN STATED PIP PAID $9,409.09.
        CALLED PIP & CONFIRMED PIP CLSD & PIP PAID $9,687.33X .25 =$2,421.83 OOP

        *
        ANALYSIS:
        THIS IS 25 Y/O MALE INVOLVED IN A LOW/MODERATE IMPACT. IV LOST CONTROL
        WHILE
        MAKING A LEFT TURN  & STRUCK STOPPED CV.
        IV SPUN & STRUCK THE REAR & FRONT OF THE CV. DAMAGES TO THE CV WERE
        SCRATCHES
        TO THE REAR QP & LEFT SIDE MIRROR.
        THE CLMT UNDERWENT MAINLY CHIRO TXMT W/ SEVERAL F/US TO THE ORTHO. THE MRI
        REVEALED POSITIVE FINDINGS FOR CERVICAL HERNIATIONS.
        DUE TO FINDINGS AND CORRELATING SYMPTOMS OF NUMBNESS TRAVELING TO LEFT
        HAND /
        ACCEPTED AGGRAVATION OF CERVICAL DDD AND THERE WAS DECREASED ROM.
        DERMATOMES WNL (MUSCLE 5/5, DTR +2 AND SENSATION INTACT) THEREFORE NOT
        ACCEPTING HERNIATION AS BEING TRAUMA INDUCED OR ACCIDENT RELATED.
        NCV & EMG FINDINGS: NORMAL W/ NO EVIDENCE OF NERVE ENTRAPMENT OF A LEFT
        CERVICAL RADICULOPATHY.

        THRESHOLD:
        BASED ON THE ALLEGED INJURIES ABOVE, THE CLAIMANT DID NOT MISS ANY TIME
        FROM
        WORK THEREFORE IT DOES NOT APPEAR THE CLMT SUSTAINED PERMANENT AS A RESULT
        OF
        THIS ACCIDENT, THEREFORE THRESHOLD HAS NOT BEEN BREACHED.
        THE PT DOCUMENTS PPI 12% HOWEVER DOES NOT ADDRESS ADLS (ACTIVE DAILY
        LIVING)
        WHICH IS WHAT WE WOULD NEED TO SUPPORT IMPAIRMENT RATING.
        --
```

19

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
MITIGATORS:
    - MINIMAL OOPS (PIP DID NOT EXHAUST)
    - NO LOSS WAGE CLAIM
    - ELECTED TO NOT DO SURGERY & NO INJECTION- WANTS TO CONTINUE
CONSERVATIVE TX
        - 4 WEEK GAP IN TX - SPORADIC TX

AGGRAVATORS:
    - POSITIVE MRI FINDINGS
    - OOPS
    - CANDIDATE FOR ACDF/TDR AT C3-4 & C5-6 & DISCUSSED INJECTIONS. PATIENT
TO
CONSIDER & GET BACK TO ORTHO
        -PPI 12%
```

**Contact Information 12-07-16 04:47 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
OBC TO N/O: (772) 240-6198
NO ANSWER, LMOVM- UPDATE ON CLAIM- WILL MAIL NOTICE OF DMD W/ COPY OF DMD
LETTER & PROG RESP.

**Injury Evaluation 12-07-16 04:47 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
BI NEGOTIATION FOR: BUCKNER, ROBERT                 L/COV: RBI
OFFER    AMOUNT:        4350 IN PERS NEG= N
COMMENTS: S/W ALEX WILL FWD MESSAGE W/ OFFER TO JULIE & ATTY
*
FAXED OFFER TO ATTY

**Contact Information 12-07-16 04:48 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
MAILED NOTICE OF DMD TO N/O, ID, AND COOWNER JAMIE VIA REG & CERT MAIL

**Contact Information 12-07-16 05:05 PM ET A093756/SYSTEM**
**Authored By: YASSEL I AMIAMA**
NEW PARTY ADDED TO CLAIM: JAMIE WOOD

**To Do 12-07-16 05:21 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
-F/U OFFER

**Contact Information 01-09-17 05:57 PM ET A105826/A105826**
**Authored By: GABRIEL BATISTA**
***LOOP CALL FROM NI (JAMIE WOOD)***
STATED SHE RECEIVED SUIT IN MAIL
WOULD LIKE TO KNOW THE NEXT STEPS
REQUESTED CALL FROM ADJ

**Contact Information 01-10-17 12:26 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
OBC TO N/O'S SPOUSE: WORK # 772-236-2180 EXT 1006 S/W JAMIE WOOD
                    CELL # 772-240-6198
INFORMED SHE REC'D A SUMMOMS YESTERDAY (1/9/2017 @ 5:30 PM) AT HER MOM.
LETTER WAS SERVING BRYAN WOOD & KAYLEE WOOD. WILL EMAIL COPY OF SUMMONS.
THANKED SAME FOR TIME.

20

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**File Intervention 01-10-17 12:35 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
SUIT STYLE:                    ROBERT BUCKNER VS BRYAN WOOD & KAYLEE WOOD
VENUE:                                          ST LUCIE
PARTY(IES) SERVED:                BRYAN WOOD & KAYLEE WOOD
DATE SERVED:                        1/9/2017 @ 5:30PM
DO WE HAVE A COPY OF THE COMPLAINT?   PENDING- N/I WILL EMAIL A COPY

**File Intervention 01-10-17 12:37 PM ET JLN0004/SYSTEM**
**Authored By: JESSICA L NELSON**
CLAIM REJECTED BY ORG 33576
SENT TO 33576

**Contact Information 01-10-17 12:39 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
FWD H/F TO BLW0001

**Contact Information 01-10-17 02:07 PM ET A093756/A093756**
**Authored By: YASSEL I AMIAMA**
REC'D SUMMONS VIA EMAL FROM JAMIE WOOD
FWD TO BLW0001 VIA EMAIL

**File Review 01-11-17 08:31 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
ACK NEW SUIT -
RECD COPY OF COMPLAINT VIA EMAIL FROM PRIOR ADJUSTER
RECD HF
----------------
CASE: ROBERT BUCKNER V BRYAN G WOOD AND KAYLEE M WOOD
CASE#:  562017CA000045 (AN)
JUDGE: CROOM
VENUE:  ST LUCIE
----
DATE SERVED: 1/9/17 @5:30 PM
ANS DUE: 1/27/17
--
REVD COMPLAINT
ALLEGATIONS: NEGLIGANCE ON THE DEFENDANT KAYLEE WOOD
             NEGLIGENCE ON BOTH KAYLEE WOOD AND BRYAN WOOD(FATHER) FAILING
             TO KEEP THE MUSTANG IN REASONABLE REPAIR ALLEGED SAME
OPERATED
             VEHCILCE WITH BALD TIRES
----------
EVENT:  IV MADE LEFT TURN AND COLLIDED WITH CV
--
COVERAGE:  BI 50/100
TO BE RELEASED BRYAN & JAMIE WOOD AS OWNERS, KAYLEE WOOD AS DRIVER (MINOR)
--
LIABILITY: PENDING REMEDIATION
--
INJURY:
ROBER BUCKNER - NECK
--
DAMAGES:

21

WOOD 021

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
IV: RT FRONT/R DOOR/FRONT/TL/MODERATE IMPACT
CV: LT/SIDE DOOR/FENDER/LOW TO MODERATE/$2746.38
---
REVD ISO:
12/6/99 - ALLSTATE/BI/NECK AND LOW BACK PAIN, TS WITH BLAIR BODY THERAPIES
--
RESERVES SET FOR 10K.
EXCESS LETTER SENT TO NI AND SPUSE DATED 12/7/16
FORM B&C SENT AS WELL BUT WERE NOT RETURNED -SAME SENT TO NI AND MINOR
CHILD
```

**Liability 01-11-17 08:46 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
LIABILITY REMEDIAION - AGREE WITH PRIOR REPS LIABILTY DECISION
-------------------
LIABILITY DECISION COMPLETE.
100% WOOD, KAYLEE (I D)
0%, BUCKNER ROBERT
--------------------
ID STATEMENT (RS):
HEADING NB CROSSTOWN PKWY IN THE RT LEFT TURN LN, SAME STATED HE WAS
STOPPED
AT TRAFFIC LIGHT THEN WHEN LIGHT TURN GREEN, SHE PROCEEDED TO GO. ID
STATED
SHE WAS NOT TRAVELING MORE THAN 10 MPH. SAME STATED CV WAS COMP STOPPED
S/B ON
CALIFORNIA. IV LOST CONTROL  IN THE MIDDLE OF LEFT TURN  AND IV
HYDROPLANED,
SPUN AROUND TWICE THEN  WENT OVER MEDIAN AND STRUCK CV THAT WAS STOPPED ON
CALIFORNIA S/B IN THE LEFT TURNING LN. NO PASS IN EITHER VEH. IV ENTIRE
PASS
SIDE TO CV REAR DRIVERS SIDE AND MIRROR DAM.  NO CITATIONS ISSUED. ID
FAILED
TO CONTROL IV.
---
PR NARRATIVE:
V1 = IV
V2 = CV
--
UPON ARRIVAL I FOUND VEHICLE 2 WAS STOPPED IN THE SB LEFT TURN LANE WITH
DAMAGE TO ITS LEFT SIDE V1 WAS STOPPED ON THE NB SIDE PARTIALLY ON TOP OF
THE
MEDIAN. V1 HAD DAMAGE TO ITS RT SIDE FRON BUMPER AND APPARENT UNDER
CARRIARGE
DAMAGE. THRE WERE TIRE YAW MARKS INDICATING THAT V1 WAS ATTEMPTING A LEFT
TURN
FROM EB CROSSTOWN PKWY WHEN THE VEHILCE BEGAN TO ROTATE COUNTER CLOCKWISE
TILL
IT STRUCK THE MEDIAN CURB ON CALIFORNIA JUMPED OVER THE MEDIAN AND STRUCK
V2.
BOTH DRIVERS DENIED INJRY
--
DRIVER 1 SAID THAT SHE WAS TURNING LEFT WHEN THE CAR BEGAIN TO SPIN AND
SHE
LOST CONTROL
```

22

WOOD 022

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

-
DRIVE 2 SAID HE WAS STOPPED WAITING IN HE LEFT TURN LANE WHEN HE SAW V1
SPINNING, HIT THE MEDIAN AND HEN HIT THE SIDE OF HIS CAR
--
THE ROAD WASY IN THE AREA OF THE CRASH WAS WET FROM RECENT RAIN. THE TIRES
ON
V1 APPEARED TO HAVE MINIMAL TREAD ALTHOUGH THIS INVESTIGATOR DOES NOT
CARRY A
TREAD DEPTH GAUGE TO PRIVED A SPECIFIC MEASUREMENT. ID WASS FOUND AT FAULT
FOR
CARELESS DRIVING (TOO FASH FOR CONDITIONS, WET ROAD, BALD TIRES). NO
CITATION
WAS ISSUED DUE OT MINOR DAMAGE TO V2.

**Contact Information 01-11-17 09:29 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO NI SPOUSE CELL PHONE - LMTCB
OBC TO NI SPOUSE WORK #. THIS IS RENAISSANCE SCHOOL SAME NOT
SW SAME EXPLAINED THE PROCESS. ADVISED I WILL BE REEVALUATING THE CASE AND
WILL ATTEMPT TO RESOLVE SAME. IF I AM UNABLE TO RESOLVE SAME I WILL REFERE
THE
CASE TO DEFENSE. ADVISED MORE THAN LIKELY IT WILL BE THE LAW OFFICES OF
VIVIAN
KNAPP HOWEVER IF IT IS A DIFFERENT ATTY I WILL ADVISE HER OF SAME.
EXPLAINED THAT SHE HAS THE RIGHT TO OBTAIN HER OWN ATTY AT HER OWN EXPENSE
HOWEVER UNDER HER POLICY CONTRACT WE WILL PROVIDE HER WITH A DEFENSE.
SHE ADVISED THAT THERE WERE NO OTHER VEHICLES OR POLICIES IN THE HH AT THE
TIME OF THIS LOSS. SHE WAS THE PERSON WHO ACTUALLY SIGNED FOR HER
DAUGHTER'S
LICENSE. ADVISED I WILL BE SENDING THE FORMS (B&C) AGAIN SAME NEEDS TO BE
NOTARIZED AND RETURNED

**Claims Processor 01-11-17 09:29 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DIARY TO PATTY TO SEND FORMS (B&C): NI & SPOUSE (JAIME) AND DAUGHTER
KAYLEE

**File Intervention 01-12-17 12:51 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD NEWLY ASSIGNED SUIT TO BRENDA***
-BOTH NI/ID WERE SERVED ON 1/9/17
-ANS DUE 1/28/17
-CASE TO H/C IF UNABLE TO RESOLVE
----
-BRENDA, PLEASE RVW EVAL AND CONTACT PA TO ATTEMPT TO RESOLVE PRIOR TO
REFERRING TO DC

**Injury Evaluation 01-16-17 11:43 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI EVALUATION OF ROBERT BUCKNER
--
DEMOGRAPHICS
34 YEAR OLD MALE
SINGLE
5'10"

23

WOOD 023

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
255 LBS
--
COVERAGE:
BI 50/100
--
LIABLITY: 100% ADVERSE ID
IV MAKING LEFT TURN LOSS CONTROL AND STRUCK CV
--
PRIORS HISTORY
12/16/1999- NECK AND LOW BACK PAIN
HYPERTENSION
--
CONSIDERED INJURY:
CERIVAL SPRAIN/STRAIN
AGGRAVATION OF PREEXISTING CONDITION DUE TO MULTIPLE FINDING ON MRI AD
NUMBNESS RADIATING TO THE LEFT HAND
--
INJURIES NOT CONSIDERED
HERNIATIONS
--
TREATMENT
--------
ER TX:  MARTIN MEMORIAL MEDICAL 10/22/15
        CO HEADACHE,LT SIDE NECK PAIN AFTER BEING SIDE SWIPPED ON DRIVER
SIDE
        DOOR
        RX: FLEXERIL, ULTRAM, DICLOFENAC EPOLAMINE,
        TX AND RELEASE
        NO X-RAYS
***
***
PIERRE GIRARD MD - ORTHOPEDIC SURGEON - 10/26/15, 9/12/16 - 7 VISITS
    -  CO NECK PAIN RADIATING TO LEFT SHOULDER. INTERMITTEN ACHING SHARP
       PAIN, DENIED NUMBNESS, TINGLING,
    -  X-RAYS TAKEN - ANTEERIOR DISC SPACE CALCIFICATION AT C4 TO C7. LOSS
       OF LORDOSIS, NO DENGERNATQIVE CHANGES NOTED, NO LYTIC OR BLASTIC
       LESIONS.
     - DX: CEVICALGIA, SPRAIN OF LIAGMENT OF CERVICAL SPINE, BICIPITAL
       TENDINITIS, L SHOULDER , SPRAIN OF LT ROTTOR CUF CAPSULE
     - ORDERED PT
     - POSSIBLE INJECTIONS
     - MRI OF CERVICAL SPINE AND LEFT SHOULDER
     - CONTINUE WITH MEDICATION GIVEN BY ER
     - 12/9/05 - PATIENT RETURNED AND STATED THE NECH HAD NOT IMPROVED.
       WORSEN. NUMBNESS TO 3RD, 4TH, 5TH FINDERS OF LEFT HAD. HAD ONLY
       BEEN TO PT 2X. HAD FLU THEN WENT ON VACATION. HOME EXCERCISE
    - 12% IMPAIRMENT RATING NO EDITION LISTED.
***
***
BEACHES MRI 12/19/15
    - MRI C/SPINE W/O CONTRAST - HNP C3-4 WITH IMPINGES UPON THE CERVICAL
      CORD, NARROWING THE CENTRAL CANAL, HNP C4-5 WHICH IMPINGES UPON
      THE THECAL SAC, NARROWING THE ANTERIOR CENTRAL CANAL, C5-6 LEFT
      CENTRAL HNP, STRAIGHTENING AND REVERASL OF NORMA CERVICAL LORDOTIC
      CURVE, POSSIBLE SECONDARY TO MUSCLE SPASMS
```

24

WOOD 024

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
     - PT, CONSERVATIVE CHIROPRACTIC MODALITIES  - 11/6/15 - 6/8/16 - 25
VISIT
***
***
PAUL ELLIOTT, DO - 4/3/16 - 1 VISIT
    - NCV/EMG - WEAKNESS AND POOR GRIP ON THE LEFT SIDE. NOTED WITH ELBOW
      EXTENSIO AS WELL AS WRIST EXTENSION, NORMAL STRENGHT IN ALL
EXTERMITIES
      OPPOSSES THUMB W/O ANY DIFFICULTY
    - NORMAL NCV ON BOTH UPPER LIMITS. NO ELECTRODIAGNOSTIC EVIDENCE OF
NERVE
      ENTRAPMENT OR A LEFT CERVICAL RADICULOPATHY
    - RX - TENS UNIT
***
***
TOTAL MD -ORTHOPECICS & NEUROSURGERY - 8/9/16
HAROLD BACH, MD
    - CO NECK PAIN/HEADACHES/LEFT HAND NUMBNESS
    - DX HNP, CUBITAL TUNNEL SYNDROME ON LEFT, CERVICAL PAI, OCCIPTAL
      NEURALGIA
    - ADVISED CANDIDATE FOR ACDF/TDR AT C3-4, AND C5-6.
      RECOMMENDED INJECTIONS, POSSIBLE FACET BLOCKS, ABLATION FOR
COINTINUED
      CERVICAL PAIN. SAME WAS CONSIDERING HIS OPTION
***
CASUATION: THERE IS MECHANISM FOR CAUSATION OF AN AGGRAVATION TO A
PREEXISTING
CERVICAL SPRAIN STRAIN
-----------------
                           BILLED               REDUCED
ACCEPTED
MARTIN EMFORAL MEDICAL    2231.88               557.97
0.00
PARAGON CONTRACTING)
(DO NOT HAVE BILL 1352.00/270.40)
PIERRE GIRARD, MD         7449.00               1270.74
1237.43
BEACHES MRI               1850.00               675.16
234.87
PAUL ELLIOT DO            1495.00               110.42
276.92
H GREGORY BACH, MD         695.60
348.00
ACCEPTING MEDICARE FEE SCHEDULE FOR OFFICE VISIT
------------------------------------------------------------------------------
--TO
TAL                       15073.48              2614.09
2097.22
------------------------------------------------------------------------------
---
THE ACCEPTED AMT TAKES INTO CONSIDERATION ADJUSTMENTS AND PIP OFFSET.
-----------------------------------
CIGNA HC LIEN             334.78
------------------------------------------------------------------------------
--
```

25

WOOD 025

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
    TOTAL SPECIALS              2432.00
    ----------------------------------------------------------------------------
    ---
    GENERAL
    AGGRAVATION CERVICAL SPRAIN STRAIN                3000.00              5000.00
    ----------------------------------------------------------------------------
    SPEICAL + GENERAL                                5432.00              7432.00
    ----------------------------------------------------------------------------
    -
    STRENGTHS:
    - MINIMAL OOPS (PIP DID NOT EXHAUST)
    - NO LOSS WAGE CLAIM
    - ELECTED TO NOT DO SURGERY
    - SPORADIC TX W/4 WK GAP
    - NO INJECTIONS
    WEAKESSES:
    - CANDIDATE FOR ACDF/TDR AT C3-4 & C5-6 & DISCUSSED INJECTIONS.
    - VENUE
    ***
    ANALYSIS:
    THIS IS 25 Y/O MALE INVOLVED IN A LOW/MODERATE IMPACT. IV LOST CONTROL
    WHILE
    MAKING A LEFT TURN  & STRUCK STOPPED CV.
    IV SPUN & STRUCK THE REAR & FRONT OF THE CV. DAMAGES TO THE CV WERE
    SCRATCHES
    TO THE REAR QP & LEFT SIDE MIRROR.
    THE CLMT UNDERWENT MAINLY CHIRO TXMT W/ SEVERAL F/US TO THE ORTHO. THE MRI
    REVEALED POSITIVE FINDINGS FOR CERVICAL HERNIATIONS.
    ACCEPTED AGGRAVATION OF CERVICAL DDD AND THERE WAS DECREASED ROM.
    NCV & EMG FINDINGS: NORMAL W/ NO EVIDENCE OF NERVE ENTRAPMENT OF A LEFT
    CERVICAL RADICULOPATHY.

    IMPEDIMENTS TO RESOLUTION: THRESHOLD, CAUSATION, GENERAL DAMAGES.
```

**Contact Information 01-17-17 02:36 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI NEGOTIATION FOR: BUCKNER, ROBERT               L/COV: RBI
EVALUATION RANGE LOW:      5432 HIGH:     7432
COMMENTS:

**Contact Information 01-17-17 04:04 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO PLNTFF ATTY OFFFICE SW JULIE ADVISED HE IS DEPO TODAY AND WILL NOT
BE
AVAILABLE TOMORROW. ADVISED I WOULD LIKE TO ATTEMPT TO RESOLVE THIS CASE.
SHE
WILL HAVE HIM CALL ME BACK

**Coverage 01-17-17 05:01 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
IBVM FROM PLAINTIFF ATTY. RETURNED SAME MADE OFFER TO OF $5,432 TO RESOLVE
THIS CASE. SAME ADVISED THAT HE IS IN THE PROCESS OF FILING SUIT AGAINST
ALLSTATE TO TENDERER THEIR LIMITS AND WILL NOT COME OFF OF THE BI LIMITS.
CONFIRMED ALTHOUGH HIS CLIENT HAD SX RECOMMENDATION HE HAS NOT HAD THE

WOOD 026

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

SURGERY, NOR HAS HE HAD ANY INJECTIONS. SAME FEELS THAT SINCE HIS CLIENT
HAS A
SURGICAL RX HE IS ENTITLED TO THE POLICY LIMITS FROM BOTH US AND ALLSTATE.
REMINDED SAME OF THE PRIORS

**Injury Evaluation 01-17-17 05:08 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DIARY TO PATTY
-PLZ COPY PR AND SEND TO DEFENSE

**Claims Processor 01-17-17 05:15 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
REFERRED TO HC

**Claims Processor 01-18-17 09:48 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
HF COPIED, COPY OF HF HAND DELIVERED TO HC WPB, EMAILED PHOTOS AND EST OF
IV,
NO EST FOR CV ONLY PHOTOS EMAILED.
RS REQ SENT
SET UP LIT FILE.

**File Intervention 01-23-17 01:59 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-ACK PA NOT NEGOTIATING OFF POL LIMITS
-CASE REFERRED TO WPB H/C
---------------------------------------
-LIT MANAGEMENT:
ANS. COMPLAINT BY 1.28.17
DPC BY 2.7.17
PLTF ANS. BY 2.26.17
WDC BY 4.26.17
PFS BY 4.4.17
DEPO BY 7.28.17

**To Do 01-23-17 04:18 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
ANS. COMPLAINT BY 1.28.17
DPC BY 2.7.17
PLTF ANS. BY 2.26.17
WDC BY 4.26.17
PFS BY 4.4.17
DEPO BY 7.28.17

**Contact Information 01-26-17 03:23 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
IBC ALLSTATE CLAIM ADJ - MARIE
- REQ CB BC SHE S/W ATTY OFFICE, FOUND OUT COD FILED A UIM AGAINST PROG.
CC
STATED CLAIM DOES NOT SEEM TO BE A BIG IMPACT. REQ CB
- CTC INFO: 954-956-3852
-CLAIM NUMBER: 0388530164

**Contact Information 01-26-17 03:23 PM ET A091159/A091159**

27

WOOD 027

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Authored By: NICOLE KNOWLES**
OBC ALLSTATE: S/W MARIE
WANTED TO KNOW IF PROG WAS TENDERING BI ADVISED SHE WILL NEED TO S/W BI
ADJ.
GAVE SME BI ADJ CTC INFO FOR F/U

**Contact Information 01-27-17 10:53 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO ALLSTATE ADJUSTER MARIE SAME OUT OF THE OFFICE TODAY. LMTCB ADVISED
WE
DID NOT TENDER OUR LIMITS ON THIS CLAIM

**Claims Processor 01-30-17 09:34 AM ET A089851/A089851**
**Authored By: ANGELA PARKER**
*** CALL RETRIEVAL ***
CALLS DATED 10/21/2015 @ 09:14:16 AM ET - 10/21/2015 @ 01:43:28 PM ET (2
SEGMENTS) - 10/23/2015 @ 12:14:07 PM ET HAVE BEEN BURNED TO CD AND MAILED
AND
SENT TO YOU VIA EMAIL.
PASSPHRASE CODE# 4FL33576
FED EX TRACKING # 778301913819
PLEASE REFER TO YOUR E-MAIL FOR FURTHER INFORMATION.

**Litigation 01-30-17 04:15 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DEFENSE ATTY: SHERI SMITH
ASSISTANT LAURA

**Litigation 01-31-17 04:11 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DPC - DEFENSE ATTY SHERI SMITH
---
WILL FILE SUBPOENA NPNP
THE ID IS A MINOR, SHE WILL FILE A MOTION TO HAVE SAME DISMISSED
WILL SET THE CD FOR DEPO
SW WITH THE FATHER WHO DID MEASURE THE TREAD ON THE TIRES AND WOULD
TESTIFY TO
SAME.
--
BUDGET $2K - $4K

**Claims Processor 02-03-17 09:21 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
RCVD RS DISC, BURNED TO DISC FOR WPB HC, HAND DELIVERED.

**Litigation 03-08-17 08:47 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DEFENSE ATTY: SHERI
LA: LAURA
EMAIL TO DEFENSE HAVE WE RECEIVED THE PLTFF RESPONSES.
WE NEED TO SEND OUT SUBPOENAS ON NPNP

**Litigation 03-22-17 07:07 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
NO RESPONSE FROM DEFENSE TO MY LAST EMAI REGARDING PLTF RESPONSE AND

28

WOOD 028

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

DISCOVERY. SENT ANOTHER EMAIL TO SAME BOTH LA AND DA

**To Do 03-23-17 01:42 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
SERVED:                 1/9/2017
ANSWER COMPLAINT BY: 1/28/2017
DPC:                    2/7/2017
PLTFF RESPONSE DUE:  3/18/2017
WDC                     5/8/2017
PFS                     4/7/2017
PLTFF'S DEPO:           5/17/2017
```

**Litigation 03-23-17 01:47 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EMAIL FROM DEFENSE SAME STATED RESPONSES NOT DUE UNTIL MID-APRIL IT
APPEARS
SAME NO

**Litigation 04-23-17 11:30 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DA: SHERI
LA: LAURA
EMAIL TO DEFENSE RE SCHEDULING WDC, AND FU ON PLTFF RESPONSES
PLTFF DEPO SET FOR 8/8 @ 1 PM

**To Do 04-23-17 11:38 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
FU ON IF PLNTFF HAD SX
REITTERATE LATE OFFER

**Coverage 04-23-17 11:49 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
-------------------------------------------------------------------------------
---
                       COVERAGE QUESTION OUTLINE
-------------------------------------------------------------------------------
---
1. HAVE WE CONFIRMED ALL POTENTIAL INSURED/OMNIBUS INSUREDS?
   - ADD123 COMPLETED. NI AND SPOUSE CO-OWNERS OF IV. ID CONFIRMS HE WAS
     NVOVLED IN ACCIDENT, PR WAS FILED. ID IS CHILD OF NI
   - THE ID WAS THE OPERATOR OF THE IV AT THE TIME OF LOSS. ID WAS ON HER
     WAY TO SCHOOL AT TIME OF AX. WAS NOT WORKING AT TIME OF LOSS. NOT
     DRIVING ON BEHALF OF ANYONE ELSE
-------------------------------------------------------------------------------
---
2. ARE THERE ANY INSURANCE POLICIES WHICH MAY PROVIDE COVERAGE?
   - ID ADVISES HE HAS NO OTHER POLICIES THAT WOULD PROVIDE COVERAGE. NO
     ADDITIONAL POLICIES FOUND.
-------------------------------------------------------------------------------
---
3. PARTIES TO BE RELEASED AND WHY?
   - BRYAN WOOD AND JAIME WOOD- OWNERS
     KAYLEE WOOD - DRIVER
```

**Litigation 04-23-17 11:50 PM ET BLW0001/BLW0001**

29

WOOD 029

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Authored By: BRENDA L SHEFFIELD**
*

**Litigation 05-01-17 07:16 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EMAIL TO DEFENSE ON DISCOVER RESPONSES FROM PLNTFF. ALSO NEED TO FILE THE
PFS.

**Injury Evaluation 05-17-17 03:00 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI NEGOTIATION FOR: BUCKNER, ROBERT                L/COV: RBI
OFFER     AMOUNT:       5432 IN PERS NEG= N
GAVE DEFENSE AUTH TO SERVE THE PFS

**File Intervention 05-24-17 03:31 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD CLAIM***
-BRENDA PLEASE F/U D/C FOR DISCOVERY RESPONSES AND SCHEDULING OF PLTFF'S
DEPO
-NEED TO DETERMINE IF ANY IMPACT ON EVAL
-ALSO NEED TO ATTEMPT TO REACH OUT TO PA TO RE-ENGAGE IN NEGS AND ATTEMPT
TO
RESOLVE
-WHAT IS OUR CURRENT DEFENSE STRATEGY?

**Litigation 05-24-17 06:02 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
PLTFF HAS NOT RESPONDED IS PAST DUE. GOOD FAITH LTR SENT.
SENT EMAIL TO DEFENSE ON STATUS? DO WE NEED TO FILE THE MTC

**Litigation 07-12-17 01:08 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EMAIL TO DEFENSE ON STATUS OF DISCOVERY. IF NOT WE NEED TO FILE AN EXPARTE
MTC
THE DISCOVERY

**File Intervention 08-01-17 02:13 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD CLAIM AND ATO***
-APPEARS RESPONSES TO RTP HAVE BEEN RECEIVED
-PLTFF'S DEPO SCHEDULED FOR 8/8 @ 1PM
-APPEARS OUR LAST PFS FOR $5,432 WAS FILED ON 6/26
------------------------------
-BRENDA, PLEASE F/U W/DC AND REVIEW ATO FOR DISCOVERY RECEIVED AND UPDATE
FILE
-NEED TO REVIEW RESPONSES AND DETERMINE IF THERE IS ANY IMPACT ON YOUR
EVAL
PRIOR TO MOVING FORWARD WITH PLTFF'S DEPO SO THAT YOU CAN ENSURE ANY
ISSUES
W/SAME ARE ADDRESSED DURING THE DEPO

**Litigation 08-15-17 07:02 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
ROBERT BUCKNER:

WOOD 030

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ROBERT BUCKNER WORKS IN IT/CUSTOMER SERVICE WITH NUCO2 IN STUART FROM 2008 TO
THE PRESENT MAKING $15.75 AN HOUR.  HE WAS NEVER OUT OF WORK AND IS STILL
DOING THE SAME DUTIES.  HE WAS BORN IN 1981.  HE HAS NEVER BEEN CONVICTED OF A
CRIME.  HE WAS NOT ILL AT THE TIME OF THE ACCIDENT. HE HAD HAD NO ALCOHOL,
DRUGS, OR MEDICATION.
ACCIDENT AT ISSUE _ PLAINTIFF WAS AT A RED LIGHT AT THE CORNER OF SW
CALIFORNIA BLVD. AND CROSSTOWN PARKWAY.  MY CLIENT MADE A LEFT-HAND TURN TO
CROSS TOWN PARKWAY ONTO CALIFORNIA BLVD. WHEN SHE LOST CONTROL AND STUCK THE
MEDIAN AND JUMPED THE MEDIAN AND CAUSED HER VEHICLE TO CRASH INTO THE DRIVER_S
SIDE OF THE PLAINTIFF_S VEHICLE ON THREE SEPARATE OCCASIONS.  HE ALLEGES MY
CLIENT WAS TRAVELING AT A HIGH RATE OF SPEED AND LOST CONTROL AND THAT HER
TIRES WERE BALD.  PLAINTIFF DID NOT GET A TICKET.
KAYLEE_S MOTHER CAME TO THE SCENE AND APOLOGIZED TO THE PLAINTIFF.
ALLEGED INJURIES AND DAMAGES _ PLAINTIFF ALLEGES INJURIES TO THE NECK WITH
NUMBNESS AND TINGLING IN HIS LEFT HAND WHICH SHE CONSIDERS TO BE A PERMANENT
INJURY.  HE ALSO HAD A SHOULDER INJURY, THAT HAS RESOLVED.
PLEASE SEE THE SUMMARY OF MEDICAL BILLS IN THE RESPONSE TO REQUEST TO PRODUCE.
PIP PAID SOME OF THE BILLS.
PLAINTIFF IS NOT MAKING A LOST INCOME OR FUTURE EARNING CAPACITY CLAIM.
PRIORS _ PLAINTIFF HAS GONE TO MARTIN MEMORIAL MEDICAL CENTER FOR THE FLU AND
GOES TO DWIGHT DAWKINS AS HIS PRIMARY CARE DOCTOR.
PLAINTIFF WAS INVOLVED IN AN AUTO ACCIDENT ON 12/16/99.  THE CLAIM WAS NOT A
LAWSUIT BUT IT SETTLED FOR $3,500.  HE ALLEGES HE INJURED HIS NECK AND IT
RESOLVED.  HE WAS TREATED BY DR. HARRIS GOLDBERG AND DR. WILLIAM GOGAN.  THE
TORT WAS INSURED THROUGH ALLSTATE.  PLAINTIFF HAS NOT MADE ANY WORKER_S COMP,
UNEMPLOYMENT, OR SOCIAL SECURITY DISABILITY CLAIM.

**Litigation 08-21-17 05:07 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
PDC:
DEFENSE HAS SUBPOENED ALL RECORDS SAME DUE OCTOBER 11, 2017
WILL ALSO SUBPOENA THE PLANET FITNESS RECORDS.
WE WILL SET THE MEDIATION

**Litigation 09-22-17 04:02 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
MEDIATION SET FOR 11/14/17 @ 10 AM - MATRIX ***STUART***
NOTE I DID REVIEW THE DISCOVERY WITH DEFENSE PRIOR TO DEPO. IT APPEARS SAME
MAY HAVE HAD 1 ADDITIONAL VISIT TO TOTAL MD 12/16/16. INCREASED BILLED AMOUNT
ALMOST 500. WOULD NOT HAVE HAD A MAJOR IMPACT ON MY EVALUALTION

WOOD 031

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
File Intervention 10-20-17 12:01 PM ET A084978/A084978
Authored By: EVAN M JARVIS
***RVWD CLAIM***
-ACK MEDIATION IS SCHEDULED FOR 11/14 HOWEVER WE HAVE OUTSTANDING
DISCOVERY
STILL PENDING
-----------------
-BRENDA, PLEASE F/U W/DC ON OUTSTANDING DISCOVERY AND ENSURE TO REVIEW
SAME
AND DETERMINE IF ANY IMPACT ON EVAL IS WARRANTED *PRIOR* TO MEDIATION
-BASED ON GROSS SPECIALS BEING IN EXCESS OF $15K WITH SOFT REC FOR INJX
AND
SX-SET RESERVES AT RWC OF $50K POL LIMIT ATT

Claims Processor 11-10-17 07:29 AM ET BLW0001/BLW0001
Authored By: BRENDA L SHEFFIELD
OBC TO DEFENSE FOR UPDATED ON MEDICAL BILLS AND BILLS. SLIGHT DIFFERENCE
IN
AMOUNT BILLED.  LMTCB ON VM. SENT EMAIL TO DA AND LA FOR UPDATE ON
BILLS/MEDS
PRIOR TO MEDIATION SO THAT I CAN COMPLETE RE-EVAL ON CASE

Injury Evaluation 11-13-17 06:39 PM ET BLW0001/BLW0001
Authored By: BRENDA L SHEFFIELD
ADDITIONAL INFORMATION
TOTAL MD - 12/13/16
C/O NECK PAIN, HEADACHES LEFT HAND NUMBNES WITH COMPLAINTS OF
RADIATING SYMPTOMS INTO HIS BILATERALLY AND BETWEEN HIS SHOULDER BLADES.
ADDITIONAL QUESTIONS REGARDING THE RECOMMENDAED ACDF/TDF AT C304 AND C5-6
---                     BILLED
MARTIN EMFORAL MEDICAL   2231.88
PARAGON CONTRACTING      1352.00
PIERRE GIRARD, MD        7449.00
BEACHES MRI              1850.00
PAUL ELLIOT DO           1495.00
H GREGORY BACH, MD       1147.36
---------------------------------------------------------------------------
--
TOTAL                   15525.24
PIP DID NOT EXHAUST
PIP PAID 9866.87
PIP ALLOWED 9866.87/.80 = 12333.59
OOP 12333,69 - 9866.87 2466.72
-------------------------------
CIGNA HC LIEN            334.78
-------------------------------
TOTAL OOP              2801.50
---------------------------------------------------------------------------
GENEARALS
AGGRAVATION CERVICAL SPRAIN/STRAIN                   3000          14000*
---------------------------------------------------------------------------
SPECIALS + GENERALS                                 5801.50      16801.50
******
INCREASED THE HIGH END OF THE EVALUATION DUE TO THE MITIGATING FACTOR THAT
AT
```

WOOD 032

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
THE TIME OF THIS LOSS WE HAD A 16 YEAR OLD INEXPERIENCED DRIVER WHO LOSS
CONTROL OF THE IV ON WET ROAD.  THERE WAS ALSO SOME QUESTIONS WITH REGARDS
TO
THE TIRE TREAD WHICH WAS DISCUSSED ON THE PR HOWEVER THE OFFICER NEVER
MEASURED THE TREAD. WE HAVE NO LIABILITY DEFENSE IN THIS CASE. THE CV WAS
STOPPED THE ID LOSS CONTROL OF THE IV AND STRUCK THE CV WHICH WAS STOPPED
AT A
LIGHT.
```

**Injury Evaluation 11-13-17 06:49 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT                L/COV: RBI
EVALUATION RANGE LOW:      5802 HIGH:     16802
```

**Litigation 11-14-17 10:32 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
ATTENDING MEDIATION
MEDIATOR:  PATTI VELESQUEZ
PA: ROGER MESSER, ESQ
DA: SHERI SMITH
--
PA:  LIABILITY NOT AT ISSUE: HIS CLIENT VEHICLE WAS STOPPED THE DEFENDANTS
     VEHICLE MADE TURN AND STRUCK CV. NO ER TX. 3 HNP, C3-4, C4-5, C6-7
     DR BACH HAS RECOMMENDED ACDF/TDR C3-4, AND C5-6. CRN HAS BEEN FILED
     AGAINST ALLSTATE. 12% IMPAIRMENT RATING. HE HAS IN UM.
DA:  LIABILITY NO AT ISSUE: CAUSATION IS AT ISSUE. NOT A LOT OF PT
     3 LEVEL HNP NOT USUALLY RELATED TO TRAUMA. PRIOR AX WITH INJURY TO
NECK
     AND BACK (1999) AND HAD SUBSEQUENT MINOR SUBSEQUENT REAR END AX.
--
SAME WOULD NOT COME OFF THE POLICY LIMITS.
--
IMPASSED
```

**Litigation 11-15-17 07:22 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
PDC
PLAN-
SURVEILLANCE IS SET UP WITH ONTRACK, TO INCLUDE A WEEKEND DAY AS WELL. 3
DAYS
PLAINTIFF INTENDS TO AMEND TO ADD ALLSTATE FOR THEIR 100/300 UM COVERAGE.
AT
MEDIATION, PA TOLD US AS CALLED HIM THE DAY BEFORE AND SAID THEY WERE NOT
GOING TO BE WAIVING SUBRO.
DISCUSS GETTING IME BEFORE PLAINTIFF GOES FOR SURGERY.  OK WITH SAME. NEED
TO
DETERMINE WHO WE ARE GOING TO USE
```

**File Intervention 12-05-17 10:44 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
```
***RVWD***
-ACK MEDIATION IMPASSED
-BRENDA, PLEASE S/U PMC W/DC AND MYSELF TO DISCUSS STRATEGY GOING FORWARD
```

**File Intervention 12-21-17 03:45 PM ET A084978/A084978**

WOOD 033

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Authored By: EVAN M JARVIS**
***RVWD***
-DC SMITH NO LONGER W/PROGRESSIVE
-BRENDA, PLEASE SET MEETING W/VMK AND MYSELF TO DISCUSS PMC/DEFENSE
STRATEGY
GOING FORWARD

**Litigation 01-17-18 04:18 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
ACK FSN FROM EVAN. NEITHER VIVIAN OR EVAN IN TODAY. WILL REACH OUT TO BOTH
TO
SET UP PMC

**Claims Processor 01-18-18 03:49 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
SW VIVIAN SHE CAN MEET WITH US BEFORE HER 10-2 MEETING
SENT INVITE TO VIVIAN AND EVAN FOR TOMORROW 9:45 TO DISCUSS PMC

**File Intervention 01-19-18 12:44 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***DISCUSSED W/VMK***
-SHE WILL F/U ON SURVEILLANCE AND SCHED IME W/ZEIDE TO OPINE ON NEED FOR
SURGERY
-WILL NEED TO RVW ADDITIONAL DISCOVERY THAT IS DUE BY FEB TO DETERMINE IF
ANY
IMPACT ON EVAL
-BRENDA, PLEASE CONTINUE TO REACH OUT TO PA TO DISCUSS CASE, ANY
UPDATES/CONTINUED TREATMENT THAT WE NEED TO CONSIDER AND ATTEMPT TO
RESOLVE
CASE
-NEED TO VERIFY IF PLTFF IS SCHEDULING THE SX OR NOT

**File Intervention 02-13-18 09:32 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BRENDA, PLEASE F/U ON PRIOR NOTES

**Litigation 02-21-18 05:11 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
THE PRIOR DEFENSE ATTY IS NO LONGER WITH PROGRESSIVE. WILL FU ON
RE-ASSIGNEMENT.

**Litigation 03-25-18 02:04 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DA: MIKE CARROL
LA: LAURA
--
CME SET FOR PLAINTIFF 5/11/18 - DR ZEIDE

**Litigation 03-27-18 10:56 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO PA LMTCB _ DID HE HAVE THE SX? ANY ADDITIONAL MEDS?  HE THINKS HE
IS
SCHEDULED FOR THE SURGERY BUT COULD NOT TELL ME WHEN
OBC TO UM CARRIER ANY OFFERS MADE/TENDER?./ DID PIP EXHAUST

34

WOOD 034

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Litigation 03-27-18 01:30 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EXPERT RETENTION OUTLINE:
~~~~~~~~~~~~~~
WHAT:  EXAMWORKS INC (CHALAL & ZEIDE)
WHY: CME
EXPECTATION: MEDICAL EXAMINATION IN PREPREATION FOR TRIAL ON THE RRN
TREATMENT AND THE NEED FOR SX AND IF SAME HAS A PERMANANT INJURY
COST: 1200
---------------
IME (INCLUDES 15 MINTUES OF RECORD REIEW, ADDITIONAL TIME BILLED AT
%560/HR
---
CME SCHEDULED FOR 5/11/18 - PSL

**File Intervention 03-27-18 06:07 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND APPROVED CME PAYMENT IN AMNT OF $1,200 AS OUTLINED IN PRIOR
CBA***

**File Intervention 04-18-18 10:00 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BRENDA, PLEASE CONTINUE TO REACH OUT TO PA TO DISCUSS STATUS OF CLTS
TX/SX?
-PLEASE ALSO EXTEND OFFER AND ATTEMPT TO RE-ENGAGE IN NEGS AS NO
ADDITIONAL
OFFER WAS MADE SINCE YOUR LAST RE-EVAL

**File Intervention 05-18-18 09:40 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BRENDA, PLEASE F/U ON MY LAST NOTE

**Claims Processor 05-22-18 11:33 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EXPERT RETENTION OUTLINE:
~~~~~~~~~~~~~~
WHAT: EXAMWORKS
WHY: RECORDS REVIEW FOR CME - DR. ZEIDI
EXPECTATION: TO DETERMINE IF INJURIES ARE RELATED TO THIS ACCIDENT.
INJURIES ARE PERMANANT IN NATURE
COST:  2520
-------------------
4.5HRS @ #560

**Injury Evaluation 05-22-18 11:41 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
SUMMARY OF PCP RECORDS IN RESPONSE TO SUBPOENA
DR. DAWKINS, MD (PRIMARY PHYSICIAN) RECORDS
EXAMINATION REPORTS:
3/21/2018 PATIENT INFORMATION SHEET DATED 03/21/2018.
3/15/2018 THERE IS A SECOND PATIENT INFORMATION SHEET 03/15/2018.

35

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

1/18/2017 THE PHYSICAL EXAMINATION IS DATED JANUARY 18, 2017, FOR THE
PATIENT
ROBERT BUCKNER.  MEDICATION REFILL OF BENAVEERAL-HYDROEH AT 20-12.5
MILLIGRAMS, CIALIS 5 MILLIGRAMS, SYMBERORT 80-4.5 MILLIGRAMS.  THERE ARE
HANDWRITTEN NOTES UNDER ASSESSMENT AT THE BOTTOM OF THE NOTES; HOWEVER, IT
IS
ILLEGIBLE.  01/18/17 FOLLOW-UP VISIT.  ASSESSMENT WAS DIZZINESS,
HEADACHES,
HYPERTENSION, NON-COMPLIANCE WITH MEDICATIONS, SHORTNESS OF BREATH, MORBID
OBESITY WITH A BMI OF 40-44.9, ERECTILE DYSFUNCTION.
1/25/2017 A PATIENT INFORMATION SHEET DATED 01/25/2017.
8/8/2016 A PATIENT INFORMATION SHEET DATED 08/08/2016.
2/18/2016 DWIGHT DAWKINS PROGRESS NOTE 02/18/16 FOLLOW UP VISIT.  THE
REASON
FOR THE VISIT WAS REQUESTING REFILLS ON ALL MEDS, NO COMPLAINTS.  THE
ASSESSMENT WAS HYPERTENSION, CONTINUE MEDICATION AS PRESCRIBED, NON-
COMPLIANCE
WITH MEDICATION, OBESE ABDOMEN, AND EXERCISING URGED, OBESITY, ERECTILE
DYSFUNCTION, STABLE CONTINUE CIALIS 5 MILLIGRAMS. 02/18/16 IS A REPORT
FROM
DWIGHT DAWKINS REGARDING REFILL ON ALL MEDS.
2/17/2016 A PATIENT INFORMATION SHEET DATED 02/17/2016.  FIRST VISIT SINCE
THE
ACCIDENT.
10/1/2015 DWIGHT DAWKINS PROGRESS NOTE 10/01/15 FOR A FOLLOW-UP VISIT.
THE
PATIENT STATES THAT HIS BLOOD PRESSURE WAS 140/109.  THE PATIENT STATES HE
IS
FEELING ILL AND DIFFERENT.  HE INDICATED THAT HE HAD DIZZINESS, OCCASIONAL
HEADACHES, AND SHORTNESS OF BREATH.  HE WAS ASSESSED WITH DIZZINESS,
HYPERTENSION, UNCONTROLLED HYPERTENSION, SHORTNESS OF BREATH, OBESE
ABDOMEN,
TOLD TO DIET AND EXERCISE, NON-COMPLIANCE WITH MEDICATIONS AND HEADACHES.
01/16/18 THERE IS A NOTE FROM DWIGHT DAWKINS INDICATING THAT THE PATIENT
NEEDED REFILLS ON HIS PRESCRIPTIONS.  HE STATES THAT HE IS DOING WELL AND
HAS
NO NEW COMPLAINTS.  THE ASSESSMENT IS HYPERTENSION, OBESITY, ARRHYTHMIA,
AND
ASTHMA.
10/01/15 CHIEF COMPLAINT IS THE BLOOD PRESSURE.
10/01/15 IS A PROGRESS NOTE FROM DWIGHT DAWKINS FOR A FOLLOW UP INDICATING
THAT HIS BLOOD PRESSURE IS HIGH AND HE HASN_T BEEN FEELING WELL.  THE
ASSESSMENT WAS DIZZINESS, HYPERTENSION, SHORTNESS OF BREATH, OBESE
ABDOMEN,
NON-COMPLIANCE WITH MEDICATIONS, AND HEADACHES.
6/5/2015 DWIGHT DAWKINS PROGRESS NOTE 06/05/2015 FOR A FOLLOW-UP VISIT.
6/5/2015 PATIENT STATES HE IS DOING WELL WITH NO NEW COMPLAINTS.  HE WAS
DIAGNOSED WITH HYPERTENSION, ASTHMA, AND OBESITY.   06/05/2015 FOLLOW UP
VISIT WITH NO NEW COMPLAINTS.  HIS ASSESSMENT INCLUDED ASTHMA,
HYPERTENSION,
OBESITY.
06/03/2015 PATIENT INFORMATION SHEET.
03/06/2015 PATIENT NEEDS MEDS.
03/06/2015 FOLLOW-UP VISIT.  ASSESSMENT HYPERTENSION, ERECTILE
DYSFUNCTION,

36

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

OBESITY.  03/06/2015 THERE IS A NOTE THAT THE PATIENT NEEDS MEDICATION.
03/06/2015 FOLLOW-UP VISIT HE DENIES HEADACHES AND DIZZINESS AND HAS NO
OTHER
CONCERNS TO REPORT.  HIS ASSESSMENT WAS HYPERTENSION, ERECTILE
DYSFUNCTION,
OBESITY.
11/22/2013 THERE IS A DOCUMENT BY PROVIDER DANA BUSH THAT IS DATED
11/22/2013
WITH THE CHIEF COMPLAINT IS A YEARLY WELLNESS AND FULL BLOODWORK WITH STD
PANEL SCREENING.  ACCORDING TO THE EXAM OF THE CERVICAL SPINE, IT SHOWED
NO
ABNORMALITIES.  THE CERVICAL SPINE SHOWED NO TENDERNESS ON PALPITATION.
CERVICAL SPINE EXHIBITED NO MUSCLE SPASM.  CERVICAL SPINE PAIN WAS NOT
ELICITED BY MOTION.  CERVICAL SPINE WAS NOT EVALUATED FOR NEUROLOGICAL
SYMPTOMS.  CERVICAL SPINE SHOWS NO WEAKNESS.  THE THORACIC SPINE SHOWED NO
ABNORMALITIES.  THE THORACIC SPINE EXHIBITED NO TENDERNESS ON PALPITATION.
THE THORACIC SPINE EXHIBITED NO SPASM OF THE PARASPINAL MUSCLES.  THE
LUMBAR
SPINE EXHIBITED NO ABNORMALITIES.  LUMBOSACRAL EXHIBITED NO TENDERNESS ON
PALPITATION.  LUMBOSACRAL SPINE EXHIBITED NO MUSCLE SPASM.  LUMBOSACRAL
SPINE
PAIN WAS NOT ELICITED BY MOTION.  SHOULDERS SHOWED NO ABNORMALITIES.
PALPATION AND ADDITIONAL RANGE REVEALED NO ABNORMALITY.  MOTION OF THE
SHOULDERS WAS NORMAL.  NO INSTABILITY OF THE SHOULDERS WAS NOTED.
SHOULDERS
SHOWED NO WEAKNESS.  THE ASSESSMENT WAS NORMAL EXAMINATION, HYPERTENSION
WHICH
HAS BEEN ADEQUATE CONTROLLED, OBESITY WHICH IS [INDISCERNIBLE] AS
EXPECTED,
BNI BETWEEN 30-39.
6/26/2013 THERE IS A 06/26/2013 NOTE THAT INDICATES THE CHIEF COMPLAINT IS
FEELING TIRED, FEVER, DIARRHEA, AND BACK PAIN.  ON A PAIN SCALE FROM 0 TO
10,
HIS BACK PAIN WAS A 5-6.  IT WAS NOTED THAT HE HAD RECENTLY GAINED 10
POUNDS.
THE ASSESSMENT WAS GASTROENTERITIS AND BMI IN 30-39.
9/19/2012 THERE IS A TREATMENT NOTE DATED 09/19/2012 THAT INDICATES THE
APPOINTMENT IS FOR ENT INDICATING THAT HE HAD ACUTE SINUSES AND ACUTE
BRONCHITIS.
09/17/2012 FOLLOW-UP EXAM, STILL FEELING THE SAME, NO CHANGE FROM THE LAST
VISIT.  DIAGNOSIS IS HYPERTENSION AND OBESITY.  EXAMINATION OF THE
SHOULDER,
CERVICAL SPINE, THORACIC SPINE, AND LUMBAR SPINE DO NOT SHOW ANY PAIN WITH
MOTION AND NO MUSCLE SPASM AND NO TENDERNESS ON PALPATION AND NO
ABNORMALITIES.  HE INDICATES HE IS WEAK AND COUGHING.  COMPLAINS OF CHEST
AND
BACK DISCOMFORT WITH SHORTNESS OF BREATH.  EXAMINATION OF HIS SHOULDER,
CERVICAL SPINE, THORACIC SPINE, AND LUMBAR SPINE DID NOT REVEAL ANY
POSITIVE
FINDINGS.  ASSESSMENT WAS ACUTE SINUSITIS WHICH IS TO CHANGE AS EXPECTED
SO
IT_S CHRONIC, HYPERTENSION, CHRONIC BRONCHITIS, OBESITY, FATIGUE, AND BMI
BETWEEN 30-39.
09/10/2012 FOLLOW-UP EXAM.  CHIEF COMPLAINT IS COUGHING AND NASAL
CONGESTION.

37

WOOD 037

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ASSESSMENT WAS COUGH, ACUTE SINUSITIS CHRONIC, ALLERGIC RHINITIS, AND OBESITY WHICH IS FAILING TO CHANGE AS EXPECTED.

06/13/2012 FOLLOW-UP EXAM COMPLAINING OF A SORE THROAT.  ASSESSMENT NORMAL EXAMINATION, ACUTE SINUSITIS WHICH IS FAILING TO CHANGE AS EXPECTED, ACUTE UPPER RESPIRATORY INFECTION WHICH IS FAILING TO CHANGE AS EXPECTED.

06/13/2012 CHIEF COMPLAINT FOLLOW-UP EXAM SORE THROAT, HAS A TEMPERATURE OF 99.6.  HIS ASSESSMENT IS HYPERTENSION, OBESITY, AND HE WAS RECOMMENDED ANNUAL LABS WHEN HE WAS FEELING BETTER.  THE PATIENT WAS SEEN BY DEIDRE HOLMES [PH] UNDER THE SUPERVISION OF DR. DAWKINS.

3/15/2012 THERE IS A REPORT DATED 03/15/2012 FROM DR. KEITH J. KALISH.  THIS WAS A PODIATRIC EVALUATION AND TREATMENT.  THE PODIATRY NOTE INDICATES THAT THE PATIENT WAS HAVING PAIN ON THE TOP OF HIS LEFT FOOT.

3/14/2012 HERE IS A REFERRAL FORM DATED 03/14/2012 FOR A SPECIALTY APPOINTMENT WITH THE PODIATRIST.  THE DIAGNOSIS IS SEVERE LEFT FOOT PAIN.

1/14/2011 THERE IS A REPORT FROM DIAB MARJIEH, M.D., DATED 01/14/2011.  THIS IS AN EXERCISE STRESS REPORT.  THE CLINICAL INDICATION STATES CARDIAC RISK FACTORS INCLUDING HYPERTENSION AND HYPERLIPIDEMIA.  THE IMPRESSION WAS NEGATIVE FOR ISCHEMIA AND LOW EXERCISE TOLERANCE.

11/07/2011 PATIENT COMPLAINS OF HAVING PAIN AND PRESSURE IN THE REGION AROUND HIS KIDNEY.  PATIENT STATES IT HAS BEEN PRESENT FOR THE PAST TWO WEEKS.  HIS ASSESSMENT WAS HEMATURIA, OBESITY, AND LUMBAGO.

10/25/2011 FOLLOW-UP EXAM AND COMPLAINTS OF COUGH, CONGESTION, FEVER AS WELL AS A RUNNY NOSE.  THE ASSESSMENT WAS ACUTE SINUSITIS, ACUTE BRONCHITIS, AND OBESITY.

09/07/2011 PROGRESS REPORT CHIEF COMPLAINT IS THAT THE PATIENT THINKS HE HAS CONJUNCTIVITIS.  THE ASSESSMENT WAS CONJUNCTIVITIS IN THE LEFT EYE WHICH IS WORSENING, HYPERTENSION, AND OBESITY.

07/19/11 REFERRAL FORM FOR A SPECIALTY APPOINTMENT WITH THE UROLOGIST.  DIAGNOSIS PRESSURITIS.

06/24/2011 CHIEF COMPLAINT DYSURIA AND ROUTINE CHECKUP.  PATIENT IS COMPLAINING THAT HE HAS PRESSURE IN HIS BLADDER AREA THAT IS CAUSING FREQUENT URINATION.  THE ASSESSMENT WAS HYPERTENSION WHICH IS WELL CONTROLLED, URINARY TRACT INFECTION WHICH IS INADEQUATELY CONTROLLED, AND OBESITY.

03/24/2011 CHIEF COMPLAINT SHARP PAIN ON THE LEFT SIDE FOR THE LAST TWO WEEKS.  THE ASSESSMENT WAS HYPERTENSION, BACKACHE, FLANK PAIN.

03/15/2011 CHIEF COMPLAINT IS PAIN ON THE LEFT SIDE AND SINUS.  THE ASSESSMENT

WOOD 038

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

WAS ACUTE SINUSITIS WHICH IS WORSENING AND HYPERTENSION WHICH IS WELL
CONTROLLED.
02/28/2011 FOLLOW-UP EXAM CHIEF COMPLAINT IS PAIN IN LEFT SHOULDER JOINT,
LEFT
LOWER BACK PAIN, AND BILATERAL KNEE PAIN.  THE ASSESSMENT WAS
HYPERTENSION,
OSTEOARTHRITIS, AND FATIGUE.
02/27/11 REFERRAL FORM FOR SPECIALTY APPOINTMENT ORTHOPEDICS.  DIAGNOSIS
LEFT
SHOULDER AND FOREARM PAIN.
02/08/2011 CHIEF COMPLAINT IS CONSTANT PAIN IN HIS LEFT SHOULDER AND
FOREARM.
PATIENT STATES THAT THE PAIN HAS WORSENED OVER THE LAST FEW WEEKS.  THE
ASSESSMENT IS HYPOKALEMIA AND OBESITY, WHICH IS INADEQUATELY CONTROLLED.
HE
REFERRED HIM FOR AN X-RAY OF THE SHOULDER AND FOREARM RULING OUT
IMPINGEMENT
SYNDROME.  THE DOCTOR RESTRICTED HIS ACTIVITIES.  NO LIFTING.
QUEST DIAGNOSTIC RECORDS:
1/26/17 LABS RESULTS REPORT INDICATING POINT URINATION AND ABDOMINAL URINE
ODOR.  THE UTI TEST RESULT WAS POSITIVE.  THERE IS A COPY OF HIS LAB
RESULTS.
THERE IS A 01/26/2017 QUEST DIAGNOSTIC REPORT.  IT LOOKS LIKE GENERAL
BLOOD
AND SCREENING.  ANOTHER LAB REPORT IS PRODUCED THAT ASKS FOR TESTING OF A
COMPLETE METABOLIC PANEL AS WELL AS A LIPID PANEL.
6/5/2015 LOOKING AT THE QUEST DIAGNOSTIC RECORDS, IT LOOKS LIKE HE HAD A
SPECIMEN COLLECTED 06/05/2015.
6/26/2013 THERE IS A LAB FORM DATED 06/26/2013 WITH THE NAME DR. CHINTAN
SHAH.
9/17/2012 ANOTHER QUEST DIAGNOSTIC FORM DATED 09/17/2012 FOR CHOLESTEROL.
2/28/2011 AN ADDITIONAL TESTING WAS DONE ON 02/28/2011.  THIS LOOKS LIKE
GENERAL BLOOD TESTING FOR CHOLESTEROL, HDL, AND TRIGLYCERIDES AS WELL AS
LDL.
2/8/2011 THERE IS A ST. LUCIE MEDICAL CENTER LAB REPORT THAT IS DATED
02/08/2011.
7/8/2011 THERE IS A 07/08/2011 QUEST DIAGNOSTIC LAB REPORT FINDINGS
IRRELEVANT
TO MVA.
6/28/2011 THERE IS A QUEST DIAGNOSTIC FINAL REPORT DATED 06/28/2011.
6/24/2011 ADDITIONALLY, THERE IS A GENERAL LAB REPORT DATED 06/24/11.
2/28/2011 QUEST DIAGNOSTIC LAB REPORT FOR COLLECTION ON 02/28/2011.  AND
IT
LOOKS LIKE IT_S FOR FLEXERIL AS WELL.  THERE IS A LAB REPORT DATED
02/28/2011.
DIAGNOSTIC TESTING:
3/14/2018 THERE IS A DOCUMENT FROM IMAGING SERVICES DEPARTMENT.  THE
REASON
FOR EXAM IS THE LEFT FLANK PAIN.  IT LOOKS LIKE THERE WAS A CT OF THE
ABDOMEN
AND PELVIS WITHOUT CONTRAST.  THE FINDINGS WERE THE VISUALIZED PORTIONS OF
THE
LIVER AND SPLEEN APPEAR INTACT ON THIS UNENHANCED EXAMINATION.  THE
GALLBLADDER AND PANCREAS ARE NORMAL IN APPEARANCE.  THE ADRENAL GLANDS ARE
NORMAL IN SIZE AND CONFIGURATION.  THE KIDNEYS ARE NORMAL IN SIZE AND

39

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

CONFIGURATION.  NO INTRARENAL CALCULI ARE IDENTIFIED.  NO HYDRONEPHROSIS
IS
SEEN.  THE BOWEL IS NOT OPACIFIED FOR THIS TECHNIQUE BUT IS GROSSLY NORMAL
IN
APPEARANCE.  THE AORTA IS NOT ENLARGED.  NO ASCITES IS IDENTIFIED.
EXAMINATION OF THE PELVIS REVEALS A NORMAL APPEARING BLADDER.  NO PELVIC
MASS
OR FREE FLUID IS IDENTIFIED.  THE PELVIC BONES APPEAR INTACT.
THERE IS A REPORT FROM ST. LUCIE MEDICAL CENTER THAT INDICATES THE PATIENT
WAS
HAVING CHEST PAIN AND LEFT UPPER EXTREMITY PAIN.
01/25/2017 X-RAY OF THE CHEST WITH A HISTORY OF SHORTNESS OF BREATH,
HYPERTENSION, COUGH.  IMPRESSION IS NO ACUTE FINDINGS.
04/09/14 RADIOLOGY IMAGING ASSOCIATES OUTPATIENT FORM INDICATING A CHEST
X-RAY
10/01/2012 IS A RADIOLOGY IMAGING ASSOCIATES REPORT.  IT LOOKS LIKE IT_S
FOR
AN UPPER ARM X-RAY, THE LEFT UPPER ARM.
9/19/2012 THERE IS ANOTHER RADIOLOGY IMAGING ASSOCIATES DATED 09/19/2012.
THIS IS FOR A CHEST X-RAY.
09/18/2012 X-RAY UPPER CHEST BASED ON THE HISTORY OF COUGH AND CONGESTION.
IMPRESSION WAS RIGHT MIDDLE LOBE LINEAR POORLY DEFINED OPACITY.  THIS MOST
LIKELY REPRESENTS POST-INFLAMMATORY CHANGES TOGETHER WITH PREVIOUS
PNEUMONIA
AT THIS SITE.  THE POSSIBILITY OF SUPERIMPOSED ACUTE BRONCHITIS IS NOT
ENTIRELY EXCLUDED.  CLINICAL CORRELATION AND FOLLOW UP AS DEEMED
APPROPRIATE
IS RECOMMENDED.  OTHERWISE, NO SIGNIFICANT INTERVAL CHANGE IS SEEN SINCE
THE
PRIOR STUDY OF 07/07/2008.
3/19/2012 THERE WAS AN MRI SCAN OF THE LEFT FOOT ON 03/19/2012.  THE
HISTORY
IS TENDONITIS AND DORSAL METATARSAL FOOT PAIN.  THE IMPRESSION WAS SECOND
METATARSAL BE NON-DISPLACED STRESS FRACTURE.
03/14/2012 X-RAY OF LEFT FOOT WITH A HISTORY OF DORSAL FOOT PAIN.  THE
IMPRESSION WAS NEGATIVE X RAY OF THE LEFT FOOT.  X-RAY OF THE ABDOMEN WITH
A
HISTORY OF HEMATURIA TO RULE OUT NEPHROLITHIASIS.  THE IMPRESSION A LARGE
AMOUNT OF GAS AND FECAL MATERIAL OVERLY BOTH KIDNEYS WITH NO DEFINITE
EVIDENCE
OF RENAL STONE.  3/14/2012 X-RAY OF THE LEFT FOOT.  THE IMPRESSION
NEGATIVE
X-RAY OF THE LEFT FOOT.  IT IS DATED 03/14/2012.
11/07/2011 RADIOLOGY IMAGING ASSOCIATES FORM INDICATING A CT ABDOMEN AND
PELVIS DOME PROTOCOL EXAM. 11/07/2011 X-RAY OF THE ABDOMEN.  A HISTORY OF
HEMATURIA, RULE OUT NEPHROLITHIASIS.  IMPRESSION A LARGE AMOUNT OF GAS AND
FECAL MATERIAL OVERLY BOTH KIDNEYS WITH NO EVIDENT EVIDENCE OF RENAL
STONE.
CONSIDER CT STONE PROTOCOL AS CLINICALLY INDICATED FOR FURTHER EVALUATION
OR
HEMATURIA PROTOCOL AS CLINICALLY INDICATED.
04/06/11 CT SCAN ABDOMEN WITH AND WITHOUT CONTRAST.  HISTORY IS THE LEFT
FLANK
AND UPPER QUADRANT PAIN.  THE IMPRESSION WAS SPLENOMEGALY OF UNKNOWN
ETIOLOGY.

40

WOOD 040

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

STUDY OTHERWISE UNREMARKABLE.
03/25/2011 X-RAY ABDOMEN.  THE HISTORY IS THE LEFT-SIDED ABDOMEN PAIN.  THE
IMPRESSION WAS NON-SPECIFIC BOWEL GAS PATTERN.  CLINICAL CORRELATION AND
FOLLOW UP RECOMMENDED.
04/06/2011 CT SCAN ABDOMEN WITH A HISTORY OF LEFT FLANK AND UPPER QUADRANT
PAIN.  THE IMPRESSION WAS SPLENOMEGALY OF UNKNOWN ETIOLOGY.  03/25/2011 X-RAY
OF THE ABDOMEN.  HISTORY IS LEFT-SIDED ABDOMEN PAIN.  THE IMPRESSION IS
NON-SPECIFIC BOWEL GAS PATTERN, CLINICAL CORRELATION, AND FOLLOW UP
RECOMMENDED.
03/31/2011 RADIOLOGY IMAGING ASSOCIATES INDICATING AN ABDOMEN CT SCAN.
RX:
08/21/18 PRESCRIPTION FOR CIALIS
3/21/2018 THERE IS A 03/21/18 PRESCRIPTION FOR VITAMINS
3/2018 THERE IS A PRESCRIPTION FOR VITAMINS.  THERE IS A FORM FROM DEBORAH ANN
KELLY, ARNP.  THE PROVIDER_S SIGNATURE IS DATED 03/2018.
3/15/2018 THERE IS A PRESCRIPTION 03/15/18 FOR THINGS NOT RELATED TO THE
ACCIDENT.  THERE IS A PRESCRIPTION ON 03/15/18 FOR A CT SCAN FOR DIAGNOSTIC
PAIN, BUT IT SAYS DOME PROBE SOMETHING.  IT_S ELECTRICAL.  THERE IS A 03/15/18
PRESCRIPTION WITH A BUNCH OF ABBREVIATIONS.
01/26/17 IS A PRESCRIPTION FOR CARDIOVASCULAR CONSULTANT EVALUATION AND
TREATMENT.
02/15/16 PRESCRIPTION FOR CIALIS
6/5/2015 NEXT THERE IS ANOTHER PRESCRIPTION 06/05/15 WITH A BUNCH OF
ABBREVIATIONS.
3/6/2015 THERE IS A PRESCRIPTION 03/06/2015 WHICH LOOKS LIKE PANEL BLOODWORK
PRESCRIPTION.
03/05/15 PRESCRIPTION FOR CIALIS
01/07/2014 PRESCRIPTION FOR CIALIS
11/22/2013 THERE IS A PRESCRIPTION 11/22/2013 WITH A BUNCH OF ABBREVIATIONS.
IT LOOKS LIKE GENERAL BLOODWORK.
07/01/2013 PRESCRIPTION FOR IT_S ILLEGIBLE.
6/27/2013 THERE IS A RETURN TO WORK FORM DATED 06/26/2013 THAT INDICATES THAT
HE CAN RETURN TO WORK ON 06/27/2013 WITH NO RESTRICTIONS.
4/5/2013 THERE IS A 04/05/2013 PRESCRIPTION FOR CIALIS, A 09/24/2012
PRESCRIPTION FOR CIALIS, A 09/17/2012 PRESCRIPTION THAT ILLEGIBLE, 09/10/11
PRESCRIPTION THAT IS FOR FLONASE, 09/10/12 PRESCRIPTION THAT IS ILLEGIBLE.
9/10/2012 THERE IS A PRESCRIPTION 09/10/2012 WITH ABBREVIATIONS ON IT.
09/10/2012 PRESCRIPTION FOR A NEBULIZER.
9/7/2011 THERE IS A PRESCRIPTION FORM DATED 09/07/2011 THAT INDICATES THAT THE
PATIENT IS UNDER THE CARE OF DWIGHT DAWKINS AND THAT HE SHOULD BE EXCUSED FROM
DUTIES TODAY.
9/5/2012 A WALGREEN_S PRESCRIPTION REFILL DATED 09/05/2012 FOR CIALIS,
08/17/2012 PRESCRIPTION THAT_S ILLEGIBLE, 06/13/12 PRESCRIPTION FOR AUGMENTIN,

41

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ANOTHER PRESCRIPTION THAT_S ILLEGIBLE, A 09/07/2011 PRESCRIPTION THAT IS
ILLEGIBLE.
8/12/2012 PRESCRIPTION DATED 08/12/2012 FOR GENERAL BLOODWORK.
6/15/2012 THERE WAS A PRESCRIPTION INDICATING THE PATIENT WAS SEEN IN THE
OFFICE ON 06/15/2012 AND RETURNED TO WORK ON 06/15/2012 WITH NO
RESTRICTION.
11/07/2011 PRESCRIPTION WITH ABBREVIATIONS ON IT.  QUEST DIAGNOSTIC FORM
INDICATING SOME TESTING THAT NEEDED TO BE DONE.
6/30/2011 THERE IS A PRESCRIPTION FOR HIV AS WELL AS OTHER MEDICATION THAT
IS
ILLEGIBLE.  IT LOOKS LIKE THIS IS DATED 06/30/11.
6/24/2011 THERE IS A PRESCRIPTION 06/24/2011 WITH ABBREVIATIONS ON IT.
06/24/2011 PRESCRIPTION THAT IS ILLEGIBLE
05/15/2011 PRESCRIPTION FOR AVELOX.
3/24/2011 PRESCRIPTION 03/24/11 FOR THE ABDOMEN.
3/6/2011 THERE IS A PRESCRIPTION DATED 03/06/11 THAT INDICATES THAT THE
PATIENT WAS SEEN IN THE OFFICE AND SHOULD BE EXCUSED FROM DUTIES.
2/28/2011 THERE IS AN ADDITIONAL PRESCRIPTION FORM, BUT IT DOES NOT LOOK
LIKE
IT_S FOR ANYTHING RELATED TO THE ACCIDENT.  IT IS 02/28/2011.
2/8/2011 PRESCRIPTION 02/08/2011 ALLOWING HIM TO RETURN TO WORK ON
02/10/2011.
02/08/11 PRESCRIPTION FOR X-RAY OF THE LEFT SHOULDER, LEFT FOREARM, AND
DIAGNOSIS IS LEFT ARM PAIN.
THERE ARE ADDITIONAL PRESCRIPTIONS IN THE FILE THAT ARE ILLEGIBLE.
CORRESPONDENCE:
3/15/2018 THERE IS A 03/15/2018 REFERRAL FORM.
1/18/2017 THERE IS AN EMAIL DATED 01/18/2017 FROM THOUGHT LIFT.  IT LOOKS
LIKE
AN ASSESSMENT FOR ROBERT BUCKNER.  IT INDICATES TESTING AND THE DIAGNOSTIC
RESULTS FOR EMOTIONAL HEALTH WHICH IT LOOKS LIKE THERE WAS A SOMATIC
SYMPTOM
SEVERITY AND HE SCORED A 7 WITH MEDIUM RISK, A PHQ-9 DEPRESSION SEVERITY
HE
SCORED A 9 AND HIS DIAGNOSTIC RESULTS WERE A MEDIUM RISK, CAD-7 AND BY
SEVERITY HE SCORED A 7 MEDIUM RISK, ORT OPIOID RISK HE SCORED A 0 LOW
RISK,
AUDIT TEST FOR ALCOHOL MISUSE HE SCORED A 1 AND IS A LOW RISK.  THE TEST
IS
ATTACHED, BUT THE QUESTIONS THAT THEY ASKED ARE ATTACHED TO THIS EMAIL.
IT
SHOULD BE NOTED THAT ONE OF THE TEST QUESTIONS IS WHETHER HE HAD ANY
STOMACH
PAIN WITHIN THE LAST FOUR WEEKS, AND HE SAID HE WAS NOT BOTHERED BY
STOMACH
PAIN.  AND IT ALSO ASKED ABOUT BACK PAIN IN THE LAST FOUR WEEKS, AND HE
SAID
NOT BOTHERED.  HE ALSO SAID HE WAS NOT BOTHERED A LOT BY HEADACHES.  HE
INDICATES THAT HE IS BOTHERED A LITTLE BY TROUBLE FALLING ASLEEP OR
SLEEPING
TOO MUCH, AND HE ALSO INDICATED THAT HE IS NOT BOTHERED BY CHEST PAIN.  HE
INDICATED THAT HE HAS TROUBLE FALLING ASLEEP OR SLEEPING TOO MUCH NEARLY
EVERY
DAY.  HE INDICATED THAT NEARLY EVERY DAY HE HAS TROUBLE CONCENTRATING ON
THINGS SUCH AS READING OR WATCHING TV.

42

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
6/2015 THERE IS A LETTER TO DWIGHT DAWKINS FROM CIGNA INDICATING THE
CLINICAL
DATA REGARDING THE PATIENT.
06/2015 LETTER FROM CIGNA CONCERNED THAT THE PATIENT HAS A POTASSIUM
CHECK.
10/2013 THERE IS A CIGNA REPORT DATED OCTOBER 2013 THAT INDICATES THAT THE
PATIENT IS TAKING BENAZEPRIL _ HCTV20-12.5 MILLIGRAM TABLETS, AND HE NEEDS
TO
HAVE HIS POTASSIUM CHECKED.
3/2012 THERE IS A MARCH 2012 REPORT FROM CIGNA THAT INDICATES THAT THE
PATIENT
IS MOT COMPLIANCE WITH HIS PRESCRIBED MEDICATION.
THERE IS A CIGNA HEALTH AND LIFE INSURANCE COMPANY RECEIPT.
THERE IS A LETTER FROM DWIGHT DAWKINS INDICATING THAT THERE WAS SOME HOME
MEDICAL EQUIPMENT FOR THE PATIENT.  THE PATIENT WAS DIAGNOSED WITH CHR
AIRWAY
OBSTRUCTION, AND THE PATIENT_S LENGTH OF TIME NEEDED FOR THIS EQUIPMENT IS
A
LIFETIME.  THERE IS A CONFIRMATION LETTER FROM THE PHARMACY DATED
09/11/2012
INDICATING A DISPOSABLE NEBULIZER.
A CHARGE SHEET THAT HAS HANDWRITTEN ON IT THAT IS ILLEGIBLE AND DOES NOT
INCLUDE A BALANCE OR ACTUALLY IT SAYS CO-PAY $0, PATIENT BALANCE $0,
INSURANCE
BALANCE $0.
ASSESSMENT/IMPEDIMENT TO RESOLUTION:
IT DOES NOT APPEAR THAT ANY OF THE DOCUMENTS THAT WERE PRODUCED BY DWIGHT
DAWKINS RELATES TO THE ACCIDENT.  THE ONLY DIAGNOSTIC TESTING HE HAD
THROUGH
DR. DAWKINS WAS CHEST X-RAY AND ABDOMINAL CT SCAN.  I DO NOT RELATE EITHER
OF
THESE OCCURRENCES WITH THE 10/21/2015 ACCIDENT.  THE PRESCRIPTIONS DATED
AFTER
10/21/2015 APPEAR TO BE FOR HIGH BLOOD PRESSURE AND NOT RELATED TO THE
ACCIDENT.   THE 2/18/16 TREATMENT NOTES INDICATES NO COMPLAINTS.  THIS IS
THE
FIRST TREATMENT NOTE AFTER THE 10/21/2015 ACCIDENT.  IT SHOULD BE NOTED
THAT
HE HAS BEEN DIAGNOSED WITH OBESITY WHICH CAN CONTRIBUTE TO BACK PROBLEMS.
THERE ARE TREATMENT NOTES DATED 6/26/2013 THAT INDICATES BACK PAIN.  IT
APPEARS THE BACK PAIN WAS SYMPTOMATIC WITH ILLNESS AND NOT ONGOING. THE
RECORDS DO NOT CHANGE THE IMPEDIMENT TO RESOLUTION.  THE RECORDS DID NOT
INDICATE A PERMANENT IMPAIRMENT RATING AND IT DOES NOT LOOK LIKE HE WENT
TO
SEE DR. DAWKINS FOR ANYTHING RELATED TO THE ACCIDENT.
----
THE RECORDS DO NOT CHANGE THE IMPEDIMENT TO RESOLUTION.  THE RECORDS DID
NOT
INDICATE A PERMANENT IMPAIRMENT RATING AND IT DOES NOT LOOK LIKE HE WENT
TO
SEE DR. DAWKINS FOR ANYTHING RELATED TO THE ACCIDENT.

Injury Evaluation 05-22-18 11:44 AM ET BLW0001/BLW0001
Authored By: BRENDA L SHEFFIELD
```

WOOD 043

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

PLAINTIFF ATTACHED TO ITS RRFP AN TOTAL MD LEDGER SHOWING A BALANCE OF
$581.64
AND A TREATMENT NOTE DATED 1/15/18 INDICATING COMPLAINTS OF NECK PAIN,
LEFT
HAND NUMBNESS AND HEADACHES.  TALKS ABOUT SURGERY RECOMMENDATION.
PLAINTIFF'S RESPONSE TO UPDATED ROGGS INDICATE THE FOLLOWING:
1.  P. IS PLANNING ON HAVING SURGERY IN FUTURE. IT DOES NOT IDENTIFY WHEN.
2.  HE IS LIMITED IN THE AMOUNT OF WEIGHT HE CAN LIFT, EXERCISE AND HE IS
    GAINING WEIGHT.  (THE PRIMARY PHYSICIAN'S TREATMENT NOTES INDICATE
THAT
    HE HAS ALWAYS BEEN OBESE AND NOT EXERCISED SO I DON'T SEE WHERE THIS
IS
    RELATED TO THE ACCIDENT.)
3.  CIGNA MAY HAVE PAID SOME BILLS
4.  BEFORE AND AFTER WITNESSES: SARA JOHNSON AND DENISE SHICK
8.  PRIOR ACCIDENT SEPTEMBER 2017.  HE STATES NO INJURIES, NO DOCTOR SEE,
    JUST DAMAGE TO HIS BUMPER.
13. TRIAL WITNESSES: PIERRE GIRARD, M.D. TREATMENT AND PERMANENCY; ANDREW
    WALKER, M.D. MRI RESULTS; GREGORY BACH, MD. TREATMENT AND
RECOMMENDATION
    OF SURGERY.
17. MEDICALS $15,998.00; PIP PAID $9,872.87; $2,601.36  THE RIDER SHOWS
TWO
    ADJUSTMENTS $3,188.99 (NOT SURE WHO) $334.78 (CIGNA)
--
IMPEDIMENT TO RESOLUTIONS: BASED ON DR. DWIGHT'S RECORDS THERE IS AN
ARGUMENT
THAT PLAINTIFF HAS ALWAYS BEEN OBESE AND NOT EXERCISED.  I DO NOT THINK
THE
PLAINTIFF WILL BE ABLE TO PROVE THAT THIS CHANGE WAS RELATED TO THE
ACCIDENT.
PLAINTIFF WAS SITTING IN THE CAR WHEN THE ACCIDENT HAPPENED.  HE WAS HIT
AFTER
THE DEFENDANT'S VEHICLE HIT A MEDIAN SLOWING THE CAR DOWN.  HE DOESNOT
COMPLAIN OF NECK, BACK OR LEFT HAND PAIN TO HIS PRIMARY PHYSICIAN IN HIS
FEBRUARY 2016 VISIT.  THIS INFORMATION DOES NOT CHANGE INITIAL ANALYSIS.

**Contact Information 05-22-18 11:53 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO PA LMTCB WITH JULIE HIS ASSISTANT.
RE-ENGAGE IN NEGOTIATIONS. HAS HE HAD THE SX OR HAS SAME BEEN SCHEDULED.
IS HE WILLING TO COME OF THE LIMITS.
SAME HAS NEVER COME OFF THE LIMITS AS SUCH NO ADDITIONAL OFFERS HAVE BEEN
MADE
AS I WOULD BE BIDDING AGAINST MYSELF.
--
OBC TO ALLSTATE  - UM CARRIER. SW MARIA. SHE ADVISED HER FILE IS CLOSED AS
SHE
ALSO EVALULATED THIS CASE WITHIN OUR POLICY LIMITS.  NO PAYMENTS HAVE BEEN
MADE

**File Intervention 05-22-18 12:04 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND APPROVED PAYMENT FOR $2,520 AS OUTLINED IN PRIOR CBA***

44

WOOD 044

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**File Intervention 05-23-18 12:32 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***BRENDA, PLEASE F/U ON CME REPORT AND SURVEILLANCE***
-DO RESULTS OF EITHER IMPACT CURRENT EVAL?/DEFENSE STRATEGY?

**File Intervention 08-14-18 04:40 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BLW IS CURRENTLY ON LEAVE
-CORA WILL BE OVERSEEING FILE WHILE SHE IS OUT
-PLEASE F/U TO READDRESS EVAL/DEFENSE STRATEGY
-NEED TO ATTEMPT TO RE-ENGAGE IN NEGS W/PA

**Contact Information 08-24-18 04:11 PM ET A098582/A098582**
**Authored By: CORA S WILLIAMS**
PC TO ATTY OFFICE
--
S.W LEGAL ASSISTANT ONLY ATTY HAS AUTH TO NEGOTIATE ON FILE
SAME INFORMED HE IS OUT OF OFFICE AND WILL RETURN NEXT
--
NO ANSWER
LM INQUIRING IF WE ARE ABLE TO CLAIM TOWARDS RESOLUTION
--
THANKED SAME

**Claims Processor 09-12-18 12:14 PM ET JXO0011/JXO0011**
**Authored By: JULIE OROVETS**
AUTHORED BY: JULIE OROVETS
CALL CENTER:CLE
CALLER'S NAME/RELATIONSHIP TO CLAIM:SALLY VANESS -ON TRACT INVEST
CALL BACK PHONE NUMBER: 561-881-8141
EXPECTATIONS: NEXT TIME CLAIM REP IS IN THE OFFICE
REASON FOR CALL: NEEDS TO KNOW IF PMT WAS MAKE TO THEM

**Contact Information 09-12-18 02:41 PM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
OBC ON TRACK INVEST
-
REP WANTED BI ADJ CTC INFO TO SEND DOCS
PROVIDED W/ BI ADJ INFO

**Contact Information 09-14-18 09:14 AM ET A098582/A098582**
**Authored By: CORA S WILLIAMS**
PC TO ATTY OFFICE (ACTUAL CALL PLACED @ 2:49)
--
S.W JULIE LEGAL ASSISTANT
SAME INFORMED HAT ATTY IS NOT IN OFFICE AND WILL RETURN NEXT WEEK
ADV SAM I WOULD LIKE TO NEGOTIATE FILE
--
PROVIDED SAME CT INFO FOR CALL BACK

**Claims Processor 09-17-18 09:57 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
RCVD VM FROM ATTY 772 879 3000 DIARY TO CORA.

45

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**File Intervention 09-17-18 03:52 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***BLW IS CURRENTLY ON LEAVE***
-R/C INVOICE FROM ON-TRACK INVESTIGATIONS:
------------------------------------------
EXPERT CBA:
------------
WHAT:  DC HIRED PI TO COMPLETED 5 DAYS OF SURVEILLANCE (11/22/17,
11/29/17,
12/14/17, 12/27/17 AND 1/19/18)
WHY:   REQUESTED TO ADDRESS ADLS AND PLTFFS ALLEGED INJS/RESTRICTIONS
COST:  $1,999.20
CBA/LUC: OK TO PAY INVOICE #13706 FOR SERVICES RENDERED. CONFIRMED NO
MARKUP

**Claims Processor 09-18-18 09:29 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
IBC FROM ROGER MESSER RE: SETTLEMENT 772 879 3000.
DIARY TO ED.

**File Review 09-18-18 11:01 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
RECD LETTER FROM CC REQUESTING PICS OF IV AND THE POLICY COVGS
-
DOCS UPLOADED INTO CLAIMSTATION

**Contact Information 09-18-18 11:02 AM ET A091159/A091159**
**Authored By: NICOLE KNOWLES**
DEAR ALLSTATE
I HAVE ATTACHED THE PICTURES YOU REQUESTED  OF MY INSURED VEHICLE. IF YOU
NEED
ANYTHING ELSE, PLEASE GIVE ME A CALL.
CLAIM NUMBER: 15-5150301
MY DIRECT PHONE NUMBER: 772-224-3844
OFFICE FAX NUMBER: 772-878-2267
OFFICE ADDRESS: 1860 FOUNTAINVIEW BLVD SUITE 300 PORT ST. LUCIE, FL 34986
MY HOURS: MONDAY- FRIDAY  8:00AM- 5:00PM
TO HELP ENSURE ACCURATE AND COMPLETE RECORDS, WE_LL KEEP COPIES OF ALL
CORRESPONDENCE_INCLUDING THIS EMAIL_IN THE FILE FOR YOUR CLAIM. IF YOU
SEND US
AN EMAIL, WE MAY REPLY BY EITHER EMAIL OR PHONE.

**Contact Information 09-18-18 12:19 PM ET A106443/A106443**
**Authored By: EDUARDO P LOPEZ**
OBC TO PA
772 879 3000
FU ON MESSAGE RE SETTLEMENT
LVM AS, CLOSED FOR LUNCH
ADV C/B RE SETTLEMENT, I SEE OUR LAST OFFER WAS 5432, LAST DEMAND 50K,
ASKED
SAME TO SEND ANY NEW DEMANDS WRITING SAME CAN FAX FOR US TO CONSIDER, ADV
I
DONT HAVE A NEW OFFER A/T/T AS WE ARE TOO FAR APART, ADV TO C/B OR FAX
OFFERS

WOOD 046

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Contact Information 10-05-18 08:54 AM ET A098582/A098582**
**Authored By: CORA S WILLIAMS**
PC TO PLTFF ATTY
--
S.W RECEPTIONIST
SAME INFORMED ATTY ROGER AND LA IS OUT OF THE OFFICE UNTIL MONDAY
SAME INFORMED SHE WILL FORWARD MESSAGE AND HAVE ATTY/LA CALL BACK
--
PROVIDED SAME CONTACT INFO AND REASON FOR CALL "FOLLOWING UP ON ADDITIONAL
RECORDS AND POSSIBLE NEW DEMAND"

**File Intervention 10-05-18 10:58 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-CORA, PLEASE F/U W/DEFENSE ON OUTCOME OF CME AND SURVEILLANCE AND
COMPLETE
WDC
-ANY IMPACT ON CURRENT EVAL?
-PLEASE ALSO CONTINUE ATTEMPTS TO DISCUSS NEGOTIATIONS W/PA

**File Intervention 10-19-18 11:33 AM ET A098582/A098582**
**Authored By: CORA S WILLIAMS**
EMAIL TO DC: ELIZABETH CONNALLY - CC HA BRENDA
--
HI ELIZABETH,
WANTED TO FOLLOW UP ON CME AND SURVEILLANCE OF THIS FILE. PLEASE ADVISE.
BEST REGARDS,
CORA WILLIAMS
CLAIMS SPECIALIST SR.
1641 WORTHINGTON RD., SUITE 200
WEST PALM BEACH, FL 33409
PHONE:  (561) 402-8119
FAX:  (561) 683-0819
CORA_S_WILLIAMS@PROGRESSIVE.COM

**Litigation 11-08-18 01:51 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
REVD OF SURVEILLANCE VIDEO BY DEFENSE SHOWS THE PLAINTIFF WALKING AROUND
HIS
DRIVEWAY AND TAKING THE TRASH OUT. IT SHOWS THAT HE IS OVERWEIGHT BUT
OTHER
THAN THAT THERE IS REALLY NOTHING ANYTHING THAT WILL HELP US.

**File Summary 11-08-18 02:03 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
WDC:
ALL DISCOVERY RECEIVED
WE RECD NOTICE THE PLAINTIFF WENT TO SEE DR BACH AND RECOMMENDED AN ACDF
CME WAS PERFORMED BY DR ZEIDI
----
PLAINTIFF WAS INVOLVED IN AN ACCIDENT ON 7/28/17 IN PSL.  THE ACCIDENT
REPORT
REFLECTS HE WAS REARENDED IN HIS SAME TOYOTA SUV AS OUR LOSS.  ACCIDENT
REPORT

47

WOOD 047

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

REFLECT ABOUT $1,000 IN PD TO THE REAR OF HIS RAV 4, WHICH HE SAID HAD
BEEN
FIXED AFTER OUR LOSS (IN DEPOSITION TESTIMONY).  THE OTHER VEHICLE, A FORD
SUV
OWNED BY OMAR JAIPRASHAD, WAS NOTED TO HAVE NO PD.  NO COMPLAINTS OF
INJURY AT
THE SCENE, NO EMS.  PLAINTIFF TESTIFIED IN DEPOSITION THIS ACCIDENT DID
NOT
CAUSE ANY NEW INJURY, OR AGGRAVATE HIS INJURIES FROM OUR ACCIDENT AT ISSUE

**Injury Evaluation 11-08-18 02:11 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
CME WAS PERFORMED BY DR ZEIDI
----
CONCLUSION
AFTER REVIEWING THE MEDICAL RECORDS FROM THE 1999 MVA; THE MECHANISM OF
INJURY
OF A LOW SPEED COLLISION, WITH ONLY MINOR DAMAGE TO THE VEHICLE IN THIS
ACCIDENT, THE IMAGING STUDIES DEMONSTRATING MULTIPLE LEVEL CHRONIC
DEGENERATIVE CHANGES, THE INEXPLICABLE DISCREPANCIES IN THE DIAGNOSES OF
DR.
GIRARD AND DR. BACH; WITH THE NORMAL ELECTRODIAGNOSTIC STUDIES BY DR.
ELLIOT;
AND DR. DAWKINS 01/18/17 FINDINGS THAT THE NECK WAS "NON-TENDER WITHOUT
ANY
REFLEX, SENSORY OR MOTOR DEFICITS AND THE BACK MOTION WAS FULL;" AND
TODAY'S
EXAMINATION WITH THE MYRIAD INCONSISTENT AND VARIABLE NEUROLOGICAL
DEFICITS
AND THE VARIABLE MOTOR WEAKNESS.
-
IT IS MY OPINION THAT MR. BUCKNER DID NOT SUSTAIN ANY AGGRAVATION OF THE
PREEXISTENT DEGENERATIVE DISC DISEASE OR ANY PERMANENT INJURIES.
IT IS SALIENT THE IMAGING STUDIES DEMONSTRATED EXTENSIVE DEGENERATIVE
CHANGES
THAT WERE PRESENT PRIOR TO THE MVA.
-
THE FACTUAL CONCLUSION IS THAT MR. BUCKER DOES NOT HAVE ANY CERVICAL
RADICULOPATHY OR CUBITAL TUNNEL SYNDROME OR OCCIPITAL NEURALGIA.
MR. BUCKNER HAS PSYCHOSOMATIC ISSUES
-
AT THIS POINT IN TIME, THE KEY ISSUE IS THAT THERE IS A POOR CORRELATION
BETWEEN MR. BUCKNER'S COMPLAINTS AND OBJECTIVE, RELEVANT PHYSICAL
FINDINGS,
INDICATING BOTH SOMATIC AND NON-SOMATIC FACTORS. INDEED, THE INFLUENCE OF
PSYCHOSOCIAL FACTORS ON CLINICAL OUTCOMES AFTER INJURY HAS BEEN
INVESTIGATED
IN NUMEROUS EVIDENCED BASED STUDIES. THE RESULTS INDICATE THAT
PSYCHOLOGICAL
FACTORS PLAY A SIGNIFICANT ROLE IN RECOVERY AND ARE PREDICTIVE OF
OUTCOMES,
EVEN AFTER ACCOUNTING FOR KNOWN CLINICAL FACTORS. IN THIS CASE, THE
DISCREPANCIES IN CLINICAL FINDINGS ON TODAY'S EXAMINATION
ARE INCONGRUOUS WITH THE FINDINGS BY DR. GIRARD AND DR. BACH AND DR.
DAWKINS.

48

WOOD 048

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

TO WIT, DR. DAWKINS ON 1/18/17 DOCUMENTED THAT THE NECK WAS "NON-TENDER
WITHOUT ANY REFLEX, SENSORY OR MOTOR DEFICITS AND THE BACK MOTION WAS
FULL."
-
PURSUANT TO THE AMA GUIDES, TABLE 17.2:
REGIONAL IMPAIRMENT DIAGNOSIS IS INCONSISTENT WITH "INTERVERTEBRAL DISK
HERNIATION AND/OR AOMSI AT MULTIPLE LEVELS WITH MEDICALLY DOCUMENTED
FINDINGS;
WITH OR WITHOUT SURGERY, AND WITHOUT DOCUMENTED RADICULOPATHY AT THE
CLINICALLY APPROPRIATE LEVEL PRESENT AT THE TIME OF EXAMINATION," AND
THEREFORE, ASSIGNED TO CLASS 0 WITH DEFAULT IMPAIRMENT OF 0% WPI. - AND
THEREFORE HIS IMPAIRMENT IS GRADE 0; CLASS 0, WHICH EQUALS 0% WPI. "
-
IN MY ANALYSIS, THERE ARE NO OBJECTIVE FINDINGS OF ANY PERMANENT
IMPAIRMENT OR
AGGRAVATION. HE IS CAPABLE OF FULL DUTY ACTIVITIES WITHOUT RESTRICTION.
NO ONGOING MEDICAL CARE OR INTERVENTIONAL PROCEDURES ARE MEDICALLY
NECESSARY,
RELATED OR REASONABLE. WITH HIS MORBID OBESITY, A 100 POUND WEIGHT
REDUCTION
PROGRAM IS IMPERATIVE FOR HIS OWN HEALTH AND LONGEVITY.
--
THIS CASE WAS NOTICED FOR TRIAL HOWEVER THE TRIAL WAS STRICKEN AS THE
PLAINTIFF AMMENDED HIS COMPLAINT TO ADD ALLSTATE N AS THEUM CA RRIER.
RECOMMENDATION GIVEN BY DR BACH
--

**Injury Evaluation 11-08-18 02:30 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
ADDITIONAL MEDICAL RECORDS
---
TOTAL MD - 8/9/18
- C/O NECK, LEFT HAND NUMBNESS, HEADACHES
- PERFORMED AN UPDATED MRI AND COMPARED SAME TO 2015 MRI
  FINDINGS: OVERAL STABLE, AND MOST SIGNFICANT AND CONCERNIN
  IS C3-4 HNP WITH CORD IMPINGEMENT AND C5-6 HNP WITH LEFT NEURAL
  STENOSIS.  THERE IS CONCERN OF THE STATUS OF THE C4-5 HNP AS WELL
  WITH THE HNP MATERIAL IN CONTACT WITH THE SPINAL CORD ANTERIORLY,
  PUTTING PATIENT AT RISK FOR SPINAL CORD INJURY AT C4-5. THERE ARE BULGES
AT
  C2-3, C6-7 AND C7-T1
- SX RECOMMENDATION TDR/ACFS AT C3-4, C4-5, C5-6
--
- CUBITAL TUNNEL SYNDROM LEFT: NOTES:DOUMBE CRUS, HE WILL STILL HAVE
  ULNAR NEVER SYYMPTOMS AFTER CERVICAL DEOMPRESSION
--
NO BILL SENT WITH THE RECORD DEFENSE TO SUBPOENA SAME.  WE ARE ALSO GOING
O
NEED TO GET UPDATED LEIN/LEDGER FROM CIGNA

**Litigation 11-08-18 02:31 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO PA OFFICE WAS ADVISED BY JULIE THAT THE PLAINTIFF DID HAVE NECK
SURGERY
SHE CANNOT TELL ME WHEN HE HAD SAME AND TYPE.

49

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

SHE ADVISED SHE WILL BE SENDING SUPPLIMENT DISCOVERY TO OUR DEFENSE ATTY

**To Do 11-08-18 05:20 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
FU W/DA ON SUPP SUBPOENA DOCS
OBTAIN RECORDS AND BILLS FOR SX
COMPLETE RE-EVALUATION

**Claims Processor 11-26-18 11:51 AM ET A108975/A108975**
**Authored By: CINDY RODRIGUEZ**
RE-MEDIATION
FAST RECD ATTY LETTER W/ PREVIOUS TLD DATED 11/10/18_
FROM ATTY: MESSER & MESSER
TIME FRAME: UNK
INJURED PARTY: ROBERT BUCKNER
EFF UPLOAD DATE/# OF DOCS: 11/26/18, 2 DOCS
DIARY TO: BLW0001 AND A084978

**File Intervention 11-26-18 12:15 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND ACK PA'S LETTER DSTED 11/20 SENT TO DEFENSE AND R/C VIA EMAIL
TODAY***
-SAME IS *NOT* A DEMAND, BUT RESPONSE DUE TO SAME WITHIN 30 DAYS->BY 12/19
-PA ADVISES THAT HIS PROG HAD THEIR CHANCE TO MEET THEIR POL LIMITS DEMAND
AND
HIS CLIENT NOW HAS UNDERGONE SURGERY AND UNLESS PROG IS WILLING TO DISCUSS
AMOUNTS ABOVE OUR POL LIMIT-HE FEELS THAT ANOTHER MEDIATION IS NOT WORTH
HIS
TIME
---------------------------------------------------
***OBC TO DC KNAPP***
-S/W SAME
-DISCUSSED CASE AND LETTER
-SUPPLMENTAL DISCOVERY INCLUDING OP REPORT AND BILL WAS SENT TO CORA ON
11/14
CONFIRMING THAT CLT UNDERWENT A 3-LEVEL TOTAL DISC REPLACEMENT AT C3-C6
-GROSS MEDS APPEAR TO BE APPROX $59K W/DR. BACH
-THIS IS NEW INFORMATION AS THROUGHOUT THE ENTIRE COURSE OF DISCOVERY, WE
WERE
ATTEMPTING TO OBTAIN ALL RECORDS OF ANY CONTINUED TREATMENT SOUGHT AFTER
CLT
RECEIVED SX REC
---------------------------------------------------
-DISCUSSED W/BRENDA
-SHE WILL DISCUSS PA'S LETTER ON THIS WEEK'S LEGAL R/T AS IT IS CLEAR PA
IS
SEEKING EC
-CAUSATION IS IMPEDIMENT HERE AS IMPACT WAS A SCUFF TO THE LEFT REAR
BUMPER OF
CV AND TO THE DRIVER'S SIDE MIRROR/FENDER
-WILL NEED TO DISCUSS STRATEGY GOING FORWARD AS WE HAVE NEVER OFFERED OUR
LIMITS TO DATE AS CLT ONLY SUFFERED SOFT TISSUE INJS W/SX REC UP UNTIL
THIS
YEAR
-CASE CURRENTLY NOT ON A DOCKET

50

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Contact Information 11-27-18 12:46 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO CC TO CONFIRMED THAT THEY TENDERED THEIR LIMITS. LMTCB TOR ADJUSTER
SAME HAD 50/100 STACKED X 2

**File Intervention 11-28-18 09:08 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***R/C EMAIL FROM DC KNAPP ADVISING TO HAVE CASE REFERRED OUT DUE TO CLT
UNDERGOING 3-LEVEL TDR AND PA NOW REQUESTING EC AUTHORITY AT MEDIATION TO
RESOLVE***
-NOTE: OUR LIMITS WERE NEVER TENDERED OR OFFERED AS CAUSATION IS MAIN
IMPEDIMENT HERE GIVEN NATURE OF IMPACT
-CONFIRMED TRIAL HAS BEEN RESET TO FEBRUARY ATT
---------------------------------------------------
***IBC FROM DC KNAPP***
-DISCUSSED CASE AT LENGTH
-CONFIRMED THAT TRIAL DOCKET RUNS FROM 2/12-3/27
-CONFIRMED THAT ALL DISCOVERY PRE-SURGERY HAS BEEN OBTAINED AND IME
COMPLETED
WHICH WAS FAVORABLE HOWEVER WE STILL DO NOT HAVEW EVERYTHING PERTAINING TO
THE
SX THAT CLT UNDERWENT BUT SUBPOENAS HAVE BEEN SENT OUT
-GIVEN THE FACT PA IS SEEKING EC AND CASE IS ON DOCKET-CLAIM WILL NEED TO
BE
REFERRED TO O/C FOR CONTINUED HANDLING AND DEFENSE
-ADVISED WE WOULD LOOK INTO WHO CAN TAKE CASE ON SUCH A SHORT NOTICE AND
GET
BACK WITH HER
--------------------------------------------------------
***DISCUSSED W/BRENDA***
-SHE WILL UPDATE TRIAL NOTICE AND SEND DIARIES ACCORDINGLY
(NOTE-TRIAL NOTICE JUST RECEIVED ON 11/20)
-SHE WILL REACH OUT TO O/C DC JR TO SEE IF HE CAN TAKE OVER CASE ON SUCH
SHORT
NOTICE AND IF HE CANNOT, WILL REACH OUT TO O/C DC WILKE
-POA WILL BE DISCUSSED W/CLAIMS LEGAL ON FRIDAY DURING R/T AS TO A
RESPONSE TO
PA'S RECENT LETTER AND IF A PFS FOR OUR POL LIMITS MAY BE WARRANTED ATT
BASED
ON THE NEW INFORMATION

**Litigation 11-28-18 09:11 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
TRIAL NOTICE:  DA:  ELIZABETH CONNELLLY
CALENDAR CALL:                                1/18/19 @ 2:30 P.M.
NUMBER OF WEEKS ON TRIAL DOCKET:   6 WEEK DOCKET
JUDGE:      BARBARA W. BRONIS
COURT LOCATION:    ST LUCIE COUNTY COURTHOUSE, ROOM 3-D, 218 SO. 2ND ST,
FT.
PIERCE, FL  34950
EXPERT WITNESS LIST DUE:              12/19/18
IME CUT OFF:                          12/30/18
JOINT PRE-TRIAL STIPULATION DUE:      1/11/19
DISCOVERY TO BE INITIATED BY:         1/14/19

51

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
DISCOVERY CUTOFF:                          1/14/19
45 DAY DIARY RE: PFS:                      12/28/18
DIARY TO BAD14, DEH2, TJM8, EVAN
```

**Claims Processor 11-28-18 10:50 AM ET BAD0014/BAD0014**
**Authored By: BEVERLY A DABB**
```
UPDATED ATC LOG W/TRIAL DATE OF 02/12/19 -ATC SET FOR 12/12/18-ATTY
CONNELLY
```

**Litigation 11-29-18 06:59 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
JR HAS AGREED TO TAKE OVER THE HANDLING OF THIS CAE.
DIARY TO BAD14. THIS CASE HAS BEEN X-FERRED TO JR
UPDATED LITITATION SCREEN
```

**Claims Processor 11-30-18 10:23 AM ET BAD0014/BAD0014**
**Authored By: BEVERLY A DABB**
```
UPDATED ATTY TO JR PER BRENDA
```

**File Review 11-30-18 03:21 PM ET SLL0017/SLL0017**
**Authored By: STEPHANIE L LANGEL**
```
LEGAL R/T REVIEW
-
RECOMMENDATION IS TO SEND OUT TENDER WITH LETTER STATING BASED ON NEW
INFORMATION SPECIFIC TO MEDICALS AND TREATMENT IN EXCHANGE FOR RELEASE AND
DISMISSAL. SEND DRAFT WITH LETTER.
-
IF REJECTED AND SENT BACK, WILL FILE PFS FOR LIMITS AND PLACE ON TIER II
```

**Claims Processor 12-03-18 10:02 AM ET BAD0014/BAD0014**
**Authored By: BEVERLY A DABB**
```
MOVED TO NEXT ATC 12/26 PER BRENDA
```

**Injury Evaluation 12-13-18 08:55 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT              L/COV: RBI
EVALUATION RANGE LOW:      50000 HIGH:     50000
DECISION MADE TO TENDER LIMITS
UM TENDERED THEIR LIMITS
PATINENT HAD ACDF W/DISC REPLACEME NT AT C3-4 AND C5-6 ON 9/20/18
```

**Injury Evaluation 12-13-18 08:56 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT              L/COV: RBI
OFFER    AMOUNT:       50000 IN PERS NEG= N
ISSUED DRAFT FOR TENDERING OF LIMITS TO PATTTI WITH RELEASE
```

**Injury Evaluation 12-13-18 08:56 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
BI NEGOTIATION FOR: BUCKNER, ROBERT              L/COV: RBI
SETTLEMENT AMOUNT:     50000
```

**File Intervention 12-13-18 09:01 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
```
***RVWD AND DISCUSSED W/BRENDA***
```

52

WOOD 052

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

-CASE DISCUSSED ON LAST LEGAL R/T WHILE I WAS OOO
-BRENDA WILL BE ISSUING TENDER TO PA DUE TO NEW INFORMATION AS PER LEGAL AND
IF PA REJECTS SAME, WILL FILE POL LIMITS PFS
-CASE SET TO BE DISCUSSED ON NEXT ATC CALL 12/26 W/PFS CUTOFF FALLING ON 12/29
-PLEASE ALSO F/U W/DC FOR UPDATED ATR AND ELEVATE

**Injury Evaluation 12-13-18 09:02 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI NEGOTIATION FOR: BUCKNER, ROBERT                L/COV: RBI
***  THIS BI EVENT WAS ENTERED IN ERROR AND DELETED.***

**Injury Evaluation 12-13-18 09:02 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI NEGOTIATION FOR: BUCKNER, ROBERT                L/COV: RBI
SETTLEMENT AMOUNT:     50000

**Contact Information 12-13-18 09:10 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO NI TO DISCUSS THE TENDERING OF THE LIMITS. LMTCB ON JAIME WOOD VM
SENT COPY OF TENDER LETTER TO NI AND KAYLEE

**Claims Processor 12-13-18 01:12 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
SENT LTR, DRAFT, RLS TO MESSER VIA FEDEX TRK#773964904607

**File Intervention 12-14-18 02:30 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-CONFIRMED TENDER ISSUED AS PER DISCUSSION ON LEGAL R/T
-BRENDA, PLEASE UPDATE DC ON SAME AND ADVISE IF RETURNED

**Claims Processor 12-18-18 03:30 PM ET BAD0014/BAD0014**
**Authored By: BEVERLY A DABB**
REMOVED FROM ATC/SETTLED

**File Intervention 12-19-18 03:14 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***R/C LETTER FROM PA DATED 12/17***
-SAME STATES THE FOLLOWING:
"ON FRIDAY, WE RECEIVED AN UNSOLICITED LETTER FROM YOU WHICH WAS ACCOMPANIED
BY A CHECK IN THE AMOUNT OF $50K. I AM RETURNING THE CHECK AND PROPOSED
RELEASE HEREWITH. AS I INDICATED TO YOUR ATTORNEY IN MY LETTER OF NOVEMBER 20,
2018, YOUR OPPORTUNITY TO SETTLE THIS CASE WITHIN THE POLICY LIMITS HAS LONG
SINCE PASSED. SHOULD PROGRESSIVE DESIRE TO MAKE AN OFFER TO SETTLE THIS CASE
FOR ITS ACTUAL VALUE, WE WILL CERTAINLY LISTEN. OTHERWISE, I BELIEVE THE CASE
IS SET FOR TRIAL IN MARCH"
----------------------------------------
-FWDED TO BRENDA

53

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

-STOPPED PAY ON DRAFT AND REOPENED/RESERVED FEATURE
-CASE TO BE DISCUSSED ON NEXT ATC CALL
-BTP AND TJM ON DY DUE TO RJ TNDR

**File Intervention 12-20-18 04:53 PM ET TJM0008/TJM0008**
**Authored By: TIMOTHY J MICHAELS**
ACK THAT PLTF ATTY HAS REJECTED OUR 50K TENDER. LETS BE SURE TO FILE A PFS
FOR
OUR POLICY LIMITS PRIOR TO 12/29 DEADLINE. CASE SET FOR ATC ON 1-4.

**File Intervention 12-20-18 04:53 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***DISCUSSED W/BRENDA***
-SHE WILL HAVE $50K POL LIMITS PFS FILED BEFORE THE 12/29 CUTOFF

**Injury Evaluation 12-20-18 04:58 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
BI NEGOTIATION FOR: BUCKNER, ROBERT                L/COV: RBI
OFFER     AMOUNT:        50000 IN PERS NEG= N
SENT RELEASE TO DEFENSE TO SERVE THE PFS FOR $50K

**File Intervention 12-26-18 09:43 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND DISCUSSED W/BRENDA***
-DC JR WILL HAVE ATR TO US BY FRIDAY
-OUR POL LIMITS WERE TENDERED AND REJECTED
-PFS FOR POLICY LIMITS HAS BEEN FILED
-CASE WAS REFERRED OUT TO JR'S OFFICE FROM HC
-WE ARE SET TO MOVE FORWARD W/DEFENSE OF CASE-TRIAL 2/12
-CASE TO BE PRESENTED ON ATCS 1/4

**Litigation 12-28-18 03:59 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
RECD CONFIRMATION TAHT OUR PFS WAS SERVED ON 12/21/18
OBC TO DA OFFICE FOR JR IS ON THE OTHER LINE. SW TRACY SHE IS GOING TO
REMIND
HIM ABOUT THE ATR

**Litigation 01-02-19 02:37 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
INSURED: BRYAN G. WOOD
ASSIGNED DEFENSE COUNSEL: JOHN RICHARDS, ESQUIRE
VENUE: ST. LUCIE COUNTY, CIRCUIT COURT
CLAIM #: 155150301
PLAINTIFF ATTY: ROGER N. MESSER, ESQUIRE
MESSER & MESSER
JUDGE: THE HONORABLE BARBARA W. BRONIS
DATE OF LOSS: 10/21/2015
TRIAL DATE: 02/12/2019
CASE TYPE: BI
HANDLING REP: BRENDA SHEFFIELD
1. STATEMENT OF FACTS: PLAINTIFF, ROBERT BUCKNER, WAS STOPPED AT A RED
LIGHT
WHEN THE MOTOR

54

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

VEHICLE BEING OPERATED BY THE DEFENDANT, KAYLEE WOOD WHILE MAKING A LEFT-HAND TURN WENT THROUGH A PUDDLE AND HYDROPLANED. HER CAR SPUN AROUND AND MADE CONTACT WITH THE PLAINTIFF_S VEHICLE. THERE WAS NO REPORTED INJURY AT THE SCENE. THE PLAINTIFF, ROBERT BUCKNER, CLAIMS INJURY TO HIS NECK AND LEFT SHOULDER WHICH INCLUDES A DISC HERNIATION OF THE NECK. HE HAS HAD NECK SURGERY.

2. LIMITS OF COVERAGE: $50,000 EACH PERSON-$100,000 EACH ACCIDENT. EFFECTIVE DATES: 7/1/2015 - 1/1/2016

3. SUMMARY OF DISCOVERY THE PLAINTIFF, ROBERT BUCKNER, IS 37 YEARS OLD. HE WORKS IN IT/CUSTOMER SERVICE WITH NUCO 2. HE IS NOT MAKING A PAST LOST WAGE CLAIM OR CLAIM FOR FUTURE DIMINISHED EARNING CAPACITY.

THE PLAINTIFF COMPLAINS OF INJURY TO HIS NECK AND SHOULDER. RELATIVE TO THE NECK HE IS CLAIMING DISC HERNIATIONS AT C3-4, C4-5, AND C5-6. THE PLAINTIFF HA NECK SURGERY ON SEPTEMBER 20, 2018. HE HAD AN ANTERIOR DISCECTOMY AND DISC REPLACEMENT SURGERY AT C3-4 AND C5-6 PERFORMED BY DR. BACH OF TOTAL MD AT WELLINGTON REGIONAL MEDICAL CENTER.

TREATMENT HAS CONSISTED OF PHYSICAL THERAPY, MEDICATIONS, BUT NO INJECTION OR SURGERY.

THE PLAINTIFF IS 5 FOOD 9 INCHES AND WEIGHS 277 POUNDS.

2

ATR _ CLAIM NO. 155150301

SURVEILLANCE WAS PREVIOUSLY ATTEMPTED AND SHOWS HIM WALKING AND DOING ACTIVITIES WITHOUT ANY RESTRICTIONS INCLUDING TAKING OUT THE GARBAGE. THIS WAS PERFORMED IN NOVEMBER AND DECEMBER 2017.

B. PERTINENT DEPOSITION TESTIMONY:

ROBERT BUCKNER:

WHILE NOT INVOLVED IN THE CASE AT THE TIME THE INDICATIONS ARE THAT MR. BUCKNER MAKES AN AVERAGE APPEARANCE AS A WITNESS. AS INDICATED, HE IS CURRENTLY NOT MAKING A LOST WAGE CLAIM OR CLAIM FOR DIMINISHED LOSS OF EARNING CAPACITY. WHILE HE DID HAVE HEALTH INSURANCE THROUGH CIGNA, NONE OF HIS MEDICAL BILLS AND TREATMENT FROM THE ACCIDENT HAVE BEEN SUBMITTED TO HEALTH INSURANCE.

HIS FIRST TREATMENT POST-ACCIDENT WAS THE NEXT DAY WHEN HE WENT TO THE EMERGENCY ROOM.

ASSOCIATED WITH THE NECK PAIN ARE COMPLAINTS OF HEADACHES. THE THEN SAW DR.

55

WOOD 055

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

PIERRE GIRARD AND
BEGAN CONSERVATIVE TREATMENT. HIS INITIAL VISIT WAS OCTOBER 22, 2015, FIVE
DAYS POST-ACCIDENT. HE
THEN STARTED PHYSICAL THERAPY. HE RECEIVED PHYSICAL THERAPY THROUGH JUNE
2016.
HE FIRST SAW DR.
BACH ON AUGUST 2, 2016.
KAYLEE WOOD
AGAIN, WHILE NOT INVOLVED IN THE CASE IT IS REPORTED THAT SHE MAKES AN
ABOVE
AVERAGE APPEARANCE AS
A WITNESS. SHE HAD DESCRIBED THAT THE ACCIDENT OCCURRED DUE TO
HYDROPLANING.
THERE IS NO
EVIDENCE OF EXCESSIVE SPEED.
C. PRIORS:
THE PLAINTIFF WAS INVOLVED IN A 1999 MOTOR VEHICLE ACCIDENT WHERE IS
VEHICLE
WAS REAR-ENDED. HE
TESTIFIED HE ONLY THEN THE ONLY CLAIMED INJURY TO HIS LOW BACK FOR WHICH
HE
RECEIVED CHIROPRACTIC
TREATMENT FOR APPROXIMATELY A YEAR. HE HAD AN MRI SCAN OF HIS LOW BACK BUT
NOT
HIS NECK. HE
PRESENTED A CLAIM WHICH SETTLED. WE HAVE RECENTLY RECEIVED RECORDS FROM
ALLSTATE INSURANCE WHICH
REFLECT HIS TREATMENT FROM THE 1999 ACCIDENT INCLUDED HIS NECK. THEY
REFLECT
THAT HE HAD A CERVICAL
MRI AND A CERVICAL MYLEGRAM. WE ARE ATTEMPTING TO GET THESE RECORDS, BUT
THEY
MAY HAVE BEEN
DESTROYED.
HE WAS INVOLVED IN A SUBSEQUENT MOTOR VEHICLE ACCIDENT AND HAD DENIED
INJURIES. HE HAS NEVER
BEEN INVOLVED IN ANY ON THE JOB INJURIES.
4. LIABILITY ANALYSIS:
IT IS A CASE OF PROBABLE AND LIKELY LIABILITY EVEN THOUGH THERE WILL BE
TESTIMONY THAT THE DEFENDANT
WAS NOT TRAVELING AT AN EXCESSIVE RATE OF SPEED. THERE IS NO BASIS TO
CLAIM OF
COMPARATIVE NEGLIGENCE.
THE PRIMARY ISSUE IS CAUSATION AND PERMANENT INJURY THRESHOLD.
3
ATR _ CLAIM NO. 155150301
5. DAMAGES:
ECONOMIC DAMAGES: THE PLAINTIFF_S GROSS MEDICAL EXPENSES TO DATE TOTAL
APPROXIMATELY
$250,000.00. PIP BENEFITS OF $10,000.00 WERE PAID. THERE ARE KNOWN
ADJUSTMENTS
OF
APPROXIMATELY $3,500.00. NOTE THAT THE BILLING FROM WELLINGTON REGIONAL
MEDICAL CENTER IS

56

WOOD 056

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

$175,000.00. IT DOES APPEAR THAT THEY SUBMITTED THEIR BILLING TO CIGNA. WHAT WAS PAID AND WRITTEN OFF IS UNKNOWN AT THIS TIME. WE HAD SUBPOENAED UPDATED RECORDS.

6. INJURIES - BRIEF DESCRIPTION OF INJURIES CLAIMED: PLAINTIFF IS COMPLAINING OF MULTIPLE DISC HERNIATIONS OF THE NECK, AND SOFT TISSUE INJURY TO THE LEFT SHOULDER. HE HAD NECK SURGERY C3-4, C4-5, AND C5-6-DISC DISCECTOMY AND DISC REPLANT ON SEPTEMBER OF 2018.

7. PLAINTIFF_S TESTIMONY: PLEASE SEE ABOVE.

8. EXPERTS & WITNESSES / ANTICIPATED TESTIMONY / CURRENT IMPEDIMENT ANALYSIS _ INCLUDING DR. ZEIDE PERFORMED A DEFENSE MEDICAL EVALUATION IN MAY OF 2016. IN HIS OPINION THE PLAINTIFF DID NOT SUSTAIN A PERMANENT INJURY WITHIN A REASONABLE DEGREE OF MEDICAL PROBABILITY. HE INTERPRETS THE DIAGNOSTIC STUDIES AS SHOWING CONDITIONS WHICH PRE-DATED THE SUBJECT ACCIDENT. HE DOES NOT BELIEVE THAT THE PLAINTIFFS_ SUBJECTIVE COMPLAINTS ARE CONSISTENT FROM DOCTOR TO DOCTOR OR WITH THE OBJECTIVE FINDINGS. DR. PFEIFFER HAS BEEN RETAINED AS AN EXPERT RADIOLOGIST. WE ARE AWAITING THE RESULTS OF HIS REVIEW. AT THAT TIME THE PLAINTIFF HAD NECK SURGERY. IT WAS HIS OPINION THAT THE PLAINTIFF WAS NOT A SURGICAL CANDIDATE FOR ANY INJURY OR CONDITION FROM THE ACCIDENT. HE IS REVIEWING THE SURGERY RECORDS FROM DR. BACH AND WELLINGTON REGIONAL MEDICAL CENTER AND WE HOPE TO HAVE HIS REPORT ON OR BEFORE JANUARY 20, 2019.

9. COLLATERAL SOURCES: PIP: $10,000 MED PAY: NONE HEALTH INSURANCE: LESS THAN $1,000.00 TO DATE. THE CHARGES OF $175,000.00 FOR THE NECK SURGERY FROM WELLINGTON REGIONAL MEDICAL CENTER WERE SUBMITTED. WHAT HAS BEEN PAID AND THE LIEN IS UNKNOWN AT THIS TIME.

10. COSTS: ADDITIONAL ATTORNEY_S FEES AND COSTS THROUGH TRIAL: $25,000.00 - $35,000

11. VERDICT RESEARCH: NOT APPLICABLE.

12. ASSESSMENT OF VENUE AND PLAINTIFF_S COUNSEL: PORT ST. LUCIE COUNTY Y IS KNOWN TO BE CONSERVATIVE ON CAUSATION AND PERMANENT INJURY THRESHOLD BUT LIBERAL ON DAMAGES.

4

57

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
ATR _ CLAIM NO. 155150301
THE PLAINTIFF_S COUNSEL ROBERT MESSER HAS BEEN PRACTICING SINCE 1977.
WHILE HE
IS AN EXPERIENCED
TRIAL ATTORNEY, HE HAS NOT TRIED MANY CASES OVER THE PAST 10 YEARS.
13. RECOMMENDATION OF DEFENSE COUNSEL:
WE HAVE RETAINED A RADIOLOGIST. DR. PFEIFFER TO REVIEW THE DIAGNOSTICS
STUDIES
AND ARE ATTEMPTING TO
GET HIS REPORT. WE ARE ATTEMPTING ADDITIONAL SURVEILLANCE.
14. PFS/OFFERS OF JUDGMENT:
LAST OFFER: PFS $5,432.00
DATE: 6/17/17
15. DEMAND FOR JUDGMENT
LAST DEMAND: $50,000 POLICY TIME LIMIT, BEFORE SURGERY
DATE: 11/14/17
```

**To Do 01-02-19 02:39 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
PRESENT AT ATC

**Claims Processor 01-02-19 07:48 PM ET A092519/A092519**
**Authored By: TERIEKA SCRIVEN**
F.A.S.T. RECEIVED E-PFS...
FROM ATTORNEY: MESSER & MESSER
TIMEFRAME: 30 DAYS
INJURED PARTY: ROBERT BUCKNER JR
EFF UPLOAD DATE/# OF DOCS: 1/2/2019 / 5
DIARY TO: BLW0001 AND A084978

**Injury Evaluation 01-03-19 10:28 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
BI NEGOTIATION FOR: BUCKNER, ROBERT            L/COV: RBI
DEMAND    AMOUNT:    320000   EXPIRES ON 01-31-2019
-R/C 2X PFS'S FILED BY PLTFF FOR A TOTAL DEMAND OF $320K SPLIT EVENLY TO
NI
AND ID THAT EXPIRE ON 1/31:
--->PFS TO NIO BRYAN WOOD: $160K
--->PFS TO ID KAYLEE WOOD: $160K
----------------------------------------------
-DY TO BLW AND MYSELF
-CASE TO BE DISCUSSED ON ATCS TOMORROW AND WILL ADDRESS EXCESS PFS ATT

**File Intervention 01-04-19 10:36 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***CASE PRESENTED ON ATCS***
-PER DC-BOTH PFS'S THAT WERE JUST FILED ARE UNTIMELY
-THERE IS CLEAR LIAB-INSD DID HYDROPLANE-WE ADMITTED SAME
-SX WAS 3-LEVEL DISCECTOMY W/DISC REPLACEMENT 3 YEARS POST-LOSS
-DC HAS FOUND POSSIBLE PRIOR LOSS W/ALLSTATE WHERE CLT HAD PRIOR MRI'S
COMPLETED AND IS SEEKING RECORDS FROM SAME
-PLTFF'S UPDATED DEPO IS BEING SET-DEPENDING HOW THAT GOES-WE MAY FILE
CONTINUANCE TO HAVE EVAL W/SURGEON COMPLETED AS OUR CME DR DOES NOT
PERFORM SX
-BRENDA WILL CONFIRM THE DATE OF THE UPDATED DEPO, CLARIFY IF WE WILL BE

58

WOOD 058

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

SEEKING CONTINUANCE, CONFIRM COST FOR SX EVALUATION IF NEEDED AND UPDATE
ACCORDINGLY
-CASE TO BE DISCUSSED ON T2 AS WELL

**Litigation 01-14-19 01:36 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
THE PFS WAS DISCUSSED ON THE ATC THE DECISION WAS MADE TO ALLOW
THE PFS TO EXPIRE. EMAIL TO DEFENSE TO ADVISE OF SAME.
DIARY TO EVAN REGARDING RECOMMENDATION
--
UPDATED DEPO TAKEN ON 1/10 I WAS UNABLE TO ATTEND DUE TO SCHEDULING
REQUESTED SUMMARY AND UPDATE ON IF WE ARE GOING O BE REQUESTING A
CONTINUANCE
IN THIS AS A RESULT OF HE UPDATED DEPO

**File Intervention 01-15-19 03:34 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-AGREE W/LETTING EXCESS PFS EXPIRE AS PREVIOUSLY DISCUSSED ON ATCS

**File Intervention 01-28-19 12:51 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BRENDA, PLEASE F/U FOR UPDATED DEPO SUMMARY-ANY IMPACT ON OUR
STANCE/EVAL?
-IN ADDITION, NEED TO CLARIFY IF CONTINUANCE WAS FILED OR IS TRIAL MOVING
FORWARD ON 2/12?
-IF TRIAL IS NOT BEING CONTINUED, PLEASE ELEVATE THE MOST RECENTLY UPDATED
ATR
TO MYSELF, TJM, DEH AND JLR

**Contact Information 01-28-19 03:37 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
OBC TO DA SW TRACY AS JR IN CONFERENCE
WE HAD A CALENDAR CALL ON THIS CLAIM WE HAVE BEEN SET FOR TRIAL. WE ARE #2
TO
START THE TRIAL ON 3/19/19. SHE DOES NOT SEE WHERE WE REQUESTED A
CONTINUANCE
IN THIS CASE. REQUESTED AND UPDATE ATR.  WE HAVE THE DEPOS OF OUR EXPERTS
SET
DR. PFEIFFER TOMORROW, AND DR JACOBS ON 2/7. WE SETTING UP THE DEPOS OF
THEIR
EXPERTS. SHE WILL BE SENDING ME AN UPDATED DEPO SUMMARY OF THE PLAINTIFF.

**File Intervention 01-31-19 10:01 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***CASE DISCUSSED ON TIER II R/T***

**Claims Processor 02-01-19 08:01 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY PALM BEACH REPORTING INV#68484 $305.95 CS
UPLOAD

**Litigation 02-01-19 09:25 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**

WOOD 059

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
RECD REQUEST FROM YDALIA GRACIA AT JR'S OFFICE FOR COPY OF POLICY. MAILED
SAME.  ALSO RECEIVED REQUEST FOR ASSISTANCE FOR ANSWERING THE BOSCHER
ROGGS
THE EXPERTS ARE THE FOLLOWING:
-
DR. MICHAEL ZEIDE
TAX ID # 26-1114252
-
R. PATRICK JACOB, M.D.
TAX ID: 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
-
ERIC A. PFEIFFER, M.D.
TAX ID:  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
SENT SAME TO MARY O'TOOLE FOR REPOR
```

**Litigation 02-07-19 11:43 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
EXPERT RETENTION OUTLINE:  DOS: 1/29 - 2/5/19
INVOICE # 9008.1
~~~~~~~~~~~~~~
WHAT: PFEIFFER RADIOLOGY CONSULTANTS
WHY: REVIEW OF RECORDS, PREP FOR DEPO
EXPECTATION: EXPERT FOR TRIAL SET IN MARCH. PREP FOR SAME AND REVIEW
OF ADDITIONAL RECORDS. VIDEO DEPO
COST: 2125.00
--------------------
1/10/19      REVIEW OF 1 X MRI, 2 X US, 1 X FLURO      .75      375
             RUSH FEE                                 1.00      250
1/23/19      REVIEW 1 MRI REPORT AND COMPS             .50      250
1/24/19      TELEPHONE CONFERENCE W/JR                 .25      125
1/25/19      REVIEW 1 X XRAYS WITH                     .25      125
1/26/19      REVIEW 2 X XRAYS WITH COMP                .25      125
1/31/19      PRE-DEPO CONF                             .25      125
2/4/19       REVIEW2 1 X MRI DEPO PREP                1.00      500
2/5/19       VIDEO DEPO OVERTIME                       .25      250
-------------------------------------------------------------------------
TOTAL                                                          2125
```

**Litigation 02-07-19 11:57 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
SUMMARY OF DR ZEIDI REVIEW OF RECORDS FRO ROBERT BUCKNER
THE PLAINTIFF UNDER WENT NECK SX AFTER DR ZEIDI'S CME AND INITIAL REPORT
DEFENSE PROVIDED HIM WITH ADDITIONAL RECORDS AND WILL CONTINUE TO SEND
SAME AS
THEY COME IN.
DR. ZEIDE'S OPINION THAT THE ACDF PERFORMED BY DR BACH WAS ELECTIVE SX
RATHER
THAN RELATED TO THIS AX. FURTHERMORE HE FELT THAT THE CHARGES WERE
EXCESSIVE.
IN PARTICULAR, THE IMIPLANTS SHOULD HAVE BEEN LESS THAN $12K AS OPPOSED TO
THE BILLED $65K. HE WILL ADDRESS SAME IN A SUPPLEMENTAL REPORT WHICH HE
WILL
BE FORTHCOMING
--
OVERALL, DR. ZEIDE FELT THAT THE INITIAL TREATMENT THE PLAINTIFF RECEIVED
```

WOOD 060

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

WOULD HAVEBEEN REASONABLE, ALTHOUGH HE FELT THAT SOME OF THE CHIROPRACTIC
TREATMENT WAS EXCESSIVE.HE ESTIMATED THAT ABOUT $10,000 WOULD HAVE BEEN
REASONABLE FOR THE INITIAL TREATMENT.DEFENSE ALSO ASKED DR. ZEIDE ABOUT
THE
POSSIBILITY OF REVISION OR ADJACENT LEVEL SURGERY. HE FELT THAT ADJACENT
LEVEL
SURGERY WAS UNLIKELY SINCE THIS WAS A 3-LEVEL FUSION. I DID NOT ASK HIM
TO INCLUDE THESE PARTICULAR ITEMS IN HIS ADDENDUM
-
DR ZEIDI PROVIDED SOME INFO REGARDING THE BILLING OF DR. BACH, TOTAL MD,
ADN
WELLINGTON REGIONAL. APPARENTLY TOTAL MD IS OWNED BY RUSS SEGER, A CHIRO.
BACH
REPORTLY IS A CONTRACT EMPLOYEE BEING PAID 10K/DAY BUT HIS SERVICES ARE
BILLED
FOR MUCH HIGHER. ACCORDING TO DR. ZEIDE TOTAL MD AND WELLINGTON REGIONAL
SELL
THEIR RECEIVABLES AT A DISCOUNTED RATE TO ENTITIES AND OR FUNDING
COMPANIESO
OWNED BY RUSS SEGER. RUSS SEGER IS LISTED  AS THE MANAGING MEMBER OT TOTAL
MD
ORTHOPEDICS AND NEUROSURGERY, LLC. DEFENSE IS GOING TO ATTEMPT TO FOLLOW
UP ON
THIS INFORMATION

**Litigation 02-07-19 12:04 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EMAIL TO TINA BUSH AT DA OFFICE FOR COPY SUMMARY OF THE UPDATED DEPO OF
THE
PLTIFF

**Litigation 02-14-19 06:45 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
UPDATED DEPO SUMMARY
ROBERT BUCKNER
MR. BUCKNER CONTINUES TO RESIDE AT 2074 SW SCORPIO LANE, PORT ST. LUCIE,
FL
35483. HE RESIDES THERE WITH HIS ROOMMATE, JENNIFER FRANCIS. HIS COUSIN,
BIANCA CHRISTIAN ALSO RESIDES WITH HIM AS WELL. HE PERIODICALLY STAYS AT
HIS
MOM_S.
-
HE CONTINUES TO BE EMPLOYED BY NUH2O ON A FULL-TIME BASIS. HIS DUTIES HAVE
NOT
CHANGED SINCE HIS PRIOR DEPOSITION. HE WORKS THE GRAVEYARD SHIFT TUESDAY
THROUGH SATURDAY 10:30 PM UNTIL 6:30 AM. HIS DIRECT SUPERVISOR IS NOW
DENISE
SCHICK. HE MISSED ABOUT FIVE WEEKS FROM WORK AFTER HIS NECK SURGERY IN
SEPTEMBER 2018. HE RECEIVED SHORT TERM DISABILITY BENEFITS DURING THIS
TIME
FROM MUTUAL OF OMAHA. HE IS NOT MAKING A CLAIMS FOR PAST LOST WAGES OR
FUTURE
LOSS OF EARNING CAPACITY.
-

61

WOOD 061

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

HE HAS NOT BEEN INVOLVED IN ANY CAR ACCIDENTS, SLIP AND FALLS, TRIP AND FALLS,
OR OTHER ACCIDENTS WHERE HE WAS INJURED SINCE HIS LAST DEPOSITION.
-
AS FOR TRIPS SINCE HIS LAST DEPOSITION, IN SEPTEMBER OF 2017, HE TRAVELED VIA
AIRPLANE TO CHICAGO FOR ONE WEEK. HE HAD STIFFNESS AND PAIN IN HIS NECK DURING
THE FLIGHT. THIS WAS A WORK-RELATED TRIP DURING A PERIOD OF TIME WHEN FLORIDA
WAS UNDER HURRICANE WATCH. HE TRAVELED WITH EIGHT OTHER EMPLOYEES. HE STAYED
IN A HOTEL DURING THIS TRIP.
-
HE TRAVELED TO NEW YORK IN OCTOBER OF 2017 VIA AIRPLANE TO ATTEND A FAMILY
MEMBER_S FUNERAL. HE STAYED IN NEW YORK FOR FIVE DAYS
-
HE TRAVELED TO ORLANDO WITH HIS MOTHER IN JUNE OF 2018 TO VISIT WITH HIS
BROTHER, GEORGE BUCKNER, WHO WAS VISITING FROM GEORGIA. THEY ALL STAYED AT A
TIMESHARE FOR TWO DAYS DURING THIS TRIP. HE DROVE HIS VEHICLE TO ORLANDO WHILE
HIS MOTHER WAS A PASSENGER. HE HAD TO PULL OVER AT A REST STOP FOR A PERIOD OF
TIME DURING THE TRIP DUE TO NECK PAIN, INCREASED NUMBNESS AND TINGLING, AND
HEADACHE.
-
HE PRESENTED TO MARTIN MEMORIAL HOSPITAL ON ONE OCCASION FOLLOWING HIS PRIOR
DEPOSITION DUE TO KIDNEY PAIN, WHICH HE DOES NOT RELATE TO THE SUBJECT
ACCIDENT. HE PRESENTED TO BEACHES MRI SINCE HIS LAST DEPOSITION, WHERE HE
UNDERWENT A CERVICAL MRI AT THE REFERRAL OF DR. HAROLD BACH.
-
HE HAD THE SURGERY BY DR. BACH AT WELLINGTON HOSPITAL ON SEPTEMBER 20, 2018.
IT WAS AN ACDF PROCEDURE WITH DISC REPLACEMENT. HE WAS ADMITTED OVERNIGHT FOR
THIS PROCEDURE. HE DID NOT UNDERGO ANY POST-SURGICAL PHYSICAL THERAPY. HE
RETURNED TO DR. BACH ON TWO OCCASIONS AFTER THE SURGERY FOR FOLLOW UP VISITS.
ON ONE OCCASION, DR. BACH TOOK X-RAYS. ON HIS LAST VISIT, DR. BACH DID NOT
RECOMMEND ANY ADDITIONAL TREATMENT OR SURGERIES. HE ADVISED PLAINTIFF THAT HE
WAS HEALING WELL AND TO CONTACT HIM IF HE BEGAN HAVING ANY ISSUES. HE HAS NOT
RETURNED.
-
HE HAS IMPROVED SINCE THE SURGERY IN THAT HIS NUMBNESS AND TINGLING IN THE
LEFT HAND HAS RESOLVED, HIS HEADACHES HAVE RESOLVED, AND THE MAJORITY OF HIS
PAIN HAS RESOLVED. HE DESCRIBED HIS CURRENT NECK CONDITION AS _A LITTLE
SORE,_. HE RATED THE PAIN HE CURRENTLY EXPERIENCES IN HIS NECK AT 3/10. HIS

62

WOOD 062

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

LEFT SHOULDER CONTINUES TO CAUSE HIM PAIN INTERMITTENTLY. HE RATES HIS CURRENT
SHOULDER PAIN AT 3/10. HE HAS NOT HAD ANY TREATMENT FOR HIS LEFT SHOULDER
SINCE HIS LAST DEPOSITION. HIS NECK AND SHOULDER ONLY BOTHER HIM
WHEN IT RAINS OR WHEN IT IS _CHILLY_ OUTSIDE. HE CONTINUES TAKING HIS BLOOD
PRESSURE MEDICATION AND HE TAKES IBUPROFEN A FEW TIMES PER WEEK FOR PAIN
-
HE DOES NOT KNOW HOW MUCH MONEY HE OWES FOR MEDICAL TREATMENT IN THIS MATTER.
HE DOES NOT KNOW HOW MUCH HIS SURGERY COST. HE WAS NOT SURE WHETHER HE SIGNED
A LETTER OF PROTECTION FOR THE SURGERY. HE HAS PAID CO-PAYS AND MADE PAYMENTS
TOWARDS HIS MEDICAL BILLS, BUT HE COULD NOT QUANTIFY HOW MUCH HE HAS PAID. HE
CONTINUES TO HAVE HEALTH INSURANCE THROUGH CIGNA. HEE BELIEVES CIGNA HAS MADE
PAYMENTS TOWARDS HIS CERVICAL SURGERY.
-
AMONG HIS DAMAGES ARE THAT HIS SEXUAL RELATIONS WITH WOMEN HAVE BEEN AFFECTED
IN THAT THE QUALITY HAS DECREASED DUE TO NECK PAIN. HE HAS LOST ABOUT 15 LBS.
SINCE HIS LAST DEPOSITION, BUT HE CONTINUES TO CLAIM TO WEIGH MORE THAN HE DID
AT THE TIME OF THE SUBJECT ACCIDENT. HE ATTRIBUTES HIS WEIGHT LOSS TO AN
INCREASE IN HIS MOBILITY. SINCE THE SURGERY HE HAS ALSO HAD IMPROVEMENTS IN
HIS ABILITY TO PLAY WITH HIS CHILD, SLEEPING, AND DRIVING.
-
HE HAS HAD TO HIRE MR. TEMPLE OF TOP NOTCH LANDSCAPING TO PERFORM LANDSCAPING
MAINTENANCE AT HIS RESIDENCE. MR. TEMPLE PERFORMS THESE SERVICES TWICE A MONTH
FOR $35.00 PER VISIT. HE PAYS THIS AMOUNT IN CASH, AND HE DOES NOT HAVE ANY
RECEIPTS OR INVOICES TO EVIDENCE THESE PAYMENTS.

**Litigation 02-14-19 06:48 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
REQUESTED UPDATED ATR FROM DEFENSSE

**Litigation 02-14-19 06:51 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EXPERT RETENTION OUTLINE:
~~~~~~~~~~~~~~~
WHAT: DR. H GREGORY BACH
WHY: DEPO OF SAME AS HE IS THE PLAINTIFF'S TREATING DR AND EXPERT WITNESS
EXPECTATION: CASE HAS BEEN SET FOR TRIAL DEPO NEEDED TO DETERMINE
WHAT HIS TESTOMNY WILL BE AT TRIAL SO THAT WE CAN DEFEND SAME
COST: $3700

**Claims Processor 02-18-19 10:05 AM ET A107154/A107154**

63

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY TOTAL MD INV$3700 PRINT LOCAL SENT VIA FEDEX
TRK#
774492348304

**File Intervention 02-18-19 10:17 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND APPROVED $3,700 EXPENSE FOR DR. BACH'S DEPO AS OUTLINED IN
PRIOR
CBA***

**Claims Processor 02-18-19 01:53 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY PFEIFFER RADIOLOGIC CONSULTING INV
9008.1,$2125.

**File Intervention 02-18-19 02:06 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND APPROVED $2,125 EXPENSE AS OUTLINED IN BRENDA'S PRIOR CBA
DATED
2/7/19***

**Claims Processor 02-21-19 03:44 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY LEGAL VIDEO SERVICES INV#62399,$560.50

**Litigation 03-04-19 01:59 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
THIS CASE IS SET FOR TRIAL 3/19/19 WE ARE #2 ON THE DOCKET. AS I HAVE
MANDATORY TRAINING THAT DAY IF WE ARE CALLED TO GO TO TRIAL JEN HAS AGREED
TO
ATTEND THE TRIAL FOR ME ON 3/19/19.
--
ADVISED JR OF SAME IF WE ARE CALLED SAME TO CONTACT JEN.
REQUESTED UPDATED ATR
--
ALSO REQUESTED THE EXPERT REPORTS FOR JACOB (NEUSURGON ) AND PFIEFFER -
RADIOLOGIST

**File Intervention 03-04-19 02:12 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND DISCUSSED W/BRENDA***
-CASE IS MOVING FORWARD AS #2 ON 3/19
-WE HAD DR. JACOBS (NEURO SX) COMPLETE REVIEW AS CME DR. DOES NOT PERFORM
SX
AND WOULD NOT BE ABLE TO SPEAK TO SAME AT TRIAL
-BRENDA WILL OBTAIN HIS REPORT, UPDATE FILE AND ELEVATE ATR TO MYSELF,
TJM,
DEH AND JLR1
-JEN WILL BE COVERING TRIAL ON 3/19 IF WE GO FORWARD

**Litigation 03-04-19 02:26 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DR PFIEFFER REVIEWED RECORDS BUT DI D NOT COMPLETE A REPORT AS WE DID NOT
ASK

64

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

HIM TO DO SO
--
DEPO SUMMARY OF DR. PFIEFFER
HE WAS RETAINED IN JANUARY OF 2019. HE DI DHAVE A HX OF THE PLAINTIFF
UNDERGOING SX IN 9/18. HOEER HE HAD REVIEWED THE POST OPERATIVE FILMS AND
WAS
AWRE OF A 3 LEEL DISC RE PLACMENT HAD BEEN PERFORME.D
--
HE REVIEWED THE MRI OF THE CERVICAL SPINE DATED 12/19/15
HE SAW THE RPEOR TOF THE 6/7/18 MR BUT NOT THE FILE. WE ARE IN THE PROCESS
OF
OBTAIING THE ACTUAL FILMS FROM THE PLAITNIFF TO GIVE TO PFEIFFFER FOR HIS
RVI
EW
--
MRI 2015 FILM INTERPRETATON: THE  IMAGING AT C3-4 SHOWED DISC DESICCATION,
NARROWING AND PHYSICOLOGI BULING WHICH HE DESCRIBED AS THE NORMAL DISC.
HE DID NOT INTEPRET THE FILM AS SHOWING ANY ACUTE HNP AT THAT LEVEL. WHICH
WAS
THE SAME AS THE READING RADILOGIST. BASED PON DR. PFEIFFER'S REVIEW THE
REPORT
FROM JUNE 7, 2018 IT WAS DETERMINED THAT THERE WAS NO CHANGE IN THE
APPEARANCE
OF T HE CERVCIAL SPIEN AT C3-4 OVER THE 2 1/2 YEAR INTERVAL. AS IT RELATED
TO
C4-5 DISC, AGAIN DESCICCATION WAS NOTED. HE FELT THAT THIS WAS A DISC
BULGE,
NOT HNP.
--
AFTER HIS REVIEW OF THE JUNE 2018 MRI WE DO NOT ANTICIPATE ANY CHANGE IN
HIS
OPINION

**Litigation 03-04-19 02:30 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
THE COURT GRANTED SJ ON THE PLAINTIFF'S BEHALF ON THE ISSUE OF NEGLIGENCE,
COMPARTATIVE NEGLIGENCE AND 3RD PARTY NEGLIGENCOF ANY FABRE DEFENSE. WE
PREVIOUSLY ADMITTED NEGLIGENCE ALTOUGH THIS WAS NOT DONE UNTIL FAIRLY
RECENTLY. WE AGREEED THAT THE MOTION AS TO NEGLIGENCE WAS MOOT SINCE WE
HAD
ADMITED IT BUT THE COURT INDICATED HAT SINCE THE PLAINTIF WAS FORCED TO
FILE
THEMOTION BEFORE WE DID SO WHE WOULD GO AHEAD AND GRANT THE MOTION.

**Claims Processor 03-05-19 11:17 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY PALM BEACH REPORTING INV#68783,$539.15

**Litigation 03-08-19 07:23 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EXPERT RETENTION OUTLINE (CBA): 2/25/19 - INVOICE #220-131-184
~~~~~~~~~~~~~~~
WHAT: EXAM WORKS
WHY: RECORD REVIEW AND PC W/DR ZEIDE IN PREP FOR TRIAL
COST: $814.00

WOOD 065

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
--
RECORD REVIEW      464
PRE-DEPO CONF      250
```

**File Intervention 03-11-19 01:35 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
```
***RVWD***
-BRENDA, DO WE HAVE DR. JACOB'S REPORT BACK?
-ALSO, PLEASE OBTAIN AND ELEVATE ATR
```

**Contact Information 03-11-19 02:48 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
OBC TO YADALIA GARCIA AT DA OFFICE RECD VM. LMTCB ON VM AND SENT EMAIL
REGARDING EXPERT. JACOB IS NOT THE EXPERT IN THIS CASE WE HAD TO GET DR.
ZEIDI.
REQUESTED UPDATED ATR FROM JR
```

**Litigation 03-12-19 11:14 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
```
SUMMARY OF BRUCE JACOB'S, A SPINE SURGEOON OUT OF THE UNIVERSITY OF
FLORIDA
--
DR JACOB IS OF THE OPINION THAT HT MRI S CANS PE RFORMED POST A CCIDENT
SHOW
ABNORMALITIES AT THE LEVELS WHICH THE PLAINTIFF HAS HAD SX. HE AGREES THE
RADIOLGRPHIC ST UDIES PERFORMED POST-ACCIDENT S EEMED TO SUGES THAT THEY
AREE
NON-ACUTE, AND THAT WE DO HAVE SOME RECORDS OF PRIOR PROBLEMS, AT MINIMUM
HE
WOULD HAVE TO CODED THAT THE SUBJECT ACCIDENT CAUSED AN AGGRAVATION OF THE
PRE-EXISTING PROBLEMS WHEN  PUSHED FURTHER , THAT THE SX WAS AN
APPROPRIATE
FROM OF TX TO ADDRSS THE PLAINTIFF'S COMPLAINTS.
--
RELATIVE TO FUTURE MEDICAL CARE HE IS OF HE OPINION THAT ITS NOT
REASONABLY
CERTAIN THAT HE WO ULD NEED FUT UR SX AT THE LEVLES ABOVE AND BELOW BUT
THAT
BECAUSE OF THE MU LTIPLE LEVELS UPON WHICH THEE SX WAS PERFORMED HE WOULD
NOT
RUEE OUT SAME.  HE DID BELIEVE THAT HTE CHARGE FOR THE SX PROCUDURE BOTH
FR
OM TH STAND POINT OF DR BACH AND THE FACILITY WAS EXCESSIVE.
--
WE HAVE WITHDR DR JACOB'S AS AN EXPRT.  BELIEVERS THE BEST WAY TO DEFEND
THIS
CASE IS SIMPLY TO RELY UPON AND UTILIZE DR ZEIDE, EVEN THOUGH HE DOES NOT
PERFORM SPINE SX AND HAS NOT PERFROME SPIN SX IN A NUMBER OF YEARS.
FROM A STAND POINT OF CAUSATION, HE DOES HAVE A HANDLE ON THE PRE-EXISTING
TX
AND INJURES, CAN COMMENT ON HIS REVIEW OF THE DIA GNOSTIC S TUDIES AND IS
IN A
POSITON TOTESTIFY THT THE CHARGES WRE EXCESSIVE.
--
REGARDING THE CONTINUEANC AT THE CC THE COURT INDICATED THAT IT WAS NOT
```

66

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

INCLINED TO DO SAME BUT WOUDL SET US FOR THE LATER STAGES OF THE TRIAL
DOCKET.
WE ARE SET AT THE #2 CASE FOR THE WEEK OF 3/19 HOWEVER, THE JUDGE
INDICATEDD
THAT DISCOVERY SHALL REMAIN OPEN FOR ANY DISCOVERY WHICH WE FEEL NEEDS TO
BE
PERFDOREMD.
AT THIS POINT E VENTOH GH WE ARE THE NUMBER 2 CASE FOR THE WEEK OF 3/19 WE
DO
NO NEED TO APOEAR FOR TRIAL ON 3/19, EVEN IF THEY NUMBER # CASE INDICATES
TAHT
ARE NOT GOING TO TRIAL

**To Do 03-12-19 11:15 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
1. FU ON UPDATE ATR

**Contact Information 03-14-19 03:09 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
IBC FROM TRACY WASSERMAN SAME ADVISED WE ARE GOING TO TRIAL NEXT WEEK
STARTING 3/19/19. WE WERE NUMBER 2 ON THE DOCKET AND THE CASE IN FRONT OF
US
SETTLED.  SHE IS WORKING ON GETTING THE INFORMATION REGARDING THE LOCATION
AND
TIME WE NEED TO BE THERE. ALSO REMINDER HER THAT I NEED THE UPDATED ATR ON
THIS CASE AS WELL

**File Intervention 03-15-19 08:20 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-ACK TRIAL WILL BE MOVING FORWARD ON TUESDAY 3/19
-BRENDA ON F/U TO ELEVATE UPDATED ATR
-JEN WILL BE COVERING FIRST DAY OF TRIAL FOR BRENDA
-THIS IS A RJ TENDER CASE AND OUR LAST POL LIMITS PFS WAS FILED BACK IN
DECEMBER

**Contact Information 03-15-19 12:22 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
SW TRACY AGAIN TODAY AND REMINDER HER THAT I NEEDED AND UPDATED ATR. SHE
WILL
GET WITH JR ON SAME.
--
TRIAL IS AT THE ST LUCIE COUNTY COURTHOUSE @ 9 AM
218 S 2ND ST
FORT PIERECE, FL 34950
COURT ROOM 3D
JUDGE BARBARA BRONIS
--
INVITE TO JEN AS SHE WILL BE ATTENDING THE 1ST DAY OF THE TRIAL FOR ME AS
I
HAVE TRAINING THAT DAY

**Litigation 03-18-19 05:17 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DEPO OF DR BACH

67

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

DR. BACH IS WELL-QUALIFIED. HE IS MAYO CLINIC TRAINED AND HAS A RATHER IMPRESSIVE
RESUME. HE IS ALSO FAIRLY PERSONABLE. I THINK HE WILL BE WELL-RECEIVED BY A
JURY.
CURRENTLY, HE IS AN INDEPENDENT CONTRACTOR AFFILIATED WITH TOTAL MD. HE IS PAID
PER DIEM FOR HIS SERVICES. HE HAS NO OWNERSHIP INTEREST IN TOTAL MD. DR. BACH
HAS
WORKED WITH TOTAL MD FOR THE PAST SEVEN (7) YEARS.
DR. BACH HAS NO INPUT INTO SETTING THE CHARGES FOR HIS SERVICES RENDERED OR
REALLY
ANY ASPECT OF THE BILLING, WITH THE EXCEPTION OF CODING THE SERVICES HE PROVIDES SO THE
BILLING DEPARTMENT CAN THEN USE THOSE TO BILL OUT THE CHARGES.
DR. BACH_S PERFORMS HIS PROCEDURES AT SURGICARE OF BOCA RATON, WELLINGTON
REGIONAL, ST. MARY_S, WEST BOCA, OR MEMORIAL HOSPITAL. DR. BACH HAS A SMALL
OWNERSHIP
INTEREST IN SURGICARE OF BOCA RATON. TYPICALLY, 95% OF HIS CASES ARE OUTPATIENT AND DONE
AT SURGICARE RATHER THAN A HOSPITAL. CASES WITH MULTIPLE SPINAL LEVEL INVOLVEMENT AND
PATIENTS WITH HEALTH CONCERNS OR WHO LIVE ALONE ARE USUALLY DONE IN THE HOSPITAL, CLOSEST TO
WHERE THE PATIENT LIVES. PRIMARILY, HIS HOSPITAL PROCEDURES ARE DONE AT WELLINGTON
REGIONAL AND ST. MARY_S.
--
THE PLAINTIFF_S FIRST VISIT WITH DR. BACH WAS AUGUST 2, 2016, FOR A SECOND OPINION
CONSULTATION. THE NERVE STUDIES PERFORMED PRIOR TO THE PLAINTIFF_S FIRST APPOINTMENT WITH
DR. BACH SHOWED NO RADICULOPATHY, AND ONLY PICKED UP PERIPHERAL COMPRESSION,
WHICH
WOULD BE RELATED TO THE PLAINTIFF_S CUBITAL TUNNEL SYNDROME AS OPPOSED TO HIS
NECK. THE
PLAINTIFF PROVIDED A HISTORY WHICH INCLUDED A 2000 MOTOR VEHICLE ACCIDENT AND
PRIOR
LUMBAR SPINE COMPLAINTS, BUT NOT NECK COMPLAINTS OR HEADACHES.
DR. BACH AGREED THAT THE DECEMBER 19, 2015, CERVICAL MRI SHOWED MILD
DEGENERATIVE CHANGES, THAT PRE-DATED THE SUBJECT ACCIDENT. HE FURTHER AGREED
THAT THE JUNE
7, 2018, CERVICAL MRI WAS ESSENTIALLY UNCHANGED, WITH NO SIGNIFICANT INTERVAL
CHANGES.
DR. BACH HAD NO REAL EXPLANATION FOR THE GAP IN MR. BUCKNER_S TREATMENT FROM

68

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

2016 TO 2018, EXCEPT THAT HE LIKELY WAS EXPERIENCING _COLD FEET._ DURING THAT
TIME THE
PLAINTIFF WAS STABLE, WITH NO SIGNIFICANT CHANGES IN SYMPTOMATOLOGY.
MR. BUCKER LAST SAW DR. BACH ON JANUARY 24, 2019. AT THAT TIME, MR. BUCKNER
WAS
ASKED TO RETURN IN THREE (3) MONTHS. AS OF THE TAKING OF DR. BACH_S
DEPOSITION, MR.
BUCKNER HAD NOT RETURNED AND DID NOT HAVE A FOLLOW UP APPOINTMENT
SCHEDULED.
ON THAT
LAST VISIT, DR. BACH NOTED THAT THE PLAINTIFF_S CUBITAL TUNNEL SYNDROME
REMAINED
SYMPTOMATIC _ HE HAD SOME MINOR MOTOR WEAKNESS IN THE ULNAR NERVE - AND HE
WANTED THE
PLAINTIFF TO CONSULT WITH A SPECIALIST. DR. BACH DID NOT RECOMMEND A
SPECIFIC
SPECIALIST.
ALTHOUGH THE JANUARY 24TH NOTE ITSELF REFERENCED THAT THE PLAINTIFF WAS
STATUS-POST
ACDF (ANTERIOR CERVICAL DISK FUSION)/TDR (TOTAL DISK REPLACEMENT), MR. BUCKER
DID
NOT HAVE AN ACDF PERFORMED, ONLY A TDR _ AT C3-C6. MOBI-C IMPLANTS WERE
UTILIZED.
AS OF THAT LAST VISIT, MR. BUCKER WAS TO PERMANENTLY REMAIN WITH LIGHTER
DUTY
AND
MAXIMUM FIFTY (50) POUND LIFTING, CARRYING, PUSHING, PULLING, BUT TO
RESUME
ACTIVITIES AS
TOLERATED. FROM A CERVICAL STANDPOINT, DR. BACH WAS OF THE OPINION THAT
MR.
BUCKNER HAS
REACHED MMI (MAXIMUM MEDICAL IMPROVEMENT), ALTHOUGH HE TESTIFIED THAT THE
END
POINT
TO ASCERTAIN THE PLAINTIFF_S TOTAL RECOVERY WOULD BE MARCH 2020, EIGHTEEN
(18)
MONTHS
POST-SURGERY. DR. BACH DEFERRED WITH REGARD TO THE HAND, SINCE THAT IS NOT
WITHIN HIS AREA
OF EXPERTISE AND HE WANTED THE PLAINTIFF TO FOLLOW UP WITH A HAND
SPECIALIST.
TO DATE, DR.
BACH HAS NOT ASSIGNED A NUMERICAL IMPAIRMENT RATING TO THE PLAINTIFF AND
HAS
NOT BEEN
ASKED TO DO SO.
DR. BACH RECOMMENDED THE FOLLOWING WITH REGARD TO FUTURE CARE AND
TREATMENT:
? X-RAYS EVERY TWO (2) TO THREE (3) YEARS;
? A COURSE OF PHYSICAL THERAPY WITH ANY EXACERBATIONS, PERHAPS EVERY THREE
(3) TO FIVE (5) YEARS;

69

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

--
REPEAT MRIS TO CONFIRM THERE IS NOT PROGRESSION IN THE BULGES AT THE
ADJACENT LEVELS AND TO EVALUATE TO MAKE SURE THERE ARE NO CHANGES.
THE LIFESPAN OF THE MOBI-C DISC IMPLANTS IS ANTICIPATED TO BE SIXTY (60)
TO
EIGHTY
(80) YEARS. SO, THERE SHOULD BE NO EXPECTATION FOR THEM TO BE REPLACED.
THESE
IMPLANTS
WERE FDA APPROVED IN 2013. SINCE THAT TIME, DR. BACH HAS PERFORMED FIFTY
(50)
TO ONEHUNDRED
(100) TDR PROCEDURES ANNUALLY, WITH ABOUT HALF OF THOSE BEING SINGLE-LEVEL
PROCEDURES AND THE REST BEING MULTI-LEVEL.
THE PLAINTIFF_S TDR WAS PERFORMED AT WELLINGTON REGIONAL. HIS PROCEDURE
WAS
THREE (3) LEVELS AND HE LIVED ALONE SO THERE WAS A SAFETY CONCERN. MR.
BUCKER
STAYED
OVERNIGHT AT WELLINGTON WAS DISCHARGED THE NEXT DAY, WITHOUT COMPLICATION.

**Litigation 03-18-19 05:21 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
DEPO SUMMARY OF D ZEIDE
DR. ZEIDE IS A WELL-KNOWN DEFENSE ORTHOPEDIC WITNESS. HE IS OFTEN
CROSS-EXAMINED
ON THE AMOUNT OF IME WORK HE DOES FOR DEFENDANTS AND INSURANCE COMPANIES.
IN
THIS
CASE, HE ADMITTED TO HAVING PERFORMED IN EXCESS OF 200 COMPULSORY PHYSICAL
EXAMINATIONS IN 2018.
DR. ZEIDE ISSUED TWO REPORTS, ONE ON MAY 11, 2018 AND A SUPPLEMENTAL
REPORT
DATED JANUARY 14, 2019. AS YOU KNOW, THE PLAINTIFF UNDERWENT SURGERY IN
THAT
INTERIM.
BASED ON HIS INITIAL ASSESSMENT OF THE PATIENT, DR. ZEIDE DETERMINED THAT
THE
PLAINTIFF HAD BEEN INVOLVED IN AN AUTOMOBILE ACCIDENT ON OCTOBER 21, 2015.
THE
PLAINTIFF
ADMITTED THAT HE HAD BEEN IN A PRIOR MOTOR VEHICLE ACCIDENT BACK IN 1999
BUT
DENIED ANY
INJURIES. WITH REGARD TO THE SUBJECT ACCIDENT, THE PLAINTIFF TOLD HIM HE
WAS
HIT IN THE
DRIVER_S SIDE. HE WAS ABLE TO DRIVE HIMSELF HOME AND WENT TO THE EMERGENCY
ROOM ON THE
FOLLOWING DAY.
DR. ZEIDE HAD BEEN PROVIDED ALL PERTINENT MEDICAL RECORDS REGARDING THE
PLAINTIFF HE INDICATED THAT THE PLAINTIFF DENIED ANY IMMEDIATE PROBLEMS
WITH
NECK AND BACK COMPLAINTS AFTER THE SUBJECT ACCIDENT. HE DID GO SEE DR.
GIRARD

70

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

IN OCTOBER OF 2015
COMPLAINING OF PAIN IN THE NECK. DR. ZEIDE NOTED THAT X-RAYS HAD BEEN
TAKEN AS
OF
OCTOBER 26, 2015. HE TESTIFIED THAT THE X-RAYS SHOWED CALCIFICATION OF THE
DISC SPACES
WITH NARROWING WHICH WAS CONSISTENT WITH CHRONIC, LONG STANDING NECK
DISEASE.
--
HE WAS UNDERGOING PHYSICAL THERAPY WHEN HE FIRST SAW DR. GIRARD. ACCORDING
TO
THE PLAINTIFF, HE CONTINUED TO UNDERGO PHYSICAL THERAPY UNTIL
APPROXIMATELY
DECEMBER OF
2015.
DR. ZEIDE DID HAVE THE OPPORTUNITY TO REVIEW THE CERVICAL MRI WHICH HAD
BEEN
TAKEN OF THE PLAINTIFF. THE MRI WAS READ TO SHOW NERVE INJURY WHICH WAS
CAUSING HIS
UPPER EXTREMITY PROBLEMS. DR. ZEIDE DISAGREED, HE FELT THAT DR. WALKER HAD
OVER READ THE
FILMS. HE NOTED THAT THERE WERE NO COMPLAINTS OR FINDINGS OF RADICULOPATHY
WHICH MADE
NERVE INVOLVEMENT UNLIKELY.
DR. ZEIDE ALSO NOTED THAT THE PLAINTIFF_S SHOULDER COMPLAINTS WERE NOT
MADE
UNTIL
APPROXIMATELY TEN WEEKS AFTER THE SUBJECT ACCIDENT. THE PLAINTIFF HAD MADE
NO
COMPLAINTS
IN THE EMERGENCY ROOM AS IT RELATES TO A SHOULDER PROBLEM. HOWEVER, DR.
ZEIDE
DID NOT
NECESSARILY DISAGREE WITH A DIAGNOSIS OF LEFT SHOULDER SPRAIN. HE ALSO
THOUGHT
THE FINDINGS
OF CARPAL TUNNEL SYNDROME COULD HAVE BEEN RELATED TO WHAT HE DESCRIBED AS
A
_DOUBLE
CRUSH_ INJURY WHICH CAN OCCUR WITH WHIPLASH.
BASED ON HIS REVIEW OF THE RECORDS, THE PLAINTIFF RETURNED TO SEE DR.
GIRARD
IN
FEBRUARY OF 2016 WITH A NEW CONSTELLATION OF SYMPTOMS. AT THAT TIME, HE
WAS
COMPLAINING OF RIGHT SHOULDER PROBLEMS AND CERVICAL PAIN. DR. ZEIDE DID
NOT
FEEL THAT PHYSICAL THERAPY WAS WARRANTED ANY LONGER
--
ALTHOUGH THE PLAINTIFF COMPLAINED OF CERVICAL PAIN, DR. ZEIDE INDICATED
THAT
BASED
ON HIS REVIEW OF THE MATERIALS, HE DID NOT FEEL THAT THE PLAINTIFF HAD
SUSTAINED A HERNIATED
DISC IN THE SUBJECT ACCIDENT. HE STATED THAT A LACK OF ANY TEARS IN THE

71

WOOD 071

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ANNULUS RULED OUT A
HERNIATED DISC AND THE PLAINTIFF WAS AT MOST SUFFERING FROM A BULGE OR
PROTRUSION OF THE DISC.
--
IN SUM, DR. ZEIDE DID NOT FEEL THAT THE PLAINTIFF HAD SUSTAINED A
PERMANENT
INJURY
RELATED TO THE SUBJECT ACCIDENT. HE FOUND NO PERMANENT INJURY RELATED TO
THE
LUMBAR SPINE,
CERVICAL SPINE OR SHOULDER WHICH HE FELT WAS CAUSALLY RELATED TO THE
SUBJECT
ACCIDENT.
AS INDICATED, DR. ZEIDE ISSUED A SUPPLEMENTAL REPORT ON JANUARY 20, 2019.
HE
HAD
BEEN PROVIDED WITH RECORDS OF THE SURGERY PERFORMED BY DR. BACH ON
SEPTEMBER
20,
2018. HE DID NOT FEEL THAT THE SURGERY WAS NECESSARY OR CAUSED BY THE
SUBJECT
ACCIDENT.
HE ESCAPED THE PLAINTIFF_S ATTEMPT TO CLAIM THAT DR. ZEIDE MUST BE
TESTIFYING
THAT DR. BACH
COMMITTED MALPRACTICE. RATHER, DR. ZEIDE INDICATED THAT ALL HE WAS SAYING
WAS
THAT THIS
WAS AN ELECTIVE PROCEDURE THAT THE PLAINTIFF OPTED TO DO AND WAS NOT
CAUSED BY
OUR
ACCIDENT.
DR. ZEIDE DID NOTE THAT DR. BACH HAD REQUESTED AUTHORIZATION TO DO A TWO-
LEVEL
PROCEDURE WITH A FUSION. HOWEVER, WHAT DR. BACH ACTUALLY DID WAS A THREE-
LEVEL
DISC
REPLACEMENT WITHOUT FUSION. DR. BACH ALSO NOTED THAT THE JUSTIFICATION FOR
THE
PROCEDURE
WAS _SPINAL STENOSIS_ WHICH WAS A NEW DIAGNOSIS NOT MADE PRIOR TO THE
SUBJECT
ACCIDENT.
DR. ZEIDE ADMITTED THAT HE HAS NOT DONE ANY SURGERIES SINCE THE 1993, 1994
TIMEFRAME. HE INDICATED HE HAS ELECTED TO STOP SURGERY BECAUSE OF SOME
PERSONAL HEALTH
INJURIES. HOWEVER, HE DID INDICATE THAT ALTHOUGH HE DID NOT PERFORM THE
SURGERIES HIMSELF,
HE WAS FAMILIAR WITH THE COST TO DO ANY SURGERY TOGETHER WITH THE COST OF
THE
ARTIFICIAL
DISCS THAT WERE USED IN THE SUBJECT PROCEDURE. DR. ZEIDE NOTED THAT
WELLINGTON
HAD

72

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

CHARGED IN EXCESS OF $60,000 AS THE COST FOR THE DISC IMPLANTS. HE STATED THAT
A REVIEW OF
THE COMPANY_S LITERATURE SHOWED THAT THE ACTUAL COST OF THE IMPLANTS WAS IN
THE $5,000-
$6,000 RANGE. HE ALSO NOTED THAT STATE LAW RESTRICTS THE HOSPITAL_S ABILITY TO
_MARK-UP_
MEDICAL PROSTHETICS. BASED ON THAT, HE WAS OF THE OPINION THAT THE BILLING,
JUST FOR THE
IMPLANTS THEMSELVES, WAS INFLATED BY $40,000.
HE ALSO CLAIMED THAT DR. BACH_S CHARGES WERE INFLATED. ALTHOUGH HE DOES NOT DO
THE PROCEDURE, HE IS FAMILIAR WITH WHAT IS CHARGED IN THE COMMUNITY BASED ON
HIS MANY
REVIEWS OF VARIOUS CHARGES FOR SIMILAR PROCEDURES AND THIS FORMS A BASIS FOR
HIS OPINIONS
IN THAT REGARD.
DR. ZEIDE INDICATED THAT NOTHING BASED ON THE SURGICAL RECORDS OR MEDICAL RECORDS
PROVIDED RELATED TO CARE AND TREATMENT SUBSEQUENT TO HIS INITIAL REPORT IN MAY
OF 2018
CHANGED HIS OPINION THAT THERE WAS NO PERMANENT INJURY TO THE PLAINTIFF THAT
WAS CAUSED OR
NECESSITATED BY THE SUBJECT ACCIDENT AS IT RELATES TO HIS CERVICAL SPINE,
LUMBAR SPINE OR SHOULDER.
--
THE TOTAL AMOUNT OF DR. ZEIDE_S CHARGES FOR HIS TWO REVIEWS AND HIS EXAMINATION
WERE $5,558. HE INDICATED THAT HIS CHARGES FOR DEPOSITION AND TRIAL WERE
$1,200 PER HOUR,
PORTAL TO PORTAL. HE INDICATES HE CHARGES $1,200 FOR CME_S. AS INDICATED, HE
ADMITTED TO
204 IME_S IN 2018. FOR A MEDICAL RECORD REVIEW HE CHARGES $580 PER HOUR. HE
ESTIMATED
35-45% OF HIS INCOME COMES FROM HIS MEDICAL/LEGAL PRACTICE AND HE ADMITTED THAT AT LEAST
95% OF HIS WORK WAS FOR DEFENDANTS.

**Litigation 03-18-19 05:23 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
UPDATED ATR
INSURED: BRYAN G. WOOD
ASSIGNED DEFENSE COUNSEL: JOHN RICHARDS, ESQUIRE
VENUE: ST. LUCIE COUNTY, CIRCUIT COURT
CLAIM #: 155150301
PLAINTIFF ATTY: ROGER N. MESSER, ESQUIRE

73

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

MESSER & MESSER
JUDGE: THE HONORABLE BARBARA W. BRONIS
DATE OF LOSS: 10/21/2015
TRIAL DATE: 03/19/2019
CASE TYPE: BI
HANDLING REP: BRENDA SHEFFIELD
1. STATEMENT OF FACTS: PLAINTIFF, ROBERT BUCKNER, WAS STOPPED AT A RED LIGHT
WHEN THE MOTOR VEHICLE BEING OPERATED BY THE DEFENDANT, KAYLEE WOOD WHILE
MAKING A LEFT-HAND TURN WENT THROUGH A PUDDLE AND HYDROPLANED. HER CAR SPUN
AROUND AND MADE CONTACT WITH THE PLAINTIFF_S VEHICLE. THERE
WAS NO REPORTED INJURY AT THE SCENE. THE PLAINTIFF, ROBERT BUCKNER, CLAIMS
INJURY TO HIS NECK AND LEFT SHOULDER WHICH INCLUDES A DISC HERNIATION OF THE
NECK. HE HAS HAD NECK SURGERY. LIABILITY HAS BEEN ADMITTED.
2. LIMITS OF COVERAGE: $50,000 EACH PERSON-$100,000 EACH ACCIDENT. EFFECTIVE
DATES: 7/1/2015
- 1/1/2016
3. SUMMARY OF DISCOVERY
THE PLAINTIFF, ROBERT BUCKNER, IS 37 YEARS OLD. HE WORKS IN IT/CUSTOMER
SERVICE WITH NUCO 2. HE
IS NOT MAKING A PAST LOST WAGE CLAIM OR CLAIM FOR FUTURE DIMINISHED EARNING
CAPACITY.
THE PLAINTIFF COMPLAINS OF INJURY TO HIS NECK AND SHOULDER. RELATIVE TO THE
NECK HE IS CLAIMING DISC
HERNIATIONS AT C3-4, C4-5, AND C5-6. THE PLAINTIFF HAD NECK SURGERY ON
SEPTEMBER 20, 2018.
SPECIFICALLY, HE HAD AN ANTERIOR DISCECTOMY AND DISC REPLACEMENT SURGERY AT
C3-4 AND C5-6
PERFORMED BY DR. BACH OF TOTAL MD AT WELLINGTON REGIONAL MEDICAL CENTER.
IN ADDITION TO THE SURGERY, TREATMENT HAS CONSISTED OF PHYSICAL THERAPY,
MEDICATIONS, BUT NO
INJECTION OR SURGERY.
THE PLAINTIFF IS 5 FOOD 9 INCHES AND WEIGHS 277 POUNDS. AT THE TIME OF THE
ACCIDENT HE WEIGHED
262 POUNDS.
2
ATR _ CLAIM NO. 155150301
SURVEILLANCE WAS PREVIOUSLY ATTEMPTED AND SHOWED HIM WALKING AND DOING
ACTIVITIES WITHOUT ANY
RESTRICTIONS INCLUDING TAKING OUT THE GARBAGE AND PUMPING GAS. A DECISION WAS
MADE TO NOT USE THE
SURVEILLANCE.
B. PERTINENT DEPOSITION TESTIMONY:
ROBERT BUCKNER:
WHILE NOT INVOLVED IN THE CASE AT THE TIME OF HIS DEPOSITION, THE INDICATIONS
ARE THAT MR. BUCKNER

74

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

MAKES AN AVERAGE APPEARANCE AS A WITNESS. AS INDICATED, HE IS CURRENTLY NOT MAKING A LOST WAGE CLAIM OR CLAIM FOR DIMINISHED LOSS OF EARNING CAPACITY. WHILE HE DID HAVE HEALTH INSURANCE THROUGH CIGNA, NONE OF HIS MEDICAL BILLS AND TREATMENT FROM THE ACCIDENT HAVE BEEN SUBMITTED TO HEALTH INSURANCE.

HIS FIRST TREATMENT POST-ACCIDENT WAS THE NEXT DAY WHEN HE WENT TO THE EMERGENCY ROOM. ASSOCIATED WITH THE NECK PAIN ARE COMPLAINTS OF HEADACHES. THE THEN SAW DR. PIERRE GIRARD AND BEGAN CONSERVATIVE TREATMENT. HIS INITIAL VISIT WAS OCTOBER 22, 2015, FIVE DAYS POST-ACCIDENT. HE THEN STARTED PHYSICAL THERAPY. HE RECEIVED PHYSICAL THERAPY THROUGH JUNE 2016.

HE FIRST SAW DR. BACH ON AUGUST 2, 2016. HE HAD SURGERY WITH DR. BACH AT WELLINGTON HOSPITAL ON SEPTEMBER 20, 2018. IT WAS AN ACDF PROCEDURE WITH DISC REPLACEMENT. HE WAS ADMITTED OVERNIGHT FOR THIS PROCEDURE.

HE DID NOT UNDERGO ANY POST-SURGICAL PHYSICAL THERAPY. HE RETURNED TO DR. BACH ON TWO OCCASIONS AFTER THE SURGERY FOR FOLLOW UP VISITS. ON ONE OCCASION, DR. BACH TOOK X-RAYS. ON HIS LAST VISIT, DR. BACH DID NOT RECOMMEND ANY ADDITIONAL TREATMENT OR SURGERIES. HE ADVISED PLAINTIFF THAT HE WAS HEALING WELL AND TO CONTACT HIM IF HE BEGAN HAVING ANY ISSUES. HE HAS NOT RETURNED.

HE HAS IMPROVED SINCE THE SURGERY IN THAT HIS NUMBNESS AND TINGLING IN THE LEFT HAND HAS RESOLVED, HIS HEADACHES HAVE RESOLVED, AND THE MAJORITY OF HIS PAIN HAS RESOLVED. HE DESCRIBED HIS CURRENT NECK CONDITION AS _A LITTLE SORE,_. HE RATED THE PAIN HE CURRENTLY EXPERIENCES IN HIS NECK AT 3/10. HIS LEFT SHOULDER CONTINUES TO CAUSE HIM PAIN INTERMITTENTLY. HE RATES HIS CURRENT SHOULDER PAIN AT 3/10.

HE HAS NOT HAD ANY TREATMENT FOR HIS LEFT SHOULDER SINCE HIS LAST DEPOSITION. HIS NECK AND SHOULDER ONLY BOTHER HIM WHEN IT RAINS OR WHEN IT IS _CHILLY_ OUTSIDE. HE CONTINUES TAKING HIS BLOOD PRESSURE MEDICATION AND HE TAKES IBUPROFEN A FEW TIMES PER WEEK FOR PAIN.

KAYLEE WOOD AGAIN, WHILE NOT INVOLVED IN THE CASE AT THE TIME THAT SHE WAS DEPOSED, IT IS REPORTED THAT SHE

75

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

MAKES AN ABOVE AVERAGE APPEARANCE AS A WITNESS. SHE HAD DESCRIBED THAT THE ACCIDENT OCCURRED
DUE TO HYDROPLANING. THERE IS NO EVIDENCE OF EXCESSIVE SPEED.
MICHAEL ZEIDE, M.D.
PLAINTIFF HAS TAKEN THE DEPOSITION OF DR. ZEIDE IN THE CAPTIONED MATTER. DR.
ZEIDE IS A WELL-KNOWN
DEFENSE ORTHOPEDIC WITNESS. HE IS OFTEN CROSS-EXAMINED ON THE AMOUNT OF IME
WORK HE DOES FOR
3
ATR _ CLAIM NO. 155150301
DEFENDANTS AND INSURANCE COMPANIES. IN THIS CASE, HE ADMITTED TO HAVING PERFORMED IN EXCESS OF
200 COMPULSORY PHYSICAL EXAMINATIONS IN 2018.
DR. ZEIDE ISSUED TWO REPORTS, ONE ON MAY 11, 2018 AND A SUPPLEMENTAL REPORT
DATED JANUARY 14,
2019. AS YOU KNOW, THE PLAINTIFF UNDERWENT SURGERY IN THE INTERIM.
DR. ZEIDE NOTED THAT THE PLAINTIFF HAD BEEN INVOLVED IN THE SUBJECT ACCIDENT
ON OCTOBER 21, 2015.
THE PLAINTIFF ADMITTED THAT HE HAD BEEN IN A PRIOR MOTOR VEHICLE ACCIDENT BACK
IN 1999 BUT DENIED
ANY NECK INJURIES. THIS WAS INACCURATE. HE DID INJURE HIS NECK BUT THERE WAS
NO MRI PERFORMED.
WITH REGARD TO THE SUBJECT ACCIDENT, THE PLAINTIFF TOLD HIM HE WAS HIT IN THE
DRIVER_S SIDE. HE WAS
ABLE TO DRIVE HIMSELF HOME AND WENT TO THE EMERGENCY ROOM ON THE FOLLOWING DAY.
IN SUM, DR. ZEIDE DID NOT FEEL THAT THE PLAINTIFF HAD SUSTAINED A PERMANENT
INJURY RELATED TO THE SUBJECT
ACCIDENT. HE FOUND NO PERMANENT INJURY RELATED TO THE LUMBAR SPINE, CERVICAL
SPINE OR SHOULDER
WHICH HE FELT WAS CAUSALLY RELATED TO THE SUBJECT ACCIDENT.
AS INDICATED, DR. ZEIDE ISSUED A SUPPLEMENTAL REPORT ON JANUARY 20, 2019. HE
HAD BEEN PROVIDED
WITH RECORDS OF THE SURGERY PERFORMED BY DR. BACH ON SEPTEMBER 20, 2018. HE
DID NOT FEEL THAT THE
SURGERY WAS NECESSARY OR CAUSED BY THE SUBJECT ACCIDENT. HE ESCAPED THE PLAINTIFF_S ATTEMPT TO CLAIM
THAT DR. ZEIDE MUST BE TESTIFYING THAT DR. BACH COMMITTED MALPRACTICE. RATHER,
DR. ZEIDE INDICATED
THAT ALL HE WAS SAYING WAS THAT THIS WAS AN ELECTIVE PROCEDURE THAT THE PLAINTIFF OPTED TO DO AND WAS
NOT CAUSED BY OUR ACCIDENT.

76

WOOD 076

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

DR. ZEIDE DID NOTE THAT DR. BACH HAD REQUESTED AUTHORIZATION TO DO A TWO-LEVEL
PROCEDURE WITH A
FUSION. HOWEVER, WHAT DR. BACH ACTUALLY DID WAS A THREE-LEVEL DISC REPLACEMENT
WITHOUT FUSION.
DR. BACH ALSO NOTED THAT THE JUSTIFICATION FOR THE PROCEDURE WAS _SPINAL STENOSIS_ WHICH WAS A NEW
DIAGNOSIS NOT MADE PRIOR TO THE SUBJECT ACCIDENT.
DR. ZEIDE ADMITTED THAT HE HAS NOT DONE ANY SURGERIES SINCE THE 1993 AND 1994
TIMEFRAME. HE
INDICATED HE HAS ELECTED TO STOP SURGERY BECAUSE OF SOME PERSONAL HEALTH INJURIES. HOWEVER, HE DID
INDICATE THAT ALTHOUGH HE DID NOT PERFORM THE SURGERIES HIMSELF, HE WAS FAMILIAR WITH THE COST TO DO
ANY SURGERY TOGETHER WITH THE COST OF THE ARTIFICIAL DISCS THAT WERE USED IN
THE SUBJECT PROCEDURE. DR.
ZEIDE NOTED THAT WELLINGTON HAD CHARGED IN EXCESS OF $60,000 AS THE COST FOR
THE DISC IMPLANTS. HE
STATED THAT A REVIEW OF THE COMPANY_S LITERATURE SHOWED THAT THE ACTUAL COST
OF THE IMPLANTS WAS IN
THE $5,000-$6,000 RANGE. HE ALSO NOTED THAT STATE LAW RESTRICTS THE HOSPITAL_S
ABILITY TO _MARK-UP_
MEDICAL PROSTHETICS. BASED ON THAT, HE WAS OF THE OPINION THAT THE BILLING,
JUST FOR THE IMPLANTS
THEMSELVES, WAS INFLATED BY $40,000.
HE ALSO CLAIMED THAT DR. BACH_S CHARGES WERE INFLATED. ALTHOUGH HE DOES NOT DO
THE PROCEDURE, HE
IS FAMILIAR WITH WHAT IS CHARGED IN THE COMMUNITY BASED ON HIS MANY REVIEWS OF
VARIOUS CHARGES FOR
SIMILAR PROCEDURES AND THIS FORMS A BASIS FOR HIS OPINIONS IN THAT REGARD. NOTE THAT THE COURT HAS RULED
THAT SINCE HE DOES NOT PERFORM THE SAME SURGERY THAT DR. BACH PERFORMED, HE
CANNOT TESTIFY AS TO THE
CHARGES.
4
ATR _ CLAIM NO. 155150301
DR. ZEIDE INDICATED THAT NOTHING BASED ON THE SURGICAL RECORDS OR MEDICAL RECORDS PROVIDED RELATED
TO CARE AND TREATMENT SUBSEQUENT TO HIS INITIAL REPORT IN MAY OF 2018 CHANGED
HIS OPINION THAT THERE
WAS NO PERMANENT INJURY TO THE PLAINTIFF THAT WAS CAUSED OR NECESSITATED BY
THE SUBJECT ACCIDENT AS IT
RELATES TO HIS CERVICAL SPINE, LUMBAR SPINE OR SHOULDER.

WOOD 077

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
C. PRIORS:
THE PLAINTIFF WAS INVOLVED IN A 1999 MOTOR VEHICLE ACCIDENT WHERE IS
VEHICLE
WAS REAR-ENDED. HE
TESTIFIED HE ONLY THEN THE ONLY CLAIMED INJURY TO HIS LOW BACK FOR WHICH
HE
RECEIVED CHIROPRACTIC
TREATMENT FOR APPROXIMATELY A YEAR. HE HAD AN MRI SCAN OF HIS LOW BACK BUT
NOT
HIS NECK. HE
PRESENTED A CLAIM WHICH SETTLED. WE HAVE RECEIVED RECORDS FROM ALLSTATE
INSURANCE WHICH REFLECT
HIS TREATMENT FROM THE 1999 ACCIDENT INCLUDED HIS NECK. WE ATTEMPTED TO
GET
THESE RECORDS, BUT
THEY MAY HAVE BEEN DESTROYED.
HE WAS INVOLVED IN A SUBSEQUENT MOTOR VEHICLE ACCIDENT AND HAD DENIED
INJURIES. HE HAS NEVER
BEEN INVOLVED IN ANY ON THE JOB INJURIES.
4. LIABILITY ANALYSIS:
IT IS A CASE OF PROBABLE AND LIKELY LIABILITY EVEN THOUGH THERE WILL BE
TESTIMONY THAT THE DEFENDANT
WAS NOT TRAVELING AT AN EXCESSIVE RATE OF SPEED. THERE IS NO BASIS TO
CLAIM OF
COMPARATIVE NEGLIGENCE.
THE PRIMARY ISSUE IS CAUSATION AND PERMANENT INJURY THRESHOLD.
5. DAMAGES:
ECONOMIC DAMAGES: THE PLAINTIFF_S GROSS MEDICAL EXPENSES TO DATE TOTAL
APPROXIMATELY
$250,000.00. PIP BENEFITS OF $10,000.00 WERE PAID. THERE ARE KNOWN
ADJUSTMENTS
OF
APPROXIMATELY $3,500.00. NOTE THAT THE BILLING FROM WELLINGTON REGIONAL
MEDICAL CENTER IS
$175,000.00. IT DOES APPEAR THAT THEY SUBMITTED THEIR BILLING TO CIGNA.
WHAT
WAS PAID AND
WRITTEN OFF IS UNKNOWN AT THIS TIME. WE HAD SUBPOENAED UPDATED RECORDS.
6. INJURIES - BRIEF DESCRIPTION OF INJURIES CLAIMED: PLAINTIFF IS
COMPLAINING
OF MULTIPLE DISC
HERNIATIONS OF THE NECK, AND SOFT TISSUE INJURY TO THE LEFT SHOULDER. HE
HAD
NECK SURGERY C3-4, C4-5,
AND C5-6-DISC DISCECTOMY AND DISC REPLANT ON SEPTEMBER OF 2018.
7. PLAINTIFF_S TESTIMONY: PLEASE SEE ABOVE.
8. EXPERTS & WITNESSES / ANTICIPATED TESTIMONY / CURRENT IMPEDIMENT
ANALYSIS _ INCLUDING
DR. ZEIDE PERFORMED A DEFENSE MEDICAL EVALUATION IN MAY OF 2016. IN HIS
OPINION THE PLAINTIFF DID NOT
SUSTAIN A PERMANENT INJURY WITHIN A REASONABLE DEGREE OF MEDICAL
PROBABILITY.
FURTHERMORE, DR. ZEIDE_S
OPINION THAT THE ACDF PROCEDURE PERFORMED BY DR. BACH WAS ELECTIVE RATHER
THAN
```

78

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

RELATED TO THE SUBJECT
ACCIDENT. ALSO, THE CHARGES FOR SAME ARE EXCESSIVE. HE INTERPRETS THE
DIAGNOSTIC STUDIES AS SHOWING
5
ATR _ CLAIM NO. 155150301
CONDITIONS WHICH PRE-DATED THE SUBJECT ACCIDENT. HE DOES NOT BELIEVE THAT
THE
PLAINTIFFS_ SUBJECTIVE
COMPLAINTS ARE CONSISTENT FROM DOCTOR TO DOCTOR OR WITH THE OBJECTIVE
FINDINGS.
DR. PFEIFFER HAS BEEN RETAINED AS AN EXPERT RADIOLOGIST. IT WAS HIS
OPINION
THAT THE PLAINTIFF WAS NOT A
SURGICAL CANDIDATE FOR ANY INJURY OR CONDITION FROM THE ACCIDENT. IN
REVIEWING
THE DIAGNOSTICS, HE DID
NOT SEE ANY SIGNS OF ACUTE INJURY. HE SAW THREE LEVELS OF DISC BULGING,
C3-4,
C4-5 AND C5-6. HE
BELIEVES THESE ARE DEGENERATIVE CHANGES.
9. COLLATERAL SOURCES:
PIP: $10,000
MED PAY: NONE
HEALTH INSURANCE: LESS THAN $1,000.00 TO DATE. THE CHARGES OF $175,000.00
FOR
THE NECK
SURGERY FROM WELLINGTON REGIONAL MEDICAL CENTER WERE SUBMITTED. WHAT HAS
BEEN
PAID AND THE
LIEN IS UNKNOWN AT THIS TIME.
10. COSTS:
ADDITIONAL ATTORNEY_S FEES AND COSTS THROUGH TRIAL: $25,000.00 - $35,000
11. VERDICT RESEARCH: NOT APPLICABLE.
12. ASSESSMENT OF VENUE AND PLAINTIFF_S COUNSEL: PORT ST. LUCIE COUNTY IS
KNOWN TO
BE CONSERVATIVE ON CAUSATION AND PERMANENT INJURY THRESHOLD BUT LIBERAL ON
DAMAGES.
THE PLAINTIFF_S COUNSEL ROBERT MESSER HAS BEEN PRACTICING SINCE 1977.
WHILE HE
IS AN EXPERIENCED
TRIAL ATTORNEY, HE HAS NOT TRIED MANY CASES OVER THE PAST 10 YEARS.
13. RECOMMENDATION OF DEFENSE COUNSEL:
14. PFS/OFFERS OF JUDGMENT:
LAST OFFER: PFS $50,000
DATE: 12/21/18
15. DEMAND FOR JUDGMENT
LAST DEMAND: $50,000 POLICY TIME LIMIT, BEFORE SURGERY
DATE: 11/14/17

**Claims Processor 03-19-19 02:16 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDAL OK TO PAY INV#68905,$450.35

**File Review 03-20-19 07:29 AM ET A082560/A082560**
**Authored By: JENNIFER PETERSON**

79

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
ATTENDED DAY 1 OF TRIAL, 3/19
---
JURY SELECTION COMPLETE
JURY PANE:
1. TANAIRY RIVERA, 23 YEARS OLD. VENUE COORDINATOR AT WEDDING VENUE IN
   INDIANTOWN. ORGINALLY FROM INDIANTOWN. NOT MARRIED, NO KIDS
2. CHET RICHEY: 54 YEARS OLD. ORGINIALLY FROM NEW YORK/NEW JERSEY. MOVED
TO
   PSL ABOUT A YEAR AGO TO GET AWAY FROM THE COLD WEATHER. IS A TRUCK
DRIVER-
   CEMENT TRUCK, MARRIED WITH A 12 YEAR OLD CHILD. WIFE IS A NURSE
ASSISTANT
   A DR OFFICE IN PSL, PCP DR
3. MARYBETH BIRKELAND: 49 YEARS OLD. WORKS FOR FORT PIERCE HOUSING
AUTHORITY
   IN HUMAN RESOURCES/INTERNAL COMPLIANCE. WIDOWED, HUSBAND WAS AN IRON
   WORKER,  4 CHILDREN. IS FAMILAR WITH CLAIMS PROCESS, REPORTS ALL CLAIMS
   THAT HAPPEND WITH THEIR DRIVERS/AT THEIR PROPERTIES/WORKERS COMP TO THE
   INS COMPANY.
4. SHANE HEARING: 31 YEARS OLD. MARRIED WITH 1 CHILD. HAS LIVED IN PSL ALL
   HIS LIFE. IS A MASSAGE THERAPIST. HAS TREATED PEOPLE FOR CAR ACCIDENTS
AT
   HIS MASSAGE THERAPY PRACTICE.
5. DANIEL SEVILLA: 29 YERAS OLD. MARRIED , TWO KIDS. SERVED IN THE AIR
FORCE
   FOR 3 YEARS. WORKS AT FPL AS INVENTORY SPECIALIST/WAREHOUSING.
6. DEREK MAJEWSKI: 36 YEARS OLD. SERVED IN THE AIR FORCE AND IS NOW IN THE
   AIR FORCE RESERVES. WORKS AT THE WATER TREATMENT PLANT. WIFE IS A
MEDICAL
   CODER FOR MARTIN MEMORIAL HOSPITAL. HAS TWO KIDS.
7. ARNOLD DEUTCHMAN, 82 YEARS OLD. MARRIED. NO CHILDREN. WIFE WAS
SERIOUSLY
   INJURED IN AX THAT HE WAS AT FAULT FOR. HAS BEEN A JUROR BEOFRE- MAY
YEARS
   AGO. WORKED AS A CATERER IN ILLINOIS BEFORE RETIRING. *THIS IS THE
   ALTERNATE

File Intervention 03-21-19 09:08 AM ET A084978/A084978
Authored By: EVAN M JARVIS
***BRENDA ATTENDED DAY 2 OF TRIAL YESTERDAY***
-BELOW IS HER SUMMARY
-BRENDA ADVISED THAT THE JURY SEEMED BORED AND SOME MEMBERS (3) WERE
CAUGHT
SLEEPING AT CERTAIN POINTS
--------------------------------------------------
DAY 2 TRIAL SUMMARY
PLAINTIFF, ROBERT BUCKNER, WAS STOPPED AT A RED LIGHT WHEN THE MOTOR
VEHICLE
BEING OPERATED BY THE DEFENDANT, KAYLEE WOOD WHILE MAKING A LEFT-HAND TURN
WENT THROUGH A PUDDLE AND HYDROPLANED. HER CAR SPUN AROUND AND MADE
CONTACT
WITH THE PLAINTIFF_S VEHICLE. THERE WAS NO REPORTED INJURY AT THE SCENE.
THE
PLAINTIFF, ROBERT BUCKNER, CLAIMS INJURY TO HIS NECK AND LEFT SHOULDER
WHICH
```

80

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

INCLUDES A DISC HERNIATION OF THE NECK. HE HAS HAD NECK SURGERY. LIABILITY HAS
BEEN ADMITTED.
50K POLICY _ REJECTED TENDER
UM HAS SETTLED AT 200K PRIOR TO TRIAL
----
FIRST WITNESS
PLAINTIFF:  ROBERT BUCKNER
MR. BUCKNER TESTIFIED THAT HE WAS STOPPED AT THE LIGHT AT THE INTERSECTION OF
CALIFORNIA AND SW CROSSTOWN PARKWAY IN PORT ST LUCIE.
AT THE TIME OF THE ACCIDENT HE WAS LOOKING IN HIS REVIEW MIRROR AT THE VEHICLE
COMING UP BEHIND HIM AND DID NOT SEE THE INSURED VEHICLE OR THE IMPACT. HE
HEARD SCREECHING OF TIRES AND WAS SURPRISED WHEN THE INSURED VEHICLE STRUCK
HIM.  HE DID NOT SEE THE IMPACT COMING NOR DID HE BRACE HIMSELF FOR SAME. HE
STATED HE STRUGGLED TO GET OUT OF HIS VEHICLE AS HE WAS _SHOOK UP_.  THE
POLICE CAME TO THE SCENE, HE DID NOT RECEIVE ANY TREATMENT AT THE SCENE. HE
THEN DROVE HIMSELF HOME WHERE HE PROCEEDED TO GO TO SLEEP.
HIS NORMAL WORK SCHEDULE IS FROM 10 PM TO 6:30 AM AND ALTHOUGH HE WAS NOT
FEELING WELL HE DECIDED TO GO TO WORK THAT SAME NIGHT.  HE WORKED HIS FULL
SCHEDULE.  LATER THE FOLLOWING MORNING, AFTER WORK, HE DECIDED HE NEEDED TO
SEEK TREATMENT FOR HIS NECK PAIN AND HEADACHE HE DROVE HIMSELF TO MARTIN
MEMORIAL HOSPITAL WHERE HE WAS TREATED AND RELEASED WITH PRESCRIPTIONS FOR
FLEXERIL AND TRAMADOL, WHICH HE NEVER FILLED.   IT WAS NOTED IN THE HOSPITAL
RECORDS THAT HE INDICATED THAT HIS PAIN AT THE TIME OF HIS VISIT TO THE
EMERGENCY ROOM WAS 1/10 AND THE NURSE OBSERVED HIM IN DEEP SLEEP WHILE IN THE
ER.
ON OCTOBER  22, 2015 HE SOUGHT TREATMENT WITH DR. PIERRE GIRARD WHO PRESCRIBED
PHYSICAL THERAPY DR. GIRARD INDICATED IN HIS TESTIMONY THAT HE PRESCRIBED 12
PT TREATMENTS IN HIS INITIAL VISIT HOWEVER IN HIS FOLLOW UP VISITS WITH MR.
BUCKNER HE ADMITTED TO ONLY GOING TO PHYSICAL THERAPY 5 TIME TOTAL FROM
OCTOBER THRU JUNE 2016.  HE WAS REFERRED BY DR. GIRARD FOR MRIS OF HIS NECK,
SHOULDER AND LOWER BACK AND FOR EMG/NCV AND WAS GIVEN A REFERRED TO DR. HAROLD
BACH AT TOTAL MD FOR A SURGICAL CONSULT.
IN 1999 MR. BUCKNER WAS INVOLVED IN REAR END ACCIDENT WHERE HE WAS THE VEHICLE
WHICH WAS REAR ENDED.  HE WAS REPRESENTED BY THE SAME ATTORNEY WHO IS
REPRESENTING HIM IN THIS ACCIDENT AND WAS TREATED FOR NECK AND BACK PAIN AND
LEFT SHOULDER PAIN. HE DID RECEIVE A SETTLEMENT IN THAT CASE.  IT WAS NOTED
THAT IN THE HISTORY HE GAVE TO HIS TREATING DOCTORS IN THIS CASE, MR. BUCKNER

81

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ONLY MENTIONED TREATMENT TO HIS LOWER BACK.  THE TREATMENT TO HIS SHOULDER AND
BOTH AREAS INCLUDED CHIROPRACTIC TREATMENT AND MRIS OF BOTH THE CERVICAL AND
LUMBAR AREAS AND A MYELOGRAM.  DUE TO THE AGE OF THIS LOSS WE WERE UNABLE TO
LOCATE THE MEDICAL RECORD BUT, WE WERE ABLE TO OBTAIN THE FILE RECORDS FROM
ALLSTATE WHICH CONFIRMED THE TREATMENT.  MR. BUCKNER_S TESTIMONY AT TRIAL IS
THAT HE ONLY RECEIVED TREATMENT FOR HIS LOWER BACK PAIN.  HE CLAIMED TO NOT TO
REMEMBER GETTING ANY MRI/MYELOGRAM OR TREATMENT TO HIS NECK IN THAT ACCIDENT.
HE TESTIFIED THAT DUE TO THE INJURIES HE SUSTAINED IN THIS ACCIDENT, HE WAS
UNABLE TO WORK OUT (WHICH HE LATER ADMITTED IN HIS TESTIMONY THAT PRIOR TO
THIS ACCIDENT HE HAD NOT WORKED OUT IN YEARS), PLAY WITH HIS DAUGHTER(AT TIME
OF THE ACCIDENT SHE WAS 3 YEARS OLD) OR HIS GOD CHILDREN.  HE BECAME MORE
SEDENTARY AND LESS SOCIAL THAN WHAT HE WAS BEFORE THIS ACCIDENT.  HE ALSO
INDICATED THAT DUE TO HIS INJURIES HE WAS HAVING PAIN AND NUMBNESS GOING DOWN
HIS LEFT ARM AND FINGERS WHICH WAS CAUSING HIM TO DROP THINGS.  IT WAS NOTED
THAT HE NEVER ADVISED ANY OF HIS TREATING DOCTORS THAT HE WAS DROPPING THINGS.
HE ALSO FAILED TO ADVISE HIS TREATING DOCTORS OF HIS COMPLAINTS OF HEADACHES
AS WEEKS BEFORE THIS ACCIDENT HE VISITED HIS PCP WITH COMPLAINTS OF HEADACHES.
2ND WITNESS
SARAH JOHNS:
SARAH JOHNS IS A LONGTIME FRIEND OF MR. BUCKNER.  THEY HAVE BEEN BEST FRIENDS
SINCE MIDDLE SCHOOL.  SHE ADVISED THAT MR. BUCKNER ADVISED HER OF THE ACCIDENT
AND THAT HE WAS HAVING NECK/BACK PAIN AND HEADACHES. SHE ADVISED THAT THAT SHE
WAS AWARE THAT DUE TO HIS INJURIES AND SINCE THIS ACCIDENT SHE DOES NOT SEE
MR. BUCKNER AS MUCH AS SHE DID BEFORE THE ACCIDENT.  HE NO LONGER COMES OVER
TO HER HOME TO FIX THINGS FOR HER AND HE IS NO LONGER ABLE TO PLAY WITH HER
YOUNG DAUGHTER AND ROUGH HOUSE WITH HER 16 YEAR OLD SON.
SHE MADE NOTE THAT MR. BUCKNER WAS SCHEDULED  TO GO TO DISNEY WORLD WITH HIS
DAUGHTER AND HER MOTHER BUT DUE TO THIS ACCIDENT HE DID NOT GO WITH THEM. THIS
IS OPPOSITE TO THE TESTIMONY OF MR. BUCKNER WHO MINUTES BEFORE TESTIFIED THAT
HE DID GO TO DISNEY WORLD WITH HIS DAUGHTER AND HER MOTHER BUT DID NOT ENJOY

82

WOOD 082

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

HIMSELF DUE TO THE PAIN HE WAS IN AND WAS UNABLE TO RIDE ON MOST OF THE
RIDES
DUE TO HIS PAIN.
3RD WITNESS
DENISE SHIK:
THIS WITNESS TESTIMONY WAS READ INTO THE RECORDS AS SHE WAS NOT IN
ATTENDANCE.
MS. SHIK IS A LONGTIME CO-WORK OF MR. BUCKNER.  SHE TESTIFIED THAT SHE AND
MR.
BUCKNER DO NOT SOCIALIZE OUTSIDE OF WORK AND AT THE TIME OF THIS ACCIDENT
THEY
COMMUNICATE IN PASSING OR TEXT AS THEY WERE WORKING DIFFERENT SHIFTS AND
SHE
WOULD ONLY SEE EACH OTHER AS HE WAS COMING INTO WORK OR WHEN SHE WAS
LEAVING
WORK.  AT ONE TIME SHE WAS THE TEAM LEADER AND ALL THE CUSTOMER SERVICE
REPS
(17) REPORTED TO HER, THIS INCLUDED MR. BUCKNER  HOWEVER, SHE HAS SINCE
BEEN
PROMOTED TO MANAGER AND WORKS A DIFFERENT SCHEDULE.  SHE IS ONE OF TWO
MANAGERS AT THE JOB HOWEVER, MR. BUCKNER IS NOT ONE OF HER DIRECT REPORTS.
SHE STATED THAT AS THE TEAM LEADER SHE WOULD GET TEXT FROM THE EMPLOYEES
ON
WHEN THEY WERE NOT COMING INTO WORK.  PRIOR TO THIS ACCIDENT MR. BUCKNER
RARELY TEXT HER EXCUSING HIMSELF FROM WORK.  PRIOR TO THIS ACCIDENT HE MAY
HAVE CALLED IN LESS THAN 5 TIMES IN ANY GIVEN YEAR BUT AFTER THIS ACCIDENT
HE
CALLED IN BETWEEN 5-10 TIMES/YEAR.
SHE WAS TOLD ABOUT THIS ACCIDENT BUT DID NOT KNOW SPECIFICS.  SHE NEVER
DISCUSSED MR. BUCKNER_S INJURIES DIRECTLY BUT IN PASSING HE WOULD TELL HER
THAT HE WAS NOT FEELING WELL AND THAT HE WAS SUFFERING FROM HEADACHES.
SHE
WAS NOT SURE IF HE HAD THE COMPLAINTS PRIOR TO THIS ACCIDENT.
SHE TOO WAS AWARE OF THE DISNEY VACATION SCHEDULED WITH HIS DAUGHTER AND
HIS
DAUGHTER_S MOTHER WITH THE MAKE A WISH FOUNDATIONS AND SHE TOO THOUGHT HE
DID
NOT MAKE THE TRIP DUE TO HIS INJURIES.
4TH WITNESS:
DR. PIERRE GIRARD:
DR. GIRARD TESTIFIED THAT HE NEVER TREATED MR. BUCKNER PRIOR TO THIS
ACCIDENT.
DURING HIS TESTIMONY DEFENSE REFERRED HIM TO THE MEDICAL HISTORY FORM IN
MR.
BUCKNER_S MEDICAL RECORDS.  DR. GIRARD ADVISED THAT THE FORM IS COMPLETED
BY
SOMEONE IN HIS OFFICE BASED UPON THE INFORMATION PROVIDED BY THE PATIENT.
DEFENSE QUESTIONED HIM ABOUT THE LINE ON THE FORM WHICH INDICATED THAT
THIS
CASE INVOLVED A LAWSUIT AND ASKED HIM WHO WOULD HAVE FILLED THAT
INFORMATION
OUT.  HE ADMITTED THAT THAT WOULD HAVE BEEN COMPLETED BY HIS OFFICE STAFF.
DEFENSE WAS TRYING TO GET INTO THE RECORD THAT PRIOR TO MR. BUCKNER
GETTING

83

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

ANY TREATMENT HE ALREADY HAD AN ATTORNEY AND MAY HAVE BEEN REFERRED TO HIM BY
THE ATTORNEY.
DEFENSE ASKED DR. GIRARD ABOUT THE NUMBER OF TRIALS HE TESTIFIED FOR AND HE
INDICATED 4.  THREE OF THE 4 OF  CASES WERE HANDLED BY THE PLAINTIFF ATTORNEY
IN THIS CASE, ROGER MESSER.
IN REVIEW OF HIS RECORDS, DEFENSE POINTED OUT THAT IN 5 OUT OF 7 VISITS WITH
MR. BUCKNER ALL OF THIS TESTING FOR MR. BUCKNER WERE NORMAL AND THAT AFTER HIS
REFERRAL OF MR. BUCKNER FOR THE EMG/NCV THOSE TEST WERE NO LONGER NOTED IN HIS
RECORDS. DR. GIRARD INDICATED THAT IT IS A SOFTWARE GLITCH WHICH HAPPENS
SOMETIME HOWEVER, HE WOULD HAVE DONE THE TEST ON EACH VISIT AND ADMITTED THEY
WERE MORE THAN LIKELY NORMAL.   WHEN ASKED ABOUT THE NORMAL EMG/NCV RESULTS
AND COMPARED TO THE SUBJECTIVE COMPLAINTS OF  MR. BUCKNER, DR. GIRARD ADVISED
THAT THE EMG/NCV TEST IS NOT AN ACCURATE TEST AND IS JUST A TOOL THAT PROVES
NOTHING.  WHEN ASKED WHY HE STILL SENT HIS PATIENTS FOR THE TEST IF IT WAS NO
ACCURATE, HE HAD NO ANSWER.  HE BECAME A LITTLE COMBATIVE WITH DEFENSE AND
STARTED QUESTION HIM, ASKING HIM IF HE WAS A DOCTOR, THE JUDGE HAD TO ADMONISH
HIM AND ADVISED HIM THAT THE ATTORNEY ASKS THE QUESTIONS NOT HIM.
HE REFERRED MR. BUCKNER TO DR. BACH FOR A SURGICAL CONSULT, WHICH DEFENSE WAS
ABLE TO POINT OUT THAT IT APPEARS THAT IN THE CASES HE TESTIFIED IN FOR MR.
MESSER HE REFERRED THE PATIENTS FOR EMG/NCVS AND THE PATIENTS WERE REFERRED TO
DR. BACH FOR SURGICAL CONSULT AND THE PATIENTS RECEIVED THE SAME OR SIMILAR
SURGERIES.  DEFENSE BROUGHT INTO EVIDENCE  A RECENT WEST PALM BEACH CASE WITH
THE SAME FACT PATTERN.
HE ALSO AGREED THAT THERE WAS NO INDICATION IN THE RECORDS THAT THE MR.
BUCKNER EVERY HAD PRIOR NECK AND LEFT SHOULDER COMPLAINTS AND TREATMENT.
4TH WITNESS
DR. HAROLD BACH:
DR. BACH FIRST SAW MR. BUCKNER ON AUGUST 2, 2016 FOR SURGICAL CONSULT.  HE
RECOMMENDED SURGERY ON THE SAME DAY. HE NEXT SOUGH MR. BUCKNER IN AUGUST 2018
AND AGAIN RECOMMENDED SURGERY.  HE REFERRED MR. BUCKNER FOR ANOTHER MRI AND
THAT MRI WAS COMPARED TO THE MRI ADMINISTERED IN 2015 AND IT WAS NOTED THAT
THE MRI RESULTS HAD NOT CHANGED.  DR. BACH PERFORMED AN ACDF PROCEDURE WITH
DISC REPLACEMENT ON 9/20/18 AT WELLINGTON REGIONAL HOSPITAL.  HE STAYED

84

WOOD 084

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

OVERNIGHT, WHICH DR. BACH ADMITTED THAT THIS IS A STANDARD PRACTICE FOR HIM
DUE TO THE LENGTH OF THE SURGERY, OVER 3 HOURS HE RECOMMENDS A 1 NIGHT HOSPITAL STAY.
HE DID NOT PRESCRIBE ANY POST-SURGERY PHYSICAL THERAPY.  HE SAW MR. BUCKNER ON
TWO OCCASIONS AFTER THE SURGERY FOR FOLLOW UP VISITS.  ON ONE OF THOSE 2
OCCASIONS DR. BACH TOOK X-RAYS BUT DID NOT REFER FOR MRI.  DR. BACH DID NOT
RECOMMEND ANY ADDITIONAL TREATMENT, SURGERIES OR PRESCRIBED ANY MEDICATION. HE
ADVISED MR. BUCKNER TO CONTACT HIM IF HE HAD ANY PROBLEMS.  IN HIS TESTIMONY
DR. BACH INDICATED THAT HE NORMALLY FOLLOWS UP WITH THE PATIENT APPROXIMATELY
18 MONTHS AFTER THE SURGERY SO HE DID NOT EXPECT TO SEE MR. BUCKNER UNTIL 2020.
HE ALSO INDICATED THAT FOR THE REST OF HIS LIFE MR. BUCKNER SHOULD HAVE X-RAYS
OF HIS NECK 1 TO 2 TIMES A YEAR AND A MRI EVERY OTHER YEAR.
HE TOO ADMITTED THAT HE WAS NOT AWARE OF THE PRIOR NECK AND SHOULDER
COMPLAINTS AND TREATMENT AS THIS WAS NOT A PART OF THE HISTORY GIVEN BY THE
PATIENT.
THE JUDGE RECESSED THE CASE UNTIL 9 AM.  THE PLAINTIFF WILL BE CALLING THEIR
LAST EXPERT WITNESS.
DEFENSE WILL PRESENT ITS CASE AFTER THE PLAINTIFF RESTS.

**File Review 03-21-19 10:09 AM ET DEH0002/DEH0002**
**Authored By: DOUGLAS E HELTON**
REVD  - NOTED UPDATES ON TRIAL

**Litigation 03-22-19 04:23 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
I ATTENDED THE 3RD DAY OF THE TRIAL
THE MOOD OF THE JURY WAS A LITTLE LESS BORED TODAY.  THERE WERE NO QUESTIONS
ASKED BY THE  JURY.  THEY WERE MORE ATTENTIVE AND THERE WAS LESS SLEEPING.
--
PLAINTIFF CONTINUED WITH PRESENTING THEIR CASE.
5TH WITNESS
DR. ANDREW WALKER:
DR WALKER IS A RADIOLOGIST WHO SPECIALIZE IN NEURORADIOLOGY.  HE IS EMPLOYED
BY FLORIDA IMAGING CONSULTANTS WHO IS CONTRACTED BY BEACHES MRI TO READ THE
DIAGNOSTIC FILM.  HE WORKS IN 4 DIFFERENT BEACHES MRI LOCATIONS, STUART, PORT
ST LUCIE, PALM BEACH GARDENS AND BOYNTON BEACH.  HE ADMITTED IN HIS TESTIMONY
THAT EACH OF THE RADIOLOGIST WHO WORKS THROUGH FLORIDA IMAGING CONSULTANTS ARE
PAID AN INCENTIVE BY BEACHES PER READ.  THE INCENTIVE HAVE A VARIETY OF

85

WOOD 085

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

FACTORS INCLUDING THE NUMBER OF READS, AND TIME IT TAKES TO COMPLETE THEM. HE
AND THE OTHER RADIOLOGIST WHO WORK IN THE 4 LOCATIONS ARE ALSO PAID A SHARE OF
THE PROFITS IN THESE 4 LOCATIONS.
DR WALKER TESTIFIED THAT HE READ BOTH THE 2015 AND THE 2018 MRIS.  HE NEVER
MET THE PLAINTIFF AND HE HAS NEVER SPOKEN TO HIM.  HE DID NOT RECALL IF HE
EVER SPOKE WITH DR. GIRARD ABOUT THE RESULTS OF THE MRI. HE ADMITTED THAT
THERE WERE VIRTUALLY NO CHANGE FROM THE 2015 AND THE 2018 MRIS.  HE TOO WAS
VERY TALKATIVE LIKE THE OTHER TWO PLAINTIFF EXPERT WITNESSES.  HE WAS
ADMONISHED BY THE JUDGE ON MULTIPLE OCCASIONS TO LISTEN TO THE QUESTION AND TO
JUST ANSWER THE QUESTION.
HE FELT THAT DUE TO THE CORD IMPINGEMENT THE PLAINTIFF WOULD BE IN SERVE PAIN
AND HE WAS GOING TO NEED SURGERY DUE TO THE IMPINGEMENT.
DR. WALKER TESTIFIED THAT HE FELT THAT A PERSON COULD GET MULTI-LEVEL
HERNIATIONS FROM A SINGLE ACCIDENT.
PLAINTIFF RESTED THEIR CASE.
---
DEFENSE PRESENTED OUR CASE.
WITNESS #1
DR. MICHAEL ZEIDE:
DR ZEIDE LISTENED TO THE QUESTIONS AND GAVE YES AND NO ANSWERS WHEN
APPROPRIATED AND THE EXPLAINED HIS ANSWER.  HE ADMITTED THAT HE HAS NOT
PERFORMED SURGERY ON A LIVE PERSON, DUE TO PERSONAL HEALTH REASON, SINCE THE
EARLY 90_S BUT HE HAS PERFORMED THE SURGERIES ON CADAVERS.  HE KEEPS UP WITH
CURRENT PROCEDURES AND DOES OVER 1000 HOURS OF CONTINUED EDUCATION PER YEAR.
DR. ZEIDE ADVISED THAT HE SPENT APPROX. 4.5 HOURS REVIEWING THE RECORDS IN
THIS CASE.  HE PLACED THE BOXES WITH THE MEDICAL RECORDS ON TOP OF THE STAND.
HE RECALLED MEETING WITH THE PLAINTIFF AND HIS ATTORNEY IN HIS PORT ST LUCIE
OFFICE AND THAT THE CME WAS VIDEOTAPED.  IN THE CME HE ADDRESSED THE
PLAINTIFF_S LEFT SHOULDER AND THE CERVICAL AREA.   DR. ZEIDE ISSUED 2 REPORTS
ONE BEFORE HIS SURGERY MAY 2018 AND  ONE AFTER HIS SURGERY, JANUARY 2019.
DR. ZEIDE FELT THAT WITH REGARDS TO THE PLAINTIFF LEFT SHOULDER HE WAS
BASICALLY FAKING DURING THE CME. HE INDICATED THAT THE PLAINTIFF COULD BARELY
LIFT HIS LEFT ARM AND DEMONSTRATED FOR THE JURY HOW FAR HE LIFTED HIS ARM. HE
INDICATED THIS WAS DIFFERENT FROM WHAT HE SAW IN DR. GIRARD RECORDS WHEN HE
TESTED HIM AND DUE TO THE TIME OF THE ACCIDENT AND THE CME HIS SHOULDER SHOULD
HAVE BEEN MUCH BETTER THAN WHAT HE DEMONSTRATED.  THE PLAINTIFF INDICATED THAT
HE HAD BEEN INVOLVED IN AN PRIOR ACCIDENT 1999 AND DENIED INJURY TO HIS NECK,

86

WOOD 086

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

THIS WAS NOT TRUE.  HE ADVISED DR. ZEIDE OF A SUBSEQUENT ACCIDENT WHICH HE
DESCRIBED AS MINOR INCIDENT AND THAT HE WAS NOT INJURED IN SAME.
IN REVIEW OF THE CERVICAL MRI  HE INDICATED HE SAW DEGENERATIVE ISSUES AND
DID
NOT FEEL THAT HIS INJURIES WERE RELATED TO THIS ACCIDENT.  HE COULD NOT
DATE
THE HERNIATIONS BUT FELT THAT THEY WERE PRE-EXISTING.
HE WAS PROVIDED THE RECORDS FROM THE SURGERY PERFORMED BY DR. BACH.  HE
DID
NOT FEEL THAT THE SURGERY WAS NECESSARY AND TESTIFIED THAT HE FELT THAT
THE
SURGERY WAS ELECTIVE SURGERY.   DR. ZEIDE TESTIFIED THAT HE DID NOT FEEL
THAT
YOU COULD GET MULTI-LEVEL HERNIATIONS IN A SINGLE AUTO ACCIDENT.
AFTER HE TESTIFIED FOR THE DEFENSE THE JUDGE RECESSED THE CASE FOR LUNCH
AND
RECALLED HIM AFTER LUNCH SO DR. ZEIDE PORTAL TO PORTAL BILLING WOULD BE
HIGHER
THAN EXPECTED.
DURING THE PLAINTIFF_S CROSS-EXAMINATION HE QUESTION HIM ON THE NUMBER OF
CMES
HE COMPLETED FOR THE PAST 3 YEARS AND HAD HIM SIT ON THE STAND USING HIS
PHONE_S CALCULATOR TO PROVIDE HIM WITH THE AMOUNT OF MONEY HE HAS BEEN
PAID
OVER THE PAST 3 YEARS (IT WAS IN THE MILLIONS).  DR ZEIDE TESTIFIED THAT
40%
OF HIS INCOME COMES FROM HIS LEGAL WORK.   I LOOKED AT THE JURY DURING
THIS
INTERCHANGE AND SEE SOME EYE ROLLING AND SOME SHRUGGING OF THE SHOULDERS.
IT
COULD HAVE BEEN THAT SOME WERE NOT OK WITH THE AMOUNT OR THEY WERE OK WITH
BECAUSE OF THE DR. ZEIDI_S CREDENTIALS AND KNOW DOCTORS MAKE A LOT OF
MONEY.
WITNESS # 2
DR. ERIC PFEIFFER:
DR. ERIC PFEIFFER_S TESTIMONY WAS PRESENTED TO THE JURY VIA VIDEOTAPE.
HE ADVISED THAT HE IS THE CHIEF OF RADIOLOGY FOR MARTIN MEMORIAL HEALTH
SYSTEM
WHO SPECIALIZES IN NEURORADIOLOGY AND HAS BEEN THE CHIEF OF RADIOLOGY FOR
14
YEARS.
DURING HIS VIDEO TESTIMONY I NOTED THAT THE JURY WAS SITTING UP AND
LEANING
FORWARD.  I AM NOT SURE IF THIS WAS BECAUSE HIS TESTIMONY WAS ON VIDEO OR
BECAUSE THEY WERE INTERESTED.
DR. PFEIFFER REVIEWED THE 2 MRIS AND ALSO SAW DEGENERATIVE CHANGES. HE SAW
MILD CHANGES FROM THE 2015 AND 2018 MRIS.  HE WAS OF THE OPINION THAT THE
PLAINTIFF WAS NOT INJURED FROM THIS ACCIDENT AND BASED UPON HIS REVIEW WAS
NOT
A SURGICAL CANDIDATE.   DR. PFEIFFER DID NOT SEE CORD IMPINGEMENT AND
EXPLAINED WHY THERE WAS NO IMPINGEMENT.
HE AND THE PLAINTIFF ATTORNEY HAD A LONG DISCUSSION ON WHAT HE CONSIDERED
A
HERNIATION VERSES AND BULGE OR PROTRUSION. THE PLAINTIFF ATTORNEY TRIED TO

87

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

INSINUATE THAT THAT HE WAS NOT UP TO DATE ON THE TERMINOLOGY CHANGES MADE
BY
THE BOARD OF RADIOLOGY.
THE PLAINTIFF ATTORNEY HAD RESEARCHED DR. PFEIFFER AND FOUND OUT THAT HIS
CERTIFICATION HAD NOT BEEN UPDATED IN THE PAST 10 YEARS.  DR. PFEIFFER
ADVISED
HE HAD THE CERTIFICATION HOWEVER IT WAS INACTIVE AND HE WAS CORRECT THAT
HE
DID NOT RENEW HIS CERTIFICATION AS HE DID NOT FEEL IT WAS SOMETHING HE HAD
THE
TIME NECESSARY FOR HIM TO COMPLETE THE CERTIFICATION.
DEFENSE RESTED THEIR CASE
THE JUDGE RECESSED THE CASE AND ADVISED WE WOULD BE STARTING LATER ON
FRIDAY
AND SHE HAD A MOTIONS CALENDAR CALL FRIDAY MORNING.  HOWEVER WE WILL HAVE
CLOSING ARGUMENTS AND SHE WILL GO OVER THE JURY INSTRUCTIONS THE NEXT
MORNING

**Litigation 03-28-19 09:11 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
TRIAL VERDICT
PA CLOSING OUR INSURED CAUSED THE INJURIES TO THE PLAITIFF AND THAT DUE TO
SAME HE SHOULD BE REIMBURSED 400K+ INCLUDING HIS PAIN AND SUFFERING AND
--
DA CLOSING WAS THAT IF THEY THE PLAINTIFF HAD A PRE-EXISITING INJURY
THE VERDICT IS IN:
LEGAL LIABILITY: YES
PAST INCURRED MEDICALS: $88,358.58
FUTURE MEDICAL EXPENSES: $4,250.00
PERMANENCY: YES
PAST PAIN/SUFFERING: $87,500
FUTURE PAIN/SUFFERING: $87,500
-
TOTAL VERDICT: $267,608.58     VS.        50/100 BI LIMITS
THE FOREMAN IN THIS CASE WAS THE MASSAGE THERAPIST AND DEFENSE FELT HE WAS
GOING TO BE AT ISSUE FROM THE START.
DEFENSE WAS ABLE TO SPEAK WITH ONE OF THE JURORS AFTER THE TRIAL AND HE
CONFIRMED THAT THE MASSAGE THERAPIST WAS THE ISSUE HE AND THE LADY WHO
WORKED
FOR THE FORT PIERCE HOUSING AUTHORITY
--
SPOKE WITH JR AND HE IS WORKING ON THE POST TRIAL REPORT

**File Intervention 03-28-19 03:55 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***ACK TRIAL VERDICT WHICH WAS PREVIOUSLY COMMUNICATED***
-POST-TRIAL CALL SCHEDULED FOR 4/2 AT 11A

**Claims Processor 04-02-19 10:30 AM ET A132271/A132271**
**Authored By: RODOLFO BECKLES**
EMAIL FROM BRENDA OKAY TO PAY INVOICE# 529625 $325.20 PAID.

**Claims Processor 04-02-19 10:51 AM ET A132271/A132271**
**Authored By: RODOLFO BECKLES**
EMAIL FROM BRENDA OK TO PAY INVOICE#62479 $255.25 PAID.

WOOD 088

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Claims Processor 04-02-19 10:53 AM ET A132271/A132271**
**Authored By: RODOLFO BECKLES**
EMAIL FROM BRENDA OK TO PAY INVOICE#62480 $804.00 PAID.

**File Intervention 04-02-19 12:38 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***COMPLETED POST-TRIAL CALL W/BLW, TJM, BTP, DEH AND DC JR***
-OVERALL CONSENSUS WAS THAT WE DID HAVE AN UNFAVORABLE JURY
-A JUROR S/W DC AFTER TRIAL AND CONFIRMED MASSAGE THERAPIST/FOREMAN
CONVINCED
4 OF THE 6 JURORS THAT WE HADN'T PROVEN THAT THE INJURIES WERENT RELATED
TO
THIS AX
-FOR PLTFF, DR. BACH DID WELL, DID CONCEDE THAT HE COULDN'T DATE THE
BULGES,
AND THAT HE AGREED SAME WOULD NOT BE RELATED TO THE AX BUT WAS THE ONE WHO
DID
SX
-FOR DEFENSE DR. ZEIDE DID DEFENSE CME, TESTIIED IT WAS PRE-EXISTING AND
SX
WAS NOT RELATED
-USED DR. PFEIFER'S VIDEO DEPO AS WELL-IS BOARD CERT RADIOLOGIST, HIS CERT
LASTED 10 YRS BUT DIDNT RE-CERTIFY AND PA SUGGESTED HE WAS MISREPRESENTING
HIS
CREDENTIALS
-ONLY ISSUE WAS THAT JUDGE WOULD NOT LET ZEIDE TESTIFY TO REASONABLENESS
OF
PAST MEDICAL EXPENSES
-ONLY POTENTIAL POST-TRIAL RELIEF WOULD BE ANY POTENTIAL ISSUES WITH ANY
OF
THE JURORS
-NO APPEALABLE ISSUES
-PLTFF'S ONLY ASKED FOR $400K ISH AND DIDN'T OVERSELL THE CASE
-PA DID FILE A PFS BUT IT WAS INVALID AS IT WAS FILED AFTER CUTOFF
-PLTFF IS LOOKING FOR COSTS OF 3 DOCTORS TO TESTIFY WHICH EQUATES TO
APPROX
$30K-$35K
-DC WILL FORWARD ANY DEMAND MADE BY PA
----------------------
-JR WILL FILE STANDARD MOTION FOR NEW TRIAL WHICH WILL LIKELY BE DENIED
-NO APPEALABLE ISSUES OTHER THAN IF ANYTHING IS FOUND ON ANY OF THE JURORS
WHICH DC WILL ADVISE ON BY EOW
-JUDGEMENT WILL LIKELY STAND

**File Review 04-02-19 05:39 PM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
FU W/DEFENSE ON PTR

**Litigation 04-11-19 10:19 AM ET BLW0001/BLW0001**
**Authored By: BRENDA L SHEFFIELD**
EXPERT RETENTION OUTLINE (CBA): R PATRICK JACOBS
~~~~~~~~~~~~~~~
WHAT: REVIEW OF RECORDS AND IMAGES
WHY: WE WERE CONSIDERING USING HIM AS OUR EXPERT. AFTER HIS REVIEW

89

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
OF THE RECORDS AND IMAGES MADE DETERMINATION NOT TO USE SAME
EXPECTATION: TO ASSIST IN THE DEFENSE OF THIS CASE
COST: $3375.00
----------------
REVIEW OF RECORDS 4.25 HRS X $750 = $3187.50
CONF W/DA          .25 HRS X $750 =   187.50
```

**Claims Processor 04-15-19 03:19 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM BRENDA OK TO PAY DR R PATRICK JACOB INV$3375. PRINT LOCAL

**File Intervention 04-15-19 03:33 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD AND APPROVED $3,375 EXPENSE AS OUTLINED IN PRIOR CBA***

**Claims Processor 05-09-19 08:31 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM EVAN OK TO PAY LIT SERVICES INV#1288014,$512.26, CENTRAL PRINT,
CS
UPLOAD

**Claims Processor 05-09-19 08:34 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM EVAN OK TO PAY LIT SERVICES INV#1306228,$953.60, PAID, CENTRAL
PRINT CS UPLOAD

**File Intervention 05-10-19 09:59 AM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-BLW IS NO LONGER W/PROGRESSIVE
-DISCUSSED W/TLB
-CLAIM TO BE REASSIGNED TO MTA FOR CONTINUED F/U NOW THAT WE ARE POST-
TRIAL
-H/F WILL BE FWDED TO SAME

**Claims Processor 05-13-19 02:01 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM MTA OK TO PAY IME FEE FOR ROBERT BUCKNER THAT IS PAST DUE. FOR
EXAM
WORKS INV#22013074,$3018. CS UPLOAD

**Claims Processor 05-13-19 02:05 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM MTA OK TO PAY IME FEE FOR ROBERT BUCKNER THAT IS PAST DUE, FOR
EXAM
WORK INV#22013278,$8950.00. CS UPLOAD

**Payment 05-13-19 02:09 PM ET GXG0040/GXG0040**
**Authored By: GARRETT L GOLDSMITH**
APPROVED PAYMENT

**Claims Processor 05-13-19 03:01 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
SENT DRAFT OF $3018, & $8950 TO EXAMWORKS VIA FEDEX TRK#775204241910

90

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Claims Processor 05-15-19 09:53 AM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM MTA TO STOP PAY ON DRAFT FOR$814 TO EXAMWORKS REISSUE TO
EXAMWORKS
AND FEDEX TRO JR OFFICE FEDEX TRK#775222842830

**Litigation 05-17-19 09:28 AM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
S/W DC RICHARDS REGARDING POST TRIAL MOTION
HE STATED ONLY POSSIBLE GROUNDS FOR NEW TRIAL IS JURY NON-DISCLOSURE
HE STATED THE MOTIONS FOR JURY INTERVIEW AND NEW TRIAL HAVE BEEN FILED.
THE
HEARING IS 5.31.19
HE WILL ADVISED HA IF ANY DEMANDS MADE

**Payment 05-25-19 07:22 AM ET PACMAN/PACMAN**
**Authored By: PACMAN SYSTEM**
*** 95 DAY OUTSTANDING DRAFT ALERT ***
ACTION IS REQUIRED:
1. A REVIEW OF PAYMENT 353299522  IS NEEDED AT THIS TIME.
2. CONFIRM THIS IS NOT A DUPLICATE, OVERLAPPING, OR MADE IN ERROR.
3. IF IT IS TO REMAIN OUTSTANDING, FOLLOW UP TO UNDERSTAND WHY IT HAS
NOT BEEN CASHED AND WORK WITH PAYEE TO RESOLVE.
4. COPY AND PASTE THE TEMPLATE BELOW INTO A NEW PAYMENT REVIEW (PR)
CLAIM NOTE AND PROVIDE A COMPLETE AND DETAILED EXPLANATION FOR EACH ITEM.
********************************************************************************
****
DRAFT #:353299522
IS THIS A DUPLICATE PAYMENT, OVERLAPPING OR MADE IN ERROR?
SHOULD THIS PAYMENT REMAIN OUTSTANDING?
SPECIFY WHY OR WHY NOT?
WHAT FOLLOW UP WAS DONE TO CORRECT THE PAYMENT OR WHAT ACTION WAS
TAKEN WITH THE PAYEE(S) TO RESOLVE THE OUTSTANDING PAYMENT?
********************************************************************************
****
ACCESS THE JOB AID AND MORE DETAILED INSTRUCTIONS AT:
CLAIMS HOME PAGE/JOB AIDS/PAYMENTS/OUTSTANDING DRAFT REVIEW.

**Payment Review 05-28-19 02:40 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
DRAFT #:353299522
IS THIS A DUPLICATE PAYMENT, OVERLAPPING OR MADE IN ERROR?NO
SHOULD THIS PAYMENT REMAIN OUTSTANDING? YES
SPECIFY WHY OR WHY NOT?IT IS PAYMENT FOR EXPERT WITNESS TESTIMONY
WHAT FOLLOW UP WAS DONE TO CORRECT THE PAYMENT OR WHAT ACTION WAS
TAKEN WITH THE PAYEE(S) TO RESOLVE THE OUTSTANDING PAYMENT?
 NONE LEAVE OUSTANDING

**Litigation 06-03-19 11:15 AM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
REC'D ORDER FOR COST OF $30K
JUDGEMENT HAS NOT BEEN ENTERED TO DATE
DC ADVISED THAT JUDGE ORDERED THE VOIRE DIRE TRANSCRIPT AND IS RE-SETTING
FOR
HEARING

91

WOOD 091

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

**Claims Processor 06-04-19 12:52 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM MTA OK TO PAY ON TRACK INV#15690,$1725.13 CENTRAL PRINT CS
UPLOAD

**Claims Processor 06-05-19 03:10 PM ET A132271/A132271**
**Authored By: RODOLFO BECKLES**
EMAIL FROM MARION OK TO PAY INVOICE#16091 $359.59 PAID.

**File Intervention 06-06-19 02:53 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***RVWD***
-ACK UPDATE
-NO JUDGEMENT ENTERED ATT
-JUDGE HAS RESET HEARING REGARDING JURY NON-DISCLOSURE
-PENDING OUTCOME OF SAME

**Litigation 06-19-19 10:46 AM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
S/W DC RICHARDS
PENDING RESET OF HEARING ON MOTION FOR NEW TRIAL

**Payment 06-20-19 09:14 AM ET JMG0020/JMG0020**
**Authored By: JEANNINE M GRAY**
NLBRU - REVIEWED D/C INV# 1574229
FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
DATES OF INV: JAN 2019    PAYABLE AMT IS: 12,507.11
TOTAL BILLED TO DATE: 17K
EMAIL INVOICE AND DIARY DEH0002 FOR AUTH

**Claims Processor 06-25-19 12:30 PM ET A107154/A107154**
**Authored By: PATRICIA SELLARS**
EMAIL FROM MTA OK TO PAY LITAGATION SERVICES INC INV#1315301,$3775.
CENTRAL
PRINT CS UPLOAD SENT DIARY TO YASSEL (A093756) FOR AUTH

**PIP 06-26-19 08:47 AM ET DEH0002/DEH0002**
**Authored By: DOUGLAS E HELTON**
OKAY TO PAY DEFENSE BILL

**Payment 06-26-19 10:54 AM ET JMG0020/JMG0020**
**Authored By: JEANNINE M GRAY**
FINALIZED INV# 1574229 FROM BOYD RICHARDS PARKER AND COLONNELLI, PL
FOR 12,507.11 PER AUTH FROM DEH0002

**Payment 07-01-19 11:05 AM ET AMA0023/AMA0023**
**Authored By: APRIL SAYLOR**
NLBRU REVIEWING DC INVOICE
***
LAW FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
INVOICE ID: 1594364
TASK DATES: 02/01/2019-02/28/2019
INVOICE TOTAL: 6,214.91 ($23,904.86 THRU 6/3)
***

92

WOOD 092

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
DY TO: MTA3
GOOD MORNING! FIRM IS BILLING FOR THE FOLLOWING. PLS ADVISE IF TASKS/TIMES
ARE
IN LINE WITH YOUR EXPECTATIONS. THANK YOU AND HAVE A GREAT DAY!!!
***
PARALEGAL YXG
7.70 HRS - 2/1, 2/5, 2/7, 2/11, 2/22 - CONTINUATION OF ANALYZING TRIAL
EXHIBITS IDENTIFYING ALL PRIVILEGED & CONFIDENTIAL INFO & REDACTING SAME
FOR
USE IN TRIAL. ***PLS NOTE 0.80 HRS PREV BILLED FOR A TOTAL OF 8.50 HRS TO
DATE***
```

**Payment 07-01-19 12:45 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
ACK'D NLBRU FSN
EXPECATIONS IN LINE
OK TO PA SAME

**Litigation 07-10-19 12:17 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
SW DC RICHARDS STILL WORKING ON RESETTING THE HEARING FOR
NONDISCLOSURE/NEW
TRIAL

**File Review 08-07-19 01:47 PM ET DEH0002/DEH0002**
**Authored By: DOUGLAS E HELTON**
REVD CASE TRIED TO EXCESS VERDICT $267,608. JR WORKING ON JURY NON
DISCLOSURE
ISSUE FOR NEW TRIAL

**File Intervention 08-07-19 01:50 PM ET A084978/A084978**
**Authored By: EVAN M JARVIS**
***CASE DISCUSSED ON TIER 2***
-WE ARE PENDING POST-TRIAL HEARING ON APPEALABLE ISSUES ATT

**Litigation 08-12-19 01:31 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
HEARING DATE IS 9.3.19

**Payment 08-15-19 08:30 AM ET AMA0023/AMA0023**
**Authored By: APRIL SAYLOR**
NLBRU REVIEWING DC INVOICE
***
LAW FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
INVOICE ID: 1630928
TASK DATES: 04/01/2019-04/08/2019
INVOICE TOTAL: 1,002.80 ($41,660.98 THRU 7/25)
***
DY TO: MTA3
GOOD MORNING! FIRM IS BILLING FOR THE FOLLOWING. PLS ADVISE IF EXPENSE IS
IN
LINE WITH YOUR EXPECTATIONS. THANK YOU AND HAVE A GREAT DAY!!!
***
$ 604.80 - 4/2 - TRAVEL - KAYLEE WOOD, INV 04/02/19 - REIMBURSEMENT FOR
TRIAL

93
```

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

EXPENSES - WAGES ($110 A DAY FOR 4 DAYS IN TIPS, AND $25 A DAY FOR 4 DAYS
IN
WAGES = $540), AND TRAVEL TIME FROM ORLANDO TO FORT PIERCE (120 MILES AT
$.54/MILE = $64.80)

**Payment 08-15-19 09:35 AM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
ACK'D NLBRU FSN
SAME APPROVED
OK TO PAY

**Litigation 09-03-19 01:59 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
HEARING  WAS RESET DUE TO HURRICANE

**Payment 09-11-19 07:41 AM ET JMG0020/JMG0020**
**Authored By: JEANNINE M GRAY**
NLBRU - REVIEWED D/C INV# 1618565
FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
DATES OF INV: MARCH 2019    PAYABLE AMT IS: 16,018.82
TOTAL BILLED TO DATE: 41K
EMAIL INVOICE AND DIARY DEH0002 FOR AUTH

**Payment 09-13-19 02:06 PM ET DEH0002/DEH0002**
**Authored By: DOUGLAS E HELTON**
OKAY TO PAY DEFENSE BILL

**Payment 09-16-19 07:55 AM ET JMG0020/JMG0020**
**Authored By: JEANNINE M GRAY**
FINALIZED INV# 1618565 FROM BOYD RICHARDS PARKER AND COLONNELLI, PL
FOR 16,018.82 PER AUTH FROM DEH0002

**Litigation 09-16-19 12:09 PM ET MTA0003/MTA0003**
**Authored By: MARION T ALLUMS**
S/W TRACY HEARING HAS BEEN RESET TO 12.3.19 AS THIS WAS FIRST AVAILABLE
SPECIAL SET FOR HER

**Payment 09-18-19 09:37 AM ET AMA0023/AMA0023**
**Authored By: APRIL SAYLOR**
NLBRU REVIEWING DC INVOICE
***
LAW FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
INVOICE ID: 1649665
TASK DATES: 05/30/2019-05/31/2019
INVOICE TOTAL: 2,322.50 ($43,983.48 THRU 8/20)
***
DY TO: MTA3
GOOD MORNING! FIRM IS BILLING FOR THE FOLLOWING. PLS ADVISE IF TASKS/TIMES
ARE
IN LINE WITH YOUR EXPECTATIONS. THANK YOU AND HAVE A GREAT DAY!!!
***
ATTY JHR
2.00 HRS - 5/30 - REVIEW CASE LAW AND POST TRIAL MOTIONS IN PREPARATION
FOR
MOTION FOR NEW TRIAL AND MOTION FOR JURY INTERVIEW

94

Wood, Bryan Claim Notes
15-5150301
DOL: 10/21/2015

```
    *
    5.00 HRS - 5/31 - ATTEND HEARING ON MOTION FOR JURY INTERVIEW AND/OR
    MOTION
    FOR NEW TRIAL

    Payment 09-18-19 09:57 AM ET MTA0003/MTA0003
    Authored By: MARION T ALLUMS
    ACK'D NLBRU FSN
    BILLING IN ORDER AS DC RESEARCHED MOTIONS FOR JUROR INTERVIEW
    EXPECTATIONS ARE IN LINE

    Payment 11-18-19 09:45 AM ET AMA0023/AMA0023
    Authored By: APRIL SAYLOR
    NLBRU REVIEWING DC INVOICE
    ***
    LAW FIRM: BOYD RICHARDS PARKER AND COLONNELLI, PL
    INVOICE ID: 1695249
    TASK DATES: 08/01/2019-08/01/2019
    INVOICE TOTAL: 1,217.33 ($45,299.81 THRU 10/21)
    ***
    DY TO: MTA3
    GOOD MORNING! FIRM IS BILLING FOR THE FOLLOWING. PLS ADVISE IF EXPESNE IS
    IN
    LINE WITH YOUR EXPECTATIONS. THANK YOU AND HAVE A GREAT DAY!!!
    ***
    $ 1,217.33 - 8/1 -  TRANSCRIPTS - U.S. LEGAL SUPPORT, INC., INV 120289107
    -
    TRANSCRIPT OF TRIAL TESTIMONY OF H. GREGORY BACH

    Payment 11-18-19 09:50 AM ET MTA0003/MTA0003
    Authored By: MARION T ALLUMS
    ACK'D NLBRU FSN
    BILLING IN ORDER AS SAME IS FOR COST OF  FOR JUROR INTERVIEW
    IN COURT
    OK TO PAY

    Litigation 12-03-19 12:29 PM ET MTA0003/MTA0003
    Authored By: MARION T ALLUMS
    S/W DC RICHARDS
    JUDGE DENIED MOTION FOR NEW TRIAL
```

95

WOOD 095