IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BRYAN G. WOOD, and
KAYLEE M. WOOD,

    Plaintiff,

vs.                                  Case No. 2:21-cv-14172-JEM

PROGRESSIVE SELECT INS. CO.,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF TRIAL CONFLICT**

Defendant, GEICO GENERAL INSURANCE COMPANY, by and through undersigned counsel, hereby files the instant Notice of Trial Conflict as follows:

1. The above-styled cause has been special set for the trial period commencing on May 22, 2023.

2. The undersigned counsel is counsel of record for the Defendant in the following case: *Bruce A. Weil v. Geico General Insurance Company*, Case No.: 2018-011073-CA-01.

3. The above-referenced *Weil* matter has been set for the 4-week trial docket commencing on May 1, 2023.

4. The undersigned is lead counsel in both of the aforementioned cases and possesses specialized knowledge and expertise in the area of bad faith and claims handling litigation, which is a nuanced area of the law. Accordingly, the undersigned was specifically selected by the clients in both matters to be lead trial counsel.

5. The undersigned is promptly filing the instant Notice of Trial Conflict and invoking Florida Rule of Judicial Administration 2.550 in an effort to bring the issue to the

Court's attention and to alleviate the conflict. A corresponding Notice of Trial Conflict has also been filed in the above-referenced *Weil* matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March 2023, the foregoing document was filed and served this day on all counsel of record identified on the attached Service List in the manner specified.

                                          s/ ADAM DUKE
                                          **B. RICHARD YOUNG**
                                          Florida Bar No.: 442682
                                          bryoung@flalawyer.net
                                          **ADAM A. DUKE**
                                          Florida Bar No.: 0055734
                                          aduke@flalawyer.net
                                          **RICHARD A. WELDY**
                                          Florida Bar No.: 0111811
                                          rweldy@flalawyer.net
                                          Young, Bill, Boles, Palmer,
                                          Duke & Thompson, P.A.
                                          2 South Biscayne Boulevard
                                          Suite 3195
                                          Miami, Florida 33131
                                          Telephone: (305) 222-7720
                                          Facsimile: (305) 492-7729
                                          *Attorneys for Progressive*

**SERVICE LIST**
**BRYAN G. WOOD and KAYLEE M. WOOD v. PROGRESSIVE SELECT INS. CO.**
**Case No. 2:21-cv-14172-JEM**

**JEFFREY M. LIGGIO, ESQ.**
**OLIVIA D. LIGGIO, ESQ.**
LIGGIO LAW
1615 Forum Place
Suite 3B
West Palm Beach, FL 33401
jliggio@liggiolaw.com
oliggio@liggiolaw.com
ncuevas@liggiolaw.com
*Via Electronic Mail and/or Regular U.S. Mail*
*Attorneys for Plaintiff*