UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 2:21-CIV-14172-MARTINEZ-MAYNARD

BRYAN G. WOOD and KAYLEE M. WOOD,

    Plaintiffs,

vs.

PROGRESSIVE SELECT INS. CO.,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** was tried before a jury from November 13, 2023, to November 16, 2023. On November 16, 2023, the jury returned a verdict in favor of Plaintiffs, Bryan G. Wood and Kaylee M. Wood, against Defendant, Progressive Select Insurance Company, finding that Plaintiffs proved by a preponderance of the evidence that Defendant acted in bad faith in failing to settle a third party claim against Plaintiffs. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is **ENTERED** in favor of Plaintiffs, Bryan G. Wood and Kaylee M. Wood, and against Defendant, Progressive Select Insurance Company.

2. Plaintiffs shall recover from Defendant the amount of $217,608.50 in principal and the amount of $49,776.88 in prejudgment interest (calculated at the statutory rate pursuant to § 55.03, Fla. Stat., from December 4, 2019, through November 17, 2023) for a total sum due of $267,385.38, for all of which let execution issue. Post-Judgment interest shall accrue pursuant to 28 U.S.C. § 1961.

3. The Court reserves jurisdiction to tax costs against Defendant under the procedures set forth in Local Rule 7.3 of this Court and pursuant to a bill of costs filed pursuant to 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __3__ day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record