# EXHIBIT "A"

### 1. Rosenberg v. Reliance Standard Life Insurance Company

United States Court of Appeals, Eleventh Circuit. July 12, 2024 Not Reported in Fed. Rptr. 2024 WL 3385678

> Reliance Standard Life Insurance Co. ("Reliance") appeals the district court's grant of Krista
> Rosenberg's motion for summary judgment in this Employee Retirement Income Security Act
> ("ERISA") case. On appeal, Reliance argues that the district court erred when it disregarded the plain
> language of the Policy and held that...

...Richardson , Burlington & Rockenbach, PA, West Palm Bch, FL, Jeffrey M. Liggio , Liggio Law, PA,
West Palm Beach, FL, for Plaintiff-Appellee. Joshua...

### 2. Moon-Vileno v. Florida Association of Court Clerks, Inc.

District Court of Appeal of Florida, First District. January 24, 2024 383 So.3d 128 49 Fla. L. Weekly D224

> LITIGATION — Declaratory Judgment. Plaintiffs lacked standing to bring declaratory judgment action
> under standing authorizing a state agency or local government to accept credit cards.

**Synopsis**
**Background:** Purported payors of credit card fees brought class actions against private corporate
association with its membership composed of court clerks and association's wholly-owned subsidiaries,
seeking declaration that they violated statute authorizing a state agency or unit of local government to
accept credit cards by charging a convenience fee in excess of amount needed to pay lawful service fee
charges for credit card processing services used in collecting payments to court clerks. The Circuit Court,
2nd Judicial Circuit, Leon County, J. Layne Smith, J., granted summary judgment in favor of association
and its subsidiaries. Payors appealed.
**[Holding:]** The District Court of Appeal, B.L. Thomas, J., held that payors lacked standing to bring
declaratory judgment action under statute authorizing a state agency or unit of local government to
accept credit cards.
Affirmed.

...L. Rosenbluth Debra Rosenbluth Law , PLLC, Winter Park; Jeffrey M. Liggio Jason Cornell , Liggio &
Cornell, P.A., West Palm Beach; Philip M. Burlington Adam Richardson...

### 3. Zipes v. Progressive American Insurance Company

United States District Court, S.D. Florida. January 22, 2024 Slip Copy 2024 WL 808229

> THIS CAUSE is before the Court on Plaintiff Lauren Zipes ("Plaintiff")'s Renewed Motion for
> Permission to File Motion for Summary Judgment [DE 54] (the "Motion"), filed January 19, 2024. The
> Court has carefully considered the Motion and is otherwise fully advised in the premises. In the
> Motion, Plaintiff seeks leave to...

...Grossman , Grossman Attorneys at Law, Boca Raton, FL, Jeffrey M. Liggio , Liggio Law, P.A., West
Palm Beach, FL, Philip Mead Burlington , Burlington...

### 4. Rosenberg v. Reliance Standard Insurance Company

United States District Court, S.D. Florida. July 24, 2023 Slip Copy 2023 WL 5627057

THIS CAUSE comes before the Court upon Defendant's Motion to Alter or Amend The June 12, 2023 Order on Summary Judgment, filed on July 10, 2023. (DE 49). Plaintiff filed a response on July 19, 2023. (DE 50). For the following reasons, the Motion is denied. Under Rule 59(e), reconsideration is proper when there is: (1) newly discovered evidence, (2)...

...81495-CV-MIDDLEBROOKS/Matthewman Signed July 24, 2023 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Richard Mark Benrubi , Benrubi...

## 5. Rosenberg v. Reliance Standard Insurance Company

United States District Court, S.D. Florida. June 12, 2023 Slip Copy 2023 WL 5627127

THIS CAUSE comes before the Court upon Plaintiff's Motion for Summary Judgement, filed on April 21, 2023. (DE 34). The Motion is fully briefed. (DE 37; DE 38). For the following reasons, the Motion is granted in part and the case is remanded for a determination on the merits of Plaintiff's Claim. As an initial matter, I note that on May 12, 2023,...

...81495-CV-MIDDLEBROOKS/Matthewman Signed June 12, 2023 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Richard Mark Benrubi , Benrubi...

## 6. Young v. New Residential Investment Corporation

District Court of Appeal of Florida, Fourth District. May 31, 2023 377 So.3d 615 48 Fla. L. Weekly D1102

LITIGATION — Appeals. District Court of Appeal lacked jurisdiction to review trial court's dismissal of mortgagor's counterclaims against company that acquired promissory note and mortgage.

**Synopsis**
**Background:** During pendency of foreclosure proceedings initiated by mortgagee, mortgagor asserted equitable accounting and contractual counterclaims against mortgage servicer and company that acquired promissory note and mortgage executed by mortgagor in favor of mortgagee's predecessor-in-interest. The Circuit Court, 17th Judicial Circuit, Broward County, Barry J. Stone, J., dismissed mortgagor's causes of action. Mortgagor appealed.
**[Holding:]** On clarification, the District Court of Appeal held that it lacked jurisdiction over trial court's dismissal of mortgagor's equitable accounting and contractual counterclaims.
Appeal dismissed in part; affirmed in part.

...Stone , Senior Judge, Judge; L.T. Case No. CACE19006695. Jeffrey M. Liggio of Liggio & Cornell, West Palm Beach, Geoffrey Stahl of Gordon & Partners, P.A...

## 7. Zipes v. Progressive American Insurance Company

United States District Court, S.D. Florida. May 18, 2023 673 F.Supp.3d 1313 2023 WL 4364013

INSURANCE — Automobile. Fact issue remained whether off-highway vehicle with insured as passenger was a "land motor vehicle," as defined in automobile insurance policy.

**Synopsis**
**Background:** Insured brought action in state court against insurer seeking to recover uninsured/underinsured motorist benefits for injuries that she sustained in an accident as a passenger in

an off-highway vehicle (OHV), and requesting declaratory relief as to coverage for the accident. After removal to federal court, parties cross-moved for summary judgment.
**Holdings:** The District Court, William P. Dimitrouleas, J., held that:
[1] policy's conformity clause did not apply to substitute statutory provision for policy provision defining "uninsured motor vehicle" as "a land motor vehicle," and
[2] fact issue remained whether off-highway vehicle was a "land motor vehicle," as defined in automobile insurance policy.
Motions denied.

...Grossman , Grossman Attorneys at Law, Boca Raton, FL, Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Philip Mead Burlington , Burlington...

## 8. Rosenberg v. Reliance Standard Insurance Company

United States District Court, S.D. Florida. April 04, 2023 Slip Copy 2023 WL 5627056

> THIS CAUSE comes before the Court upon Plaintiff's Motion to Remand ("the Motion"), filed on November 2, 2022. (DE 8). Defendant filed a response on November 4, 2022. (DE 9). Plaintiff did not file a reply. For the reasons set forth below, the Motion is denied. On September 26, 2022, Defendant removed this breach of contract action from...

...Signed April 3, 2023 Entered April 4, 2023 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Richard Mark Benrubi , Benrubi...

## 9. Young v. New Residential Investment Corporation

District Court of Appeal of Florida, Fourth District. February 01, 2023 Not Reported in So. Rptr. 48 Fla. L. Weekly D231

> LITIGATION — Appeals. District Court of Appeal lacked jurisdiction to review trial court's dismissal of mortgagor's counterclaims against holder of promissory and mortgage.

**Synopsis**
**Background:** During pendency of foreclosure proceedings initiated by mortgagee, mortgagor asserted equitable accounting and contractual counterclaims against mortgage servicer and purchaser of promissory note and mortgage executed by mortgagor in favor of mortgagee's predecessor-in-interest. The Circuit Court, 17th Judicial Circuit, Broward County, Barry J. Stone, J., dismissed mortgagor's causes of action. Mortgagor appealed.
**[Holding:]** The District Court of Appeal held that it lacked jurisdiction over trial court's dismissal of mortgagor's equitable accounting and contractual counterclaims.
Appeal dismissed in part; affirmed in part.

...Stone , Senior Judge, Judge; L.T. Case No. CACE19006695. Jeffrey M. Liggio of Liggio & Cornell, West Palm Beach, Geoffrey Stahl of Gordon & Partners, P.A...

## 10. Zipes v. Progressive American Insurance Company

United States District Court, S.D. Florida. January 12, 2023 Not Reported in Fed. Supp. 2023 WL 6311222

> THIS MATTER comes before the Court on Defendant Progressive American Insurance Company ("Defendant")'s Motion to Dismiss Count III of Plaintiff's Amended Complaint (the "Motion") [DE 16].

The Court has carefully considered the Motion [DE 16], Plaintiff Lauren Zipes ("Plaintiff")'s Response [DE 18],...

...Grossman , Grossman Attorneys at Law, Boca Raton, FL, Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Philip Mead Burlington , Burlington...

## 11. Lopez v. Tropical Financial Credit Union

District Court of Appeal of Florida, Fourth District. January 05, 2023 353 So.3d 622 (Table, Text in WESTLAW), Unpublished Disposition 2023 WL 107586

Affirmed.

...Hardy Gillman , Judge; L.T. Case No. 502013CA012862X XXMB Jeffrey M. Liggio of Liggio Law, West Palm Beach, and Philip M. Burlington and Jeffrey...

## 12. Wood v. Progressive Select Insurance Company

United States District Court, S.D. Florida, Fort Pierce Division. November 04, 2022 Not Reported in Fed. Supp. 2022 WL 16714191

THIS CAUSE came before this Court on Non-party Sheri Hopkins's Motion to Quash Subpoena for Trial and Motion for Protective Order ("Ms. Hopkins's Motion"), (ECF No. 83), and Non-party Vivian Knapp's Motion to Quash Subpoena for Trial and Motion for Protective Order ("Ms. Knapp's Motion"), (ECF No. 84) (collectively, the...

...21-14172-CIV-MARTINEZ Signed November 4, 2022 Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Adam Alexander...

## 13. Wood v. Progressive Select Insurance Company

United States District Court, S.D. Florida, Fort Pierce Division. October 26, 2022 Not Reported in Fed. Supp. 2022 WL 19301973

THIS CAUSE came before this Court on Defendant's Motion in limine (the "Motion"), (ECF No. 39). This Court has reviewed the Motion, pertinent portions of the record, and is otherwise fully advised of the premises. After careful consideration, the Motion is DENIED for the reasons set forth herein. A motion in limine is "any motion,...

...21-14172-CIV-MARTINEZ Signed October 26, 2022 Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Adam Alexander...

## 14. Wood v. Progressive Select Insurance Company

United States District Court, S.D. Florida, Fort Pierce Division. October 21, 2022 Not Reported in Fed. Supp. 2022 WL 18023504

THIS CAUSE came before this Court on Defendant Progressive Select Insurance Company's Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment (the "Motion"), (ECF No. 37). This Court has reviewed the Motion, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises....

List of 223 results for adv: Liggio

...21-14172-CIV-MARTINEZ Signed October 21, 2022 Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Adam Alexander...

### 15. Coccaro v. GEICO General Insurance Company

District Court of Appeal of Florida, Fourth District. October 20, 2022 349 So.3d 431 (Table, Text in WESTLAW), Unpublished Disposition 2022 WL 11468932

Affirmed.

...Geoff Stahl of Gordon & Partners, Palm Beach Gardens, Jeffrey M. Liggio of Liggio Law, P.A., West Palm Beach, and Philip M. Burlington and...

### 16. Datamaxx Applied Technologies, Inc. v. Brown & Brown, Inc.

United States Court of Appeals, Eleventh Circuit. August 23, 2022 Not Reported in Fed. Rptr. 2022 WL 3597311

Datamaxx Applied Technologies, Inc., ("Datamaxx") appeals from the district court's grant of summary judgment in favor of Chubb Custom Insurance Co., ("Chubb"), in Datamaxx's suit seeing a declaratory judgment that the parties' insurance contract obligated Chubb to indemnify Datamaxx in a 2018 lawsuit brought by a...

...Cornell , Fox Rothschild, LLP, West Palm Beach, FL, Jeffrey M. Liggio , Liggio Law, PA, West Palm Beach, FL, for Plaintiff-Appellant. Sina...

### 17. Wood v. Progressive Select Insurance Company

United States District Court, S.D. Florida. May 17, 2022 Not Reported in Fed. Supp. 2022 WL 18023480

THIS CAUSE is before me upon an Order of Reference by presiding U.S. District Judge Jose E. Martinez referring all matters relating Plaintiffs' Motion for Order to Show Cause as to Why Brenda Sheffield Should Not be Held in Contempt of Court [DE 38] to me for appropriate disposition. No response has been timely filed. I have reviewed the...

...Signed May 16, 2022 Entered May 17, 2022 Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Adam Alexander...

### 18. Wood v. Progressive Select Insurance Company

United States District Court, S.D. Florida, Fort Pierce Division. February 16, 2022 Not Reported in Fed. Supp. 2022 WL 19300687

THIS CAUSE came before this Court upon Defendant Progressive Select Insurance Company's Motion to Dismiss Counts II and III of the Complaint (the "Motion"), (ECF No. 10). This Court has reviewed the record and Motion and is otherwise fully advised as to the premises. Accordingly, for the reasons set forth herein, the Motion is GRANTED....

...21-cv-14172-MARTINEZ Signed February 16, 2022 Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Adam Alexander...

### 19. Nationstar Mortgage LLC v. Gonzalez

District Court of Appeal of Florida, Third District. December 15, 2021 331 So.3d 276 46 Fla. L. Weekly D2664

Affirmed. See Joyce v. Federated Nat'l Ins. Co., 228 So. 3d 1122 (Fla. 2017).

...and Hallie S. Evans (Atlanta, GA), for appellant/cross-appellee. Liggio Law, P.A., and Jeffrey M. Liggio (West Palm Beach); Gordon & Partners, P.A., and Geoff Stahl (Palm...

### 20. Datamaxx Applied Technologies, Inc. v. Chubb Custom Insurance Company

United States District Court, M.D. Florida, Orlando Division. September 13, 2021 559 F.Supp.3d 1295 2021 WL 4166740

INSURANCE — Liability. Acts alleged in suit against insured related to acts alleged in prior suit before period of claims-made policy.

**Synopsis**
**Background:** Insured brought action against liability insurer for declaratory judgment that claims-made policy covered claims in second suit against insured after settlement of prior suit before policy period. Insured and insurer moved for summary judgment.
**Holdings:** The District Court, Carlos Mendoza, J., held that:
[1] acts in the two suits against insured were related, and policy thus provided no coverage, and
[2] insurer was not estopped from denying coverage.
Insurer's motion granted; insured's motion denied.

...and insured did not reasonably rely on representation. Jeffrey M. Liggio Lloyd Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiff. Sina Bahadoran...

### 21. Markel American Insurance Company v. Oliver

United States District Court, M.D. Florida, Orlando Division. December 14, 2020 Not Reported in Fed. Supp. 2020 WL 9065754

This cause comes before the Court for consideration without oral argument on the following motion: MOTION: Motion for Leave to File a Second Amended Complaint (Doc. 68) FILED: November 25, 2020 THEREON it is ORDERED that the motion is GRANTED. Plaintiff initiated this case by filing a Complaint for Declaratory Judgment against Defendants. Doc. 1....

...Aiman Saleem Farooq , Morgan & Morgan, PA, Plantation FL, Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach FL, Carolina Yvonne Blanco , Tampa...

### 22. Brown-Peterkin v. Williamson

District Court of Appeal of Florida, Fourth District. November 12, 2020 307 So.3d 45 45 Fla. L. Weekly D2518

INSURANCE — Class Actions. Relief sought as to insureds in declaratory judgment actions had been determined in prior appellate decision and relief requested was rendered moot.

**Synopsis**
**Background:** Insureds in underlying cases brought actions against auto insurer seeking declaration that insurer's uninsured and underinsured motorist coverage rejection process failed to comply with Florida

law and did not properly advise policyholders regarding underinsured coverage options, and seeking to certify statewide class comprised of policyholders who rejected or lowered underinsured coverage through insurer's online signature process. The Circuit Court, 17th Judicial Circuit, Broward County, Jack Tuter, C.J., and Circuit Court, 15th Judicial Circuit, Palm Beach County, James Nutt, J., denied separate class certification motions. Insureds appealed.

**Holdings:** The District Court of Appeal, Warner, J., held that:

[1] relief sought had been determined in prior appellate decision and thus relief requested was rendered moot, and

[2] proposed class could not establish commonality and typicality requirements.

Affirmed.

...G. Williams of Gordon & Partners, Palm Beach Gardens, Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law, P.A., West Palm Beach, and Philip M. Burlington and...

## 23. Datamaxx Applied Technologies, Inc. v. Chubb Custom Insurance Company

United States District Court, M.D. Florida, Orlando Division. September 11, 2020 Not Reported in Fed. Supp. 2020 WL 6049318

> This cause comes before the Court for consideration without oral argument on two unopposed motions filed under seal four documents in support of Defendant's motion for summary judgment and response in opposition to Plaintiff's motion for summary judgment. Docs. 60 and 61 (collectively, the Motions). In the Motions, Defendant seeks to file under...

...cv-291-Orl-41DCI Signed 09/11/2020 Jeffrey M. Liggio Lloyd Jason Cornell , Liggio Law P.A., for West Palm Beach, FL, for Plaintiff. Katherine...

## 24. Castelly v. United of Omaha Life Insurance Company

United States District Court, S.D. Florida. June 19, 2020 Not Reported in Fed. Supp. 2020 WL 6326153

> THIS CAUSE comes before the Court upon a Motion for Remand filed by Plaintiff Sauvens Castelly on April 17, 2020. (DE 14). Defendant United of Omaha Life Insurance Company ("Defendant United of Omaha") responded in opposition on May 1, 2020. (DE 26). Plaintiff replied on May 30, 2020. For the following reasons, Plaintiff's Motion is...

...2020 Entered 06/19/2020 Geoffrey S. Stahl Olivia D. Liggio , Liggio Law, P.A., West Palm Beach, FL, for Plaintiff. Andrea E...

## 25. Hering v. New Directions Behavioral Health, L.L.C.

United States District Court, M.D. Florida, Orlando Division. June 01, 2020 Not Reported in Fed. Supp. 2020 WL 2832497

> Defendant Blue Cross Blue Shield of Florida, Inc. ("Blue Cross") moves to dismiss Plaintiff's amended complaint (Doc. 55 ("Complaint")). (Doc. 64 ("MTD").) Defendant New Directions Behavioral Health, L.L.C. ("New Directions") moves to join the MTD. (Doc. 65 ("Joinder Motion").) On...

...Justin Richard Cochran , Zuckerman Spaeder, LLP, Tampa, FL, Jeffrey M. Liggio Lloyd Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, Meiram Bendat, Pro Hac...

### 26. Hering v. New Directions Behavioral Health, L.L.C.

United States District Court, M.D. Florida, Orlando Division. April 28, 2020 Not Reported in Fed. Supp. 2020 WL 4740532

> This cause comes before the Court for consideration without oral argument on the following motions:
> MOTION:DEFENDANT BLUE CROSS BLUE SHIELD OF FLORIDA, INC.'S MOTION TO DISMISS
> THE FIRST AMENDED COMPLAINT (Doc. 64). MOTION:DEFENDANT NEW DIRECTIONS
> BEHAVIORAL HEALTH'S MOTION FOR JOINDER WITH BLUE CROSS BLUE SHIELD OF
> FLORIDA'S...

...LLP, New York, NY, Jack E. Fernandez, Jr. Jeffrey M. Liggio Lloyd Jason Cornell , Liggio Law P.A.,
West Palm Beach, FL, Justin Richard Cochran , Zuckerman...

### 27. Gannon v. Airbnb, Inc.

District Court of Appeal of Florida, Fourth District. March 25, 2020 295 So.3d 779 45 Fla. L. Weekly D690

> TAXATION — Sales and Use. Online short-term accommodation rental platform companies were not
> "dealers" within meaning of tourist development tax (TDT) statute.

**Synopsis**
**Background:** County tax collector brought action against companies that managed online short-term
accommodation rental platforms, seeking declaratory judgment that companies were required to register
as dealers and to collect and remit tourist development tax (TDT). The Circuit Court, 15th Judicial Circuit,
Palm Beach County, No. 502014CA000428XXXXMBAO, James Nutt, J., 2019 WL 1379657, granted
companies' motion for summary judgment. Tax collector appealed.
**Holdings:** The District Court of Appeal, Damoorgian, J., held that:
[1] companies were not in the business of renting, leasing, or letting transient accommodations, and
[2] companies were not "dealers" within meaning of TDT statute.
Affirmed.
Gross, J., filed opinion concurring in part and dissenting in part.

...Silber of Silber & Davis, West Palm Beach, and Jeffrey M. Liggio and Olivia D. Liggio of Liggio Law,
P.A., West Palm Beach, for appellant. Nicole K. Atkinson...

### 28. Webber v. Bactes Imaging Solutions, Inc.

District Court of Appeal of Florida, Second District. January 15, 2020 295 So.3d 841 45 Fla. L. Weekly D125

> COMMERCIAL LAW — Unfair Practices. Practice of charging "other entities" rate when attorneys
> sought medical records on patient's behalf was unfair practice.

**Synopsis**
**Background:** Patient, individually and on behalf of similarly situated patients, brought class action
against medical records company, alleging that company's practice of charging "other entities" rate when
patient's attorney requested medical records on behalf of patient violated Florida Deceptive and Unfair
Trade Practices Act (FDUTPA). The Circuit Court, 13th Judicial Circuit, Hillsborough County, Martha J.
Cook, J., denied patient's motion for permanent injunction and granted company's motion for summary
judgment. Patient appealed.
**[Holding:]** The District Court of Appeal, Morris, J., held that company's practice was unfair act or practice
under FDUTPA.
Reversed and remanded.

...of Burlington & Rockenbach, P.A., West Palm Beach; and Jeffrey M. Liggio of Liggio Law, West Palm Beach, for Amicus Curiae Florida Justice Association...

### 29. Lopez v. Tropical Financial Credit Union

District Court of Appeal of Florida, Fourth District. December 18, 2019 288 So.3d 737 44 Fla. L. Weekly D2997

> Because we believe the appellant has failed to demonstrate that the circuit court abused its discretion in this case by denying his motion for class action certification, we affirm. The trial court conducted the required rigorous analysis and we find that the trial court's factual determinations are supported by competent substantial evidence and...

...of Burlington & Rockenbach, P.A., West Palm Beach, and Jeffrey M. Liggio of Liggio Law, West Palm Beach, for appellant. Michael Jay Rune II...

### 30. Mirabal v. USAA Casualty Insurance Company

United States District Court, S.D. Florida. December 16, 2019 Not Reported in Fed. Supp. 2019 WL 8275133

> THIS MATTER is before the Court on Magistrate Judge Edward G. Torres' report and recommendation on a Motion for Summary Judgment filed by Defendant USAA CASUALTY INSURANCE COMPANY (the "Report"). (DE 67). On July 22, 2019, Defendant filed its motion for summary judgment. (DE 46). On October 10, 2019, Judge Torres issued its...

...Jon Michael Herskowitz , Baron & Herskowitz PA, Miami, FL, Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Kristen Marie...

### 31. Cabrera v. U.S. Bank National Association

District Court of Appeal of Florida, Fourth District. October 16, 2019 281 So.3d 516 44 Fla. L. Weekly D2528

> REAL PROPERTY — Pleading. Borrower's counterclaim in foreclosure action regarding practice of adding attorney's fees and costs to mortgage balance was compulsory.

**Synopsis**
**Background:** Bank sued borrower to foreclose on a mortgage. In response, borrower filed a motion to amend to add a class action counterclaim against bank and loan servicer. The Circuit Court, 15th Judicial Circuit, Palm Beach County, Howard Coates, J., entered order granting borrower's motion to amend insofar as it allowed him to amend to assert compulsory counterclaims, but denied motion to assert claims as a class action. Borrower appealed.
**Holdings:** The District Court of Appeal, Warner, J., held that:
[1] bank's filing of notice of voluntary dismissal did not deprive trial court of jurisdiction;
[2] trial court's denial of motion to assert claims as a class action effectively denied class action certification as a matter of law;
[3] borrower's counterclaim regarding practice of adding attorney's fees and costs from unsuccessful foreclosure actions to mortgage balance was compulsory; but
[4] borrower's counterclaim against non-party loan servicer was permissive.
Reversed in part; dismissed in part; and remanded.

...Society of Palm Beach County, West Palm Beach, Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law,

P.A., West Palm Beach, and Philip M. Burlington and...

## 32. Mirabal v. USAA Casualty Insurance Company

United States District Court, S.D. Florida. October 10, 2019 Not Reported in Fed. Supp. 2019 WL 8275155

On August 23, 2019, the Honorable Judge Kathleen M. Williams referred to the undersigned a Motion for Summary Judgment filed by Defendant USAA CASUALTY INSURANCE COMPANY ("USAA" or "Defendant") on July 22, 2019. [D.E. 46, 55]. Plaintiffs LISETTE and JOSE MIRABAL ("the Mirabals" or "Plaintiffs") filed...

...Jon Michael Herskowitz , Baron & Herskowitz PA, Miami, FL, Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Kristen Marie...

## 33. Mirabal v. USAA Casualty Insurance Company

United States District Court, S.D. Florida. March 14, 2019 Not Reported in Fed. Supp. 2019 WL 2121691

This matter is before the Court on USAA Casualty Insurance Company's ("Defendant") motion to disqualify David Baron from representing Lissette & Jose Mirabal's ("Plaintiffs") in the above-styled case. [D.E. 26]. Plaintiffs filed their response on February 15, 2019. [D.E. 27]. Therefore, Defendant's motion is now ripe for...

...Jon Michael Herskowitz , Baron & Herskowitz PA, Miami, FL, Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Kristen Marie...

## 34. Nail v. U.S. Office of Personnel Management

United States District Court, M.D. Florida, Orlando Division. March 11, 2019 Not Reported in Fed. Supp. 2019 WL 1117038

Before the Court is Defendant U.S. Office of Personnel Management's ("OPM") Motion for Summary Judgment. (Doc. 62 ("Motion").) Plaintiff Danny Nail ("Nail") responded (Doc. 65), and OPM replied (Doc. 68). On review, the Motion is due to be granted. This case arises from an insurance company's denial of coverage...

...37GJK Signed 03/11/2019 Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Law P.A., West Palm Beach, FL, for Plaintiff. Adam J...

## 35. Garcia v. Sun West Mortgage Company, Inc.

United States District Court, S.D. Florida. January 24, 2019 Not Reported in Fed. Supp. 2019 WL 13155807

THIS CAUSE came before the Court on Plaintiff, Olga Garcia's Motion for Leave to Voluntarily Dismiss Case [ECF No. 99], filed January 2, 2019. Plaintiff seeks to: (1) dismiss both her individual and putative class claims against Defendant, Sun West Mortgage Company, Inc. ("Sun West"), with prejudice; (2) dismiss her putative class...

...23289-CIV-ALTONAGA/Goodman Signed 01/24/2019 Jeffrey M. Liggio Geoffrey S. Stahl , Liggio Law, P.A., West Palm Beach, FL, Jon Michael Herskowitz , Baron...

### 36. Garcia v. Sun West Mortgage Company, Inc.

United States District Court, S.D. Florida. January 17, 2019 Not Reported in Fed. Supp. 2019 WL 13155809

> THIS CAUSE came before the Court on Plaintiff's Omnibus Motion for Leave to Amend the Complaint and Reset Deadlines [ECF No. 82], filed January 2, 2019. On January 8, 2019, Defendants filed a Combined Opposition [ECF No. 87] to which Plaintiff filed a Reply [ECF No. 88] on January 9, 2019. The Court has carefully considered the parties'...

...23289-CIV-ALTONAGA/Goodman Signed 01/17/2019 Jeffrey M. Liggio Geoffrey S. Stahl , Liggio Law, P.A., West Palm Beach, FL, Jon Michael Herskowitz , Baron...

### 37. Brown & Brown, Inc. v. Gelsomino

District Court of Appeal of Florida, Fourth District. November 28, 2018 262 So.3d 755 43 Fla. L. Weekly D2643

> TORTS — Negligence. Version of comparative fault statute that eliminated joint and several liability in negligence cases applies retroactively.

**Synopsis**
**Background:** Employee, who was injured in car accident while working in Bahamas, brought negligence claim against employer's insurance broker following insurer's denial of claim because policy mistakenly named Florida corporation as insured instead of Bahamian corporation. The 17th Judicial Circuit Court, Broward County, No. 04-11578 (09), Jeffrey R. Levenson, J., 2014 WL 12675203, following jury verdict in employee's favor, applied joint and several liability and determined that broker was responsible for paying full monetary award less five percent determined to be fault of employee by jury. Broker appealed.
**Holdings:** The District Court of Appeal, Levine, J., held that:
[1] version of comparative fault statute that eliminated joint and several liability in negligence cases applies retroactively, and
[2] retroactive application of statute did not violate employee's constitutional rights.
Reversed and remanded with instructions.

...Rockenbach, P.A., West Palm Beach, and Geoff S. Stahl of Liggio Benrubi, West Palm Beach, for appellee James T. Gelsomino. Levine...

### 38. Nelson v. Peninsula Boynton Property, LLC

District Court of Appeal of Florida, Fourth District. October 04, 2018 254 So.3d 407 (Table, Text in WESTLAW), Unpublished Disposition 2018 WL 4835823

> Affirmed.

...A. Garrison , Judge; L.T. Case No. 502017CA003883X XXXMB Jeffrey M. Liggio of Liggio Law, West Palm Beach, and Adam Richardson of Burlington & Rockenbach...

### 39. Patel v. Peninsula Boynton Property, LLC

District Court of Appeal of Florida, Fourth District. October 04, 2018 254 So.3d 406 (Table, Text in WESTLAW), Unpublished Disposition 2018 WL 4830104

> Affirmed.

...A. Garrison , Judge; L.T. Case No. 502017CA003901X XXXMB Jeffrey M. Liggio of Liggio Law, West

Palm Beach, and Philip M. Burlington of Burlington...

## 40. Mirabal v. USAA Casualty Insurance Company

United States District Court, S.D. Florida. September 24, 2018 Not Reported in Fed. Supp. 2018 WL 8299938

THIS MATTER is before the Court on a motion to dismiss filed by Defendant, USAA Casualty Insurance ("USAA") (DE 5) to which Plaintiffs filed a response (DE 9), and USAA filed a reply (DE 13). For the reasons set forth below, the motion (DE 5) is DENIED. Plaintiffs, Jose Mirabal and Lissette Mirabal, are a married couple who brought this...

...Jon Michael Herskowitz , Baron & Herskowitz PA, Miami, FL, Jeffrey M. Liggio L. Jason Cornell , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Kristen Marie...

## 41. Isasi v. Golden Rule Insurance Company

United States District Court, S.D. Florida. July 24, 2018 Not Reported in Fed. Supp. 2018 WL 8260878

THIS CAUSE is before the Court upon Defendant Golden Rule's Motion to Dismiss Counts I, II, and IV of the Amended Complaint [DE 22], Defendant SMWI Insurance Services, Inc. d/b/a First Wellness Group's Motion to Dismiss Certain of Plaintiffs' Claim, or, in the Alternative, Motion for Abatement of Certain Claims, and Motion to Strike Claims for...

...2018 Entered 07/24/2018 Geoffrey S. Stahl Olivia D. Liggio , Liggio Law, P.A., West Palm Beach, FL, for Plaintiff. Leslie Arsenault...

## 42. Nail v. U.S. Office of Personnel Management

United States District Court, M.D. Florida, Orlando Division. May 10, 2018 Not Reported in Fed. Supp. 2018 WL 2148453

This matter is before the Court on the following matters: (1) Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 44 ("MTD")); (2) Plaintiff's Response to Defendant's Motion to Dismiss or, Alternatively, Motion for Summary Judgment (Doc. 48); (3) Defendant's Reply to Plaintiff's Response to...

...37GJK Signed 05/10/2018 Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Law P.A., West Palm Beach, FL, for Plaintiff. Ralph E...

## 🚩 43. Jervis v. Castaneda

District Court of Appeal of Florida, Fourth District. April 25, 2018 243 So.3d 996 43 Fla. L. Weekly D908

INSURANCE — Automobile. Failure to provide notice of UM coverage precluded insurer from claiming that insured orally made knowing rejection of stacked UM coverage.

**Synopsis**

**Background:** Insured brought action against uninsured motorist (UM) insurer, contending that he did not knowingly reject stacked UM coverage. The Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, No. 502011CA006657XXXXMBAE, Gregory M. Keyser, J., granted partial summary judgment in favor of insured, determining that online waiver of UM coverage was void, but entered judgment on jury verdict in

favor of insurer, determining that insured made an oral rejection of stacked UM coverage.
**[Holding:]** The District Court of Appeal, Gross, J., held that failure to provide insured with notice of UM coverage precluded insurer from claiming that insured orally made knowing rejection of stacked UM coverage.
Reversed and remanded.

...of Gordon & Doner, P.A., Palm Beach Gardens, and Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law, P.A., West Palm Beach, for appellants. Suzanne Youmans Labrit...

## 44. Nail v. Government Employees Health Association, Inc.
United States District Court, M.D. Florida, Orlando Division. April 23, 2018 Not Reported in Fed. Supp. 2018 WL 3151681

This cause came on for consideration without oral argument on the following motion: MOTION: MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT (Doc. No. 44) FILED: January 4, 2018 THEREON it is RECOMMENDED that the motion be GRANTED IN PART AND DENIED IN PART. MOTION: PLAINTIFF'S MOTION TO STRIKE ALL OR PART OF DEFENDANT, U.S. OFFICE...

...37GJK Signed 04/23/2018 Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, for Plaintiff. Report and...

## 45. Heminger v. Bayview Loan Servicing, LLC
District Court of Appeal of Florida, Fourth District. March 07, 2018 238 So.3d 443 43 Fla. L. Weekly D530

Affirmed. See Davenport v. Dimitrijevic, 857 So.2d 957, 963 (Fla. 4th DCA 2003); Shienvold v. Habie, 627 So.2d 1203, 1205 (Fla. 4th DCA 1993).

...Joel T. Lazarus , Judge; L.T. Case No. CACE14019610. Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law, West Palm Beach, Robert C. Gindel, Jr. of Robert...

## 46. Zucker v. Gonzalez
District Court of Appeal of Florida, Third District. November 22, 2017 237 So.3d 992 (Table, Text in WESTLAW), Unpublished Disposition 2017 WL 5634879

Affirmed.

...6697 Schlesinger Law Offices, P.A. and Scott Schlesinger (Ft. Lauderdale); Liggio Law and Jeffrey M. Liggio (West Palm Beach); Burlington & Rockenbach, P.A., and Philip M. Burlington...

## 47. Grier v. Griffin Moving & Storage, Inc.
United States District Court, S.D. Florida. September 26, 2017 452 F.Supp.3d 1325 2017 WL 11543194

TRANSPORTATION — Carriers. Shippers state law claims against movers and carrier were completely preempted by Carmack Amendment.

**Synopsis**

**Background:** Shippers brought an action in state court against movers and carrier for fraud in the inducement, breach of contract, negligent supervision, and conversion, after some of their valuable belongings, including antiques and artwork, were lost or significantly damaged in transport from Florida to North Carolina, and shippers also asserted a breach of contract claim against insurance provider, and a breach of good faith and fair dealing claim against all defendants. Carrier removed action to federal court, with the consent of the other defendants. Shippers moved to remand and defendants moved to dismiss.
**Holdings:** The District Court, Donald M. Middlebrooks, J., held that:

[1] as a matter of first impression, Carmack Amendment preempts state law claims arising from failures in the transportation and delivery of goods;

[2] shippers' state law claims against movers and carrier were completely preempted by the Carmack Amendment; and

[3] shippers stated a breach of contract and breach of good faith and fair dealing claim against insurance provider.

Ordered accordingly.

...decline the exercise of jurisdiction. Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, for Plaintiffs. Heidi M...

## 48. Green v. State Farm Mutual Automobile Insurance Company

District Court of Appeal of Florida, Fourth District. May 17, 2017 225 So.3d 229 42 Fla. L. Weekly D1119

INSURANCE — Automobile. Insured's complaint was improperly dismissed on ground that no-fault insurer did not make policy election to limit reimbursements to fee schedules.

### Synopsis

**Background:** Insured brought putative class action against automobile insurer for declaratory judgment that insurer relied exclusively on Medicare fee schedules when determining reasonable amount to reimburse medical providers, even though insurer failed to elect this method of reimbursement in policy. The Fifteenth Judicial Circuit Court, Palm Beach County, Cheryl Caracuzzo, J., No. 502015CA002899XXXXMB, dismissed for failure to state a claim. Insured appealed.
**[Holding:]** The District Court of Appeal held that complaint was improperly dismissed for failure to state claim on ground that insurer did not make policy election to limit reimbursements to fee schedules. Reversed and remanded.

...of Burlington & Rockenbach, P.A., West Palm Beach and Jeffrey M. Liggio and Geoff S. Stahl of Liggio Law, West Palm Beach, for appellant. Tracy T. Segal of...

## 49. Gelsomino v. ACE American Ins. Co.

District Court of Appeal of Florida, Fourth District. November 09, 2016 207 So.3d 288 42 Fla. L. Weekly D596

INSURANCE - Damages. Insured sufficiently proved measure of his damages in his action against broker for negligent failure to procure insurance.

### Synopsis

**Background:** Insured, who was injured in car accident in connection with his business, brought action against insurance broker, alleging that broker negligently procured a policy for the wrong entity. The Circuit Court, Seventeenth Judicial Circuit, Broward County, John T. Luzzo, J., granted broker's motion to set aside jury verdict for insured and entered judgment for broker. Insured appealed.
**[Holding:]** The District Court of Appeal, May, J., held that insured sufficiently proved his measure of damages.

Reversed and remanded for reinstatement of verdict.

...Rockenbach, P.A., West Palm Beach, and Geoff S. Stahl of Liggio Benrubi, West Palm Beach, for
appellant. Neil Rose of Bernstein...

## 50. Heritage Operating, L.P. v. Williams

District Court of Appeal of Florida, Second District. September 28, 2016 211 So.3d 1038 (Table, Text in WESTLAW),
Unpublished Disposition 2016 WL 5415145

> Affirmed.

...Ingersoll & Rooney PC, Tampa, for Appellants/Cross–Appellees. Jeffrey M. Liggio , and Geoff S. Stahl ,
of Liggio Benrubi, West Palm Beach; Kent G. Whittemore , of Whittemore Law...

## 51. Batchelor v. GEICO Casualty Company

United States District Court, M.D. Florida, Orlando Division. June 30, 2016 Not Reported in Fed. Supp. 2016 WL
3552729

> This cause is before the Court on the following matters: (1) Plaintiff's Motion to Compel and/or for an
> In-Camera Inspection and for Sanctions (Doc. 275), filed March 14, 2016; and (2) Geico's Response
> in Opposition to Plaintiff's Motion to Compel and for Sanctions (Doc. 276), filed March 31, 2016. This
> insurance bad faith action is currently set...

...of Edrick E. Barnes, PA, Geoffrey S. Stahl Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi,
West Palm Beach, FL, for Plaintiff. Adam A. Duke...

## ⚑ 52. Carriuolo v. General Motors Co.

United States Court of Appeals, Eleventh Circuit. May 17, 2016 823 F.3d 977 94 Fed.R.Serv.3d 957

> COMMERCIAL LAW - Unfair Practices. Common questions predominated, supporting class
> certification in consumers' Florida Deceptive and Unfair Trade Practices Act suit against carmaker.

**Synopsis**
**Background:** Motor vehicle purchasers and lessees brought putative class action against manufacturer,
alleging unjust enrichment and violations of Florida Deceptive and Unfair Trade Practices Act (FDUTPA)
based on manufacturer's alleged misrepresentation of safety ratings given by National Highway Traffic
Safety Administration (NHTSA). The United States District Court for the Southern District of Florida, No.
0:14cv61429JIC, James I. Cohn, J., granted plaintiffs' motion for class certification. Manufacturer
appealed.
**Holdings:** The Court of Appeals, Marcus, Circuit Judge, held that:
[1] common questions predominated over individual ones;
[2] class action was superior method for adjudicating claims at issue; and
[3] class representatives satisfied adequacy of representation prerequisite.
Affirmed.

...F.S.A. §501.204(1) Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Benrubi PA, Philip M. Burlington ,
Burlington & Rockenbach, PA, West Palm...

### 53. Olvera-Casas v. Companion Property & Cas. Ins. Co.
District Court of Appeal of Florida, Fourth District. May 12, 2016 192 So.3d 66 (Table, Text in WESTLAW), Unpublished Disposition 2016 WL 2753662

> Affirmed.

...Gadarian Graham, P.A., Palm Beach Gardens, Richard M. Benrubi of Liggio Benrubi, P.A., and Mariano Garcia of Searcy Denney Scarola Barnhart...

### 54. Geico General Ins. Co. v. Paton
District Court of Appeal of Florida, Fourth District. May 11, 2016 189 So.3d 368 41 Fla. L. Weekly D1138

> Consistent with the Florida Supreme Court's opinion in Paton v. GEICO General Insurance Co., No. SC14–282, 2016 WL 1163372 (Fla. Mar. 24, 2016), the petition for writ of certiorari is denied.

...Rockenbach, P.A., West Palm Beach and Richard M. Benrubi of Liggio Benrubi, P.A., West Palm Beach, for respondent. ON REMAND FROM...

### 55. Coccaro v. Geico General Ins. Co.
United States Court of Appeals, Eleventh Circuit. April 20, 2016 648 Fed.Appx. 876 2016 WL 1583820

> INSURANCE - Removal. Action in which plaintiffs lacked standing had to be remanded to state court from which it was removed.

**Synopsis**
**Background:** Insureds commenced putative class action in state court alleging that insurer failed to comply with Florida law governing selection or knowing rejection of uninsured motorist (UM) coverage. Insurer removed action on diversity grounds. The United States District Court for the Southern District of Florida, Robin L. Rosenberg, J., 2015 WL 3669399, dismissed the action. Insureds appealed.
**Holdings:** The Court of Appeals held that:
[1] insureds who may or may not have viewed opt-out form lacked standing for lack of injury-in-fact to claim that insurer failed to comply with statute;
[2] insureds and putative class could not claim substantial likelihood that they would suffer injury in future;
[3] same injury-in-fact standing requirement applied to claims for declaratory judgment and permanent injunction;
[4] Florida's Declaratory Judgment Act was procedural mechanism that did not confer any substantive rights; and
[5] action had to be remanded to state court from which it was removed.
Affirmed in part, vacated in part, and remanded.

...M. Burlington Adam J. Richardson , Burlington & Rockenbach, PA, Jeffrey M. Liggio Geoffrey S. Stahl , Liggio Benrubi & Williams, PA, West Palm Beach, FL, Daniel G. Williams...

### 56. Hirschhaut v. UnitedHealthcare Insurance Company
United States District Court, S.D. Florida. March 16, 2016 Not Reported in Fed. Supp. 2016 WL 8488279

> THIS MATTER is before the Court upon Plaintiff's Motion For Remand (DE 6). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises. Plaintiff

Michael J. Hirschhaut (hereinafter "Plaintiff") filed suit in Florida state court seeking declaratory and injunctive relief that, due to...

...Payne, LLP, Fort Lauderdale, FL, Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Benrubi, P.A., West Palm Beach, FL, for Plaintiff. Daniel Alter...

### 57. Lemoine v. GEICO Indemnity Company

United States District Court, S.D. Florida. February 18, 2016 Not Reported in Fed. Supp. 2016 WL 4240044

THIS MATTER is before the Court upon Plaintiff Aimee Lemoine's Motion For Partial Summary Judgment (DE 39) and Defendant Geico Indemnity Insurance Company's Motion For Summary Judgment (DE 41). The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises. Plaintiffs Aimee Lemoine and Jose Raul...

...2016 Filed 02/18/2016 Richard Mark Benrubi Jeffrey M. Liggio , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. B. Richard...

### 58. Martorella v. Deutsche Bank National Trust Company

United States District Court, S.D. Florida. November 09, 2015 Not Reported in Fed. Supp. 2015 WL 10857441

THIS CAUSE is before the Court upon Defendants' Motion for Rule 60(a) Relief and for Reconsideration of the Court's Order Denying Their Motion for Summary Judgment [DE 341]. The Court has carefully considered the motion, response, reply, and is otherwise fully advised in the premises. Defendants move for relief under Rule 60(a) with...

...J. Axelrod , Axelrod & Dean LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

### 59. Batchelor v. Geico Casualty Company

United States District Court, M.D. Florida, Orlando Division. October 22, 2015 142 F.Supp.3d 1220 2015 WL 6468124

INSURANCE — Privileges. Auto insurer's selective disclosure of material protected by attorney-client privilege required new trial on insured's bad faith claim.

**Synopsis**
**Background:** Insured driver who prevailed in underlying state-court action against her insurer seeking underinsured motorist (UM) benefits subsequently initiated bad faith claim against insurer. Insurer removed action to federal court. Following jury trial, the District Court entered verdict in favor of insurer. Insured moved to vacate judgment and for sanctions, and for new trial.
**Holdings:** The District Court, Roy B. Dalton Jr., J., held that:
[1] federal law controlled work-product privilege (WPP) issues and Florida law controlled attorney-client communication privilege (ACCP) issues;
[2] testimony of insurer's attorney resulted in complete waiver of ACCP concerning attorney's work in UM action; and
[3] insurer's selective disclosure of material protected by ACCP resulted in manifest unfairness.
Motions granted in part and denied in part.

...of Edrick E. Barnes, PA, Geoffrey S. Stahl Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi,

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

West Palm Beach, FL, for Plaintiff. Adam A. Duke...

## 60. James V. v. First American Title Ins. Co.

District Court of Appeal of Florida, First District. September 22, 2015  176 So.3d 357  2015 WL 5555674

> AFFIRMED. See Higgins v. Commonwealth Land Title Ins. Co., 172 So.3d 888, 2015 WL 4231657, 40
> Fla. L. Weekly D1606 (Fla. 1st DCA July 14, 2015); Bleich v. Chicago Title Ins. Co., 117 So.3d 1163
> (Fla. 3d DCA 2013), review denied, 134 So.3d 445 (Fla.2014).

...Scott Russell of P. Scott Russell, P.A., Jacksonville; Jeffrey M. Liggio of Liggio Benrubi, West Palm
Beach; Robert J. Axelrod of Axelrod & Dean...

## 61. Martorella v. Deutsche Bank National Trust Company

United States District Court, S.D. Florida. August 06, 2015  Not Reported in Fed. Supp.  2015 WL 11347664

> THIS CAUSE is before the Court upon Defendants' Motion to Dismiss the Claims of Plaintiffs Graham
> and Wright [DE 213]. The motion is fully briefed and ripe for review. The Court has carefully
> considered all relevant filings and is fully advised in the premises. Plaintiffs Madelaine Martorella
> ("Martorella"), Tracey Lawrence Graham...

...J. Axelrod , Axelrod & Dean LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber ,
Silber & Davis, West Palm Beach, FL...

## 62. Martorella v. Deutsche Bank National Trust Company

United States District Court, S.D. Florida. August 06, 2015  161 F.Supp.3d 1209  2015 WL 10857398

> COMMERCIAL LAW — Unfair Practices. Insurance exemption under FDUTPA did not preclude
> mortgagors from pursuing claim against loan servicer for charging excessive amounts for insurance.

**Synopsis**
**Background:** Home mortgagors brought putative class action in state court against mortgage loan
servicer, alleging that it participated in a scheme to charge mortgagors for lender placed insurance at
grossly excessive rates, and asserting claims for violations of Florida Deceptive and Unfair Trade
Practices Act (FDUTPA) and Florida Consumer Collection Practices Act (FCCPA), breach of mortgage
agreement, breach of implied covenant of good faith and fair dealing, and unjust enrichment. Following
removal, loan servicer moved for summary judgment.
**Holdings:** The District Court, Kenneth A. Marra, J., held that:
[1] insurance exemption under FDUTPA did not preclude home mortgagors from pursuing FDUTPA claim;
[2] mortgage loan servicer's conduct of purchasing lender placed insurance on mortgagors' properties
and then charging mortgagors excessive amounts for the insurance fell within "trade or commerce" within
meaning of FDUTPA;
[3] mortgage loan servicer's purchase of excessively-priced lender placed insurance on mortgagors'
properties, while keeping portion of excessive premiums as commissions, established causal link under
FDUTPA;
[4] genuine issues of material fact existed as to whether mortgage loan servicer prioritized its financial
interests over its duties to home mortgagors to act in commercially reasonable manner, precluding
summary judgment as to mortgagors' FDUTPA claim;
[5] mortgage loan servicer was independent contractor, rather than agent of lenders, and thus,
mortgagors could maintain action for breach of mortgage agreement against loan servicer; and

[6] genuine issues of material fact existed as to whether mortgage loan servicer knew that mortgagor had adequate insurance and whether servicer continued its efforts to collect insurance premiums after mortgagor had insurance, precluding summary judgment as to mortgagor's claim under FCCPA. Motion denied.

...J. Axelrod , Axelrod & Dean LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

## 63. Higgins v. Commonwealth Land Title Ins. Co.

District Court of Appeal of Florida, First District. July 14, 2015 172 So.3d 888 40 Fla. L. Weekly D1606

AFFIRMED. See generally Bleich v. Chicago Title Ins. Co., 117 So.3d 1163, 1165 (Fla. 3d DCA 2013), review denied, 134 So.3d 445 (Fla.2014).

...Russell, IV of P. Scott Russell, P.A., Jacksonville; Jeffery M. Liggio and Geoff S. Stahl of Liggio Benrubi, West Palm Beach, for Appellants. Peter D. Webster of...

## 64. Carriuolo v. General Motors LLC

United States District Court, S.D. Florida. July 09, 2015 Not Reported in Fed. Supp. 2015 WL 12434325

THIS CAUSE is before the Court upon Plaintiffs' Amended Motion for Class Certification [DE 38] ("Motion"). The Court has considered the Motion, Defendant's Response [DE 46], Plaintiffs' Reply [DE 55], and Defendant's Surreply [DE 58], the record in this case, and is otherwise advised in the premises. The Court will GRANT in part and...

...Fountain, La Vista, Prather, Keen & Littky-Rubin, LLP, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Edward F. Haber Patrick J...

## 65. Coccaro v. Geico General Ins. Co.

United States District Court, S.D. Florida. May 07, 2015 Not Reported in F.Supp.3d 2015 WL 3669399

THIS CAUSE is before the Court upon Defendant GEICO General Insurance Company's Motion to Dismiss Plaintiffs' Third Amended Complaint and Class Allegations [DE 71]. The Motion has been fully briefed, and the Court heard oral argument on the Motion on April 23, 2015. The Court has reviewed the documents in the case file and is fully advised in the...

...80461. Signed May 7, 2015. Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Benrubi, P.A., West Palm Beach, FL, for Plaintiffs. Francis Augustine...

## 66. Batchelor v. Geico Casualty Company

United States District Court, M.D. Florida, Orlando Division. March 31, 2015 Not Reported in Fed. Supp. 2015 WL 12839175

This cause is before the Court on the following: 1. Defendant, Geico Casualty Company's Unopposed Motion to Seal Post–Trial Documents Pursuant to Order Granting Geico Casualty Company's Unopposed Motion to Seal Post–Trial Filings [D.E. 207] (Doc. 225), filed March 19, 2015; 2.

Defendant, Geico Casualty Company's Unopposed Motion to Seal...

...of Edrick E. Barnes, PA, Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Law, P.A., Richard Mark Benrubi , The Law Office of Richard...

...Specifically, Defendant requests that the Court Order "Mr. Benrubi, Mr. Liggio, and their law firm" to pay Defendant's "attorney's fees incurred...

## 67. Coccaro v. GEICO General Ins. Co.

United States District Court, S.D. Florida. February 25, 2015 Not Reported in F.Supp.3d 2015 WL 845584

This matter is before the Court upon Defendant GEICO General Insurance Company's Motion to Dismiss Coccaro's Claim and Class Allegations with Prejudice [DE 34], which was previously referred to the Honorable Dave Lee Brannon for a Report and Recommendation. See DE 37. On January 27, 2015, Judge Brannon issued his Report and Recommendations,...

...80461. Signed Feb. 25, 2015. Geoffrey S. Stahl Jeffrey M. Liggio , Liggio Benrubi, P.A., West Palm Beach, FL, for Plaintiff. Francis Augustine...

## 68. Batchelor v. Geico Cas. Co.

United States District Court, M.D. Florida, Orlando Division. December 17, 2014 Not Reported in F.Supp.3d 2014 WL 7224619

This cause is before the Court on the following: 1. Plaintiff's Motion for Partial Summary Judgment as to the Defendant's First, Fifth, Sixth and Seventh Affirmative Defenses (Doc. 121), filed September 24, 2014; 2. Geico's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 123), filed October 21, 2014; 3. Plaintiff's...

...of Edrick E. Barnes, PA, Geoffrey S. Stahl Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

## 69. Carriuolo v. General Motors LLC

United States District Court, S.D. Florida. December 11, 2014 72 F.Supp.3d 1323 2014 WL 7011022

COMMERCIAL LAW - Unfair Practices. Vehicle consumers stated FDUTPA claim against manufacturer for misrepresentation as to government issued safety rating.

**Synopsis**

**Background:** Motor vehicle consumers brought action against manufacturer alleging unjust enrichment, as well as violations of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) and Tennessee Consumer Protection Act (TCPA), based on manufacturer's alleged misrepresentation of safety ratings given by the National Highway Traffic Safety Administration (NHTSA). Manufacturer moved to dismiss.

**Holdings:** The District Court, James I. Cohn, J., held that:

[1] consumers stated FDUTPA claim;

[2] consumers stated unjust enrichment claim under Florida law; and

[3] consumers were not required to demonstrate exhaustion of contractual remedies before bringing unjust enrichment claim under Tennessee law.

Motion denied.

...Fountain, La Vista, Prather, Keen & Littky–Rubin, LLP, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiffs. David G. Radlauer...

## 70. Schneider v. Liberty Ins. Underwriters, Inc.

United States District Court, S.D. Florida, Miami Division. December 09, 2014 Not Reported in F.Supp.3d 2014 WL 6979563

> Plaintiffs Alan B. Schneider, P.A. and The Title Center of Florida, Inc. have filed a two-count Amended Complaint seeking insurance coverage for claims brought against them in an underlying state court case. The state court claims are contained in a Fifth Amended Complaint, filed by United Restaurants LLC, and arise from the purchase of commercial...

...14–62290–CIV. Signed Dec. 9, 2014. Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. Douglas A...

## 71. Martorella v. Deutsche Bank National Trust Company for American Home Mortgage Investment Trust 2006-1

United States District Court, S.D. Florida. September 18, 2014 Not Reported in Fed. Supp. 2014 WL 12779556

> THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to File an Amended Complaint [DE 128]. This motion was referred to the Honorable David Lee Brannon, United States Magistrate Judge, Southern District of Florida. A Report, dated June 17, 2014 [DE 144] has been filed, recommending that the motion be denied because Plaintiff failed to...

...J. Axelrod , Axelrod & Dean, LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

## 72. Heritage Operating, L.P. v. Williams

District Court of Appeal of Florida, Second District. August 27, 2014 151 So.3d 1246 (Table, Text in WESTLAW), Unpublished Disposition 2014 WL 4220927

> Dismissed.

...Richardson of Burlington & Rockenbach, P.A., West Palm Beach; Jeffrey M. Liggio , and Geoff S. Stahl of Liggio Benrubi, West Palm Beach; Scott T. Johni of Law Offices...

## 73. Heritage Operating, L.P. v. Williams

District Court of Appeal of Florida, Second District. August 27, 2014 151 So.3d 1246 (Table, Text in WESTLAW), Unpublished Disposition 2014 WL 4224112

> Dismissed.

...Richardson of Burlington & Rockenbach, P.A., West Palm Beach; Jeffrey M. Liggio and Geoff S. Stahl of Liggio Benrubi, West Palm Beach; Scott T. Johni of Law Offices...

## 74. Fidelity Nat. Title Ins. Co. v. Grosso

District Court of Appeal of Florida, Fourth District. July 23, 2014 142 So.3d 975 39 Fla. L. Weekly D1574

> Affirmed. See Commonwealth v. Higgins, 58 So.3d 280 (Fla. 1st DCA 2011).

...Courtney Brewer of The Mills Firm, P.A., Tallahassee, Jeffrey M. Liggio of Liggio Benrubi, West Palm Beach, Robert J. Axelrod of Pomerantz LLP...

## 75. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. July 17, 2014 Not Reported in F.Supp.3d 2014 WL 3687492

> This cause is before the Court on the following: 1. Magistrate Judge Kelly's Order (Doc. 108), filed June 4, 2014; and 2. Geico's Objection to Magistrate Judge's Order on Plaintiff's Motion to Compel Productions of Documents (Doc. 110), filed June 18, 2014. This action is presently before the Court concerning Plaintiff's request that Defendant...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

## 76. Graham v. Homeward Residential, Inc.
United States District Court, S.D. Florida. July 08, 2014 Not Reported in Fed. Supp. 2014 WL 12531549

> THIS CAUSE is before the Court upon Plaintiffs' Motion for Class Certification and to Hold Motion in Abeyance Pending Class Discovery (the "Motion") [DE 4], filed herein on July 3, 2014. The Court has considered the Motion [DE 4] and is otherwise fully advised in the premises. Plaintiffs filed the Motion [DE 4] one day after filing the...

...LLP, Boston, MA, Louis M. Silber , Silber & Davis, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Brian V. Otero...

## 77. Muzuco v. Re$ubmitIt, LLC
United States District Court, S.D. Florida. June 25, 2014 Not Reported in Fed. Supp. 2014 WL 11531784

> The parties have settled this matter and Plaintiff Ruth Muzuco has filed an Unopposed Motion for Preliminary Approval of Proposed Settlement Agreement and Release. (ECF No. 149.) The Court has reviewed the motion, the record, and the relevant legal authorities, and orders as follows: 1. The Court grants the Motion for Preliminary Approval (ECF No....

...Lewis , Kelley Uustal Law Firm, Fort Lauderdale, FL, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Alexis Ann Calleja...

## 78. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. June 20, 2014 Not Reported in F.Supp.3d 2014 WL 3687490

> This cause is before the Court on the following: 1. Magistrate Judge Kelly's Order (Doc. 94), filed April 22, 2014; 2. Plaintiff's Objections to Magistrate Judge's Pretrial Order (DE 94) (Doc. 98), filed May 6,

2014; and 3. Geico Casualty Company's Response to Plaintiff's Objection to Magistrate Judge's Pretrial Order (DE 94) (Doc. 103), filed May...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 79. Martorella v. Deutsche Bank National Trust Company for American Home Mortgage Investment Trust 2006-1
United States District Court, S.D. Florida. June 17, 2014 Not Reported in Fed. Supp. 2014 WL 12784562

THIS CAUSE is before the Court by Order of Reference (DE 137) by U.S. District Judge Kenneth A. Marra. Pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (DE 128). The Motion is fully-briefed, and the Court heard argument of counsel at a hearing held on June 13, 2014. For the reasons that follow, this Court...

...J. Axelrod , Axelrod & Dean, LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

### 80. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. June 09, 2014 Not Reported in F.Supp.3d 2014 WL 3906312

This cause is before the Court on the following: 1. Geico Casualty Company's Motion to Compel Plaintiff Responses to Interrogatories (Doc. 53), filed December 17, 2013; 2. Plaintiff's Response and Incorporated Memorandum of Law in Response to Geico Casualty Company's Motion to Compel Plaintiff Responses to Interrogatories (Doc. 59), filed January...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 81. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. June 04, 2014 Not Reported in F.Supp.3d 2014 WL 3697682

This cause came on for consideration without oral argument on the following motion filed herein: On March 5, 2005, Plaintiff was involved in an automobile accident with an uninsured/underinsured motorist ("UM"), who was at fault. Doc. No. 67 at ¶ 4. At the time of the accident, Plaintiff had an automobile insurance policy (the "Policy") in effect...

...John Alpizar , Palm Bay, FL, Edrick E. Barnes Jeffrey M. Liggio Richard Mark Benrubi , West Palm Beach, FL, for Plaintiff. Adam...

### 82. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. April 22, 2014 Not Reported in F.Supp.3d 2014 WL 3697691

This cause came on for consideration without oral argument on the following motion filed herein: On

March 5, 2005, Plaintiff was involved in an automobile accident with an uninsured/underinsured motorist ("UM"), who was at fault. Doc. No. 67 at ¶ 4. At the time of the accident, Plaintiff had an automobile insurance policy (the "Policy") in effect...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 83. Conlon v. Northwestern Mut. Life Ins. Co.
United States District Court, S.D. Florida. April 22, 2014 Not Reported in F.Supp.3d 2014 WL 1608371

This cause is before the Court upon Plaintiff/Counter–Defendant Denise Conlon's Motion to Dismiss (DE 7) and Third–Party Defendant Patricia Conlon's Motion for Leave to File and Serve Counterclaim (DE 20). The Court has carefully considered the Motions and is otherwise fully advised in the premises. In this case, Denise Conlon ("D. Conlon" or...

...Rabin Robert Cartwright Glass , McCabe Rabin, P.A., Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiff/Counter-Defendant...

### 84. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. March 27, 2014 Not Reported in F.Supp.3d 2014 WL 3687496

This cause came on for consideration without oral argument on Defendant's Motion to Compel Documents Withheld from Production by Plaintiff (the "Motion"). Doc. No. 62. At the center of this case is Plaintiff's allegations that Defendant acted in bad faith, in violation of Section 624.155, Florida Statutes, by failing to tender the full amount of...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 85. Batchelor v. Geico Cas. Co.
United States District Court, M.D. Florida, Orlando Division. March 04, 2014 Not Reported in F.Supp.3d 2014 WL 3697690

This cause came on for consideration without oral argument on the following motion filed herein: On March 5, 2005, Plaintiff was involved in an automobile accident with an uninsured/underinsured motorist ("UM"), who was at fault. Doc. No. 67 at ¶ 4. At the time of the accident, Plaintiff had an automobile insurance policy (the "Policy") in effect...

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 86. Geico General Ins. Co. v. Paton
District Court of Appeal of Florida, Fourth District. January 08, 2014 133 So.3d 1071 39 Fla. L. Weekly D132

Geico General Insurance Company petitions for a writ of certiorari from two trial court orders that permit discovery of its attorney's billing records. The records were sought by the respondent in

support of her claim for attorney's fees in the litigation below. We grant the petition because the respondent failed to make the showing...

...Rockenbach, P.A., West Palm Beach and Richard M. Benrubi of Liggio & Benrubi, P.A., West Palm Beach, for respondent. PER CURIAM. Geico...

## 87. Government Employees Ins. Co. v. Prushansky

United States District Court, S.D. Florida. January 07, 2014 Not Reported in F.Supp.3d 2014 WL 47734

This cause is before the Court upon Defendant Government Employees Insurance Company's ("GEICO") Amended Motion for Summary Judgment (DE 69); Defendant/Counter–Plaintiff's Motion for Leave to File Supplemental Authority (DE 87) and Defendant/Counter–Plaintiff's Motion for Leave to File Supplemental Authority (DE 89). The Court has carefully...

...Roumbos & Boles, P.A., Miami, FL, for Plaintiff. Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Defendant. OPINION AND...

## 88. Hill v. Accentia Biopharmaceuticals, Inc.

United States District Court, M.D. Florida, Tampa Division. December 04, 2013 Not Reported in F.Supp.2d Fed. Sec. L. Rep. P 97,750

The plaintiffs sue (Doc. 1) under the Private Securities Litigation Reform Act (PSLRA), 15 U.S.C. § 78u–4, and allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act and Rule 10b–5 comprising misleading and materially false statements about the defendants' business. Michael Hill, James Hill, John Scelsi, and ASM Capital (Hill...

...G. Shapiro , Shapiro, Haber & Urmy, LLP, Boston, MA, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiffs. Edward Martin Waller...

...John David Emmanuel , Fowler White Boggs, Tampa, FL, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Lyle Roberts , Cooley, LLP, Washington...

...3) appointing Shapiro Haber & Urmy, LLP, as lead counsel and Liggio Benrubi as liaison counsel for the classes. The defendants respond...

## 89. Trovillion Const. & Development, Inc. v. Mid-Continent Cas. Co.

United States District Court, M.D. Florida, Orlando Division. October 08, 2013 Not Reported in F.Supp.2d 2013 WL 5566066

This case comes before the Court without oral argument on Defendant, Mid–Continent Casualty Company's ("Mid–Continent") Motion to Strike in Part Affidavit of Michael Klimas (Doc. 78). The motion is due to be GRANTED in part and DENIED in part. In 2010, the Casa Jardin Condominium Association, Inc. ("Association") filed suit in state court against...

...M. Bull , Bull & Associates, PA, Orlando, FL, Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Pedro E. Hernandez...

## 90. Batchelor v. GEICO Casualty Co.

United States District Court, M.D. Florida, Orlando Division. September 12, 2013 Not Reported in F.Supp.2d 2013 WL

9010188

> This cause is before the Court on the following: 1. Plaintiff's Motion for Reconsideration (Doc. 44), filed August 21, 2013; and 2. Defendant GEICO's Response in Opposition to Plaintiff's Motion for Reconsideration of Order Denying Motion for Remand (Doc. 47), filed September 6, 2013. Upon consideration, the Court hereby denies Plaintiff's motion....

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

## 91. Muzuco v. Re$ubmitIt, LLC

United States District Court, S.D. Florida. August 28, 2013 297 F.R.D. 504 86 Fed.R.Serv.3d 748

> COMMERCIAL LAW - Class Actions. Bank customer had standing to pursue class action against check recovery service.

**Synopsis**
**Background:** Bank customer whose account had been assessed a fee by check recovery service after a check she wrote was returned for non-sufficient funds (NSF) filed putative class action against the service alleging violations of Fair Debt Collection Practices Act (FDCPA) and Federal Electronic Funds Transfer Act (EFTA), as well as state law claims for conversion, unjust enrichment, and civil conspiracy. Plaintiff moved to certify class.
**Holdings:** The District Court, Robert N. Scola, Jr., J., held that:
[1] even though named plaintiff had been reimbursed for fee, she suffered injury for purposes of standing;
[2] customer, rather than merchant, was real party in interest;
[3] class met commonality requirement for certification;
[4] claims of named plaintiff were typical of those of class;
[5] both named plaintiff and her counsel were adequate to represent class;
[6] issues subject to generalized proof predominated; and
[7] class action was superior method of resolving claims.
Motion granted.

...Lewis , Kelley Uustal Law Firm, Fort Lauderdale, FL, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Alexis Ann Calleja...

...FURTHER ORDERED that Shapiro Haber & Urmy LLP, Kelley Uustal, and Liggio Benrubi are appointed as co-lead class counsel. Within fourteen...

## 92. Barroso v. Allstate Property and Cas. Ins. Co.

United States District Court, M.D. Florida, Orlando Division. August 01, 2013 958 F.Supp.2d 1344 2013 WL 3974671

> INSURANCE - Removal. Automobile insurer untimely removed insured's state court suit alleging bad faith.

**Synopsis**
**Background:** Insured brought suit in state court against insurer, for underinsured motorist benefits, loss of consortium, and bad faith. Following removal, insured moved to remand.
**[Holding:]** The District Court, Roy B. Dalton, Jr., J., held that insurer's removal was untimely.
Motion granted.

...F.S.A. RCP Rule 1.050 Edrick E. Barnes Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, O. John Alpizar , Alpizar Law...

## 93. Nationwide Ins. Co. of America v. Coastal Chemical, Inc.

United States District Court, S.D. Florida. July 31, 2013 Not Reported in F.Supp.2d 2013 WL 3974617

> THIS CAUSE is before the Court upon Defendant Coastal Chemical, Inc.'s Motion to Dismiss [DE 7] and Defendant Stacy Ann Wallace's Motion to Dismiss Plaintiff Nationwide Insurance Company's Complaint for Declaratory Relief [DE 25] (together, "Dismissal Motions"). The Court has carefully reviewed the Dismissal Motions, the filings supporting and...

...Arthur Stinson Steven A. Stinson , Attorney at Law, Jeffrey M. Liggio , Liggio Benrubi, Donald R. Fountain, Jr. , Clark, Fountain, La Vista, Prather...

## 94. Tanaka v. GEICO General Ins. Co.

United States District Court, M.D. Florida, Orlando Division. July 12, 2013 Not Reported in F.Supp.2d 2013 WL 3701219

> This cause comes before the Court on a Motion for Summary Judgment (Doc. 137) filed by Defendant GEICO General Insurance Company ("GEICO"); a response (Doc. 144) filed by Plaintiff, Lo rinda Tanaka ("Tanaka"); and GEICO's reply (Doc. 147). This third-party bad faith and breach of contract case stems from a car accident between Tanaka and GEICO's...

...Orl–31KRS. July 12, 2013. Edrick E. Barnes Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Richard C. Singer , Mediate First...

## 95. Tanaka v. GEICO General Ins. Co.

United States District Court, M.D. Florida, Orlando Division. July 01, 2013 Not Reported in F.Supp.2d 2013 WL 3323242

> The Plaintiff, Lorinda Tanaka ("Tanaka"), seeks to reinstate a claim for breach of fiduciary duty against the Defendant, GEICO General Insurance Company ("GEICO"), which was dismissed in January 2012. (Doc. 24). This diversity case arises from a motor vehicle accident between Tanaka and GEICO's insured, Shayna Wardlow ("Wardlow"), in which Tanaka...

...orl–31KRS. July 1, 2013. Edrick E. Barnes Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Richard C. Singer , Mediate First...

## 96. Bleich v. Chicago Title Ins. Co.

District Court of Appeal of Florida, Third District. June 05, 2013 117 So.3d 1163 38 Fla. L. Weekly D1231

> INSURANCE - Title. Regulation governing reissue premiums for title insurance did not require insurers to search for prior policies.

**Synopsis**
**Background:** Property owners brought class action against title insurer, alleging overcharges for title insurance in mortgage refinance transactions. The Circuit Court, Miami-Dade County, Victoria Platzer, J.,

awarded summary judgment to insurer. Owners appealed.
**[Holding:]** The District Court of Appeal, Suarez, J., held that regulation requiring a title insurer to charge lower "reissue" premium if prior policy was on file did not require insurers to conduct a "reasonable search" for prior policies.
Affirmed.

...E. Singer , Orlando, for appellee. P. Scott Russell IV , Jacksonville; Liggio Benrubi and Jeffrey M. Liggio , West Palm Beach; John S. Mills and Courtney Brewer , Tallahassee...

## 97. MRI Scan Center, LLC v. National Imaging Associates, Inc.

United States District Court, S.D. Florida. May 07, 2013 Not Reported in F.Supp.2d 2013 WL 1899689

> THIS CAUSE is before the Court on Defendants' Motions to Dismiss (the "Motions") [DE 26, 27, 29]. The Court has carefully considered the Motions [DE 26, 27, 29], Plaintiff's Responses in Opposition to the Motions [DE 44, 45], and Defendants' Replies [DE 48, 49]. The Court is otherwise fully advised in the premises. The parties to this action are...

...Grossman Hufford Dahlstrom & Gross, LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Edward Herbert Zebersky , Zebersky & Payne...

## 98. Tome v. State Farm Fire and Cas. Co.

District Court of Appeal of Florida, Fourth District. April 10, 2013 125 So.3d 864 38 Fla. L. Weekly D814

> INSURANCE - Automobile. Automobile insurer did not violate statute prohibiting non-renewal of policy for reasons that were arbitrary or capricious.

**Synopsis**
**Background:** Insured, whose claim regarding her stolen vehicle was denied, brought action against automobile insurer for common-law breach of contract, statutory breach of contract, and promissory estoppel. The Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, Jack Cox, J., granted insurer's motion for summary judgment. Insured appealed.
**Holdings:** The District Court of Appeal, Damoorgian, J., held that:
[1] certificate of mailing was sufficient proof of notice regarding non-renewal of policy;
[2] insurer did not violate statute prohibiting non-renewal of a policy for reasons that were arbitrary or capricious;
[3] driver exclusion agreement did not constitute definite promise as to terms and time of coverage; and
[4] insured's reliance on driver exclusion agreement as promise that policy would be extended beyond policy's stated expiration date was unreasonable.
Affirmed.

...Burlington & Rockenbach, P.A., West Palm Beach, and Edrick Barnes of Liggio Benrubi, West Palm Beach, for appellant. Warren B. Kwavnick of...

## 99. Maharaj v. GEICO Cas. Co.

United States District Court, S.D. Florida. April 05, 2013 Not Reported in F.Supp.2d 2013 WL 1934075

> THIS CAUSE comes before the Court upon Plaintiff's Objection to the Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Production of Documents [DE 30]. The Court has

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

reviewed Plaintiff's objections; Defendant's response; Magistrate Judge Matthewman's decision ("Order"); the motion papers that were before him; and is otherwise...

...No. 12–80582–CIV. April 5, 2013. Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiff. Megan Marie...

## 100. Fidelity Nat. Title Ins. Co. v. Grosso
District Court of Appeal of Florida, Fourth District. April 03, 2013 110 So.3d 521 38 Fla. L. Weekly D746

LITIGATION - Class Actions. Without order containing findings of fact and conclusions of law based on facts, appellate court was unable to review whether requirements for class certification were met.

**Synopsis**
**Background:** Class action complaint was brought. The Circuit Court for the Seventeenth Judicial Circuit, Broward County, Jeffrey E. Streitfeld, J., granted class certification, and appeal was taken.
**[Holding:]** The District Court of Appeal held that, without an order containing findings of fact and conclusions of law based on the facts, appellate court was unable to review whether the requirements for class certification were met.
Reversed and remanded.

...IV of P. Scott Russell, P.A., Jacksonville; and Jeffrey M. Liggio of Liggio Benrubi, West Palm Beach, for appellees. PER CURIAM. When certifying...

## 101. Martorella v. Deutsche Bank Nat. Trust Co.
United States District Court, S.D. Florida. March 18, 2013 Not Reported in F.Supp.2d 2013 WL 1136444

THIS CAUSE is before the Court upon Defendants' Motion to Strike Plaintiff's Jury Trial Demand [DE 41]. The Court has carefully considered the motion, response, reply, Ms. Martorella's mortgage and other evidence attached to the motion and response, and is otherwise fully advised in the premises. Defendants argue that Madelaine Martorella...

...Hudek Grossman and Gross, LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

## 102. Martorella v. Deutsche Bank Nat. Trust Co.
United States District Court, S.D. Florida. March 18, 2013 931 F.Supp.2d 1218 2013 WL 1137514

COMMERCIAL LAW - Consumer Protection. Home mortgagor stated unfair practices claim relating to force-placed property insurance.

**Synopsis**
**Background:** Home mortgagor brought putative class action against mortgagee as indenture trustee for home mortgage investment trust, and mortgage loan servicer, alleging defendants' participation in scheme to charge mortgagors for force-placed property insurance at grossly excessive rates, and asserting claims for violations of Florida Deceptive and Unfair Trade Practices Act (FDUTPA) and Florida Consumer Collection Practices Act (FCCPA), breach of mortgage agreement, breach of implied covenant of good faith and fair dealing, and unjust enrichment of loan servicer. Defendants filed motion to dismiss.
**Holdings:** The District Court, Kenneth A. Marra, J., held that:
[1] mortgagor sufficiently alleged the causation element of FDUTPA claim;

[2] mortgagor stated a claim for breach of implied covenant of good faith and fair dealing;
[3] defendants' communication with mortgagor was within the ambit of debt collection; and
[4] mortgagor could plead in the alternative her claims for breach of contract and unjust enrichment. Motion denied.

...Hudek Grossman and Gross, LLP, New York, NY, Jeffrey M. Liggio , Liggio Benrubi, Louis M. Silber , Silber & Davis, West Palm Beach, FL...

## 103. Tan aka v. GEICO General Insurance Company

United States District Court, M.D. Florida, Orlando Division. March 14, 2013 Not Reported in Fed. Supp. 2013 WL 12156522

> This cause came on for consideration without oral argument on the following motion filed herein: Plaintiff seeks a second enlargement of dates in the Case Management and Scheduling Order. Among other things, Plaintiff's counsel complains that he has had to sort through documents produced by Defendant in a piecemeal fashion in response to orders to...

...2013 Filed 03/14/2013 Geoffrey S. Stahl Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, Richard C. Singer , Mediate First...

## 104. Chace v. Martin Mem. Med. Ctr., Inc.

District Court of Appeal of Florida, Fourth District. March 13, 2013 125 So.3d 817 38 Fla. L. Weekly D614

> This appeal is from a non-final order denying the appellants' motion to join a third party in the litigation below. The order is not one of the appealable non-final orders found in Florida Rule of Appellate Procedure 9.130(a)(3) and is not otherwise appealable. Nor do we find a writ of certiorari to be appropriate were we to treat...

...Burlington of Burlington & Rockenbach, P.A., West Palm Beach, Jeffrey M. Liggio of Liggio Benrubi, P.A., West Palm Beach, and Louis M. Silber of...

## 105. Homeward Residential, Inc. v. Rico

District Court of Appeal of Florida, Fourth District. February 27, 2013 110 So.3d 470 38 Fla. L. Weekly D477

> LITIGATION - Discovery. Corporation was not entitled to certiorari relief from discovery order on ground that the discovery was burdensome.

**Synopsis**
**Background:** Corporation filed petition for writ of certiorari, seeking review of an order of the Fifteenth Judicial Circuit Court, Palm Beach County, David E. French, J., compelling production of pre-class certification discovery.
**Holdings:** The District Court of Appeal held that:
[1] corporation was not entitled to certiorari relief from the order on the ground that the discovery disclosed personal financial information of third parties, and
[2] corporation was not entitled to certiorari relief from the order on the ground that the discovery was burdensome.
Petition denied.

...Pomerantz Haudek, P.A., New York, New York, and Jeffrey M. Liggio of Liggio Benrubi, P.A., West Palm Beach, for respondents. PER CURIAM. [1...

## 106. Olen Properties Corp. v. Wren

District Court of Appeal of Florida, Fourth District. February 20, 2013 109 So.3d 263 38 Fla. L. Weekly D413

> REAL PROPERTY - Jurisdiction. Trial court that approved settlement lacked jurisdiction over claim for sanctions for failure to comply with its terms.

**Synopsis**

**Background:** Tenants brought class action against landlords alleging the collection of unlawful charges in connection with early cancellation of leases. After the parties reached a settlement, the Circuit Court approved the settlement and reserved jurisdiction to enforce its terms. Thereafter, one class member filed motion to enforce the settlement and for sanctions, alleging that landlords failed to comply with term of the settlement requiring them to notify credit reporting agencies to remove disputed charges from class members' credit reports. The Fifteenth Judicial Circuit Court, Palm Beach County, Lucy Chernow Brown, J., denied landlords' motion to enjoin further prosecution of class member's claims. Landlords filed petition for writ of certiorari.

**Holdings:** The District Court of Appeal, Warner, J., held that:

[1] trial court had jurisdiction to consider class member's claim for enforcement of term of the settlement requiring landlords to notify credit reporting agencies to remove disputed charges, but

[2] trial court lacked jurisdiction to consider class member's claim for "sanctions" resulting from landlords' alleged failure to comply with the term.

Petition granted, and order quashed in part.

...Richardson of Burlington & Rockenbach, P.A. and Edrick E. Barnes of Liggio Benrubi, P.A., West Palm Beach, for respondents. WARNER , J. Petitioners...

## 107. Government Employees Ins. Co. v. Prushanksy

United States District Court, S.D. Florida. January 04, 2013 Not Reported in F.Supp.2d 2013 WL 499382

> THIS CAUSE is before the Court upon Defendant/Counter–Plaintiff, Janet Prushansky's ("Prushanky") Motion to Compel Production of Documents (DE 32). This matter was referred to the undersigned United States Magistrate Judge by the Honorable Kenneth A. Marra, United States District Judge for the Southern District of Florida, upon an Order referring...

...Pensacola, FL, for Government Employees Insurance Company. Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Janet Prushanksy, as...

## 108. Koresko v. Crowe

District Court of Appeal of Florida, First District. October 03, 2012 97 So.3d 828 (Table, Text in WESTLAW), Unpublished Disposition 2012 WL 4513502

> AFFIRMED.

...Segal of Burlington & Rockenbach, P.A., West Palm Beach; Jeffrey M. Liggio of Liggio Benrubi, P.A., West Palm Beach; Kristina Pett of Pett Furman...

### 109. Muzuco v. Re$ubmitIt, LLC
United States District Court, S.D. Florida. August 07, 2012 Not Reported in F.Supp.2d 2012 WL 3242013

THIS MATTER is before the Court upon the Motions to Dismiss [ECF Nos. 16, 17], filed by Re$ubmitIt, LLC and BSG Financial (together, the "Re$ubmitIt Defendants"), and BankAtlantic. For the reasons explained below, the Re$ubmitIt Defendants' Motion to Dismiss is denied, and BankAtlantic's Motion to Dismiss is granted in part and denied in part....

...M. Lewis Kelley Uustal , PLC, Fort Lauderdale, FL, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Robert Wayne Hudson...

### 110. Vega v. State Farm Autombile Insurance Company
United States District Court, S.D. Florida, West Palm Beach Division. July 25, 2012 Not Reported in Fed. Supp. 2012 WL 13020030

THIS CAUSE comes before the Court pursuant to Plaintiff's motion for remand, filed February 14, 2012 [DE 19]. Defendant State Farm Automobile Insurance Company ("State Farm") responded on February 16, 2012 [DE 20]. This motion is ripe for adjudication. Plaintiffs' claims stem from a motor vehicle accident that occurred on July 28, 2009....

...Signed 07/24/2012 Entered 07/25/2012 Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. Nicholas Maniotis...

### 111. Moss v. GEICO Indem. Co.
United States District Court, M.D. Florida, Ocala Division. July 17, 2012 Not Reported in F.Supp.2d 2012 WL 2917825

Pending before the Court is Plaintiff's Motion to Compel Depositions of John Quagliato, Sallie Currie and Gary Gertz. (Doc. 70). Defendant has filed a response in opposition. (Doc. 72). For the reasons discussed below, Plaintiff's Motion is due to be GRANTED. This action for statutory bad faith arises out of GEICO's handling of an uninsured...

...10–CV–104–Oc–10PRL. July 17, 2012. Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Keith R. Taylor , Law Office...

### 112. Moss v. GEICO Indem. Co.
United States District Court, M.D. Florida, Ocala Division. May 09, 2012 Not Reported in F.Supp.2d 2012 WL 1623923

Pending before the Court is Plaintiff's Motion to Compel Production. (Doc. 49). Upon due consideration of the relevant filings (including Defendant's response (Doc. 57) and Plaintiff's supplemental brief (Doc. 66)), the Court GRANTS the motion in part and DENIES the motion in part. On February 11, 2010, Plaintiff Eleanor C. Moss, the personal...

...10–cv–104–Oc–10TBS. May 9, 2012. Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Keith R. Taylor , Law Office...

⚑ ### 113. Moss v. GEICO Indem. Co.

United States District Court, M.D. Florida, Ocala Division. March 02, 2012 Not Reported in F.Supp.2d 2012 WL 682450

> Plaintiff filed this bad faith claim against the defendant, insurer following an excess verdict in a state court under-insured motorist action. (Doc. 2). The case was removed to this Court based upon diversity jurisdiction. (Doc. 1). During discovery, Plaintiff asked Defendant to produce: 5. Any and all personnel and/or training files, by whatever...

...10–cv–104–Oc–10TBS. March 2, 2012. Jeffrey M. Liggio Michael R. Santana , Liggio Benrubi, West Palm Beach, FL, Keith R. Taylor , Law Office...

⚑ ### 114. Petty v. Florida Ins. Guar. Ass'n

Supreme Court of Florida. January 19, 2012 80 So.3d 313 37 Fla. L. Weekly S34

> INSURANCE - Attorney Fees. Insured's statutory claim for attorney fees against insolvent insurer was not a "covered claim" that FIGA was required to pay.

**Synopsis**
**Background:** Insured brought action against property insurer seeking to compel an appraisal of hurricane damage to her home. After an appraisal indicated that insurer owed insured additional benefits, insured moved to confirm the award and for attorney fees. After paying additional benefits, insurer became insolvent and was replaced as a party by Florida Insurance Guaranty Association (FIGA). The Circuit Court, Charlotte County, James R. Shenko, J., awarded summary judgment to insured on the claim for attorney fees. FIGA appealed. The District Court of Appeal, 44 So.3d 1191, reversed and certified conflict.
**[Holding:]** The Supreme Court, Polston, J., held that insured's statutory claim for attorney fees was not a "covered claim" that FIGA was required to pay, disapproving *Florida Insurance Guaranty Ass'n v. Soto*, 979 So.2d 964.
Approved.

...Lewis, Difiore and Amos, Tampa, FL, for Respondent. Jeffrey M. Liggio , West Palm Beach, FL, and Perry Tanksley , Sarasota, FL, on...

### 115. Moss v. GEICO Indem. Co.

United States District Court, M.D. Florida, Ocala Division. December 19, 2011 Not Reported in F.Supp.2d 2011 WL 6338598

> Before the Court is Plaintiff's Motion for a More Definite Statement as to GEICO's Second Affirmative Defense, filed on November 29, 2011. (Doc. 39.) Defendant GEICO Indemnity Company filed a response on December 16, 2011. (Doc. 40.) For the following reasons, plaintiff's motion is due to be GRANTED. On November 17, 2011, defendant filed its...

...10–cv–104–Oc–10TBS. Dec. 19, 2011. Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, Keith R. Taylor , Law Office...

### 116. Freedom Life Ins. Co. of America v. Wallant

District Court of Appeal of Florida, Fourth District. December 14, 2011 76 So.3d 309 (Table, Text in WESTLAW), Unpublished Disposition 2011 WL 6193865

| Affirmed. |
|---|

...Samson of Greenberg Traurig, P.A., Miami, for appellant. Jeffrey M. Liggio of Liggio Benrubi P.A., West Palm Beach, and Louis M. Silber of...

### 117. Nobrega v. GEICO General Insurance Company, Inc.

United States District Court, S.D. Florida, Fort Pierce Division. December 09, 2011 Not Reported in Fed. Supp. 2011 WL 13225168

| THIS CAUSE came before the Court upon Plaintiff's Motion for Remand [D.E. 9]. THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. On June 23, 2010, following a jury verdict, a final judgment was entered by the 19 Judicial Circuit for St. Lucie County, finding the plaintiffs,... |
|---|

...14231-CIV-GRAHAM/LYNCH Signed 12/09/2011 Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiffs. David S. Ehrlich...

### 118. Mille v. Universal Property & Cas. Co.

District Court of Appeal of Florida, Fourth District. October 26, 2011 72 So.3d 769 (Table, Text in WESTLAW), Unpublished Disposition 2011 WL 5138560

| Affirmed. |
|---|

...David French , Judge; L.T. Case No. 502009CA019838XXXXMB Jeffrey M. Liggio of Liggio, Benrubi, P.A., West Palm Beach, for appellant. Shannon P. McKenna...

### 119. Heritage Operating, L.P. v. Williams

District Court of Appeal of Florida, Second District. August 26, 2011 75 So.3d 278 (Table, Text in WESTLAW), Unpublished Disposition 2011 WL 3781471

| Affirmed. |
|---|

...of The Whittemore Law Group, P.A., St. Petersburg, Jeffrey M. Liggio of Liggio & Benrubi, P.A., and Philip M. Burlington and Nichole J. Segal...

### 120. Batchelor v. Geico Cas. Co.

United States District Court, M.D. Florida, Orlando Division. August 15, 2011 Not Reported in F.Supp.2d 2011 WL 12008037

| This cause comes before the Court without oral argument upon consideration of Defendant Geico Casualty Company's ("Defendant") Motion to Dismiss, or in the Alternative to Abate this Action (Doc. 3); Plaintiff Donna R. Batchelor's ("Plaintiff") response in opposition thereto (Doc. 12); Plaintiff's Motion to Remand (Doc. 17); and Defendant's response... |
|---|

...Barnes , Law Office of Edrick E. Barnes, PA, Jeffrey M. Liggio Richard Mark Benrubi , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Adam A. Duke...

### 121. Amerisure Mut. Ins. Co. v. Plantation Key Office Park, LLLP

United States District Court, S.D. Florida. June 14, 2011 Not Reported in F.Supp.2d 2011 WL 2436693

THIS CAUSE is before the Court on Defendant Zurich American Insurance Company's ("Zurich's") Motion to Dismiss, Abate, and/or Stay Plaintiffs' Amended Complaint [DE 32] ("Zurich's Motion") and Defendants Douglas Development Group, Inc.'s ("Douglas's") and Plantation Key Office Park LLLP's ("Plantation's") Motion to Dismiss Amended Complaint for...

...Antonio Perez, Jr. , Shutts & Bowen, Miami, FL, Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, Scott Steward Katz Butler...

### 122. Genovese v. Provident Life and Accident Ins. Co.

Supreme Court of Florida. March 17, 2011 74 So.3d 1064 36 Fla. L. Weekly S97

INSURANCE - Witnesses. Attorney-client privileged communications are not discoverable in an action by a first-party insured against insurer for bad faith.

**Synopsis**
**Background:** Insured brought statutory bad faith action against insurer arising out of insurer's termination of monthly payments under a disability income policy. The Seventeenth Judicial Circuit Court, Broward County, J. Leonard Fleet, J., entered order compelling production of insurer's litigation file. Insurer filed petition for writ of certiorari. The District Court of Appeal, 943 So.2d 321, granted in part and denied in part petition, quashed order in part, remanded, and certified a question.
**[Holding:]** The Supreme Court held that attorney-client privileged communications are not discoverable in an action by a first-party insured against insurer for bad faith.
Question answered.
Pariente, J., concurred specially and filed opinion in which Lewis, Labarga, and Perry, JJ., concurred. Lewis, J., concurred in the result only.

...Bard D. Rockenbach of Burlington and Rockenbach, P.A., Jeffery M. Liggio and Richard Benrubi of Liggio and Benrubi, P.A., West Palm Beach, FL, for Petitioner. John...

### 123. Commonwealth Land Title Ins. Co. v. Higgins

District Court of Appeal of Florida, First District. February 07, 2011 58 So.3d 280 36 Fla. L. Weekly D287

INSURANCE - Class Actions. Common question of law predominated over individualized issues in homeowners' action against title insurance underwriters for purposes of class certification.

**Synopsis**
**Background:** Homeowners sued licensed title insurance underwriters, on their own behalf and on behalf of a putative class of homeowners, alleging that they were not provided a discount title insurance rate, known as the "reissue rate," for which they might have been eligible when they refinanced their homes. The Circuit Court, Nassau County, Brian J. Davis, J., granted homeowners' motions for class certification, and underwriters appealed.
**[Holding:]** The District Court of Appeal, Roberts, J., held that common question of law predominated over the individualized issues, and thus, group of homeowners would be certified as a class.
Affirmed.

...Scott Russell of P. Scott Russell, P.A., Jacksonville; Jeffrey M. Liggio of Liggio, Benrubi & Williams,

West Palm Beach; and Stanley Grossman of Pomerantz...

## 124. Construction Consulting & Management Corp. v. Mid-Continent Cas. Co.

United States District Court, S.D. Florida. January 07, 2011 Not Reported in F.Supp.2d 2011 WL 59151

> This cause is before the Court upon Defendant Mid–Continent Casualty Company's Motion to Dismiss (DE 4). The Court has carefully considered the motion and is otherwise fully advised in the premises. On October 16, 2010, Defendant Mid–Continent Casualty Company ("Defendant") filed a Notice of Removal of a state court third-party complaint brought...

...Defendant. No. 10–81220–CIV. Jan. 7, 2011. Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Ronald Lee Kammer...

## 125. Moss v. GEICO Indemnity Company

United States District Court, M.D. Florida, Ocala Division. December 15, 2010 Not Reported in Fed. Supp. 2010 WL 11623569

> This case is before the Court on Defendant GEICO Indemnity Company's (GEICO's) Motion to Dismiss or, in the Alternative, Abate Plaintiff's Bad Faith Action Against GEICO (Doc. 5), to which the Plaintiff has filed a response (Doc. 17). The Plaintiff has also filed a separate Motion to Stay and/or Abate Proceedings (Doc. 27), to...

...Signed 12/14/2010 Filed 12/15/2010 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Keith R. Taylor , Law...

## 126. Esposito v. True Color Enterprises Const., Inc.

District Court of Appeal of Florida, Fourth District. October 20, 2010 45 So.3d 554 35 Fla. L. Weekly D2297

> COMMERCIAL LAW - Contracts. Painting subcontractor was not intended third-party beneficiary entitled to enforce owners' contract with general contractor.

**Synopsis**
**Background:** Property owners who contracted with general contractor for construction of a residence brought negligence action against painting subcontractor. The Fifteenth Judicial Circuit Court, Palm Beach County, Edward A. Garrison, J., granted subcontractor's motion to dismiss, which claimed protection as a third-party beneficiary of certain provisions of the contract between owners and general contractor. Owners appealed.
**[Holding:]** The District Court of Appeal, Gross, C.J., held that subcontractor was not an intended third-party beneficiary of the contract and, thus, could not enforce the contract against owners. Reversed.

...of Burlington & Rockenbach, P.A., West Palm Beach, and Jeffrey M. Liggio of Liggio & Benrubi, P.A., West Palm Beach, for appellant. Neil Rose of...

## 127. Delgado v. Scottsdale Insurance Co.

United States District Court, S.D. Florida. September 14, 2010 Not Reported in Fed. Supp. 2010 WL 11597929

> THIS CAUSE came before the Court upon Plaintiff Gwendolyn Delgado's Motion to Remand (dkt. # 6). Defendant Scottsdale Insurance Company filed a Response (dkt. #10) and Plaintiff filed a Reply (dkt. # 19). UPON CONSIDERATION of the Motion, the Response, the Reply, the pertinent portions of the record, and being otherwise fully advised in the...

...CIV-MOORE/LYNCH Signed 09/14/2010 Edrick E. Barnes , Liggio Benrubi, PA, West Palm Beach, FL, for Plaintiff. Lisa M...

### 128. Foster v. Hartford Life and Accident Insurance Company
United States District Court, S.D. Florida. September 07, 2010 Not Reported in Fed. Supp. 2010 WL 11504337

> This matter comes before the Court upon Defendant Hartford Life and Accident Insurance Company's Motion for Final Summary Judgment [D.E. 25] and Plaintiff Robert Foster's Motion for Summary Judgment [D.E. 28], pursuant to an Order of Referral entered by the Honorable William J. Zloch. [D.E. 62]. Also before the Court are Defendant's Motion to...

...CIV-ZLOCH/ROSENBAUM Signed 09/07/2010 James B. Roche , Liggio Benrubi, West Palm Beach, FL, for Plaintiff. Keersten Lee Heskin...

### 129. Moss v. Geico Indemnity Company
United States District Court, M.D. Florida, Ocala Division. June 24, 2010 Not Reported in Fed. Supp. 2010 WL 11623567

> On May 24, 2010, the United States Magistrate Judge issued a Report (Doc. 14) recommending that the Plaintiff's Motion for Remand (Doc. 9) be denied. The Plaintiff has filed objections to the report and recommendation (Doc. 18), and the Defendant has filed a response in opposition (Doc. 20). This case involves the removal of a claim for bad faith...

...cv-104-Oc-10GRJ Signed 06/24/2010 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Keith R. Taylor , Law...

### 130. Moss v. GEICO Indemnity Company
United States District Court, M.D. Florida, Ocala Division. May 24, 2010 Not Reported in Fed. Supp. 2010 WL 11623566

> Pending before the Court is Plaintiff's Motion For Remand (Doc. 9) to which Defendant has filed a response in opposition. (Doc. 13.) For the reasons discussed below, Plaintiff's Motion For Remand is due to be DENIED. This case involves the removal of a claim for bad faith against an insurer in a state court action, which was added to the complaint,...

...cv-104-Oc-10GRJ Signed 05/24/2010 Jeffrey M. Liggio , Liggio Law, P.A., West Palm Beach, FL, Keith R. Taylor , Law...

### 131. Badillo v. Nationwide Mutual Fire Insurance Company
United States District Court, S.D. Florida. April 20, 2010 Not Reported in Fed. Supp. 2010 WL 11596713

> THIS CAUSE came before the Court upon Plaintiff's Motion to Remand (dkt # 7). UPON
> CONSIDERATION of the Motion, the Responses, the pertinent portions of the record, and being
> otherwise fully advised in the premises, the Court enters the following Order. This case involves a
> collision between a motor vehicle and a pedestrian. On June 21, 2006,...

...14042-CIV-MOORE/LYNCH Signed 04/20/2010 Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach,
FL, Roger N. Messer , Messer & Messer...

## 132. National Indem. Co. of the South v. McLoyd
District Court of Appeal of Florida, First District. March 26, 2010 31 So.3d 180 (Table, Text in WESTLAW),
Unpublished Disposition 2010 WL 1172832

> AFFIRMED.

...Coxe of Korn & Zehmer, P.A., Jacksonville, for Appellants. Jeffrey M. Liggio of Liggio & Benrubi, P.A.,
West Palm Beach and David M. Dunlap of...

## 133. Townsend v. Princeton Review
United States District Court, M.D. Florida, Tampa Division. December 02, 2009 Not Reported in Fed. Supp. 2009 WL
10708315

> Before the Court are the unopposed Motion for Final Approval of Class Action Settlement (Doc. 40)
> filed by Plaintiff, Virginia Townsend, and Townsend's Counsel's Application for an Award of Attorneys'
> Fees and Reimbursement of Expenses (Doc. 42) with accompanying declarations (Docs. 43-45).
> Defendant, the Princeton Review, has assented to the...

...Hac Vice , Shapiro, Haber & Urmy LLP, Boston, MA, Jeffrey M. Liggio , Liggio Benrubi, West Palm
Beach, FL, William Eddins Partridge , Grossman Roth...

...behalf of Townsend and the settlement class and Mr. Jeff Liggio of Liggio, Benrubi & Williams, P.A.
appeared for Princeton Review. After full consideration...

...declarations of attorneys, Edward F. Haber (Doc. 43), Jeffrey M. Liggio (Doc. 44) and William E.
Partridge (Doc. 45). The...

## 134. Williams v. Heritage Operating, L.P.
District Court of Appeal of Florida, Second District. December 02, 2009 23 So.3d 806 34 Fla. L. Weekly D2485

> COMMERCIAL LAW - Contracts. Consumer's breach of contract claim was not barred on ground that
> his gas supply contract was terminable at will.

**Synopsis**
**Background:** Liquid propane (LP) gas consumer brought breach of contract action against gas supplier.
The Circuit Court, Pinellas County, J. Thomas McGrady, J., granted supplier's motion for summary
judgment, and consumer appealed.
**Holdings:** The District Court of Appeal, Whatley, J., held that:
[1] consumer's breach of contract claim was not barred on ground that his gas supply contract was
terminable at will;
[2] genuine issue of material fact precluded summary judgment; and

[3] consumer did not acquiesce in alteration of contract terms, so as to bar enforcement of contract. Reversed.

...have right to charge him tank rental fee. Jeffrey M. Liggio of Liggio & Benrubi, P.A., West Palm Beach, Scott Johni of Scott Johni...

## 135. Fair Housing Center of Greater Palm Beaches, Inc. v. Cornerstone Residential Management, LLC

United States District Court, S.D. Florida. October 06, 2009 Not Reported in Fed. Supp. 2009 WL 10669135

> THIS CAUSE is before the court on Defendant Cornerstone Residential Management, LLC's (Cornerstone) Motion to Compel Answers to Interrogatories (DE 62), which is now ripe for adjudication. After considering the parties' argument, and being otherwise fully advised in the premises, the undersigned grants the Motion. The Federal Rules of Civil...

...2009 Jene Pamella Williams-Rhoads Edrick E. Barnes Jeffrey M. Liggio , Liggio Benrubi, PA, West Palm Beach, FL, for Plaintiff. Leslie W...

## 136. Foster v. United of Omaha Insurance Company

United States District Court, S.D. Florida. May 05, 2009 Not Reported in Fed. Supp. 2009 WL 10667408

> THIS CAUSE is before the Court upon Defendant's Motion for Stay Pending Plaintiff's Exhaustion of Administrative Remedies [DE 23] ("Motion to Stay"). The Court has considered the Motion to Stay, Plaintiff's Response [DE 26], Defendant's Reply [DE 29], and is otherwise advised in the premises. In its Motion to Stay, Defendant argues that...

...Signed 05/05/2009 Edrick E. Barnes James B. Roche , Liggio Benrubi, PA, West Palm Beach, FL, for Plaintiff. Wendy Lynn...

## 137. Marajh v. Broadspire Services, Inc.

United States District Court, S.D. Florida. April 28, 2009 Not Reported in F.Supp.2d 2009 WL 1140063

> INSURANCE - Health. An insurance plan administrator's termination of an employee's disability benefits for his anxiety and depression was not arbitrary and capricious.

...U.S.C.A. §1001 James B. Roche Jene Pamella Williams-Rhoads , Liggio Benrubi, West Palm Beach, FL, Michael S. Elstein , Fort Lauderdale...

## 138. In re Managed Care Litigation

United States District Court, S.D. Florida, Miami Division. February 11, 2009 Not Reported in F.Supp.2d RICO Bus.Disp.Guide 11,628

> TORTS - RICO. Dentists claim, alleging a dental insurance provider engaged in a scheme to diminish payments through automatic down-coding, did not state a claim under the RICO- Racketeer Influenced and Corrupt Organizations Act.

...New York, NY, David J. Halberg , Miami, FL, Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL,

Jonathan Louis Alpert , Alpert Law...

---

### 139. Marajh v. Broadspire Services, Inc.

United States District Court, S.D. Florida. February 11, 2009 Not Reported in F.Supp.2d 2009 WL 347797

> THIS MATTER is before the Court upon Defendants' Motion For Reconsideration (DE 99), Plaintiff
> Kailarsh Marajh's Motion To Amend (DE 100), and Plaintiff Kailarsh Marajh's Motion To Determine
> Standard Of Review (DE 101). The Court has carefully reviewed said Motions and the entire court file
> and is otherwise fully advised in the premises. Plaintiff...

...Feb. 11, 2009. James B. Roche Jene Pamella Williams–Rhoads , Liggio Benrubi, West Palm Beach,
FL, Michael S. Elstein , Fort Lauderdale...

---

### 140. Marajh v. Broadspire Services, Inc.

United States District Court, S.D. Florida. November 21, 2008 Not Reported in F.Supp.2d 2008 WL 5063870

> LABOR AND EMPLOYMENT - Benefit Plans. Former employee was not entitled to 180 days for a
> second-level appeal of his benefits termination decision.

...§ 2, 29 U.S.C.A. § 1001 Jene Pamella Williams-Rhoads , Liggio Benrubi & Williams, James B. Roche ,
Liggio Benrubi, West Palm Beach, FL, Michael S. Elstein , Fort Lauderdale...

---

### 141. Fair Housing Center of Greater Palm Beaches, Inc. v. Cornerstone
### Residential Management, LLC

United States District Court, S.D. Florida. September 17, 2008 Not Reported in F.Supp.2d 102 A.F.T.R.2d 2008-6496

> THIS CAUSE is before the Court upon Defendants' Motion to Strike [DE 13]. The motion is fully
> briefed and ripe for review. The Court has carefully considered the Complaint For Declaratory
> Judgment, Permanent Injunctive Relief and Damages, the instant motion, response, reply, sur-reply,
> and the entire Court file. Defendants' Motion to Strike is...

...Civ. Sept. 17, 2008. Jene Pamella Williams-Rhoads Jeffrey M. Liggio , Liggio Benrubi & Williams, West
Palm Beach, FL, for Plaintiff. Leslie W...

---

### 142. Marajh v. Broadspire Services, Inc.

United States District Court, S.D. Florida. July 30, 2008 Not Reported in F.Supp.2d 2008 WL 2959732

> THIS MATTER is before the Court upon Plaintiff Kailarsh Marajh's Second Motion To Compel
> Response To Plaintiff's Discovery (DE 35), Defendant Reed Group, Ltd.'s Motion For A Protective
> Order (DE 60) and Corrected Motion For A Protective Order (DE 61). The Court has carefully
> reviewed said Motion and the entire court file and is otherwise fully...

...Roche James Bristo Roche , Ogunquit, ME, Jene Pamella Williams-Rhoads , Liggio Benrubi &
Williams, West Palm Beach, FL, Michael S. Elstein , Fort...

---

### 143. Marajh v. Broadspire Services, Inc.

United States District Court, S.D. Florida. June 19, 2008 Not Reported in F.Supp.2d 2008 WL 2490554

> THIS MATTER is before the Court upon Plaintiff Kailarsh Marajh's Motion To Compel Response To Plaintiff's Discovery (DE 27). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises. Plaintiff was employed by Defendant Johnson & Johnson Services, Inc. (hereinafter "Johnson"). Johnson...

...2008. James B. Roche , Ogunquit, ME, Jene Pamella Williams-Rhoads , Liggio Benrubi & Williams, West Palm Beach, FL, Michael S. Elstein , Fort...

## 144. Friedman v. New York Life Ins. Co.

District Court of Appeal of Florida, Fourth District. June 18, 2008 985 So.2d 56 33 Fla. L. Weekly D1615

> INSURANCE - Health. Insured failed to allege breach of contract claim against insurer arising out of violations of state Insurance Code.

**Synopsis**
**Background:** Insured under an out-of-state group health plan brought purported class action against insurer for breach of contract and declaratory relief, arising out of a premium increase. The Fifteenth Judicial Circuit Court, Palm Beach County, Diana Lewis, J., granted insurer's motion to dismiss. Insured appealed.
**Holdings:** The District Court of Appeal, Shahood, C.J., held that:
[1] insured failed to allege a breach of contract claim arising out of insurer's alleged violation of provisions of Insurance Code, and
[2] insured failed to state a claim for declaratory relief based on insurer's alleged discrimination by increasing premium rates based on history and health status.
Affirmed.

...Philip M. Burlington of Burlington & Rockenbach, P.A., and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A., West Palm Beach, for appellant. Phillip E...

## 145. Milsap v. Cornerstone Residential Management, Inc.

United States District Court, S.D. Florida. May 05, 2008 Not Reported in F.Supp.2d 2008 WL 1994840

> THIS CAUSE is before the Court upon Defendants' Motion to Dismiss Third Amended Complaint [DE 284]. This motion is fully briefed and ripe for review. The Court has carefully considered the matters raised in the motion and is otherwise fully advised in the premises. This is an action for declaratory judgment, permanent injunctive relief, and damages...

...May 5, 2008. James B. Roche , Ogunquit, ME, Jeffrey M. Liggio Jene Pamella Williams-Rhoads , Liggio Benrubi & Williams, West Palm Beach, FL, Matthew Wilson Dietz , Miami...

## 146. First American Title Ins. Co. v. Raffone

District Court of Appeal of Florida, First District. March 06, 2008 975 So.2d 1196 33 Fla. L. Weekly D715

> GRANTED. See Commonwealth Land Title Ins. Co. v. Higgins, No. 1D07-0946, 975 So.2d 1169, 2008 WL 595923 (Fla. 1st DCA, March 6, 2008).

...Haudek, Block, Grossman & Gross, LLP, New York; and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A., West Palm Beach, for Respondent. PER CURIAM...

## 147. Commonwealth Land Title Ins. Co. v. Higgins

District Court of Appeal of Florida, First District. March 06, 2008 975 So.2d 1169 33 Fla. L. Weekly D681

> INSURANCE - Discovery. Precertification discovery of title insurance documents would be unduly burdensome in insureds' class action.

**Synopsis**
**Background:** Insured homeowners brought class action against title insurer to recover for breach of contract and unjust enrichment by charging full premium, not reissue rate, for policies issued in connection with mortgage refinancing. Prior to a class certification, the Circuit Court ordered discovery of documents on reissue rates in possession of insurer and approximately 1,000 independent agents. Insurer petitioned for writ of certiorari.
**[Holding:]** The District Court of Appeal, Van Nortwick, J., held that the precertification discovery was unduly burdensome.
Relief granted.
Kahn, J., dissented and filed opinion.

...Haudek, Block, Grossman & Gross, LLP, New York; and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A., West Palm Beach, for Respondents. VAN NORTWICK...

## 148. Talbot v. Countrywide Home Loans, Inc.

District Court of Appeal of Florida, Second District. February 20, 2008 974 So.2d 585 33 Fla. L. Weekly D541

> Affirmed.

...Court for Polk County; Roger Allan Alcott , Judge. Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A., West Palm Beach, and Philip M. Burlington...

## 149. Williams v. Heritage Operating, L.P.

United States District Court, M.D. Florida, Tampa Division. December 20, 2007 Not Reported in F.Supp.2d 2007 WL 4557173

> This cause comes before the Court on Defendant's Motion for Reconsideration (Doc. No. 47). In this motion, Plaintiff asks the Court to reconsider its order granting Plaintiff's motion for remand (Doc. No. 46). On July 9, 2007, Plaintiff Alfred L. Williams, II, on behalf of himself and all others similarly situated, filed a motion to remand the...

...cv-977-T-24 MSS. Dec. 20, 2007. Jeffrey M. Liggio Jene P. Williams-Rhoads , Liggio, Benrubi & Williams, P.A., West Palm Beach, FL, Scott T. Johni...

## 150. Fair Housing Center of the Greater Palm Beaches, Inc. v. Bonaventure Associates 93 Ltd.

United States District Court, S.D. Florida. December 06, 2007 Not Reported in Fed. Supp. 2007 WL 9701653

THIS CAUSE is before this Court upon an Order referring discovery matters to the undersigned for final disposition. (DE 26). In this Fair Housing Act action, Defendants filed a Motion to compel on November 28, 2007. (DE 64). Plaintiff did not file a response to Defendants' motion, but instead filed a Notice of Compliance, asserting that Plaintiff...

...Signed 12/06/2007 Jene Pamella Williams-Rhoads Jeffrey M. Liggio , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiff. Alan M...

### 151. Karmelin v. Prudential Ins. Co. of America
United States District Court, S.D. Florida. October 09, 2007 Not Reported in F.Supp.2d 2007 WL 2965078

THIS CAUSE comes before the Court pursuant to Defendant's Motion to Compel Independent Medical Examination of the Plaintiff, filed July 19, 2007 [DE 21]. Plaintiff responded on July 30, 2007 [DE 23]. Defendant did not reply. This cause is also before the Court pursuant to Plaintiff's Motion to Allow Presence of Counsel and Court Reporter at...

...2007. Jonathan Todd Levy , Rosenthal & Levy PA, Richard Mark Benrubi , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiff. Clifford Lawrence...

### 152. Dadeland Station Assocs., Ltd. v. St. Paul Fire & Marine Ins. Co.
United States District Court, S.D. Florida. September 27, 2007 Not Reported in Fed. Supp. 2007 WL 9702591

THIS CAUSE comes before the Court upon an Order of Reference and the above Motions. Having reviewed the Motions, the Response thereto, and the Reply, this Court finds as follows: 1.The Plaintiffs had hired Walbridge Contracting as the general contractor for one of their construction projects, and the Defendant St. Paul served as the...

...Signed 09/26/2007 Entered 09/27/2007 Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiffs. Bruce Charles King...

### 153. Williams v. Heritage Operating, L.P.
United States District Court, M.D. Florida, Tampa Division. September 18, 2007 Not Reported in F.Supp.2d 2007 WL 2729652

This cause comes before the Court on Plaintiff's Motion for Remand (Doc. No. 15). Defendant has filed a response in opposition (Doc. No. 24). On November 22, 2005, Plaintiff Alfred L. Williams II ("Plaintiff") filed a complaint against Heritage Operating, L.P., d/b/a Heritage Propane, as successor in interest to People's Gas Company ("Defendant")...

...07-cv-977-T-24MSS. Sept. 18, 2007. Jeffrey M. Liggio Jene P. Williams-Rhoads , Liggio, Benrubi & Williams, P.A., West Palm Beach, FL, Scott T. Johni...

### 154. Williams v. Heritage Operating, L.P.
United States District Court, M.D. Florida, Tampa Division. August 08, 2007 Not Reported in F.Supp.2d 2007 WL 2302131

> This cause comes before the Court on Defendant's Motion to Strike Plaintiff's Notice of Supplemental Authority (Doc. No. 31). Plaintiff Alfred L. Williams, II ("Plaintiff") opposes this motion (Doc. No. 35). On July 9, 2007, Plaintiff filed a motion for remand, to which Defendant Heritage Operating, L.P. ("Defendant") filed a response in opposition...

...cv-977-T-24-MSS. Aug. 8, 2007. Jeffrey M. Liggio Jene P. Williams-Rhoads Liggio, Benrubi & Williams, P.A. , West Palm Beach, FL, Scott T. Johni...

## 155. Fair Housing Center of the Greater Palm Beaches, Inc. v. Bonaventure Associates 93 Ltd.

United States District Court, S.D. Florida. July 09, 2007 Not Reported in Fed. Supp. 2007 WL 9701652

> THIS CAUSE is before the court upon the defendants' motion to dismiss plaintiff's complaint for improper venue, lack of standing, and failure to state a claim. [DE# 18] For the reasons discussed below, the defendants' motion will be denied in part and granted in part with leave to amend. On January 26, 2007, the plaintiff instituted this Fair...

...Signed 07/09/2007 Jene Pamella Williams-Rhoads Jeffrey M. Liggio , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiff. Alan M...

## 156. Dadeland Depot, Inc. v. St. Paul Fire and Marine Ins. Co.

United States Court of Appeals, Eleventh Circuit. April 12, 2007 483 F.3d 1265 20 Fla. L. Weekly Fed. C 505

> INSURANCE - Sureties. Surety on performance bond was collaterally estopped from raising defenses rejected in earlier arbitration.

**Synopsis**
**Background:** Project owner filed state court action against surety, alleging bad-faith refusal to perform duties required under performance bond, bad-faith refusal to settle, and unfair insurance practices. Surety removed action. The United States District Court for the Southern District of Florida, No. 01-08287-CV-DTKH, Daniel T.K. Hurley, J., 2003 WL 21981974, granted summary judgment for surety, and owner appealed. The Court of Appeals, 383 F.3d 1273, certified questions to the Supreme Court of Florida. That Court answered questions at 945 So.2d 1216.
**Holdings:** The Court of Appeals, Birch, Circuit Judge, held that:
[1] owner had standing to sue surety for bad-faith refusal-to-settle;
[2] judicial determination was not required to impose liability for bad-faith refusal-to-settle;
[3] prior arbitration proceeding did not bar bad-faith refusal-to-settle claim;
[4] unfair trade claim did not require proof of general business practice;
[5] fact questions existed as to whether surety adequately investigated owner's complaints of contractor default, and as to whether surety adhered to its obligations under performance bond; and
[6] surety was collaterally estopped from raising defenses that were raised in prior arbitration.
Reversed and remanded.
Opinion, 479 F.3d 799, vacated in part.

...624.155 Philip M. Burlington Burlington & Rockenbach, P.A. Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, for Plaintiffs–Appellants...

### 157. Milsap v. Cornerstone Residential Management, Inc.

United States District Court, S.D. Florida. March 28, 2007 Not Reported in F.Supp.2d 2007 WL 965590

THIS CAUSE is before the Court upon Defendants' Motion to Strike Toolen's Jury Trial Demand [DE 127]. Having carefully considered the motion, the response, the reply, the lease agreement, and applicable law, this motion will be granted. The Second Amended Complaint ("Complaint") alleges that Plaintiff Jennifer Toolen ("Toolen") entered into a lease...

...James B. Roche James Bristo Roche , Ogunquit, ME, Jeffrey M. Liggio Jene Pamella Williams-Rhoads Liggio Benrubi & Williams , West Palm Beach, FL, Matthew Wilson Dietz Matthew...

### 158. Freedom Life Ins. Co. of America v. Wallant

District Court of Appeal of Florida, Fourth District. February 28, 2007 953 So.2d 16 32 Fla. L. Weekly D604

INSURANCE - Alternative Dispute Resolution. Insurer that did not appeal denial of first motion to compel arbitration of policyholders' suit could not file second motion.

**Synopsis**
**Background:** Class of policyholders brought action against insurer. After insurer's motion to compel arbitration was denied, the Circuit Court granted class certification. Insurer appealed, and the District Court of Appeal, 891 So. 2d 1109, affirmed in part, reversed in part, and remanded. After remand, insurer again moved to compel arbitration and the Fifteenth Judicial Circuit Court, Palm Beach County, Amy L. Smith, J., denied motion. Insurer appealed.
**[Holding:]** The District Court of Appeal, Farmer, J., held that insurer could not file second motion to compel arbitration.
Appeal dismissed.


...Burlington of Burlington & Rockenbach, P.A. , West Palm Beach; Jeffrey M. Liggio of Liggio Benrubi & Williams, P.A. , West Palm Beach; Louis M. Silber of...

### 🚩 159. Dadeland Depot, Inc. v. St. Paul Fire and Marine Ins. Co.

United States Court of Appeals, Eleventh Circuit. February 26, 2007 479 F.3d 799 20 Fla. L. Weekly Fed. C 356

INSURANCE - Sureties. Fact questions precluded summary judgment on bad faith claim against surety.

**Synopsis**
**Background:** Project owner filed state court action against surety, alleging bad-faith refusal to perform duties required under performance bond, bad-faith refusal to settle, and unfair insurance practices. Surety removed case to federal court. The United States District Court for the Southern District of Florida, No. 01-08287-CV-DTKH, Daniel T.K. Hurley, J., 2003 WL 21981974, granted surety summary judgment. Owner appealed. The Court of Appeals, 383 F.3d 1273, certified questions to the Supreme Court of Florida. That Court answered questions at 945 So.2d 1216.
**Holdings:** The Court of Appeals, Birch, Circuit Judge, held that:
[1] owner had standing to sue surety for bad-faith refusal-to-settle;
[2] judicial determination was not required to impose liability for bad-faith refusal-to-settle;
[3] prior arbitration proceeding did not bar bad-faith refusal-to-settle claim;
[4] unfair trade claim did not require proof of general business practice;
[5] fact questions precluded summary judgment on bad faith claim; and
[6] surety was collaterally estopped from raising defenses that were raised in prior arbitration.

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.

Reversed and remanded.

...over construction. Philip M. Burlington Burlington & Rockenbach, P.A. Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, for Plaintiffs–Appellants...

## 160. Lutz v. Protective Life Ins. Co.

District Court of Appeal of Florida, Fourth District. January 03, 2007 951 So.2d 884 32 Fla. L. Weekly D160

INSURANCE - Health. Statutory requirements for group health policies can form basis of properly-pled breach of contract action.

**Synopsis**

**Background:** Insured brought class action against out-of-state group health insurer to obtain declaratory judgment and recover for breach of contract by raising premiums based on individual health status/claims-related factors. The Fifteenth Judicial Circuit Court, Palm Beach County, Jonathan D. Gerber, J., 2005 WL 604495, granted insurer's motion for judgment on pleadings. Insured appealed.

**Holdings:** The District Court of Appeal, Stevenson, C.J., held that:

[1] statutory requirements for group insurance policies can be incorporated into an insurance contract and form the basis of a properly-pled breach of contract action, even though the statutory scheme does not appear to support a private right of action;

[2] insured's complaint failed to state claim for breach of contract; and

[3] the complaint adequately alleged claim for declaratory judgment.

Affirmed in part, reversed in part, and remanded.

...Philip M. Burlington of Burlington & Rockenbach, P.A. , and Jeffrey M. Liggio and Richard M. Benrubi of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellant. Irma Reboso...

## 161. Ordones v. American Interstate Ins. Co.

District Court of Appeal of Florida, Fourth District. December 27, 2006 950 So.2d 427 32 Fla. L. Weekly D111

LABOR AND EMPLOYMENT - Workers' Compensation. Employer was not required to notify insurer of claimant's claim, after insurer canceled coverage.

**Synopsis**

**Background:** After reaching consent agreement with employer, assigning employer's right to proceed against workers' compensation insurer to claimant, claimant brought action against insurer, alleging he was injured on the job. The Nineteenth Judicial Circuit, Martin County, Robert R. Makemson, J., granted insurer's motion for summary judgment. Claimant appealed.

**Holding:** The District Court of Appeal, Taylor, J., held that employer was not required to notify insurer of claimant's claim, after insurer canceled coverage.

Reversed.

...of Burlington & Rockenbach, P.A. , West Palm Beach, and Jeffrey M. Liggio and Jene P. Williams-Rhoads of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellant. Caryn L...

## 162. Fidelity Nat. Title Ins. Co. of New York v. Chereskin

District Court of Appeal of Florida, First District. December 22, 2006 945 So.2d 624 32 Fla. L. Weekly D87

> The petitions for writs of certiorari are granted. The Miami-Dade circuit court was the first to acquire jurisdiction of this matter. Under the priority principle, the Miami-Dade court has the exclusive right to hear all issues or questions arising in this case. Parker v. Estate of Bealer, 890 So.2d 508, 512 (Fla. 4th DCA...

...Haudek, Block, Grossman & Gross, LLP , New York, and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for Respondent. Marc A...

### 163. Dadeland Depot, Inc. v. St. Paul Fire and Marine Ins. Co.
Supreme Court of Florida. December 21, 2006 945 So.2d 1216 31 Fla. L. Weekly S882

> INSURANCE - Bad Faith and Unfair Practices. Obligee of surety contract was entitled to sue surety for bad faith refusal to settle claims.

**Synopsis**
**Background:** Shopping center owner filed state court action against surety for engaging in a bad-faith refusal to perform the duties required under performance bond. Surety removed the case to federal court. The United States District Court for the Southern District of Florida entered summary judgment in favor of surety, and owner appealed. The United States Court of Appeals for the Eleventh Circuit, 383 F.3d 1273, certified questions of law.
**Holdings:** The Supreme Court, Lewis, C.J., held that:
[1] obligee of a surety contract qualified as an "insured" and was entitled to sue surety for bad faith refusal to settle claims;
[2] statute permitting suit against insurer for not attempting to settle claim in good faith eliminated requirement of proof of a general business practice when a plaintiff pursued a claim for unfair or deceptive acts through statutory right of action;
[3] arbitration panel's findings that surety's principal breached its duty to obligee and that surety was obligated to extent that its principal was bound satisfied condition precedent to a statutory bad faith refusal to settle claim;
[4] arbitration panel's findings did not bar later claim against surety for bad faith refusal to settle under doctrine of res judicata; and
[5] arbitration panel's denial of affirmative defenses to breach of contract claim collaterally estopped surety from raising those affirmative defenses in a subsequent action for bad faith refusal to settle. Certified questions answered.
Pariente, J., specially concurred with an opinion.
Wells, J., dissented with an opinion, in which Bell, J., concurred.

...Philip M. Burlington of Philip M. Burlington, P.A. Jeffrey M. Liggio and Richard Benrubi of Liggio, Benrubi and Williams, P.A. , West Palm Beach, FL, for Appellant...

### 164. Provident Life & Acc. Ins. Co. v. Genovese
District Court of Appeal of Florida, Fourth District. December 13, 2006 943 So.2d 321 31 Fla. L. Weekly D3124

> INSURANCE - Bad Faith and Unfair Practices. Insurer sued for bad faith was not required to produce documents in litigation file protected by attorney-client privilege.

**Synopsis**
**Background:** Insured brought statutory bad faith action against insurer arising out of insurer's termination of monthly payments under a disability income policy. The Seventeenth Judicial Circuit Court,

Broward County, J. Leonard Fleet, J., entered order compelling production of insurer's litigation file. Insurer filed petition for writ of certiorari.

**Holdings:** The District Court of Appeal held that:

[1] documents in litigation file were not protected from discovery by a purported "core" work product privilege, but

[2] insurer was not required to produce documents protected by attorney-client privilege.

Petition granted in part and denied in part, order quashed in part, and remanded; question certified. Farmer, J., filed opinion concurring specially.

...Rockenbach, P.A. , West Palm Beach, and Richard M. Benrubi of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for respondent. Frederick T...

## 165. Fair Housing Center of the Greater Palm Beaches, Inc. v. High Point Delray Condominium Association, Section 1

United States District Court, S.D. Florida. October 27, 2006 Not Reported in Fed. Supp. 2006 WL 8433621

> This is a housing discrimination case brought under the Fair Housing Act of 1968, 42 U.S.C. §3601 et seq., and 42 U.S.C. §1982. It is presently before the court on the defendants' motion for summary judgment. For reasons which follow, the court has determined to deny the motion. The Fair Housing Act (FHA) prohibits the...

...05-81040-CIV-HURLEY Signed 10/27/2006 Jeffrey M. Liggio Jene Pamella Williams-Rhoads , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. Leslie W...

## 166. Fair Housing Center of the Greater Palm Beaches, Inc. v. High Point of Delray Beach Condominium Ass'n, Section 1, Inc.

United States District Court, S.D. Florida. October 23, 2006 Not Reported in F.Supp.2d 2006 WL 8066685

> THIS CAUSE is before this Court upon an Order referring discovery matters to the undersigned for final disposition. (DE 17). Plaintiffs have filed a motion for protective order, seeking to quash the subpoena issued by Defendant to UPS. (DE 34). In this Fair Housing Act action, Defendants issued a Rule 45 subpoena directed at UPS, the employer of...

...No. 05–81040–Civ. Signed Oct. 23, 2006. Jeffrey M. Liggio Jene Pamella Williams-Rhoads , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. Leslie W...

## ⚑ 167. Foundation Health v. Westside EKG Associates

Supreme Court of Florida. October 19, 2006 944 So.2d 188 31 Fla. L. Weekly S669

> HEALTH - HMOs. Nonparticipating provider may bring action founded on HMO's failure to comply with prompt pay provisions of HMO Act.

**Synopsis**

**Background:** Medical service provider brought action against health maintenance organizations (HMOs) for breach of contracts between HMOs and their subscribers. The Seventeenth Judicial Circuit Court, Broward County, Victor Tobin, J., granted HMOs' motion for judgment on the pleadings. Service provider appealed, and one HMO cross-appealed. The District Court of Appeal, Stone, J., 932 So.2d 214, reversed, and certified question of great public importance.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Holdings:** The Supreme Court, Bell, J., held that:

[1] a medical service provider may bring a cause of action against a HMO as a third-party beneficiary to the contract between the HMO and its subscriber based on allegations that the HMO failed to comply with the "prompt pay provisions" of the HMO Act;

[2] the "prompt pay provisions" of the HMO Act may be incorporated into an HMO contract for the purpose of establishing a breach of third-party beneficiary contract cause of action; and

[3] nonparticipating medical service providers are not precluded as a matter of law from alleging and establishing that a HMO contract evinces a "clear and manifest intent" to "primarily and directly benefit" them.

Certified question answered.

...Burlington and Rockenbach, P.A. , West Palm Beach, FL, Jeffrey M. Liggio and Jene P. Williams of Liggio, Benrubi and Williams, P.A. , West Palm Beach, FL, and Edward...

## 168. Wilson v. Time Ins. Co.

United States District Court, M.D. Florida, Fort Myers Division. July 26, 2006 Not Reported in F.Supp.2d 2006 WL 2092259

> This matter comes before the Court on plaintiffs' Motion for Remand (Doc. # 16), filed on April 25, 2006. Defendant filed a Memorandum of Law in Opposition (Doc. # 22) on May 11, 2006. This case was initiated in the Twentieth Judicial Court in and for Charlotte County, Florida, and removed to federal District Court on March 23, 2006 (Doc. # 1). The...

...July 26, 2006. Edrick E. Barnes Jene P. Williams-Rhoads Liggio, Benrubi & Williams, P.A. , West Palm Beach, FL, for Plaintiffs. Emmet...

## 169. Wexler v. Anderson

United States Court of Appeals, Eleventh Circuit. June 20, 2006 452 F.3d 1226 19 Fla. L. Weekly Fed. C 683

> GOVERNMENT - Elections. Manual recount procedures for Florida counties using paperless touchscreen voting machines did not violate equal protection.

**Synopsis**

**Background:** Elected officials and registered Florida voter sued state officials, claiming that use of touchscreen ballots lacking paper verification of votes violated their federal constitutional rights. The District Court, No. 04-80216-CV-JIC, 319 F.Supp.2d 1354, dismissed complaint under the *Younger* abstention doctrine, and plaintiffs appealed. The Court of Appeals, 385 F.3d 1336, vacated and remanded. On remand, following bench trial, the United States District Court for the Southern District of Florida, No. 04-80216-CV-JIC, James I. Cohn, J., 342 F.Supp.2d 1097, ruled for defendants. Plaintiffs appealed.

**Holdings:** The Court of Appeals, Kravitch, Circuit Judge, held that:

[1] strict scrutiny was not warranted in reviewing Florida's manual recount procedures;

[2] Florida's manual recount procedures were justified by the state's important regulatory interests and, thus, did not violate equal protection; and

[3] Florida's manual recount procedures did not deprive voters of due process.

Affirmed.

...S. Peck Center for Constitutional Lit. , Washington, DC, Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, for Plaintiffs–Appellants...

### 170. Brick v. Unum Life Ins. Co. of America

United States District Court, M.D. Florida, Fort Myers Division. October 13, 2005 Not Reported in F.Supp.2d 2005 WL 5950106

> This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 36), filed September 8, 2005. Plaintiff seeks to take what appears to be a garden-variety denial of disability benefits ERISA claim and expand it into a federal RICO claim. The Report and Recommendation recommended that plaintiff's Motion...

...81-FtM-29DNF. Oct. 13, 2005. Jene P. Williams-Rhoads , Liggio, Benrubi & Williams, P.A., West Palm Beach, FL, James B. Roche...

### 171. De La Cruz v. Glabman

United States District Court, S.D. Florida, Miami Division. October 05, 2005 Not Reported in Fed. Supp. 2005 WL 8155254

> THIS CAUSE came before the Court upon Defendants/Cross Plaintiffs' Motion for Remand (D.E. No. 5), filed on August 15, 2005. THE COURT has considered the motion, the response, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is ADJUDGED that the motion is GRANTED. On July 15, 2005, Third Party...

...Signed 10/03/2005 Entered 10/05/2005 Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Plaintiffs. Jeffrey M. Liggio , Liggio Benrubi, West Palm Beach, FL, for Defendants. ORDER GRANTING MOTION...

### 172. Larschan v. Principal Life Ins. Co.

District Court of Appeal of Florida, Fourth District. June 22, 2005 908 So.2d 510 30 Fla. L. Weekly D1563

> INSURANCE - Class Actions. Insured was not entitled to certification of class action challenging health insurer's replacement of employers' plans.

**Synopsis**
**Background:** Insured brought class action alleging that health insurer replaced employers' health-care plans with plans that provided inferior benefits. The Nineteenth Judicial Circuit Court, St. Lucie County, Ben L. Bryan, J., denied certification. Insured appealed.
**Holding:** The District Court of Appeal, Klein, J., held that the insured was not entitled to certification. Affirmed.

...of Messer & Messer Law Offices Port St. Lucie Jeffrey M. Liggio and Richard M. Benrubi of Liggio, Benrubi & Williams, P.A. , West Palm Beach, and Edward H. Zebersky...

### 173. Friedman v. New York Life Ins. Co

United States Court of Appeals, Eleventh Circuit. June 06, 2005 410 F.3d 1350 18 Fla. L. Weekly Fed. C 634

> LITIGATION - Jurisdiction. Amount in controversy requirement was not satisfied.

**Synopsis**
**Background:** Insured brought putative class action her group health insurer in state court, alleging that

her premiums were raised in violation of Florida statutory provisions that were incorporated into her insurance contract. Following removal, the United States District Court for the Southern District of Florida, No. 02-81164-CV-DMM, Donald M. Middlebrooks, J., denied insured's motion to remand to state court. Insured appealed.

**Holdings:** The Court of Appeals, Anderson, Circuit Judge, held that:

[1] insureds' claims could not be aggregated to reach amount in controversy threshold, and

[2] face value of policy did not control.

Vacated and remanded.

...certificate holders, was speculative. 28 U.S.C.A. §1332 Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, Vanessa Reynolds Conrad...

## 174. Westside EKG Associates v. Foundation Health

District Court of Appeal of Florida, Fourth District. May 04, 2005 932 So.2d 214 30 Fla. L. Weekly D1123

HEALTH - HMOs. Medical provider could enforce prompt pay provisions of Health Maintenance Association Act by breach of contract action.

**Synopsis**

**Background:** Medical service provider brought action against health maintenance organizations (HMOs) to enforce prompt pay provisions of Health Maintenance Association Act. The Seventeenth Judicial Circuit Court, Broward County, Victor Tobin, J., entered judgment on the pleadings in favor of HMOs. Service provider appealed, and one HMO cross-appealed.

**[Holding:]** The District Court of Appeal, Stone, J., held that service provider could bring breach of contract action against HMOs.

Reversed and remanded.

...Philip M. Burlington of Philip M. Burlington, P.A. Jeffrey M. Liggio and Jene Williams–Rhoads of Liggio, Benrubi & Williams, P.A. , West Palm Beach, and Edward H. Zebersky...

## 175. Capaldi v. State Farm Mut. Auto. Ins. Co.

District Court of Appeal of Florida, Fourth District. March 23, 2005 898 So.2d 1085 30 Fla. L. Weekly D827

Affirmed. See Galante v. USAA Cas. Ins. Co., 895 So.2d 1189 (Fla. 4th DCA 2005).

...Andrews , Judge; L.T. Case No. 02-12648(09) Jeffrey M. Liggio and Richard M. Benrubi of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellant. Elizabeth K...

## 176. Lutz v. Protective Life Ins. Co.

Florida Circuit Court, Fifteenth Judicial Circuit, Palm Beach County.. March 07, 2005 Not Reported in So.2d 2005 WL 604495

THIS CAUSE came before this Court on "Protective Life Insurance Company's Restated Motion to Dismiss or in the Alternative, for Judgment on the Pleadings." This Court has reviewed the motion and Plaintiff's response thereto, has heard the parties' arguments, and is otherwise fully advised in the premises. This Court is required to view Defendant's...

...COMPANY, etc., Defendant. No. 2003CA012523. March 7, 2005. Jeffrey M. Liggio and Richard M.

Benrubi Liggio, Benrubi & Williams, P.A. , West Palm Beach, Florida, for Plaintiff. Phillip...

⚑ ## 177. Galante v. USAA Cas. Ins. Co.

District Court of Appeal of Florida, Fourth District. February 23, 2005 895 So.2d 1189 30 Fla. L. Weekly D525

> INSURANCE - Bad Faith and Unfair Practices. Carrier's payment of the UIM benefits within sixty days of receipt of civil remedy notice precluded bad faith action.

**Synopsis**
**Background:** Insured brought action against underinsured motorist (UIM) carrier to recover for bad faith, even though the carrier had paid claim within sixty days of receiving notice before conclusion of underlying tort case. The Fifteenth Judicial Circuit Court, Palm Beach County, Catherine M. Brunson, J., dismissed the action.
**[Holding:]** The District Court of Appeal, Marc H. Gold, J., held that the carrier's payment of the UIM benefits within sixty days of receipt of civil remedy notice precluded bad faith action.
Affirmed.

...litigation. West's F.S.A. §624.155 (3)(d). Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , and John F. Romano of Romano, Eriksen...

## 178. Frados v. Continental Cas. Co.

United States District Court, S.D. Florida. February 02, 2005 363 F.Supp.2d 1349 18 Fla. L. Weekly Fed. D 470

> LABOR AND EMPLOYMENT - Benefit Plans. Benefit plan insurer's inherent conflict of interest did not taint benefits denial, given signs of good faith.

**Synopsis**
**Background:** Insured employee who had undergone two corrective back surgeries sued employee benefit plan's disability insurer under Employee Retirement Income Security Act (ERISA), alleging wrongful termination of long-term benefits, after 18 months of payments. Insurer moved for summary judgment.
**Holdings:** The District Court, Middlebrooks, J., held that:
[1] insured was not entitled to jury trial;
[2] date of initial filing of claim determined applicability of ERISA regulation requiring provision of 180 days to appeal benefits denial;
[3] insurer acted reasonably in terminating benefits, given medical opinions and other factors; and
[4] insurer's inherent conflict of interest did not taint its decision, given indications of insurer's good faith.
Motion granted.

...U.S.C.A. §1132(a)(1)(B) Jene Pamella Williams–Rhoads Liggio Benrubi & Williams , West Palm Beach, FL, James B. Roche , Ogunquit...

## 179. Freedom Life Ins. Co. of America v. Wallant

District Court of Appeal of Florida, Fourth District. December 29, 2004 891 So.2d 1109 30 Fla. L. Weekly D110

> LITIGATION - Class Actions. Predominance of questions of law or fact common to entire class warranted class certification of action.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Synopsis**

**Background:** Purported class representatives filed motion for class certification of their declaratory judgment action against insurer, which action sought to challenge the enforceability of a dispute resolution provision of insurance policy, and question whether statutory violations had occurred as to result in monetary recovery for denied claims. The Circuit Court, Palm Beach County, Timothy P. McCarthy, J., granted motion. Insurer appealed.

**Holdings:** The District Court of Appeal held that:

[1] trial court did not abuse its discretion by considering evidence on issue as to whether dispute resolution provision was procedurally unconscionable;

[2] representatives were adequate class representatives;

[3] provision of class action rule that allowed for class certification of claims seeking injunctive or declaratory relief did not extend to action; and

[4] provision of class action rule that allowed for certification on basis of predominance of questions of law or fact common to the class as a whole did extend to action.

Affirmed in part, reversed in part, and remanded.

...Philip M. Burlington, P.A. , West Palm Beach, and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellees. PER CURIAM...

## 180. Wexler v. Lepore

United States District Court, S.D. Florida. October 25, 2004 342 F.Supp.2d 1097 17 Fla. L. Weekly Fed. D 1173

GOVERNMENT - Elections. Florida's manual recount procedure for touchscreen voting systems satisfied equal protection.

**Synopsis**

**Background:** Candidates for public office, and voters, sued state officials, claiming use of touchscreen ballots lacking paper verification of votes violated their federal constitutional rights. The United States District Court for the Southern District of Florida, No. 04-80216-CV-JIC, James I. Cohn, J., 319 F.Supp.2d 1354, abstained from considering the case and granted defendants' motion to dismiss. Plaintiffs appealed. The Court of Appeals, 385 F.3d 1336, vacated and remanded.

**Holdings:** The District Court, Cohn, J., held that:

[1] Florida rules for conducting recounts for both touchscreen paperless voting systems and optical scan voting systems complied with equal protection requirements, and

[2] rule establishing a manual recount procedure for touchscreen voting systems satisfied statutory requirements for manual recounts under Florida law.

Ordered accordingly.

...to an equal protection violation. U.S.C.A. Const.Amend. 14 Jeffrey M. Liggio Liggio Benrubi & Williams , West Palm Beach, FL, for Plaintiffs Robert Wexler...

## 181. Wexler v. Lepore

United States District Court, S.D. Florida. October 15, 2004 Not Reported in F.Supp.2d 2004 WL 5483682

THIS CAUSE came before the Court upon Defendants' Emergency Motion to Strike Plaintiffs' Expert Witness Disclosures and Motions in Limine filed on October 13, 2004, and the Court having reviewed the motion, Plaintiffs' response, and being duly advised in the premises, it is ORDERED and ADJUDGED that Defendants' Emergency Motion to Strike...

...Dill Ion Sancho Robert S. Peck , Washington, DC, Jeffrey M. Liggio , Liggio Benrubi & Williams, West Palm Beach, FL, for Plaintiffs. Paul Courtney...

🚩 **182. Wexler v. Lepore**

United States Court of Appeals, Eleventh Circuit. September 27, 2004 385 F.3d 1336 17 Fla. L. Weekly Fed. C 1054

> LITIGATION - Abstention. Court shouldn't have abstained from hearing challenge to Florida touchscreen voting method.

**Synopsis**

**Background:** Candidates for public office, and voters, sued state officials, claiming use of touchscreen ballots lacking paper verification of votes violated their federal constitutional rights. Citing the *Younger* doctrine, the United States District Court for the Southern District of Florida, No. 0480216 CVJIC, James I. Cohn, J., 319 F.Supp.2d 1354, abstained from considering case and granted defendants' motion to dismiss. Plaintiffs appealed.

**Holdings:** The Court of Appeals held that:

[1] abstention under *Younger* is not required just because of a pending state civil action in which plaintiffs raised exclusively state-law claims arising from the same facts at issue in the federal action, and

[2] here, the parallel proceedings brought by plaintiffs did not present the "undue influence" in state court proceedings necessary to apply *Younger*.

Vacated and remanded.

...S. Peck Ctr. for Const . Lit., Washington, DC, Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, for Plaintiffs–Appellants...

**183. Dadeland Depot, Inc. v. St. Paul Fire and Marine Ins. Co.**

United States Court of Appeals, Eleventh Circuit. September 13, 2004 383 F.3d 1273 17 Fla. L. Weekly Fed. C 1049

> Plaintiff-appellant, Dadeland Station Associates ("Dadeland") appeals the dismissal of their claim against defendants-appellees, St. Paul Fire and Marine Insurance Co. and American Home Assurance Co. (collectively, "Sureties") for bad faith in refusing to settle claims involving the performance bond they issued on the...

...2004. Philip M. Burlington Phillip M. Burlington, P.A. Jeffrey M. Liggio Liggio, Benrubi & Williams , PA, West Palm Beach, FL, for Plaintiffs–Appellants...

**184. Wexler v. Lepore**

District Court of Appeal of Florida, Fourth District. August 06, 2004 878 So.2d 1276 29 Fla. L. Weekly D1804

> GOVERNMENT - Elections. Member of U.S. House of Representatives was not entitled to injunction against touchscreen voting.

**Synopsis**

**Background:** Member of United States House of Representatives brought action against Florida Secretary of State and county election supervisor, challenging their approval of touchscreen voting machines that did not permit manual recounts of overvotes and undervotes. The Circuit Court, Fifteenth Judicial Circuit, Palm Beach County, Karen Miller, J., dismissed the action with prejudice. Representative appealed.

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Holdings:** The District Court of Appeal held that:
[1] representative had standing;
[2] representative's request for declaratory judgment was mooted by Secretary's adoption of rules that did not require manual recounts on touchscreen systems; and
[3] representative failed to establish a likelihood of success on the merits.
Affirmed.

...carried out in a fair and orderly manner. Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellant. Bernard Lebedeker...

---

### 185. Family Care Center, P.A. v. Truck Ins. Exchange

District Court of Appeal of Florida, Fourth District. June 16, 2004 875 So.2d 750 29 Fla. L. Weekly D1454

INSURANCE - Liability. Additional insured on policy issued to one physician was not insured for claim against fellow physician.

**Synopsis**
**Background:** Action was brought to determine whether physician's professional liability policy covered his employer, as an additional insured, for claim against fellow physician. The Seventeenth Judicial Circuit Court, Broward County, Robert B. Carney, J., entered summary judgment in favor of insurer and denied motion to amend pleadings to allege estoppel. Employer appealed.
**Holdings:** The District Court of Appeal, Klein, J., held that:
[1] the employer was not an insured for claim against fellow physician, and
[2] the motion to amend should have been allowed.
Reversed.

...F.S.A. §627.428 Richard M. Benrubi and Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach, and Philip M. Burlington...

---

### 186. Wexler v. Lepore

United States District Court, S.D. Florida. May 24, 2004 319 F.Supp.2d 1354 19 Fla. L. Weekly Fed. D 673

LITIGATION - Abstention. Voting machine dispute would be dismissed on Younger abstention grounds.

**Synopsis**
**Background:** Candidates for public office, and voters, sued state officials, claiming use of touchscreen ballots lacking paper verification of votes violated their due process and equal protection rights. Defendants moved to dismiss.
**Holdings:** The District Court, Cohn, J., held that:
[1] abstention in deference to state court action raising same issues was not required, under *Pullman* abstention doctrine;
[2] abstention was not required, under *Colorado River* abstention doctrine; and
[3] court would refrain from considering case, under *Younger* abstention doctrine.
Case dismissed.

...of claimants in state case. U.S.C.A. Const.Amend. 14 Jeffrey M. Liggio Liggio Benrubi & Williams , West Palm Beach, FL, for Plaintiffs Robert Wexler...

---

🚩 **187. Friedman v. New York Life Ins. Co.**
United States District Court, S.D. Florida. February 24, 2004 Not Reported in F.Supp.2d 17 Fla. L. Weekly Fed. D 496

> THIS CAUSE comes before the Court upon Defendant New York Life Insurance Company's Motion to Dismiss (DE 42), filed September 12, 2003. Plaintiff filed a Response (DE 45) on October 20, 2003. Defendant's Reply (DE 46) was filed on October 29, 2003. The Court has reviewed the Record and is fully informed in the premises. Plaintiff brought a class...

...Lee La Vista Lytal Reiter Clark Fountain & Williams Jeffrey M. Liggio Liggio Benrubi & Williams , West Palm Beach, FL, for Plaintiff. Irma Teresa...

**188. Saenz v. State Farm Fire and Cas. Co.**
District Court of Appeal of Florida, Third District. October 08, 2003 861 So.2d 64 28 Fla. L. Weekly D2305

> INSURANCE - Fraud. Insurer and employee were statutorily immune from suit by insured alleging malicious prosecution.

**Synopsis**
Insured brought action against homeowners' insurer and its employee to recover for malicious prosecution and bad faith by accusing insured of insurance fraud. The Circuit Court, MiamiDade County, Ronald C. Dresnick, J., entered summary judgment in favor of insurer and employee. Insured appealed. The District Court of Appeal, Green, J., held that the insurer and employee were statutorily immune from suit by insured.
Affirmed.

...date of the alleged breach. West's F.S.A. §95.11 Liggio, Benrubi & Williams , and Richard M. Benrubi , and Jeffrey M. Liggio (West Palm Beach); Barbara Green , Coral Gables, for appellant. Adorno...

🚩 **189. United Wisconsin Life Ins. Co. v. Office of Ins. Regulation**
District Court of Appeal of Florida, First District. July 11, 2003 849 So.2d 417 28 Fla. L. Weekly D1597

> ADMINISTRATIVE PRACTICE - Contested Cases. A state agency improperly overturned the recommended order of the ALJ.

**Synopsis**
State agency filed administrative complaint against health insurer alleging violations of insurance code. Agency partially overturned ALJ dismissal of complaint and found insurer liable on two counts. Insurer appealed. The District Court of Appeal, Wolf, C.J., held that: (1) agency erred in finding that insurer violated statutory requirement to provide conversion form; (2) agency failed to prove insurer's rate change was unfair practice; and (3) insurer did not have proper notice of claimed violation that did not appear in complaint.
Reversed.

... Bradley Winston , Plantation, Amicus Curiae for AARP. Jeffrey M. Liggio , of Liggio, Benrubi & Williams, P.A. , West Palm Beach; Edward Zebersky , of Zebersky...

🚩 **190. Dadeland Station Associates, Ltd. v. St. Paul Fire and Marine Ins. Co.**

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

United States District Court, S.D. Florida. June 13, 2003 Not Reported in F.Supp.2d 16 Fla. L. Weekly Fed. D 497

> THIS MATTER came before the court upon the plaintiffs' motion for partial summary judgment, and the defendants' motion for judgment on the pleadings or for summary judgment. This case concerns three parties to a construction project – the developer, the general contractor, and the sureties who issued and executed a performance bond to secure...

...Civ.. Filed April 5, 2001. June 13, 2003. Jeffrey M. Liggio Liggio Benrubi & Williams , West Palm Beach, FL, for Dadeland Depot Inc., plaintiff. Jeffrey M. Liggio , (See above), for Dadeland Station Associates, Ltd., plaintiff. Donald Lee...

## 191. Schuster v. Blue Cross and Blue Shield of Florida, Inc.

District Court of Appeal of Florida, Fourth District. February 19, 2003 843 So.2d 909 28 Fla. L. Weekly D505

> INSURANCE - Health. Medical insurer did not waive affirmative defense of insureds' lack of standing.

**Synopsis**

Insured brought action against medical insurer for unpaid claims. The Circuit Court, Nineteenth Judicial Circuit, St. Lucie County, Robert A. Hawley, J., entered judgment in favor of insurer, and insured appealed. The District Court of Appeal, Stevenson, J., held that: (1) insurer did not waive affirmative defense of insureds' lack of standing, and (2) insureds were not entitled to interest on unpaid medical insurance claims.
Affirmed.

...which the insureds no longer had an interest. Jeffrey M. Liggio and Jene P. Williams of Liggio, Benrubi & Williams, P.A. , West Palm Beach, and Richard A. Barnett...

## 192. Bankers Ins. Co. v. General No-Fault Ins., Inc.

District Court of Appeal of Florida, Fourth District. April 03, 2002 814 So.2d 1119 27 Fla. L. Weekly D778

> INSURANCE - Premiums. Insurer was required to tender all premiums paid by insureds before bringing rescission action.

**Synopsis**

Insurer brought claims for rescission and cancellation of policy against insureds, alleging misrepresentation regarding application, and separate insurer brought claim for common law indemnity against insurer. The Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County, John D. Wessel, J., granted summary judgment to insureds and to separate insurer. Insurer appealed. The District Court of Appeal, Farmer, J., held that: (1) insurer failed to afford necessary condition precedent to bringing rescission claim, and (2) insurer failed to comply with statutory obligations to effect cancellation of policy. Affirmed in part and reversed in part.

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio and Jene Williams of Liggio, Benrubi & Williams, P.A. , West Palm Beach, for appellees Maritza Rojas...

## 193. American Medical Sec. v. Addison

District Court of Appeal of Florida, Fourth District. October 17, 2001 802 So.2d 357 26 Fla. L. Weekly D2500

WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.

| LITIGATION - Appeals. Non-final order denying motion to dismiss was not subject to non-final review. |
| --- |

**Synopsis**

Action was brought against group health insurance plans' insurer and administrator, alleging that they violated statutes when they cancelled policies without properly offering replacement coverage. The Circuit Court, Palm Beach County, Jorge Labarga, J., certified a class action, and defendants appealed. The District Court of Appeal held that non-final order denying a motion to dismiss was not subject to non-final review, but had to wait until final disposition of the case.
Affirmed.

...Haigler, Alderman, Bryant & Yon, P.A. , Tallahassee, for appellants. Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach and Philip M. Burlington...

### 194. Mutual of Omaha Ins. Co. v. Gold

District Court of Appeal of Florida, Fifth District. August 10, 2001 795 So.2d 119 26 Fla. L. Weekly D1938

| INSURANCE - Premiums. Group policyholder's assignment of premium stabilization fund to insured could be invalid discrimination. |
| --- |

**Synopsis**

Insureds brought action against group health insurer to recover as assignees of policyholder's alleged right to balance of premium stabilization fund. Insurer then sued policyholder. The Circuit Court, Seminole County, Gene R. Stephenson, J., denied insurer's motion to amend affirmative defenses and entered summary judgment for insureds and policyholder. Insurer appealed. The District Court of Appeal, Sharp, W., J., held that: (1) policyholder's assignment entitling insured to disputed balance of premium stabilization fund was invalid, if it was subject to the statute that requires the holder of a group insurance policy to apply a dividend, premium refund, rate reduction, commission, or service fee for the sole benefit of insured employees or members on a basis which precludes individual selection and unfair discrimination, and (2) the trial court should have granted motion to amend affirmative defenses.
Reversed and remanded.

...Holland & Knight LLP , Orlando, for Appellants/Cross–Appellees. Jeffrey M. Liggio of Liggio, Benrubi & Williams, P.A. , West Palm Beach, and Philip M. Burlington...

### 195. Marlin v. State Farm Mut. Auto. Ins. Co.

District Court of Appeal of Florida, Fourth District. April 26, 2000 761 So.2d 380 25 Fla. L. Weekly D1022

| INSURANCE - Duty to Defend. Automobile liability insurer was not liable for the attorney's alleged malpractice. |
| --- |

**Synopsis**

Insured brought action against automobile liability insurer to recover for the alleged malpractice of the attorney hired to defend the insured. The Seventeenth Judicial Circuit Court, Broward County, Patti Englander Henning, J., entered judgment in favor of the insurer. Insured appealed. The District Court of Appeal, Stone, J., held that the insurer was not liable for the attorney's alleged negligence.
Affirmed.

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Liggio, Benrubi &

Williams, P.A. , West Palm Beach, for appellant. Paul L...

⚑ **196. Talat Enterprises, Inc. v. Aetna Cas. and Sur. Co.**
Supreme Court of Florida. March 02, 2000 753 So.2d 1278 25 Fla. L. Weekly S172

> INSURANCE - Bad Faith and Unfair Practices. Paying contractual damages before expiration of 60-day period relieved insurer of liability.

**Synopsis**
Insured brought federal court suit against commercial fire insurer for bad faith in failing to pay insurance claim promptly. Insurer moved for summary judgment on the ground that it had paid the claim within 60 days of insured's statutory notice of intent to file bad faith claim. The United States District Court for the Middle District of Florida, Glazebrook, United States Magistrate Judge, 952 F.Supp. 773,granted motion. Insured appealed. The Court of Appeals certified question. The Supreme Court, Wells, J., held that the insurer was not liable since it paid the claim before expiration of the 60-day period.
Question answered.

...Smith, Currie & Hancock LLP , Atlanta, Georgia, for Appellee. Jeffrey M. Liggio , West Palm Beach, Florida, and P. Scott Russell, IV , of...

⚑ **197. Cummins v. Allstate Indem. Co.**
District Court of Appeal of Florida, Fourth District. March 10, 1999 732 So.2d 380 24 Fla. L. Weekly D660

> INSURANCE - Automobile. Insurer was not entitled to summary judgment on insured's claim of reliance on promise to send separate bill.

**Synopsis**
Insured brought action against automobile insurer that had denied coverage on the ground that the insured failed to pay the renewal premium. The Nineteenth Judicial Circuit Court, Martin County, Paul B. Kanarek, J., entered summary judgment in favor of insurer. Insured appealed. The District Court of Appeal held that issues of material fact concerning insured's detrimental reliance on insurer's promise to send bill after mailing renewal package precluded summary judgment on claim of promissory estoppel. Reversed and remanded.

...Jene P. Williams of the Law Office of Jeffrey M. Liggio, P.A. , West Palm Beach, for appellant. Richard A. Sherman and...

⚑ **198. Mendez ex rel. Mendez v. Simon**
District Court of Appeal of Florida, Third District. February 24, 1999 739 So.2d 101 24 Fla. L. Weekly D514

> TORTS - Settlements. Remaining defendants in negligence were liable to minor plaintiff, despite setoff of settlement proceeds.

**Synopsis**
Automobile negligence action was brought by four individual plaintiffs including minor. One defendant reached $3 million settlement with plaintiffs, and judgment was entered on settlement allocating $130,000 of proceeds to minor. At trial against remaining defendants following remand, 657 So.2d 1287, jury returned total verdict of approximately $2.4 million, awarding $452,300 to minor. The Circuit Court, Dade

County, Sam I. Silver, J., entered order that $3 million settlement would serve as setoff toward $2.4 million verdict and that settlement proceeds would be allocated proportionally in accordance with jury verdict. Minor appealed. The District Court of Appeal held that remaining defendants were entitled to set off only $130,000 from jury's award to minor and thus minor was entitled to judgment of $322,300. Reversed and remanded.

...Compiani and Philip M. Burlington , West Palm Beach; Jeffrey M. Liggio , West Palm Beach, for appellant. Adams and Adams and Richard...

### 199. Eldridge v. Community Environments, Inc.

District Court of Appeal of Florida, Fourth District. January 20, 1999 764 So.2d 604 1999 WL 18439

Community Environments, Inc. and Church of All Faiths, Inc. were originally severed from this appeal due to a pending bankruptcy proceeding. This bankruptcy stay has been lifted, and we summarily reverse the trial court's dismissal against them on the authority of Eldridge v. Multi-Resources, 695 So.2d 1320 (Fla. 4th DCA 1997). REVERSED and...

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Liggio & Luckman , West Palm Beach, for appellants. Scott S. Warburton of...

### 200. Marina de Larracoechea Azumendi v. Pan American World Airways

District Court of Appeal of Florida, Third District. October 14, 1998 718 So.2d 944 23 Fla. L. Weekly D2353

After careful consideration of the issues raised in the appellant's brief and the arguments of the appellant and appellees, we hold that no reversible error has been demonstrated and accordingly affirm. Affirmed.

... Gilman & Pangia and Nicholas Gilman , Washington, DC; Jeffrey M. Liggio , West Palm Beach, for appellees. Before JORGENSON COPE and GERSTEN...

### 201. Mendez v. Lopez

District Court of Appeal of Florida, Third District. April 08, 1998 707 So.2d 1194 23 Fla. L. Weekly D905

The plaintiffs appeal from an adverse final judgment and from the denial of several post-trial motions. We affirm finding no reversible error. First, because there was conflicting evidence presented regarding the issue of vicarious liability, the trial court did not abuse its discretion by denying the plaintiffs' motion for a directed verdict....

...Court of Dade County; Sam I. Silver , Judge. Jeffrey M. Liggio , West Palm Beach; Caruso, Burlington, Bohn & Compiani and Philip M...

### 202. Eldridge v. Multi-Resources, Inc.

District Court of Appeal of Florida, Fourth District. July 09, 1997 695 So.2d 1320 22 Fla. L. Weekly D1695

CIVIL PROCEDURE - Process. Period of 120 days for service of summons and initial pleading begins to run on date of filing of complaint.

WESTLAW © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Synopsis**

Guardians of resident of long-term residential care facility, who had been assaulted by fellow resident, brought action against facility and amended complaint to add State Department of Health and Rehabilitative Services (HRS), and after obtaining leave filed second amended complaint adding numerous additional defendants. Additional defendants moved to dismiss based on lack of timely service, and the Circuit Court, St. Lucie County, Scott M. Kenney, J., granted motion. Plaintiffs appealed, and the District Court of Appeal, Dell, J., held that: (1) 120day period for obtaining service on additional defendants began with filing of amended complaint, not with filing of motion for leave to amend, and (2) failure to obtain leave to file corrected second amended complaint which corrected clerical errors did not render service with that complaint invalid.

Reversed and remanded.


...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Liggio & Luckman , West Palm Beach, for appellants. Scott S. Warburton of...

---

🚩 **203. American Chambers Life Ins. Co. v. Hall**

District Court of Appeal of Florida, Fourth District. June 04, 1997 695 So.2d 1264 22 Fla. L. Weekly D1391

> AFFIRMED.

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Jeffrey M. Liggio, P.A. , West Palm Beach, for appellee. PER CURIAM. AFFIRMED. GLICKSTEIN...

---

🚩 **204. American Chambers Life Ins. Co. v. Hall**

District Court of Appeal of Florida, Fourth District. June 04, 1997 Not Reported in So.2d 22 Fla. L. Weekly D1381

> We affirm as to all issues raised. We write to address the fact that Appellee's counsel, in closing argument, essentially asked the jury to send a message to the insurance company-Appellant. We find no abuse of discretion in the trial court's denying Appellant's motion for mistrial. Appellant was sued for bad faith in denying health insurance...

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Jeffrey M. Liggio, P.A. , West Palm Beach, for appellee. PER CURIAM. We affirm...

---

**205. Percefull v. Lumbermens Mut. Cas. Co.**

District Court of Appeal of Florida, Fourth District. March 19, 1997 689 So.2d 451 22 Fla. L. Weekly D725

> We affirm as to all issues. With respect to appellant's claim that the insurance company's payment of bills justified an award of fees pursuant to Wollard v. Lloyd's & Companies of Lloyd's, 439 So.2d 217 (Fla.1983), we would point out that at the hearing on settlement and payment by the insurance company, the parties agreed that the insurance...

...L.T. Case No. CL 90-9028 AO Jeffrey M. Liggio of Liggio & Luckman and Philip M. Burlington of Caruso, Burlington, Bohn & Compiani...

---

🚩 **206. Riggs v. Smith**

United States District Court, S.D. Florida. January 22, 1997 953 F.Supp. 389 1997 WL 26760

---

---

Insured brought state-court action against group health insurer and others to recover benefits under plan offered to employees of business association's members. Defendants removed case, and insured moved to remand. The District Court, Ryskamp, J., held that policy fell within Department of Labor safe-harbor provision excluding group insurance...

**Synopsis**
Insured brought state-court action against group health insurer and others to recover benefits under plan offered to employees of business association's members. Defendants removed case, and insured moved to remand. The District Court, Ryskamp, J., held that policy fell within Department of Labor safe-harbor provision excluding group insurance program from definition of "employee welfare benefit plan" under certain conditions.
Motion granted.

...3) 29 C.F.R. §2510.3–1(j) Jeffrey M. Liggio , West Palm Beach, FL, Roger N. Messer Messer and Ray...

---

### 207. Caplen v. Guardian Life Ins. Co.
United States District Court, S.D. Florida. October 22, 1996 Not Reported in F.Supp. 1996 WL 1057652

THIS CAUSE came before the Court upon Plaintiff's Motion to Remand [DE–9], and Defendant's Motion to Dismiss [DE–2]. Both motions are ripe for adjudication. Plaintiff Jay D. Caplen ("Caplen") filed a complaint against the Defendant, The Guardian Life Insurance Company of America ("Guardian"), in the Circuit Court of Palm Beach County, Florida on...

...No. 96–8359–CIV–RYSKAMP. Oct. 22, 1996. Jeffrey M. Liggio , West Palm Beach, Counsel for Plaintiff. Harold Patricoff Shutts & Bowen...

---

### 208. Mutual of Omaha Ins. Co. v. Wood
District Court of Appeal of Florida, Fifth District. September 10, 1996 679 So.2d 69 21 Fla. L. Weekly D2033

Petitioners, defendants below, ask this court to issue a writ prohibiting Judge Wood from continuing to preside over the underlying suit. Under the circumstances presented, we grant the petition for writ of prohibition. The Respondents' motion for rehearing of this court's order staying the proceedings below is mooted by our determination. Because...

...Grower & Ketcham, P.A. , Orlando, for Petitioner Flamedco, Inc. Jeffrey M. Liggio of Jeffrey M. Liggio, P.A. , and Philip M. Burlington of Caruso, Burlington, Bohn & Compiani...

---

### 209. Uniroyal Goodrich Tire Co. v. Eddings
District Court of Appeal of Florida, Fourth District. May 08, 1996 673 So.2d 131 21 Fla. L. Weekly D1105

Discovery. Order compelling tire company to produce quality assurance manual would be quashed so that trial court could conduct in camera hearing and inspection of manual or, alternatively, hold evidentiary hearing to determine whether manual is trade secret.

**Synopsis**
Tire company petitioned for writ of certiorari to the Circuit Court of the Fifteenth Judicial Circuit, Palm

---

Beach County, Harold J. Cohen, J., seeking relief from order granting motion to compel discovery of what tire company claimed was highly proprietary trade secret manual. The District Court of Appeal held that trial court was required to conduct in camera hearing and inspection of manual or evidentiary hearing to determine whether manual was trade secret.
Certiorari granted.

...Burlington of Caruso, Burlington, Bohn & Compiani, P.A. , and Jeffrey M. Liggio of Liggio & Luckman , West Palm Beach, for respondents. PER CURIAM. Petitioner, Uniroyal...

## 210. Mutual of Omaha Ins. Co. v. Gold
District Court of Appeal of Florida, Fifth District. March 15, 1996 669 So.2d 362 21 Fla. L. Weekly D661

> We deny the writ of certiorari but remind the court that the issue of jurisdiction should be decided before the evidence on the merits is received. See State ex rel. B.F. Goodrich Co. v. Trammell, 140 Fla. 500, 192 So. 175 (1939). DENIED.

...Orlando, for Petitioner, Mutual of Omaha Insurance Company. Jeffrey M. Liggio of Liggio & Luckman , and Philip M. Burlington of Caruso, Burlington, Bohn & Compiani...

## 211. Life General Sec. Ins. Co. v. Horal
District Court of Appeal of Florida, Fourth District. February 14, 1996 667 So.2d 967 21 Fla. L. Weekly D434

> Practice and Procedure. Health insurer was entitled to amend pleadings to assert affirmative defense and counterclaim alleging fraudulent omissions in application.

### Synopsis
Insured brought action against health insurer to recover benefits. Insurer moved to amend pleadings to include affirmative defense and counterclaim alleging fraudulent omissions on application. The Circuit Court, Palm Beach County, James T. Carlisle, J., denied motion and awarded benefits to insured. Appeal and cross-appeal were taken. The District Court of Appeal held that: (1) insurer was entitled to amend pleadings, and (2) reply to affirmative defenses was required only if insured sought to avoid them. Reversed and remanded.

...Adorna & Zeder, P.A. , Miami, for appellant/cross-appellee. Jeffrey M. Liggio of Liggio & Luckman , and Philip M. Burlington of Caruso, Burlington, Bohn & Compiani...

## 212. Goldman v. State Farm Fire General Ins. Co.
District Court of Appeal of Florida, Fourth District. August 16, 1995 660 So.2d 300 20 Fla. L. Weekly D1844

> Homeowners. Policy provisions requiring insureds to submit to examinations under oath were conditions precedent to suit, rather than cooperation clauses.

### Synopsis
Insureds brought action against homeowners/tenants insurer to recover on burglary claim. The Circuit Court, Palm Beach County, Thomas E. Sholts, J., entered summary judgment in favor of insurer based on insureds' failure to submit to examinations under oath prior to filing suit. Insureds appealed. The District Court of Appeal, Rivkind, Leonard, Associate Judge, held that: (1) policy provisions requiring insureds to submit to examinations under oath were conditions precedent to suit, rather than cooperation clauses; (2)

insured's failure to comply thus precluded action on policy regardless of showing of prejudice by insurer; (3) giving recorded statements or taking depositions with both sides present was not substantial compliance with policy conditions; and (4) remanding case with directions that insureds submit to examination under oath would not be appropriate.
Affirmed.

...Burlington, Bohn & Compiani, P.A. , West Palm Beach, and Jeffrey M. Liggio of Liggio & Luckman, P.A. , West Palm Beach, for appellants. Mary M. Casteel...

---

🚩 **213. Lumbermens Mut. Cas. Co. v. Percefull**
Supreme Court of Florida. April 06, 1995 653 So.2d 389 20 Fla. L. Weekly S155

> Prejudgment Interest. Insured was entitled to prejudgment interest on payments that it should have received under major medical policy.

**Synopsis**
Insured brought action against major medical insurer to recover benefits. The Circuit Court, Palm Beach County, Richard B. Burk, J., ruled in insured's favor, but denied prejudgment interest. Appeal and cross-appeal were taken. The District Court of Appeal, Warner, J., 638 So.2d 1026, reversed an issue of prejudgment interest and certified conflict of decisions. Review was granted. The Supreme Court, Overton, J., held that insured was entitled to prejudgment interest.
District Court approved, and case remanded.

...Arnold R. Ginsberg Perse & Ginsberg, P.A. , Miami, and Jeffrey M. Liggio of Liggio & Luckman , West Palm Beach, for respondent. Philip M. Burlington Caruso...

---

**214. Great American Ins. Co. v. Bevis**
District Court of Appeal of Florida, Second District. January 13, 1995 652 So.2d 382 20 Fla. L. Weekly D169

> Substitute Service. Defendant motorist was not properly served by substituted service.

**Synopsis**
In personal injury action arising out of automobile accident, defendant motorist and his insurer moved to vacate and set aside final judgment. The Circuit Court, DeSoto County, Howard C. Holtzendorf, Acting J., denied motion. Defendant and insurer appealed. The District Court of Appeal, Quince, J., held that: (1) defendant was not properly served by substituted service, and (2) insurer had standing to intervene and to defend against final judgment.
Reversed and remanded.
Altenbernd, J., issued dissenting opinion.

...Jack, Tudhope & Wyatt, P.A. , Maitland, for Esteban Rodriguez. Jeffrey M. Liggio of Liggio & Luckman, P.A. , and Philip M. Burlington , of Caruso, Burlington, Bohn...

---

**215. Gazie v. John Hancock Mut. Life Ins. Co.**
District Court of Appeal of Florida, Fourth District. February 16, 1994 632 So.2d 1076 19 Fla. L. Weekly D338

> Collateral Estoppel. Prior decision involving same parties did not have collateral estoppel effect as to

---

issues addressed on remand.

**Synopsis**
Insureds brought action against insurer to recover uninsured motorist benefit under their automobile policy. The Circuit Court, Broward County, W. Herbert Moriarty, J., granted summary judgment in favor of insurer based upon collateral estoppel. Insureds appealed. The District Court of Appeal, May, Melanie G., Associate Judge, held that prior decision did not have collateral estoppel effect as to issues of respondeat superior and apparent authority of agent.
Reversed and remanded.

...have collateral estoppel effect as to those issues. Jeffrey M. Liggio Liggio & Luckman , West Palm Beach, for appellants. Pomeroy, Pomeroy & Beauchamp, P.A...

## 216. Uniroyal Goodrich Tire Co. v. Eddings
District Court of Appeal of Florida, Fourth District. September 08, 1993 624 So.2d 750 18 Fla. L. Weekly D1962

We grant the petition for writ of certiorari and quash the order compelling disclosure of information which the parties did not dispute constituted a trade secret. Respondents failed to meet their burden to demonstrate that such disclosure was reasonably necessary. See Freedom Newspapers, Inc. v. Egly, 507 So.2d 1180, 1184 (Fla. 2d...

...Johnston & Stubbs, P.A. , West Palm Beach, for petitioner. Jeffrey M. Liggio of Liggio & Luckman , and Philip M. Burlington of Edna L. Caruso, P.A...

## 217. Lucente v. State Farm Mut. Auto. Ins. Co.
District Court of Appeal of Florida, Fourth District. January 08, 1992 591 So.2d 1126 17 Fla. L. Weekly D207

Injured motorist brought action against alleged tort-feasor's liability insurer for failing to provide requested insurance information and for unfair claims settlement practices. The Circuit Court, Palm Beach County, Edward H. Fine, J., granted insurer's motion to dismiss with prejudice. Motorist appealed. The District Court...

**Synopsis**
Injured motorist brought action against alleged tort-feasor's liability insurer for failing to provide requested insurance information and for unfair claims settlement practices. The Circuit Court, Palm Beach County, Edward H. Fine, J., granted insurer's motion to dismiss with prejudice. Motorist appealed. The District Court of Appeal held that motorist could bring claims against insurer only after first obtaining judgment against tort-feasor.
Affirmed.

...§§624.155 624.155(1) 627.7262 Jeffrey M. Liggio Liggio & Luckman , and Philip M. Burlington Edna L. Caruso, P.A. , West...

## 218. Old Holdings, Ltd. v. Taplin, Howard, Shaw & Miller, P.A.
District Court of Appeal of Florida, Fourth District. August 28, 1991 584 So.2d 1128 16 Fla. L. Weekly D2250

Writ of certiorari was sought to review trial court's interlocutory order compelling production of certain

attorney's billing statements and certain income tax returns. The District Court of Appeal granted certiorari and held that: (1) billing statements which included detailed descriptions of nature of services rendered and could...

**Synopsis**
Writ of certiorari was sought to review trial court's interlocutory order compelling production of certain attorney's billing statements and certain income tax returns. The District Court of Appeal granted certiorari and held that: (1) billing statements which included detailed descriptions of nature of services rendered and could therefore reveal mental impressions and opinions of attorneys to opposing counsel were subject to in camera review prior to disclosure, and (2) existence of privilege under California law against disclosure of California income tax returns was just one factor trial court could consider in compelling production of California income tax returns.
Order quashed in part; approved in part.

...in compelling production of California income tax returns. Jeffrey M. Liggio of Liggio & Luckman , and Philip M. Burlington , of Edna L. Caruso, P.A...

## 219. Gazie v. Illinois Employers Ins. of Wausau, Inc.
District Court of Appeal of Florida, Fourth District. July 31, 1991 583 So.2d 1098 16 Fla. L. Weekly D1972

Insureds brought action against insurer to recover uninsured motorist benefits under their automobile policy. Following remands, 534 So.2d 1171, and 466 So.2d 1132, the Circuit Court, Broward County, W. Herbert Moriarty, J., entered judgment in favor of insurer, insureds appealed. The District Court of Appeal, Downey, J., held that...

**Synopsis**
Insureds brought action against insurer to recover uninsured motorist benefits under their automobile policy. Following remands, 534 So.2d 1171, and 466 So.2d 1132, the Circuit Court, Broward County, W. Herbert Moriarty, J., entered judgment in favor of insurer, insureds appealed. The District Court of Appeal, Downey, J., held that preparer of insurance application who allegedly forged insureds' signature on form rejecting uninsured motorist coverage was an insurance broker acting as agent of insureds, rather than insurance agent, making rejection of uninsured motorist coverage binding on insureds.
Affirmed.

...with regard to applications. Horton, Perse & Ginsberg and Jeffrey M. Liggio of Liggio & Luckman, West Palm Beach, for appellants. Edward D. Schuster of...

## 220. Roger Dean Chevrolet, Inc. v. Lashley
District Court of Appeal of Florida, Fourth District. March 13, 1991 580 So.2d 171 16 Fla. L. Weekly 689

In action for breach of contract for sale of refrigerated trucks, the Circuit Court, Palm Beach County, Edward A. Garrison, J., granted motion by individual plaintiff, at close of plaintiff's case, to add corporation as party plaintiff, and directed verdict as to liability and jury returned verdict for plaintiffs on damages. Defendant...

**Synopsis**
In action for breach of contract for sale of refrigerated trucks, the Circuit Court, Palm Beach County, Edward A. Garrison, J., granted motion by individual plaintiff, at close of plaintiff's case, to add corporation as party plaintiff, and directed verdict as to liability and jury returned verdict for plaintiffs on damages.

Defendant appealed. The District Court of Appeal, Downey, J., held that there was no error in allowing addition of party plaintiff after statute of limitations had run where cause of action was not changed and defendant was aware of existence of the corporation.
Affirmed.

...H. Tutt , Fort Lauderdale, for appellant/cross appellee. Jeffrey M. Liggio of Liggio & Luckman , and Russell S. Bohn of Edna L. Caruso, P.A...

## 221. Ortega v. Schramm

United States Court of Appeals, Eleventh Circuit. January 28, 1991 922 F.2d 684 1991 WL 1377

Arrestees sued sheriff and deputy sheriff, asserting a federal cause of action under 42 U.S.C.A. §1983, as well as pendent state causes of action for malicious prosecution and assault and battery. Following arrestees' voluntary dismissal of the §1983 claim against sheriff, the United States District Court for the...

### Synopsis

Arrestees sued sheriff and deputy sheriff, asserting a federal cause of action under 42 U.S.C.A. 1983, as well as pendent state causes of action for malicious prosecution and assault and battery. Following arrestees' voluntary dismissal of the  1983 claim against sheriff, the United States District Court for the Southern District of Florida, No. 868360CIVNCR, Norman C. Roettger, Jr., J., granted sheriff's motion for summary judgment on the remaining state claims. Following a jury verdict against deputy, the court granted deputy's motion for judgment notwithstanding the verdict, and arrestees appealed. The Court of Appeals held that: (1) the statute which authorizes federal courts to entertain  1983 claims does not affirmatively allow pendent party jurisdiction; (2) deputy sheriff was not immune in his official capacity from the  1983 claim; and (3) a reasonable jury could have found that deputy's conduct in executing the warrantless search of the filling station in which arrestees were apprehended constituted excessive force in violation of arrestees' Fourth Amendment right to be free from unreasonable searches and seizures. Affirmed in part, and reversed and remanded in part.

...Edward A. Perse, Horton, Perse & Ginsberg , Miami, Fla., Jeffrey M. Liggio Liggio & Luckman , W. Palm Beach, Fla., for plaintiffs-appellants. Gayle Smith...

## 222. Pierre-Louis v. Colonial Ins. Co. of California

District Court of Appeal of Florida, Fourth District. August 15, 1990 566 So.2d 320 15 Fla. L. Weekly D2097

Suit was brought on first-party insurance claim. Judgment was entered by the Circuit Court for Palm Beach County, Timothy P. Poulton, J., and appeal and cross appeal were filed. The District Court of Appeal held that trial court was authorized to order new trial on punitive damages. Affirmed.

### Synopsis

Suit was brought on first-party insurance claim. Judgment was entered by the Circuit Court for Palm Beach County, Timothy P. Poulton, J., and appeal and cross appeal were filed. The District Court of Appeal held that trial court was authorized to order new trial on punitive damages.
Affirmed.

...$1,000,000. West's F.S.A. §§624.155 626.9541 Jeffrey M. Liggio of Liggio & Luckman , West Palm Beach, and Edward A. Pearse of Horton...

### 223. Ciffo v. Fireman's Fund Ins. Co.

District Court of Appeal of Florida, Fourth District. April 11, 1990 560 So.2d 265 15 Fla. L. Weekly D951

> We reverse a judgment entered on renewed defense motions for directed verdict based upon the two year statute of limitations for professional malpractice. In Pierce v. AALL Ins. Inc., 531 So.2d 84 (Fla.1988), decided after the trial court ruling here, it was determined that an insurance agent is not a professional for the purposes of the statute....

...Edward A. Perse of Horton, Perse & Ginsberg and Jeffrey M. Liggio , Miami, for appellant/cross-appellee. Henry T. Wihnyk and Neil...