# EXHIBIT "B

**WOOD V. PROGRESSIVE**

**Jeffrey M. Liggio, Esq. (Time Records)**

| Date | Amount | Time | Activity | User | Description |
|---|---|---|---|---|---|
| 09/28/2024 | $255.00 | 17 Minutes | E-Mail Communication | Liggio, Jeffrey M (Jeff)  Esq. | e-mails to Woods; Mr. Doucette; Mr. Messer enclosing and discussing order denying post-trial motions |
| 09/27/2024 | $435.00 | 29 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | r&r order denying post-trial motion; forwarded same to team |
| 08/19/2024 | $510.00 | 34 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff)  Esq. | Westlaw; r&r new Louissant SD order re: potential supp. auth post trial mtn; discussion w/ Atty Burlington re: strategy going forward |
| 07/18/2024 | $600.00 | 40 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff)  Esq. | discussion w/ Attys Messer and Burlington re: no ruling on post-trial motion; reviewed local rules re: communication w/ Court; e-mail to defense counsel |
| 04/26/2024 | $330.00 | 22 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | order referring motions to Judge Maynard, and Judge Maynard order on costs motion; rev'd authority cited therein |
| 02/23/2024 | $180.00 | 12 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | r&r current invoice from Mr. Doucette; e-mails to/from Atty Weldy re: required meet and confer |
| 02/20/2024 | $180.00 | 12 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | Progressive reply in support of JNOV motion |
| 02/16/2024 | $240.00 | 16 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | Rev'd Local Rule 7.3(b); e-mail to opposing counsel re: meet and confer re: cost |
| 02/13/2024 | $1,095.00 | 1 Hours 13 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Drafted section of JNOV response re: facts at trial and considered on MSJ |
| 02/07/2024 | $915.00 | 1 Hours 1 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | r&r memoranda re: similar JNOV motions from Attys Sales and Luka JNOV Motion Westlaw additional challenges |
| 02/05/2024 | $240.00 | 16 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff)  Esq. | forwarded JNOV motion to Atty Messer; tel. conf. w/ Atty Messer |
| 02/01/2024 | $480.00 | 32 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff)  Esq. | r&r Progressive post-trial motion and exhibits; e-mails w/ Attys Burlington and Richardson |
| 01/03/2024 | $210.00 | 14 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff)  Esq. | r&r final judgment tel.conf. w/ Atty Burlington |
| 12/19/2023 | $135.00 | 9 Minutes | E-Mail Communication | Liggio, Jeffrey M (Jeff)  Esq. | w/ Atty Duke |
| 12/18/2023 | $150.00 | 10 Minutes | Client Conference | Liggio, Jeffrey M (Jeff)  Esq. | re: status |
| 12/14/2023 | $90.00 | 6 Minutes | E-Mail Communication | Liggio, Jeffrey M (Jeff)  Esq. | w/ Aty Duke re: re-schedule meet and confer |
| 12/12/2023 | $150.00 | 10 Minutes | E-Mail Communication | Liggio, Jeffrey M (Jeff)  Esq. | several emails from/to Atty Duke re: meet and confer re: costs and fees |
| 12/08/2023 | $75.00 | 5 Minutes | E-Mail Communication | Liggio, Jeffrey M (Jeff)  Esq. | To Atty Duke re: Progressive intentions re: appeal |
| 12/06/2023 | $660.00 | 44 Minutes | Research | Liggio, Jeffrey M (Jeff)  Esq. | r&r Brinks post-trial motions and orders in anticipation of defense post-trial arguments |
| 11/20/2023 | $435.00 | 29 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Proposed Final judgment |
| 11/16/2023 | $10,800.00 | 12 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial |
| 11/15/2023 | $10,800.00 | 12 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day of trial |
| 11/14/2023 | $10,800.00 | 12 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day of trial |
| 11/13/2023 | $10,800.00 | 12 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day of trial |
| 11/12/2023 | $5,400.00 | 6 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 11/09/2023 | $1,500.00 | 1 Hours 40 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 09/06/2023 | $2,385.00 | 2 Hours 39 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Pleadings Preparation |
| 07/17/2023 | $345.00 | 23 Minutes | Client Conference | Liggio, Jeffrey M (Jeff)  Esq. | Conference with clients |
| 05/25/2023 | $9,000.00 | 10 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial |
| 05/24/2023 | $11,685.00 | 12 Hours 59 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day |
| 05/23/2023 | $9,000.00 | 10 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day |
| 05/22/2023 | $10,800.00 | 12 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend Trial, prepare for next day |
| 05/19/2023 | $4,695.00 | 5 Hours 13 Minutes | Calendar Call | Liggio, Jeffrey M (Jeff)  Esq. | Calendar Call/Trial Prep |
| 05/19/2023 | $4,950.00 | 5 Hours 30 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 05/12/2023 | $2,325.00 | 2 Hours 35 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 05/04/2023 | $2,805.00 | 3 Hours 7 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 05/01/2023 | $2,505.00 | 2 Hours 47 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Preparation |
| 04/25/2023 | $5,385.00 | 5 Hours 59 Minutes | Mediation Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Attend MEdiation |
| 04/10/2023 | $2,325.00 | 2 Hours 35 Minutes | Mediation Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Mediation Prep/Document Review |
| 03/22/2023 | $1,320.00 | 1 Hours 28 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff)  Esq. | Trial Prep |
| 03/06/2023 | $585.00 | 39 Minutes | File Review | Liggio, Jeffrey M (Jeff)  Esq. | Review File |
| 02/28/2023 | $900.00 | 1 Hour | Attorney Conference | Liggio, Jeffrey M (Jeff)  Esq. | Attorney Conference |

| Date | Amount | Time | Activity | Attorney | Description |
|---|---|---|---|---|---|
| 02/26/2023 | $1,680.00 | 1 Hours 52 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Pleadings Prep |
| 02/17/2023 | $2,145.00 | 2 Hours 23 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep |
| 12/08/2022 | $1,303.33 | 1 Hours 32 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Reply to Knapp response re: in camera |
| 12/07/2022 | $481.67 | 34 Minutes | Receipt And Review | Liggio, Jeffrey M (Jeff) Esq. | Knapp response to in camera motion |
| 11/30/2022 | $410.83 | 29 Minutes | Recieved And Reviewed Transcript | Liggio, Jeffrey M (Jeff) Esq. | Trial transcript |
| 11/22/2022 | $2,649.17 | 3 Hours 7 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Motion for in camera re: Knapp withheld mat'ls. |
| 11/21/2022 | $439.17 | 31 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Pleadings Prep |
| 11/07/2022 | $5,185.00 | 6 Hours 6 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep |
| 11/06/2022 | $5,950.00 | 7 Hour | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Response to defense bench brief; research and investigation re: claims mgr involvement |
| 11/04/2022 | $5,950.00 | 7 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Bench Memo production of Atty Knapp files |
| 11/01/2022 | $5,100.00 | 6 Hour | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep/Conference |
| 11/01/2022 | $1,940.83 | 2 Hours 17 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Preparation |
| 10/31/2022 | $5,539.17 | 6 Hours 31 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep |
| 10/31/2022 | $3,541.67 | 4 Hours 10 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep |
| 10/26/2022 | $3,825.00 | 4 Hours 30 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep/Research |
| 10/24/2022 | $1,190.00 | 1 Hours 24 Minutes | Trial Preparation | Liggio, Jeffrey M (Jeff) Esq. | Trial Prep |
| 10/21/2022 | $1,147.50 | 1 Hours 21 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff) Esq. | Document Review |
| 10/12/2022 | $2,082.50 | 2 Hours 27 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 08/02/2022 | $2,819.17 | 3 Hours 19 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep/Depo |
| 08/01/2022 | $2,479.17 | 2 Hours 55 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 04/04/2022 | $2,181.67 | 2 Hours 34 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep/Reserach |
| 03/22/2022 | $2,606.67 | 3 Hours 4 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 03/21/2022 | $467.50 | 33 Minutes | Mediation Preparation | Liggio, Jeffrey M (Jeff) Esq. | Mediation Prep |
| 03/08/2022 | $3,584.17 | 4 Hours 13 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 03/04/2022 | $2,663.33 | 3 Hours 8 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Pleading Prep/Research |
| 03/02/2022 | $1,459.17 | 1 Hours 43 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Mr. Buckner |
| 02/23/2022 | $1,997.50 | 2 Hours 21 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 02/22/2022 | $6,814.17 | 8 Hours 1 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 02/17/2022 | $3,230.00 | 3 Hours 48 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Depo Prep |
| 01/27/2022 | $3,825.00 | 4 Hours 30 Minutes | Deposition Preparation | Liggio, Jeffrey M (Jeff) Esq. | Mr. Messer's deposition; confs. w/ Atty. Messer, and Atty. Cornell |
| 08/30/2021 | $793.33 | 56 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff) Esq. | File Review |
| 09/30/2020 | $1,714.17 | 2 Hours 1 Minutes | Attorney Conference | Liggio, Jeffrey M (Jeff) Esq. | Hearing Prep |
| 05/25/2020 | $3,244.17 | 3 Hours 49 Minutes | Pleadings Preparation | Liggio, Jeffrey M (Jeff) Esq. | Document Review |
| TOTAL | $218,915.03 | 248 Hours 54 Minutes | | | |

**WOOD V. PROGRESSIVE**
**L. Jason Cornell, Esq. (Time Records)**

| Date | Amount | Time | Activity | User | Description |
|---|---|---|---|---|---|
| 05/26/2023 | $2,200.00 | 4 Hour | Trial | Cornell, L. Jason Esq. | Trial |
| 05/25/2023 | $5,500.00 | 10 Hour | Trial Preparation | Cornell, L. Jason Esq. | Trial |
| 05/24/2023 | $6,600.00 | 12 Hour | Trial Preparation | Cornell, L. Jason Esq. | Trial |
| 05/23/2023 | $5,500.00 | 10 Hour | Trial Preparation | Cornell, L. Jason Esq. | Trial |
| 05/22/2023 | $6,600.00 | 12 Hour | Trial Preparation | Cornell, L. Jason Esq. | Trial |
| 05/19/2023 | $4,491.67 | 8 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Go over all trial outlines and exhibits for trial. Review redactions and coordin |
| 05/17/2023 | $3,941.67 | 7 Hours 10 Minutes | Trial | Cornell, L. Jason Esq. | Review second deposition transcript of Quinley; draft cross examination outline; |
| 05/15/2023 | $412.50 | 45 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Prepare revised Motion to Bring Electronic Devices. Confer with opposing counsel |
| 05/12/2023 | $1,787.50 | 3 Hours 15 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Go through exhibits in preparation for trial. Identify exhibits to use with part |
| 05/12/2023 | $550.00 | 1 Hour | Research | Cornell, L. Jason Esq. | Research and discuss whether emotional distress damages are available. |
| 05/12/2023 | $825.00 | 1 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read defense expert report and discuss same with J. Liggio regarding strategy at |
| 05/02/2023 | $366.67 | 40 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Go through each item on exhibit list and update exhibit list to reflect new mate |
| 05/01/2023 | $641.67 | 1 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Review exhibit list and witness list with team to see what needs to be updated b |
| 05/01/2023 | $256.67 | 28 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Review expert report for specific opinions concerning setting reserve; confer wi |
| 03/07/2023 | $183.33 | 20 Minutes | Office Conference | Cornell, L. Jason Esq. | Meet with J. Liggio to go over fees and costs and discuss settlement proposal in |
| 03/01/2023 | $330.00 | 36 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with J. Liggio regarding status conference and scheduling trial; confer w |
| 02/27/2023 | $687.50 | 1 Hours 15 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Research caselaw in support of Reply concerning production of Knapp's file in in |
| 02/27/2023 | $137.50 | 15 Minutes | Office Conference | Cornell, L. Jason Esq. | Confer with J. Liggio regarding revisions to Reply in support of in camera inspe |
| 02/23/2023 | $183.33 | 20 Minutes | Investigation | Cornell, L. Jason Esq. | Coordinate with process server regarding attempts at serving Brenda Sheffleld an |
| 02/23/2023 | $183.33 | 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Confer with process server and team on whether we want to subpoena Buckner for t |
| 02/08/2023 | $229.17 | 25 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Receive communication from expert regarding trial; review docket and trial order |
| 02/08/2023 | $238.33 | 26 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Confer with counsel for witnesses regarding subpoenas and schedule for testifyin |
| 01/30/2023 | $229.17 | 25 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding outstanding issues that need to be addressed before |
| 01/26/2023 | $183.33 | 20 Minutes | Office Conference | Cornell, L. Jason Esq. | Coordinate office conflicts with first day of trial. |
| 01/19/2023 | $320.83 | 35 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Confer with team regarding items we need to do in order to prepare for trial; pr |
| 12/08/2022 | $229.17 | 25 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Review response to Motion for in Camera inspection; review and revise reply and |
| 12/02/2022 | $229.17 | 25 Minutes | Document Review | Cornell, L. Jason Esq. | Review Knapp's response to motion and exhibits; confer with J. Liggio regarding |
| 11/29/2022 | $641.67 | 1 Hours 10 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Reply in further support of Appeal of Magistrate's discovery order. |
| 11/28/2022 | $229.17 | 25 Minutes | Document Review | Cornell, L. Jason Esq. | Review Defendant's response to appeal of discovery order; review case law cited |
| 11/18/2022 | $210.83 | 23 Minutes | Document Review | Cornell, L. Jason Esq. | Review Knapp's Response to Plaintiffs' Motion; discuss same with J. Liggio. |
| 11/14/2022 | $183.33 | 20 Minutes | Misc. | Cornell, L. Jason Esq. | Confer with J. Liggio regarding status of settlement negotiations; confer with R |
| 11/09/2022 | $550.00 | 1 Hour | Pleadings Preparation | Cornell, L. Jason Esq. | Confer with opposing counsel re appeal of magistrate's order; finish appeal and |
| 11/08/2022 | $3,437.50 | 6 Hours 15 Minutes | Trial | Cornell, L. Jason Esq. | Attend trial. Meet with clients post trial. |
| 11/08/2022 | $2,475.00 | 4 Hours 30 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft appeal of Magistrate's Order; confer with J. Liggio regarding same; gather |
| 11/08/2022 | $110.00 | 12 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Seek conferral with opposing counsel regarding appeal of |
| 11/06/2022 | $6,691.67 | 12 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Prepare cases for jury instructions; begin drafting closing; prepare exhibits fo |
| 11/05/2022 | $6,875.00 | 12 Hours 30 Minutes | Trial | Cornell, L. Jason Esq. | Prepare trial outlines; go through exhibits; practice opening; research legal is |
| 11/04/2022 | $5,087.50 | 9 Hours 15 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Prepare clients for trial; work through trial exhibits; complete outline for Bry |
| 11/03/2022 | $7,333.33 | 13 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Finalize exhibit list and witness list; confer with opposing counsel regarding t |
| 11/02/2022 | $5,683.33 | 10 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Prepare trial witness list with estimation of time and description of testimony; |
| 11/01/2022 | $2,970.00 | 5 Hours 24 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Review Messer deposition and draft designations; draft trial outline for Evan Ja |
| 11/01/2022 | $6,050.00 | 11 Hour | Trial Preparation | Cornell, L. Jason Esq. | Prepare Knapp trial outline and exhibits; prepare Richard outline and exhibits; |
| 10/31/2022 | $4,491.67 | 8 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Draft direct exam questions for Sheri Hopkins; read deposition transcript of K. |

| Date | Amount | Time | Task | Attorney | Description |
|---|---|---|---|---|---|
| 10/31/2022 | $7,241.67 | 13 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Research jury instructions; draft trial outlines for John Richards; communicate |
| 10/28/2022 | $733.33 | 1 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Research bad faith jury instructions for inclusion in proposed instructions. |
| 10/27/2022 | $275.00 | 30 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Engage in multiple conferrals with opposing counsel regarding motion practice, t |
| 10/27/2022 | $201.67 | 22 Minutes | Document Preparation | Cornell, L. Jason Esq. | Receive court's order expediting briefing; file revised motion correcting factua |
| 10/26/2022 | $2,108.33 | 3 Hours 50 Minutes | Document Preparation | Cornell, L. Jason Esq. | Draft Renewed Motion for Rule to Show Cause; prepare exhibits and research case |
| 10/26/2022 | $320.83 | 35 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel and J. Liggio regarding Defendant's proposed motion |
| 10/26/2022 | $229.17 | 25 Minutes | Document Review | Cornell, L. Jason Esq. | Review Court's decision denying Defendant's Motion in Limine; confer with J. Lig |
| 10/25/2022 | $3,712.50 | 6 Hours 45 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Research case law on motion to exclude and missing witness rule; draft motion to |
| 10/24/2022 | $3,391.67 | 6 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Finish trial outline and exhibits for Bryan Wood testimony. |
| 10/21/2022 | $724.17 | 1 Hours 19 Minutes | Attorney Conference | Cornell, L. Jason Esq. | Read opinion on motion for summary judgment; confer with J. Liggio re same; disc |
| 10/21/2022 | $1,375.00 | 2 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Go through document production and work on exhibit and witness lists; confer wit |
| 10/21/2022 | $2,841.67 | 5 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Work on direct exam questions for Bryan Wood. |
| 10/19/2022 | $4,033.33 | 7 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Draft trial outlines and prepare exhibits for trial re Vivian Knapp testimony. |
| 10/17/2022 | $3,025.00 | 5 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Work on outline and exhibits for direct examination of Vivian Knapp. |
| 10/05/2022 | $3,437.50 | 6 Hours 15 Minutes | Client Conference | Cornell, L. Jason Esq. | Complete review and annotation of K. Wood's deposition transcript for use at tri |
| 10/04/2022 | $137.50 | 15 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Confer with R. Messer regarding his trial subpoena; locate, review and send depo |
| 10/02/2022 | $2,291.67 | 4 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read and annotate John Richards deposition transcript; begin reading and annotat |
| 09/30/2022 | $1,741.67 | 3 Hours 10 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Finish direct examination outline of Roger Messer. |
| 09/30/2022 | $2,108.33 | 3 Hours 50 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Complete Direct Exam Outline of Yassel Amiama. |
| 09/30/2022 | $458.33 | 50 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Review document production to pull exhibits for Brenda Sheffield deposition. |
| 09/30/2022 | $1,558.33 | 2 Hours 50 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Begin drafting trial outline of Vivian Knapp. |
| 09/29/2022 | $1,512.50 | 2 Hours 45 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read and annotate the deposition of Vivian Knapp. |
| 09/29/2022 | $3,575.00 | 6 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Go through Progressive's production and prepare a time line/chronology of events |
| 09/29/2022 | $165.00 | 18 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client on whether they received various unsigned documents from Prog |
| 09/19/2022 | $146.67 | 16 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding the judgment that was entered against him. |
| 09/19/2022 | $110.00 | 12 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding expert depositions and costs for same. |
| 08/19/2022 | $1,466.67 | 2 Hours 40 Minutes | Deposition | Cornell, L. Jason Esq. | Prepare for and participate in deposition of Dan Doucette. |
| 08/18/2022 | $3,437.50 | 6 Hours 15 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition transcript and draft direct exam outline of Amiama. |
| 08/17/2022 | $3,666.67 | 6 Hours 40 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition transcript and draft direct exam outline of Amiama. |
| 08/16/2022 | $3,254.17 | 5 Hours 55 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition transcript and draft direct exam outline of Amiama. |
| 08/14/2022 | $3,025.00 | 5 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Draft direct exam outline for Dan Doucette. |
| 08/12/2022 | $458.33 | 50 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Review and revise exhibit list; |
| 08/12/2022 | $440.00 | 48 Minutes | Office Conference | Cornell, L. Jason Esq. | Confer with team regarding exhibit list and further items that need to be added; |
| 08/12/2022 | $3,300.00 | 6 Hour | Trial Preparation | Cornell, L. Jason Esq. | Draft direct exam outline for Dan Doucette. |
| 08/11/2022 | $2,933.33 | 5 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Draft direct exam outline for Dan Doucette. |
| 08/09/2022 | $3,575.00 | 6 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition and exhibits for Roger Messer and prepare trial outline. |
| 08/08/2022 | $3,758.33 | 6 Hours 50 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition and exhibits for Roger Messer and prepare trial outline. |
| 08/05/2022 | $4,033.33 | 7 Hours 20 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Read deposition and exhibits for Roger Messer and prepare trial outline. |
| 08/03/2022 | $137.50 | 15 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding trial schedule. |
| 08/02/2022 | $1,686.67 | 3 Hours 4 Minutes | Deposition | Cornell, L. Jason Esq. | Prepare for and participate in defense expert deposition. |
| 08/01/2022 | $183.33 | 20 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Confer with J. Liggio and co-counsel regarding exhibits for tomorrow's depositio |
| 08/01/2022 | $3,025.00 | 5 Hours 30 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Conduct document review to identify exhibits and assist with deposition question |
| 07/27/2022 | $183.33 | 20 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Receive notification from opposing counsel that they were canceling today's depo |
| 07/25/2022 | $412.50 | 45 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Prepare for today's depo prep call with our expert. |
| 07/25/2022 | $320.83 | 35 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Participate in call with expert. |
| 07/25/2022 | $696.67 | 1 Hours 16 Minutes | Document Preparation | Cornell, L. Jason Esq. | Read Defense Expert Report to review same with our expert. |

| Date | Amount | Time | Task | Attorney | Description |
|---|---|---|---|---|---|
| 07/25/2022 | $275.00 | 30 Minutes | Document Review | Cornell, L. Jason Esq. | Receive Defendant's Notice of filing ; review opinion filed by Defendant. |
| 05/12/2022 | $504.17 | 55 Minutes | Discovery Document Review | Cornell, L. Jason Esq. | Go through V. Knapp's document production; |
| 05/02/2022 | $183.33 | 20 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding deposition transcripts and review of same. |
| 04/29/2022 | $458.33 | 50 Minutes | Document Review | Cornell, L. Jason Esq. | Review Defendant's Reply in Support of Summary Judgment and the Statement of Fac |
| 04/25/2022 | $1,008.33 | 1 Hours 50 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Draft statement of case and review/revise Joint Pretrial; confer with opposing c |
| 04/21/2022 | $733.33 | 1 Hours 20 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Plaintiff's portion of pretrial stipulation. |
| 04/21/2022 | $825.00 | 1 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Continue working on pretrial stip; confer with opposing counsel regarding stip i |
| 04/21/2022 | $2,383.33 | 4 Hours 20 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Finish drafting and revising Response to Motion for Summary Judgment. |
| 04/18/2022 | $1,420.83 | 2 Hours 35 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Begin drafting response to Defendant's Omnibus Motion in Limine; conduct documen |
| 04/14/2022 | $3,025.00 | 5 Hours 30 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Finish drafting response to motion for summary judgment and statement of facts. |
| 04/13/2022 | $4,510.00 | 8 Hours 12 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Response to Motion for Summary Judgment and Statement of Facts. |
| 04/12/2022 | $128.33 | 14 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Confer with expert regarding response to MSJ and affidavit for same. |
| 04/12/2022 | $3,850.00 | 7 Hour | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Response to Motion for Summary Judgment and Statement of Facts. |
| 04/11/2022 | $3,850.00 | 7 Hour | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Response to MSJ and Statement of Facts; conduct document review to prepare |
| 04/10/2022 | $3,391.67 | 6 Hours 10 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Response to MSJ and Statement of Facts; conduct document review to prepare |
| 04/09/2022 | $3,941.67 | 7 Hours 10 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Read depositions and review file materials produced by Progressive to prepare co |
| 04/08/2022 | $3,850.00 | 7 Hour | Pleadings Preparation | Cornell, L. Jason Esq. | Go through record evidence and prepare response to Defendant's statement of fact |
| 04/07/2022 | $3,575.00 | 6 Hours 30 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft response to MSJ |
| 03/29/2022 | $3,025.00 | 5 Hours 30 Minutes | Deposition | Cornell, L. Jason Esq. | Prepare for and attend both clients' depositions today; confer with clients befo |
| 03/28/2022 | $366.67 | 40 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Engage in multiple calls with clients today to continue preparing for their depo |
| 03/23/2022 | $1,879.17 | 3 Hours 25 Minutes | Mediation | Cornell, L. Jason Esq. | Prepare for and participate in mediation. |
| 03/23/2022 | $137.50 | 15 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with mediator and opposing counsel regarding filing of mediator report an |
| 03/21/2022 | $201.67 | 22 Minutes | Document Review | Cornell, L. Jason Esq. | Receive Defendant's Response to Plaintiff's Motion to Amend; discuss same with J |
| 03/21/2022 | $641.67 | 1 Hours 10 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Complete motion to amend trial deadlines; confer with opposing counsel and J. Li |
| 03/21/2022 | $412.50 | 45 Minutes | Mediation Preparation | Cornell, L. Jason Esq. | Prepare for mediation |
| 03/21/2022 | $229.17 | 25 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding adjuster attending mediation; research ad |
| 03/21/2022 | $183.33 | 20 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Make further revisions to motion to extend deadlines based on conversations with |
| 03/18/2022 | $229.17 | 25 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding motion to continue, upcoming mediation and status o |
| 03/18/2022 | $458.33 | 50 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Began drafting motion to continue trial deadlines. |
| 03/17/2022 | $165.00 | 18 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Multiple conferrals with opposing counsel regarding expert reports and motion to |
| 03/17/2022 | $137.50 | 15 Minutes | Office Conference | Cornell, L. Jason Esq. | Receive J. Liggio's settlement email to opposing counsel; confer with J. Liggio |
| 03/16/2022 | $275.00 | 30 Minutes | Mediation Preparation | Cornell, L. Jason Esq. | Receive correspondence from mediator's office regarding next week's mediation; c |
| 03/15/2022 | $137.50 | 15 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Receive correspondence from client's prior counsel regarding file materials;  co |
| 03/14/2022 | $220.00 | 24 Minutes | Discovery Response | Cornell, L. Jason Esq. | Meet with team to go over status of depositions, today's expert report and other |
| 03/14/2022 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding deadline today for expert reports. |
| 03/14/2022 | $1,008.33 | 1 Hours 50 Minutes | Discovery Document Review | Cornell, L. Jason Esq. | Receive and review expert's report and exhibits; prepare memo to file summarizin |
| 03/14/2022 | $165.00 | 18 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Receive additional deposition testimony; confer with expert regarding his report |
| 03/08/2022 | $229.17 | 25 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Receive and briefly review deposition transcripts; forward same to expert for re |
| 03/07/2022 | $229.17 | 25 Minutes | Deposition | Cornell, L. Jason Esq. | Receive and review excerpts from deposition of Amiama Yassel. |
| 03/04/2022 | $137.50 | 15 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Receive inquiry from expert regarding deadlines; confer with team and review cor |
| 03/04/2022 | $825.00 | 1 Hours 30 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Review and revise Amended Complaint; draft Motion to Compel; confer with J. Ligg |
| 03/03/2022 | $137.50 | 15 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with clients regarding their request to reschedule deposition. |
| 03/03/2022 | $165.00 | 18 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Phone call to opposing counsel and exchange correspondence with opposing counsel |
| 03/02/2022 | $201.67 | 22 Minutes | Research | Cornell, L. Jason Esq. | Receive and review license and background report information on deponent Brenda |
| 03/02/2022 | $137.50 | 15 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Confer with J. Liggio regarding facts to include in amended complaint. |
| 03/01/2022 | $687.50 | 1 Hours 15 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Confer with Jeff Liggio regarding today's call with the client and prepare list |

| Date | Amount | Time | Activity | Attorney | Description |
|---|---|---|---|---|---|
| 03/01/2022 | $550.00 | 1 Hour | Client Conference | Cornell, L. Jason Esq. | Participate in conference call with client to prepare them both for their deposi |
| 02/22/2022 | $238.33 | 26 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Prepare and file amended notice of mediator. |
| 02/21/2022 | $183.33 | 20 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding location of B. Shefflied; research locati |
| 02/16/2022 | $458.33 | 50 Minutes | Document Preparation | Cornell, L. Jason Esq. | Go through document production to identify additional deponents; confer with opp |
| 02/16/2022 | $1,283.33 | 2 Hours 20 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Go through document production and annotate records for J. Liggio to use during |
| 02/16/2022 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding scheduling deposition of Brenda Sheffeild |
| 02/16/2022 | $229.17 | 25 Minutes | Document Review | Cornell, L. Jason Esq. | Receive court's decision on motion to dismiss. Confer with J. Liggio regarding m |
| 02/15/2022 | $1,035.83 | 1 Hours 53 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Review over 570 pages of documents to prepare questions and exhibits for J. Ligg |
| 02/15/2022 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding discovery deadlines. |
| 02/15/2022 | $320.83 | 35 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Go through deposition transcript, deadlines and upcoming deposition dates; confe |
| 01/28/2022 | $201.67 | 22 Minutes | Deposition | Cornell, L. Jason Esq. | Review exhibits from Messer's deposition. |
| 01/27/2022 | $1,329.17 | 2 Hours 25 Minutes | Deposition | Cornell, L. Jason Esq. | Participate in deposition of R. Messer; confer with J. Liggio regarding testimon |
| 01/25/2022 | $128.33 | 14 Minutes | Client Conference | Cornell, L. Jason Esq. | Follow-up call with client regarding preparing for deposition, preparing for med |
| 01/25/2022 | $128.33 | 14 Minutes | Office Conference | Cornell, L. Jason Esq. | Receive and review Court's order regarding discovery report and upcoming hearing |
| 01/25/2022 | $412.50 | 45 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Begin reviewing documents to prepare for upcoming deposition. |
| 01/24/2022 | $137.50 | 15 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Prepare and file Notice of Mediation and Mediator selection. |
| 01/24/2022 | $201.67 | 22 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Review and revise discovery report; confer with opposing counsel regarding revis |
| 01/24/2022 | $155.83 | 17 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with clients and opposing counsel regarding upcoming depositions and date |
| 01/24/2022 | $165.00 | 18 Minutes | Document Review | Cornell, L. Jason Esq. | Review various trial orders and discovery orders to ensure compliance with deadl |
| 01/20/2022 | $165.00 | 18 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Review upcoming deadlines and items sent to our expert; confer with expert regar |
| 01/20/2022 | $165.00 | 18 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding Plaintiff's deposition, Buckner depositio |
| 01/20/2022 | $128.33 | 14 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Review and revise Witness List; confer with team regarding filing same. |
| 01/14/2022 | $660.00 | 1 Hours 12 Minutes | Document Review | Cornell, L. Jason Esq. | Review Progressive's file and the items that are being removed for privilege; co |
| 01/14/2022 | $110.00 | 12 Minutes | Discovery Response | Cornell, L. Jason Esq. | Review privilege log. |
| 01/12/2022 | $165.00 | 18 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | work with team on gathering dates for depositions consistent with trial order. |
| 01/12/2022 | $110.00 | 12 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding dates for deponents. |
| 01/12/2022 | $91.67 | 10 Minutes | Mediation | Cornell, L. Jason Esq. | Confer with opposing counsel regarding mediation. |
| 01/11/2022 | $220.00 | 24 Minutes | Discovery Document Review | Cornell, L. Jason Esq. | Confer with K. Harmon regarding production of client's file with privileged comm |
| 01/10/2022 | $183.33 | 20 Minutes | Office Conference | Cornell, L. Jason Esq. | Team meeting to discuss deadlines in case, scheduling depositions and other work |
| 01/07/2022 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Receive email from opposing counsel; return email re call and then call counsel |
| 01/05/2022 | $146.67 | 16 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Prepare deposition notice for John Richards |
| 12/06/2021 | $137.50 | 15 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Receive revised trial order from court with new dates; calendar same; confer wit |
| 12/06/2021 | $183.33 | 20 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Prepare and revise deposition duces tecum for Roger Messer. |
| 12/01/2021 | $110.00 | 12 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding status of scheduling depositions. |
| 11/22/2021 | $110.00 | 12 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Follow-up with opposing counsel regarding the status of the motion to extend dis |
| 11/18/2021 | $128.33 | 14 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Follow-up with expert regarding the retainer. |
| 11/16/2021 | $91.67 | 10 Minutes | Discovery Response | Cornell, L. Jason Esq. | Office conference with K. Harmon regarding expert reports, discovery responses a |
| 11/16/2021 | $916.67 | 1 Hours 40 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft motion to amend expert deadlines due to problems with expert availability. |
| 11/16/2021 | $91.67 | 10 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding motion to amend deadlines. |
| 11/15/2021 | $1,466.67 | 2 Hours 40 Minutes | Discovery Document Review | Cornell, L. Jason Esq. | Continue reviewing documents produced by Defendant in order to make timeline to |
| 11/15/2021 | $128.33 | 14 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Research potential expert witnesses. Phone call to potential experts regarding w |
| 11/15/2021 | $733.33 | 1 Hours 20 Minutes | Deposition Preparation | Cornell, L. Jason Esq. | Review claims file and related documents to identify witnesses for deposition. |
| 11/15/2021 | $128.33 | 14 Minutes | Document Review | Cornell, L. Jason Esq. | Review orders setting various deadlines prior to calling opposing counsel. |
| 11/15/2021 | $91.67 | 10 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding expert and other deadlines. |
| 11/15/2021 | $110.00 | 12 Minutes | Document Preparation | Cornell, L. Jason Esq. | Exchange correspondence with opposing counsel and our team regarding agreement t |
| 11/15/2021 | $320.83 | 35 Minutes | Conference W/Expert | Cornell, L. Jason Esq. | Prepare outline for issues to discuss with expert witness today during call; con |

| Date | Amount | Time | Task | Attorney | Description |
|---|---|---|---|---|---|
| 11/15/2021 | $165.00 | 18 Minutes | Document Preparation | Cornell, L. Jason Esq. | Exchange correspondence with expert regarding working on case and deadline for s |
| 11/11/2021 | $311.67 | 34 Minutes | Discovery Document Preparation | Cornell, L. Jason Esq. | Review amended Pretrial Order and prior items sent to potential expert; follow-u |
| 09/01/2021 | $366.67 | 40 Minutes | Telephone Conference | Cornell, L. Jason Esq. | Confer with ▮▮▮▮▮ regarding being an expert in this case; review file materi |
| 08/31/2021 | $110.00 | 12 Minutes | Client Conference | Cornell, L. Jason Esq. | Continue conversation with client regarding questions we have concerning pre-ver |
| 08/31/2021 | $220.00 | 24 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Research potential bad faith experts and reach out to some regarding ability to |
| 08/30/2021 | $128.33 | 14 Minutes | Office Conference | Cornell, L. Jason Esq. | Confer with J. Liggio regarding whether we should retain an expert. |
| 08/30/2021 | $91.67 | 10 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding status of document production. |
| 08/30/2021 | $146.67 | 16 Minutes | Office Conference | Cornell, L. Jason Esq. | Confer with G. Stahl regarding amending the complaint to add facts to support fi |
| 08/30/2021 | $330.00 | 36 Minutes | Research | Cornell, L. Jason Esq. | Research cases supporting fiduciary duty claim. |
| 08/30/2021 | $458.33 | 50 Minutes | Office Conference | Cornell, L. Jason Esq. | Office conference with J. Liggo and G. Stahl regarding motion to dismiss, deposi |
| 08/30/2021 | $155.83 | 17 Minutes | Client Conference | Cornell, L. Jason Esq. | Confer with client regarding letters where his name appears on the signature lin |
| 08/23/2021 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Review prior correspondence from opposing counsel on when he assured us we would |
| 08/18/2021 | $165.00 | 18 Minutes | Discovery Response | Cornell, L. Jason Esq. | Confer with client regarding revisions to discovery. |
| 08/10/2021 | $275.00 | 30 Minutes | Discovery Document Review | Cornell, L. Jason Esq. | Review discovery requests and prepare for call with client; participate in clien |
| 08/10/2021 | $91.67 | 10 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with opposing counsel regarding counsel's request for extension to respon |
| 08/09/2021 | $229.17 | 25 Minutes | Discovery Response | Cornell, L. Jason Esq. | Review discovery; confer with team regarding responses; confer with client regar |
| 08/09/2021 | $183.33 | 20 Minutes | Client Conference | Cornell, L. Jason Esq. | Begin discussions with clients to go over discovery and prepare responses; confe |
| 07/22/2021 | $320.83 | 35 Minutes | Discovery Document Preparation | Cornell, L. Jason Esq. | Receive and review Defendant's first set of interrogatories and request to produ |
| 07/09/2021 | $366.67 | 40 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Receive correspondence from opposing counsel regarding Rule 26 Disclosures; revi |
| 07/08/2021 | $825.00 | 1 Hours 30 Minutes | Trial Preparation | Cornell, L. Jason Esq. | Begin drafting trial guide to prepare for depositions and discovery; review cour |
| 07/08/2021 | $128.33 | 14 Minutes | Confer with Opposing Counsel | Cornell, L. Jason Esq. | Confer with team and opposing counsel regarding status of Defendant's Rule 26 di |
| 07/07/2021 | $779.17 | 1 Hours 25 Minutes | Discovery Document Preparation | Cornell, L. Jason Esq. | Review documents received in case and prepare Requests to Produce based off of d |
| 07/01/2021 | $229.17 | 25 Minutes | Client Conference | Cornell, L. Jason Esq. | Receive correspondence from client with questions regarding final judgment and t |
| 05/27/2021 | $458.33 | 50 Minutes | Document Review | Cornell, L. Jason Esq. | Receive and review Defendant's Reply in support of Dismissal; review some of the |
| 05/18/2021 | $641.67 | 1 Hours 10 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft fiduciary duty portion of response to Motion to Dismiss; research law rega |
| 05/17/2021 | $229.17 | 25 Minutes | Document Review | Cornell, L. Jason Esq. | Receive correspondence from K. Harmon regarding disclosures; review documents pr |
| 05/14/2021 | $2,795.83 | 5 Hours 5 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Response to Motion to Dismiss; research case law in support of Response; |
| 05/07/2021 | $1,466.67 | 2 Hours 40 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Receive Defendant's Motion to Dismiss; pull cases cited by Defendant and review |
| 05/07/2021 | $229.17 | 25 Minutes | Document Preparation | Cornell, L. Jason Esq. | Prepare memo to discuss action plan to get case through discovery and ready for |
| 05/06/2021 | $458.33 | 50 Minutes | Attorney Conference | Cornell, L. Jason Esq. | Received correspondence from opposing counsel with joint conference report attac |
| 05/03/2021 | $183.33 | 20 Minutes | Document Review | Cornell, L. Jason Esq. | Review and revise Disclosures before filing with the court; review upcoming dead |
| 04/28/2021 | $2,429.17 | 4 Hours 25 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Draft Motion to Remand; |
| 04/27/2021 | $2,200.00 | 4 Hour | Pleadings Preparation | Cornell, L. Jason Esq. | Research case law in support of Motion to Remand; review documents to include as |
| 03/16/2021 | $458.33 | 50 Minutes | Pleadings Preparation | Cornell, L. Jason Esq. | Confer with J. Liggio regarding status of case; review documents to include as |
| 08/06/2020 | $666.67 | 1 Hours 20 Minutes | Document Review | Cornell, L. Jason Esq. | Receive correspondence from client regarding status; review complaint and relev |
| TOTAL | $267,031.66 | 485 Hours 38 Minutes | | | |

**WOOD V. PROGRESSIVE**
**Jesse W. Isom, Esq. (Time Records)**

| Date | Amount | Time | Activity | User | Description |
|---|---|---|---|---|---|
| 02/21/2024 | $70.00 | 12 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed defendant's reply in support of MJMOL/MNT. |
| 02/13/2024 | $1,085.00 | 3 Hours 6 Minutes | Document Preparation | Isom, Jesse W Esq. | Finalized jury selection issue of defendant's MJMOL/MNT, drafted opening section |
| 02/12/2024 | $910.00 | 2 Hours 36 Minutes | Document Preparation | Isom, Jesse W Esq. | Began drafting response to jury selection issue of defendant's MJMOL/MNT. |
| 02/09/2024 | $455.00 | 1 Hours 18 Minutes | Document Preparation | Isom, Jesse W Esq. | Legal research re legal standard for MJMOL and MNT and jury selection issue. |
| 01/31/2024 | $140.00 | 24 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed defendant's motion for renewed judgment as a matter of law and alternat |
| 01/18/2024 | $35.00 | 6 Minutes | E-Mail | Isom, Jesse W Esq. | Emailed client (Bryan) update re call with opposing counsel and plans to move fo |
| 01/16/2024 | $70.00 | 12 Minutes | Confer with Opposing Counsel | Isom, Jesse W Esq. | Conference call with JML and Adam Duke re attorneys' fees and costs and post-tri |
| 01/16/2024 | $35.00 | 6 Minutes | Attorney Conference | Isom, Jesse W Esq. | Team meeting (by video) re preparing motion for attorneys' fees and costs, motio |
| 01/12/2024 | $35.00 | 6 Minutes | Client Conference | Isom, Jesse W Esq. | Email to client re final judgment and status of negotiations over costs and fees |
| 01/11/2024 | $35.00 | 6 Minutes | Confer with Opposing Counsel | Isom, Jesse W Esq. | Email exchange with opposing counsel re scheduling conferral call. |
| 12/20/2023 | $105.00 | 18 Minutes | Confer with Opposing Counsel | Isom, Jesse W Esq. | Telephone call with opposing counsel re possible settlement of attorneys' fees a |
| 12/01/2023 | $245.00 | 42 Minutes | File Review | Isom, Jesse W Esq. | Researched local rules re taxable costs and attorneys' fees and related case law |
| 11/27/2023 | $116.67 | 20 Minutes | Document Preparation | Isom, Jesse W Esq. | Edited motion for entry of final judgment and proposed final judgment. |
| 11/21/2023 | $29.17 | 5 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed draft judgment, reviewed email related to same, discussed same with JML |
| 11/21/2023 | $17.50 | 3 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed list of admitted exhibits and email exchange re same. |
| 11/21/2023 | $11.67 | 2 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed revised draft judgment, email exchange about deducting $50,000 tendered |
| 11/16/2023 | $4,200.00 | 12 Hour | Trial Preparation | Isom, Jesse W Esq. | Attend Trial |
| 11/15/2023 | $4,200.00 | 12 Hour | Trial Preparation | Isom, Jesse W Esq. | Attend Trial, prepare for next day of trial |
| 11/14/2023 | $4,200.00 | 12 Hour | Trial Preparation | Isom, Jesse W Esq. | Attend Trial, prepare for next day of trial |
| 11/13/2023 | $4,200.00 | 12 Hour | Trial Preparation | Isom, Jesse W Esq. | Attend Trial, prepare for next day of trial |
| 11/12/2023 | $2,625.00 | 7 Hours 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/12/2023 | $875.00 | 2 Hours 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Kaylee Wood witness prep. |
| 11/11/2023 | $2,800.00 | 8 Hour | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/10/2023 | $3,500.00 | 10 Hour | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/09/2023 | $1,400.00 | 4 Hour | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/08/2023 | $1,050.00 | 3 Hour | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/07/2023 | $1,050.00 | 3 Hour | Trial Preparation | Isom, Jesse W Esq. | Trial Preparation |
| 11/06/2023 | $612.50 | 1 Hours 45 Minutes | Trial Preparation | Isom, Jesse W Esq. | Trial Prep |
| 11/03/2023 | $466.67 | 1 Hours 20 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed Sheri Hopkins video deposition and transcript; prepared notes re same; |
| 11/03/2023 | $175.00 | 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Discussions with JML, KGH, NYC re trial prep. |
| 11/02/2023 | $175.00 | 30 Minutes | Hearing Preparation | Isom, Jesse W Esq. | Preparation for calendar call; phone call with JML, KGH, and NYC re same. |
| 11/02/2023 | $70.00 | 12 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed order denying motion to reconsider exclusion of John Richards. |
| 11/02/2023 | $612.50 | 1 Hours 45 Minutes | Research | Isom, Jesse W Esq. | Research re offer of proof, necessity for preserving evidentiary issue at trial, |
| 11/02/2023 | $58.33 | 10 Minutes | Receipt And Review | Isom, Jesse W Esq. | Reviewed order denying defendant's motion to strike Jamie Wood. |
| 11/01/2023 | $175.00 | 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed trial transcripts of witness testimony. |
| 10/31/2023 | $525.00 | 1 Hours 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed trial transcripts of witness testimony from first trial. |
| 10/30/2023 | $35.00 | 6 Minutes | Document Preparation | Isom, Jesse W Esq. | Reviewed and revised notice of appearance. |
| 10/30/2023 | $385.00 | 1 Hours 6 Minutes | Trial Preparation | Isom, Jesse W Esq. | Meeting with KGH and NYC re trial prep. |
| 10/27/2023 | $35.00 | 6 Minutes | Trial Preparation | Isom, Jesse W Esq. | Discussion with KGH and NYC re exhibit binders and trial boxes. |
| 10/26/2023 | $70.00 | 12 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed Judge Martinez trial preference survey responses, email to JML and team |
| 10/25/2023 | $35.00 | 6 Minutes | Client Conference | Isom, Jesse W Esq. | Email communication with client. |
| 10/24/2023 | $525.00 | 1 Hours 30 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed file in preparation for trial. |
| 10/23/2023 | $525.00 | 1 Hours 30 Minutes | Document Preparation | Isom, Jesse W Esq. | Reviewed and revised motion to reconsider exclusion of John Richard's testimony. |
| 10/18/2023 | $87.50 | 15 Minutes | Trial Preparation | Isom, Jesse W Esq. | Discussion and emails re witnesses for trial. |
| 10/06/2023 | $262.50 | 45 Minutes | Trial Preparation | Isom, Jesse W Esq. | Began review of file, including summary judgment briefing and order, for trial p |
| 09/29/2023 | $58.33 | 10 Minutes | Trial Preparation | Isom, Jesse W Esq. | Reviewed trial transcript of argument re exclusion of John Richards' testimony. |
| TOTAL | $38,383.34 | 109 Hours 40 Minutes | | | |

**WOOD V. PROGRESSIVE**
**Kathy G. Harmon (Time Records)**

| Date | Amount | Time | Activity | User | Description |
|---|---|---|---|---|---|
| 11/16/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | Attend Trial |
| 11/15/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | Attend Trial |
| 11/14/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | Attend Trial |
| 11/13/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | Attend Trial |
| 11/11/2023 | $450.00 | 2 Hour | Trial Preparation | Harmon, Kathy G | Trial Prep - Exhibit Review |
| 11/10/2023 | $675.00 | 3 Hour | Trial Preparation | Harmon, Kathy G | Trial Prep |
| 05/25/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | attend trial |
| 05/24/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | attend trial |
| 05/23/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | attend trial |
| 05/22/2023 | $1,800.00 | 8 Hour | Trial Assistance | Harmon, Kathy G | Attend trial. |
| 05/19/2023 | $472.50 | 2 Hours 6 Minutes | Trial Preparation | Harmon, Kathy G | trial prep |
| 11/08/2022 | $1,406.25 | 6 Hours 15 Minutes | Trial | Harmon, Kathy G | Attend trial. Meet with clients post trial. |
| 11/05/2022 | $450.00 | 2 Hour | Trial Preparation | Harmon, Kathy G | trial prep/review exhibits (joint; defendants/plaintiffs) |
| 11/04/2022 | $2,400.00 | 10 Hours 40 Minutes | Trial Preparation | Harmon, Kathy G | trial prep; notebooks/exhibit folders, etc. |
| 11/03/2022 | $1,863.75 | 8 Hours 17 Minutes | Trial Preparation | Harmon, Kathy G | trial prep |
| 11/02/2022 | $1,125.00 | 5 Hour | Trial Preparation | Harmon, Kathy G | trial prep |
| 11/01/2022 | $1,151.25 | 5 Hours 7 Minutes | Trial Preparation | Harmon, Kathy G | Trial prep; mtgs with JML/Jason |
| 10/31/2022 | $1,155.00 | 5 Hours 8 Minutes | Trial Preparation | Harmon, Kathy G | mtg with Jeff and Jason re: trial strategy; review trial exhibits, prep copy of |
| 10/25/2022 | $172.50 | 46 Minutes | Trial Preparation | Harmon, Kathy G | renumber and add add'l exhibits to trial exhibit folder |
| 10/20/2022 | $547.50 | 2 Hours 26 Minutes | Document Preparation | Harmon, Kathy G | download pattern instructions; prepare draft; email attorneys |
| 08/12/2022 | $255.00 | 1 Hours 8 Minutes | Trial Preparation | Harmon, Kathy G | work on exhibit list; email to attorneys; begin pulling exhibits |
| 01/21/2022 | $243.75 | 1 Hours 5 Minutes | Case Allocation | Harmon, Kathy G | review case deadlines; t/c Jason, review discovery documents; draft Joint Discov |
| 01/20/2022 | $93.75 | 25 Minutes | Document Review | Harmon, Kathy G | review file docs; draft witness list; email LJC |
| 01/14/2022 | $300.00 | 1 Hours 20 Minutes | Discovery Document Review | Harmon, Kathy G | review privilege documents and prep draft Privilege Log |
| 11/16/2021 | $37.50 | 10 Minutes | Office Conference | Harmon, Kathy G | Office conference with LJC regarding discovery deadlines, expert reports and mot |
| 08/14/2021 | $427.50 | 1 Hours 54 Minutes | Discovery Document Preparation | Harmon, Kathy G | review file documents and prep draft responses to RTP |
| 08/14/2021 | $363.75 | 1 Hours 37 Minutes | Discovery Document Preparation | Harmon, Kathy G | complete draft answers to interrogatories; email attorneys |
| 08/10/2021 | $127.50 | 34 Minutes | Client Conference | Harmon, Kathy G | review discovery requests, prep for conf with client; conference with client and |
| 08/09/2021 | $78.75 | 21 Minutes | Discovery Document Review | Harmon, Kathy G | review document requests and interrogatories; telephone conference with attorney |
| 05/16/2021 | $322.50 | 1 Hours 26 Minutes | Document Preparation | Harmon, Kathy G | review file docs, draft Initial Disclosures |
| 05/01/2021 | $221.25 | 59 Minutes | Document Preparation | Harmon, Kathy G | review Federal Court deadlines; draft Certificate of Interested Persons, email t |
| TOTAL | $28,740.00 | 127 Hours 44 Minutes | | | |