# EXHIBIT "C"



**Doucette
& Associates**

*Forensic Consulting
Bad Faith & Insurance Coverage
Offices in Wisconsin & Florida*

16800 W. Greenfield Avenue
Suite 124
Brookfield, WI 53005
Office: 239/244-9388
Cell: 262/391-3246
dan@doucetteassociates.com
www.doucetteassociates.com

*Daniel R. Doucette
President*

## RETAINER AGREEMENT

### General Information

This agreement covers the terms and conditions of the retention of Doucette & Associates by your firm, Liggio Law, P.A., to participate in a matter entitled Wood v. Progressive.

In order for the retention agreement to become effective, a non-refundable retainer of $3,000.00 and a signed copy of this Agreement must be received. This retainer will be applied to the final bill in this matter.

Daniel Doucette agrees that he will author all reports and will be responsible for all testimony unless otherwise agreed or requested by the client. Other general review of materials may be performed by associate counsel or paralegal.

### Fee Schedule

The fee schedule is:
Daniel Doucette is billed at $450 per hour.
Associate Counsel is billed at $250 per hour.
Paralegal assistance is billed at $150 per hour.

All reasonable expenses will be reimbursed by the client. All out-of-pocket expenses, if any, (ground transportation, lodging, parking, mileage, etc.) are billed at cost. Travel time, outside of the area, will be charged at $250 per hour.

The client will be billed at regular intervals dependent upon the nature and volume of work involved.

All checks should be made payable to Doucette & Associates. The federal tax identification number is 39-1868920.

### Daubert

Client agrees that in the event a Daubert motion or similar state court motion is filed challenging the testimony of Mr. Doucette, copies of the moving papers and briefs will be forwarded to Mr. Doucette and counsel will work with him in preparation of a response.

Doucette & Associates agree they will not incur any extraordinary expenses, or in other ways change the terms of this Retainer Agreement, without the expressed consent of the retaining attorney.

Please sign below indicating your acceptance of the terms of this Agreement and return an executed copy to our office via email or U.S. mail.

Doucette & Associates, Inc.

By: _____
    Daniel R. Doucette

Date: 11/15/21

Liggio Law, P.A.

By: _____
    L. Jason Cornell

Date: 11/16/21



# Doucette
# Associates

*Forensic Consulting*
 *Bad Faith & Insurance Coverage*
 *Offices in Wisconsin & Florida*

16800 W. Greenfield Avenue
Suite 124
Brookfield, WI 53005
Office: 239/244-9388
Cell: 262/391-3246
dan@doucetteassociates.com
www.doucetteassociates.com

*Daniel R. Doucette*
*President*

August 24, 2022

Liggio Law, P.A.
1615 Forum Place, Suite 3B
West Palm Beach, FL 33401

Re:    Wood v. Progressive

## Deposition Invoice

| Date 2022 | Services Rendered | Hours |
|---|---|---|
| 8/19 | Attendance at deposition; | 2.25 |

### Fee Summary
Dan Doucette:  2.25 hours at $450 per hour = $1,012.50

**Amount Due This Invoice = $1,012.50**

*Wood.*



# Doucette
# Associates

Forensic Consulting
Bad Faith & Insurance Coverage
Offices in Wisconsin & Florida

16800 W. Greenfield Avenue
Suite 124
Brookfield, WI 53005
Office: 239/244-9388
Cell: 262/391-3246
dan@doucetteassociates.com
www.doucetteassociates.com

*Daniel R. Doucette*
*President*

August 24, 2022

Liggio Law, P.A.
1615 Forum Place, Suite 3B
West Palm Beach, FL 33401

Re:    Wood v. Progressive

## **Interim Invoice for Services**

| Date | Services Rendered | Hours |
|------|-------------------|-------|
| **2021** | | |
| 12/3 | Review and summarize Complaint and Answer; Preparation of Case Review and Document Summary (CRDS); | 2.58-AC |
| 12/6 | Begin review and summary of Claims File; Update CRDS; | 4.71-AC |
| 12/7 | Continue review and summary of Claims File; Update CRDS; | 2.72-AC |
| 12/8 | Complete review and summary of Claims File; Update CRDS; | 3.41-AC |
| 12/9 | Review and summary of files re:  1st RTP to Defendant; Update CRDS; | 5.62-AC |
| 12/10 | Review and summary of files re:  1st RTP to Plaintiff; Update CRDS; | 2.50-AC |
| **2022** | | |
| 2/16 | Summarize deposition of Roger Messer; | 3.60-PL |
| 3/1 | Review of file materials; | 1.75-DD |
| 3/7 | Summarize deposition of Amiama Yassel; | 2.10-PL |
| 3/8 | Summarize deposition of Sheri Hopkins;<br>Summarize deposition of Vivian Knapp; | .70-PL<br>1.30-PL |

| | | |
|---|---|---|
| 3/8 | Review of deposition summaries and exhibits | 2.25-DD |
| 3/9 | Preparation of report; | 5.25-DD |
| 3/18 | Summarize deposition of John Richards; | .80-PL |
| 3/21 | Summarize deposition of Robert Buckner;<br>Preparation of Deposition Exhibit Index; | .60-PL<br>.50-PL |
| 4/12 | Telephone conference with Attorney Cornell, re:  Affidavit;<br>Preparation of Affidavit; | .25-DD<br>.50-DD |
| 7/21 | Review of file in preparation for deposition; | 2.75-DD |
| 7/22 | Review of Knapp's file; | 1.50-DD |
| 7/25 | Review of Quinley report and additional cases;<br>Continue preparing for deposition; | 4.50-DD |

**Fee Summary**
Dan Doucette:  18.75 hours at $450 per hour = $8,437.50
Associate Counsel:  21.54 hours at $250 per hour = $5,385.00
Paralegal:  9.60 hours at $150 = $1,440.00

Total Amount:  $15,262.50
Less Retainer Fee of $3,000.00

**Amount Due This Invoice = $12,262.50**



**Doucette**
**Associates**

*Forensic Consulting*
*Bad Faith & Insurance Coverage*
*Offices in Wisconsin & Florida*

16800 W. Greenfield Avenue
Suite 124
Brookfield, WI 53005
Office: 239/244-9388
Cell: 262/391-3246
dan@doucetteassociates.com
www.doucetteassociates.com

*Daniel R. Doucette*
*President*

June 1, 2023

Liggio Law, P.A.
1615 Forum Place, Suite 3B
West Palm Beach, FL 33401

Re: Wood v. Progressive

### Final Invoice for Services

| Date 2022 | Services Rendered | Hours |
|---|---|---|
| 7/26 | Summarize deposition of Kaylee Wood; | .40-PL |
| 8/19 | Preparation for deposition; | 1.50-DD |
| 10/24 | Review of Decision on Summary Judgment; | .50-DD |
| 11/6 | Review of file; Preparation for trial; | 4.75-DD |
| **2023** | | |
| 5/22 | Prepare for trial; | 3.75-DD |
| 5/23 | Final trial preparation; | 1.75-DD |
| 5/24 | Attendance at trial; | 5.50-DD |

**Fee Summary**
Dan Doucette: 17.75 hours at $450 per hour = $7,987.50
Paralegal: .40 hours at $150 = $60.00
Travel to Fort Pierce and Return: 6 hours at $250 per hour = $1,500.00
Hotel = $489.30
Travel Meals = $72.75

**Amount Due this Invoice = $10,109.55**



***Doucette***
***Associates***

*Forensic Consulting*
*Bad Faith & Insurance Coverage*
*Offices in Wisconsin & Florida*

16800 W. Greenfield Avenue
Suite 124
Brookfield, WI 53005
Office: 239/244-9388
Cell: 262/391-3246
dan@doucetteassociates.com
www.doucetteassociates.com

*Daniel R. Doucette*
*President*

November 21, 2023

Liggio Law, P.A.
1615 Forum Place, Suite 3B
West Palm Beach, FL 33401

Re: Wood v. Progressive

## Final Invoice for Services

| Date 2023 | Services Rendered | Hours |
|---|---|---|
| 10/30 | Review of trial testimony and begin preparation for trial; | 2.75-DD |
| 11/14 | Review of additional trial testimony and preparation for trial; | 5.25-DD |
| 11/15 | Attendance at trial; | 6.00-DD |

**Fee Summary**
Dan Doucette: 14.00 hours at $450 per hour = $6,300.00
Travel to Miami and Return: 6.50 hours at $250 per hour = $1,625.00
Hotel = $648.67
Ubers = $65.51

**Amount Due this Invoice = $8,639.18**

FRAXEDAS MEDIATION FIRM

P.O. Box 940849
MAITLAND, FL 32794-0849

| Bill To |
| --- |
| Jeffrey M. Liggio, Esquire<br>Liggio and Cornell, P.A.i<br>1615 Forum Place, Suite 3B<br>WEST PALM BEACH, FL  33401 |

# Mediation Invoice

| Date | Invoice # |
| --- | --- |
| 3/23/2022 | 22JJF23A |

Fed. Tax I.D.# 59-3561979

| Description | Amount |
| --- | --- |
| WOOD v PROGRESSIVE<br>Date of Mediation:  March 23, 2022<br><br>Mediation services rendered by J. Joaquin Fraxedas, including review of mediation summaries and materials; conduct mediation conference; and any travel.<br><br>THE AMOUNT SHOWN BELOW IS YOUR SHARE OF THE FEES AND COSTS (1/2). 4 hrs. x $625/hr.<br><br>*** DO NOT DIVIDE THE AMOUNT SHOWN. Your portion has already been calculated***<br><br>PLEASE MAIL YOUR CHECK TO:<br>FRAXEDAS MEDIATION FIRM<br>PO BOX 940849<br>MAITLAND, FL 32794-0849 | 1,250.00 |

PAYMENT FOR SERVICES IS DUE UPON RECEIPT. PLEASE MAKE CHECKS PAYABLE TO FRAXEDAS MEDIATION FIRM

*** PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT AND INDICATE THE INVOICE NUMBER ON YOUR CHECK***.

| | |
| --- | --- |
| **Total** | $1,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,250.00 |

| Phone # | Fax # | E-mail | Web Site |
| --- | --- | --- | --- |
| 407-661-5757 | | fraxmediation@gmail.com | www.fraxedas.com |



| Name and Address |
|---|
| WOOD, BRYAN<br>1797 SW COMFORT ST<br>PORT SAINT LUCIE, FL 34987 |

**DOUBLETREE BY HILTON GRAND HOTEL BISCAYNE BAY**

| Hotel Address |
|---|
| 1717 NORTH BAYSHORE DRIVE<br>MIAMI, FL 33132-1180 |

Reservations
www.doubletree.com or
1-800-222-TREE

| Room | 855/ND2BV |
|---|---|
| Arrival Date | 11/14/23 |
| Departure Date | 11/16/23 |
| Adult/Child | 2/0 |
| Room Rate | $213.08 |
| Rate Plan | L-H1P |
| Honors # | 862429613 |
| Airline: | |

Confirmation #   82048873

11/16/23   PAGE   1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 11/14/23 | 4409255 | **VALET PARKING - T519221 | $39.00 |
| 11/14/23 | 4409255 | *CITY PARKING SURCHARGE TAX | $5.85 |
| 11/14/23 | 4409255 | *PARKING STATE TAX | $3.14 |
| 11/14/23 | 4409467 | GUEST ROOM | $222.15 |
| 11/14/23 | 4409467 | STATE TAX | $15.55 |
| 11/14/23 | 4409467 | CITY TAX | $13.33 |
| 11/15/23 | 4409765 | **VALET PARKING - T519221 | $39.00 |
| 11/15/23 | 4409765 | *CITY PARKING SURCHARGE TAX | $5.85 |
| 11/15/23 | 4409765 | *PARKING STATE TAX | $3.14 |
| 11/15/23 | 4409926 | GUEST ROOM | $213.08 |
| 11/15/23 | 4409926 | STATE TAX | $14.92 |
| 11/15/23 | 4409926 | CITY TAX | $12.78 |
| 11/16/23 | 4410024 | ***********2018 | ($587.79) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.


















**Sharon Allen**

---

| | |
|---|---|
| **From:** | JESSE W. ISOM <jwisom@gmail.com> |
| **Sent:** | Tuesday, November 7, 2023 10:50 AM |
| **To:** | Sharon Allen |
| **Subject:** | Fwd: ✅ Your Train Pass has been added to your account. |

---------- Forwarded message ---------
From: **Brightline** <email@mail.gobrightline.com>
Date: Mon, Nov 6, 2023 at 4:46 PM
Subject: ✅ Your Train Pass has been added to your account.
To: <jwisom@gmail.com>

# Thanks for your purchase.

Hey Jesse Isom,

Nice pick! Your Train Pass has been added to your account. When you're ready to make a reservation, be sure to sign in. We'll recognize when you have an active pass and zero the cost of your train fare at checkout.



## RECEIPT DETAILS

November 6, 2023

1

## 12 One-Way Rides

| | |
|---|---|
| Duration | Until December 6, 2023 |
| Route | West Palm Beach – Boca Raton – Fort Lauderdale – Aventura – Miami |
| Travel Class | PREMIUM |

## Total $379.00

**GOT ANY QUESTIONS?**



Visit our Help Center for more info.

Be sure to review our recently updated
Terms of Service.

# Make it easy.

# Download our app.

 

Apple and the Apple logo trademarks of Apple Inc., registered in the U.S. and other countries and regions. App Store is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

*Wood- Train Pass*

**Kathy Harmon**

*KGH AMX*

| | |
|---|---|
| **From:** | Kathy Harmon <kathygharmon@gmail.com> |
| **Sent:** | Monday, November 6, 2023 5:19 PM |
| **To:** | Kathy Harmon |
| **Subject:** | Fwd: ✅ Your Train Pass has been added to your account. |

---------- Forwarded message ---------
From: **Brightline** <email@mail.gobrightline.com>
Date: Mon, Nov 6, 2023, 4:37 PM
Subject: ✅ Your Train Pass has been added to your account.
To: <kathygharmon@gmail.com>

# Thanks for
# your purchase.

Hey Kathy Harmon,

Nice pick! Your Train Pass has been added to your account. When you're ready to make a reservation, be sure to sign in. We'll recognize when you have an active pass and zero the cost of your train fare at checkout.

VIEW RIDES

## RECEIPT DETAILS

November 6, 2023

## 12 One-Way Rides

| | |
|---|---|
| Duration | Until December 6, 2023 |
| Route | West Palm Beach – Boca Raton – Fort Lauderdale – Aventura – Miami |
| Travel Class | PREMIUM |

## Total

## $379.00



**GOT ANY QUESTIONS?**

Visit our Help Center for more info.

Be sure to review our recently updated Terms of Service.

# Make it easy.

# Download our app.

 

Apple and the Apple logo trademarks of Apple Inc., registered in the U.S. and other countries and regions. App Store is a service mark of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

**Nicole Cuevas**

| | |
|---|---|
| **From:** | Gmail <nycuevas14@gmail.com> |
| **Sent:** | Monday, November 6, 2023 4:22 PM |
| **To:** | Nicole Cuevas |
| **Subject:** | Fwd: ✅ Your Train Pass has been added to your account. |

Sent from my iPhone

Begin forwarded message:

> **From:** Brightline <email@mail.gobrightline.com>
> **Date:** November 6, 2023 at 4:18:52 PM EST
> **To:** nycuevas14@gmail.com
> **Subject:** ✅ **Your Train Pass has been added to your account.**

# Thanks for your purchase.

Hey Nicole Cuevas,

Nice pick! Your Train Pass has been added to your account. When you're ready to make a reservation, be sure to sign in. We'll recognize when you have an active pass and zero the cost of your train fare at checkout.

**VIEW RIDES**

# RECEIPT DETAILS

November 6, 2023

## 12 One-Way Rides

| | |
|---|---|
| Duration | Until December 6, 2023 |
| Route | West Palm Beach – Boca Raton – Fort Lauderdale – Aventura – Miami |
| Travel Class | PREMIUM |

## Total                                                    $379.00



**GOT ANY QUESTIONS?**

Visit our Help Center for more info.

Be sure to review our recently updated
Terms of Service.

# Make it easy.
# Download our app.

 

2

**bright**line

👤 Jwisom ⌄    English

*Jesse Parking receipts.*

## MANAGE TRIP

# West Palm Beach → Miami

1  **Guest**

2  **Seats**

3  **Extras**



**Baggage**

**First oversize carry on free in premium**
Departure × 1 Guest    Free

**First bag free in Premium**
Departure × 1 Guest    Free

Total **$0.00**    Edit



**Pets**
Dogs and Cats only

from **$10.00**    + Add



**Daily Parking**

## Cost Summary

**WPB → MIA**
1x  PREMIUM                    $57.00
1x  First oversize carry on free $0.00
in premium
1x  First bag free in Premium    $0.00

**MIA → WPB**
1x  PREMIUM                    $69.00

**Other**
2x  Travel Pass(es) Applied -$126.00
Daily Parking 1 night          $7.00

Taxes & fees                    $0.49

**Total Due (USD)**        **$7.49**

**Add a Promo Code**

**Need Help?** Reach us through our Help Center.

Feedback

1 of 3                                                          11/7/2023, 9:58 AM

**bright**line

👤 Jwisom ⌄    English

MANAGE TRIP

# West Palm Beach → Miami

| | |
|---|---|
| 1 **Guest** | |

| | |
|---|---|
| 2 **Seats** | |

3 **Extras**



**Baggage**
Check-in/Carry-on

from **$0.00**    ＋ Add



**Pets**
Dogs and Cats only

from **$10.00**    ＋ Add



✓

**Daily Parking**

**West Palm Beach**
Nov 14-15
Jesse Isom    $7.00 x 1 days
JDBD45

Total **$7.00**    Edit

## Cost Summary

**WPB → MIA**
1x  PREMIUM                    $57.00

**MIA → WPB**
1x  PREMIUM                    $69.00

**Other**
2x  Travel Pass(es) Applied  -$126.00
Daily Parking 1 night          $7.00

Taxes & fees                   $0.49

**Total Due (USD)        $7.49**

**Add a Promo Code**

Feedback

**Need Help?** Reach us through our Help
Center.

11/7/2023, 10:00 AM



**brightline**

👤 Jwisom ⌄    English

MANAGE TRIP

# West Palm Beach → Miami

### 1  Guest

### 2  Seats

✅ **Extras**    [ Edit ]

**Baggage**
from **$0.00**    ＋ Add

**Pets**
from **$10.00**    ＋ Add

**Daily Parking**
West Palm Beach
Nov 15-16   Jesse Isom
JDBD45          $7.00 x 1 days

Total **$7.00**    [ Edit ]

**Ride to/from Station**    ＋ Add

### 4  Pay and Book

**Credit Card**

## Cost Summary

**WPB → MIA**
1x   PREMIUM          $57.00

**MIA → WPB**
1x   PREMIUM          $69.00

**Other**
2x  Travel Pass(es) Applied -$126.00
Daily Parking 1 night       $7.00
Taxes & fees                $0.49

**Total Due (USD)          $7.49**

[Add a Promo Code]

**Need Help?** Reach us through our [Help Center].

Feedback

Booking ... evered on FLSD Docket 10/09/2024 ...ta... ...V0FKR...



brightline

👤 Jwisom ⌄    English

**MANAGE TRIP**

# West Palm Beach → Miami



**1** Guest

**2** Seats

✓ **Extras**    [Edit]

**Baggage**
from **$0.00**    + Add

**Pets**
from **$10.00**    + Add

**Daily Parking**
West Palm Beach
Nov 16-17    Jesse Isom
JDBD45    $7.00 x 1 days

Total **$7.00**    [Edit]

**Ride to/from Station**    + Add

## Cost Summary

**WPB → MIA**
1x   PREMIUM    $47.00

**MIA → WPB**
1x   PREMIUM    $47.00

**Other**
2x  Travel Pass(es) Applied  -$94.00
Daily Parking 1 night    $7.00

Taxes & fees    $0.49

**Total Due (USD)    $7.49**

[Add a Promo Code]

**Need Help?** Reach us through our [Help Center](.).

Feedback

**4** **Pay and Book**

**Credit Card**

1 of 3    11/7/2023, 10:03 AM

**bright**line

👤 Nycuevas14 ∨    English

*Nicole parking receipts.*

**MANAGE TRIP**

# West Palm Beach → Miami

1  **Guest**

2  **Seats**

## Cost Summary

**WPB → MIA**

| 1x | PREMIUM | $57.00 |
| 1x | First bag free in Premium | $0.00 |
| 1x | First oversize carry on free in premium | $0.00 |

**MIA → WPB**

| 1x | PREMIUM | $57.00 |

**Other**

| 2x | Travel Pass(es) Applied | -$114.00 |
| | Daily Parking 1 night | $7.00 |
| | Taxes & fees | $0.49 |

**Total Due (USD)**    **$7.49**

Feedback

[Add a Promo Code](#)

**Need Help?** Reach us through our [Help Center](#).

Case 2:21-cv-14172-JEM   Document 230-3   Entered on FLSD Docket 10/09/2024   Page 22 of 28

*bright*line

👤 Nycuevas14 ⌄     English

MANAGE TRIP

# West Palm Beach  →  Miami

**1**  **Guest**

**2**  **Seats**

✅ **Extras**                    [ Edit ]

**Baggage**
from **$0.00**                  ＋ Add

**Pets**
from **$10.00**                 ＋ Add

**Daily Parking**
West Palm Beach
Nov 14-15    Nicole Cuevas
Y18GUI                          $7.00 x 1 days

Total **$7.00**                 [ Edit ]

**Ride to/from Station**        ＋ Add

**4**  **Pay and Book**

**Credit Card**

## Cost Summary

**WPB  →  MIA**
1x   PREMIUM                    $57.00

**MIA  →  WPB**
1x   PREMIUM                    $69.00

**Other**
2x   Travel Pass(es) Applied    -$126.00
Daily Parking 1 night           $7.00

Taxes & fees                    $0.49

**Total Due (USD)**             **$7.49**

Add a Promo Code

**Need Help?** Reach us through our Help Center.

Feedback

1 of 3                                          11/7/2023, 10:21 AM

Booking Case 2:21-cv-14172-JEM Document 230-3 Entered on FLSD Docket 10/09/2024 Page 23 of 28



**bright**line

👤 Nycuevas14 ⌄      English

**MANAGE TRIP**

# West Palm Beach → Miami

¹ **Guest**

² **Seats**

✅ **Extras**                    [Edit]

**Baggage**
from **$0.00**                    ＋ Add

**Pets**
from **$10.00**                   ＋ Add

**Daily Parking**
**West Palm Beach**
Nov 15-16    Nicole Cuevas
Y18GUI                        $7.00 x 1 days

Total **$7.00**                  [Edit]

**Ride to/from Station**          ＋ Add

⁴ **Pay and Book**

**Credit Card**

## Cost Summary

**WPB → MIA**
1x   PREMIUM                  $57.00

**MIA → WPB**
1x   PREMIUM                  $69.00

**Other**
2x   Travel Pass(es) Applied  -$126.00
Daily Parking 1 night          $7.00

Taxes & fees                   $0.49

**Total Due (USD)**            **$7.49**

<u>Add a Promo Code</u>

**Need Help?** Reach us through our <u>Help Center</u>.

Feedback

11/7/2023, 10:22 AM

Booking https://www.gobrightline.com/trip/extras?data=Pg24kpfU0ILN...



**brightline**

👤 Nycuevas14 ⌄     English

MANAGE TRIP

# West Palm Beach → Miami

**1  Guest**

**2  Seats**

✓ **Extras**                        [ Edit ]

**Baggage**
from **$0.00**                      + Add

**Pets**
from **$10.00**                     + Add

**Daily Parking**
West Palm Beach
Nov 16-17    Nicole Cuevas
Y18GUI                    $7.00 x 1 days

Total **$7.00**                     [ Edit ]

**Ride to/from Station**            + Add

**4  Pay and Book**

**Credit Card**

## Cost Summary

**WPB → MIA**
1x   PREMIUM                        $47.00

**MIA → WPB**
1x   PREMIUM                        $47.00

**Other**
2x  Travel Pass(es) Applied   -$94.00
Daily Parking 1 night              $7.00

Taxes & fees                       $0.49

**Total Due (USD)         $7.49**

[ Add a Promo Code ]

**Need Help?** Reach us through our Help Center.

Feedback

Booking Case 2:21-cv-14172-JEM Document 230-3 Entered on FLSD Docket 10/09/2024 Page 25 of VDNE...
28

*bright*line

👤 Kathygharmon ⌄   English

*Kathy Parking*
*Veceipts*

**MANAGE TRIP**

# West Palm Beach → Miami

¹ **Guest**

² **Seats**

## Cost Summary

**WPB → MIA**

| | | |
|---|---|---|
| 1x | PREMIUM | $47.00 |
| 1x | First oversize carry on free in premium | $0.00 |
| 1x | First bag free in Premium | $0.00 |

**MIA → WPB**

| | | |
|---|---|---|
| 1x | PREMIUM | $57.00 |

**Other**

| | | |
|---|---|---|
| 2x | Travel Pass(es) Applied | -$104.00 |
| | Daily Parking 1 night | $7.00 |
| | Taxes & fees | $0.49 |

**Total Due (USD)**   **$7.49**

Add a Promo Code

**Need Help?** Reach us through our Help Center.

Feedback

11/7/2023, 10:07 AM

**bright**line

👤 Kathygharmon ˅      English

MANAGE TRIP

# West Palm Beach → Miami

| | | |
|---|---|---|
| 1 | **Guest** | |

| | | |
|---|---|---|
| 2 | **Seats** | |

✅ **Extras**                    [ Edit ]

**Baggage**
from **$0.00**                  ＋ Add

**Pets**
from **$10.00**                 ＋ Add

**Daily Parking**
**West Palm Beach**
Nov 14-15    Kathy Harmon
ITYI46                          $7.00 x 1 days

Total  **$7.00**                [ Edit ]

**Ride to/from Station**        ＋ Add

| | | |
|---|---|---|
| 4 | **Pay and Book** | |

**Credit Card**

## Cost Summary

**WPB → MIA**
1x   PREMIUM                    $57.00

**MIA → WPB**
1x   PREMIUM                    $69.00

**Other**
2x   Travel Pass(es) Applied    -$126.00
Daily Parking 1 night           $7.00

Taxes & fees                    $0.49

**Total Due (USD)**             **$7.49**

[ Add a Promo Code ]

**Need Help?** Reach us through our Help Center.

Feedback



**MANAGE TRIP**

# West Palm Beach → Miami

**1  Guest**

**2  Seats**

✓ **Extras**  [Edit]

Baggage
from **$0.00**              + Add

Pets
from **$10.00**            + Add

Daily Parking
West Palm Beach
Nov 15-16    Kathy Harmon        $7.00 x 1 days
ITYI46

Total **$7.00**                 [Edit]

Ride to/from Station       + Add

**4  Pay and Book**

**Credit Card**

## Cost Summary

**WPB → MIA**
1x   PREMIUM              $57.00

**MIA → WPB**
1x   PREMIUM              $69.00

**Other**
2x   Travel Pass(es) Applied   -$126.00
Daily Parking 1 night          $7.00

Taxes & fees                   $0.49

**Total Due (USD)**          **$7.49**

[Add a Promo Code]

**Need Help?** Reach us through our [Help Center].

