# **Declaration of Roy D. Wasson**

I, Roy D. Wasson, for my verified opinIons as to the reasonableness and necessity of the attorneys fees incurred by Burlington & Rockenbach in this matter, hereby declare under penalty of perjury as follows:

1. I am a board-certified appellate specialist with more than 40 years experience in handling hundreds of federal and state appeals, and my curriculum vitae is attached,

2. I have been retained as an expert witness to render opinions as to the amount of attorneys fees reasonably incurred in this case.

3. I have served ss such fee expert on numerous occasions and never had my testimony disallowed by any court

4. I have reviewed the materials necessary to arrive at my opinions, including the appellate briefs, index to record excerpts, legal research, time entries, and other materials

5. A federal court sitting in diversity must apply the state's substantive law when ruling on a motion for an award of attorney's fees, *see, e.g. McMahan v Toto*, 256 F.3d 1120, 1133 (11th Cir. 2001).

6. .Florida follows the federal lodestar approach to calculating the amount of fees to be awarded. *Resolution Tr. Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1148 (11th Cir. 1993) (citing *Standard Guar. Ins. Co. v. Quanstrom*, 555 So.

2d 828 (Fla. 1990), and *Fla. Patient's Compensation Fund v. Rowe*, 472 So. 2d 1145 (Fla. 1985)).

7. "The starting point in fashioning an award of attorney's fees is to multiply the number of hours reasonably expended by a reasonable hourly rate." *Loranger v. Stierheim*, 10 F.3d 776, 781 (11th Cir. 1994) (per curiam) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 433, 103 S. Ct. 1933, 76 L. Ed. 2d 40 (1983)).

8. Under the lodestar method, a reasonable hourly rate for an attorney is "the prevailing market rate in the relevant legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation." *Norman*, 836 F.2d at 1299. *See also Duckworth v. Whisenant*, 97 F.3d 1393, 1396 (11th Cir. 1996).

9. The "relevant market" is "the place where the case is filed." *Am. Civil Liberties Union of Ga. v. Barnes*, 168 F.3d 423, 437 (11th Cir. 1999) (quoting Cullens v. Ga. Dep't of Transp., 29 F.3d 1489, 1494 (11th Cir. 1994)).

10. To establish that the requested hourly rate is consistent with the prevailing market rate, the fee applicant must produce "satisfactory evidence" that "speak[s] to rates actually billed and paid in similar lawsuits." *Norman*, 836 F.2d at 1299. This requires "more than the affidavit of the attorney performing the work," and generally includes evidence of the rates charged by lawyers in similar circumstances, or opinion evidence of reasonable rates. *Id.*

11. I am personally familiar with the prevailing hourly rates for attorneys

performing appellate work before the Eleventh Circuit in cases originating from the Southrn District of Florida.

12. I also am personally familiar with the education, background, training, experience and reputation of the attorneys involved in this case.

13. In my opinion the reasonable hourly rates for those performing work on this appeal at Burlington & Rockenbach are as follows: Phillip Burlington: $950; Adam Richardson, $675; paralegal Karatipping, $175.

14. My opinions as to the reasonable number of hours expended by those working on the appeal are as follows: Mr. Richardson: 50-60 hours; Mr. Burlington: 4-6 hours; Ms. Tipping 12-15 hours.

15. Although those hours may exceed the number of hours reflected on the reconstructed time records, I see areas in which little or no time was logged for work I know from experience was being performed, such as communications with opposing counsel about extensions of time and other procedural issues.

16. Applying the reasonable hourly rates to those hours results in a reasonable lodestar free for each of their services as follows: Mr. Ricardson: $37,125-$40,200; Mr. Burlington: $3,800-$5.700; for a total lodestar fee of $43,025-$48,525.

17. In my opinion this case is not suitable for a contingency risk multiplier.

Executed by Declarant on the date shown below:

_____
Roy D. Wasson

_____2/2/26_____
Date

# ROY D. WASSON

WASSON & ASSOCIATES, CHARTERED
CIVIL AND CRIMINAL APPEALS AND TRIAL SUPPORT
www.wassonandassociates.com
Suite 740 Ingraham Building
25 SE Second Avenue, Miami, FL 33130
Telephone (305) 372-5220
Cellular (305) 519-8897
roy@wassonandassociates.com

## *SUMMARY*

Board certified in Appellate Practice with extensive courtroom experience in approximately 1,000 appeals and thousands of trial court cases, civil, criminal, family and commercial. AV-rated. Author of numerous legal publications. Editor-in-Chief of major trial lawyer periodical. Florida Bar committee and section leader. Top 7% of law school class. Juris Doctor degree "With Distinction." Managing editor of law review. Order of the Coif. Experience teaching law students and undergraduates in law courses, and frequent lecturer at continuing legal education programs. Broad legal experience in criminal and civil cases from contracts and corporate law to death penalty appeals and habeas corpus, product liability and insurance law, family law, probate and more. Recipient of numerous awards in legal writing, legislative affairs, and others. U.S. Army Veteran.

## *PROFESSIONAL LEADERSHIP POSITIONS*

### The Florida Bar

**Appellate Practice Section:** Chairman (1998-99); Chair-Elect (1997-98); Vice-Chair (1996-97); Treasurer (1995-96); Chairman, Publications Committee (1996-97); Chairman, Appellate Rules Liaison Committee (1995-96); Chairman, Board Certification Liaison Committee (1994-95); Member, Executive Council (1993, 2014-24).

**Appellate Court Rules Committee:** Chairman (1994-95); Member (1989-1998). Led reorganization of appellate rules by subject matter, See *In Re Amendments to the Florida Rules of Appellate Procedure*, 696 So. 2d 1103 (Fla. 1996).

**Appellate Certification Committee:** Chairman, Board of Legal Specialization and Education Committee to Develop Standards for Board Certification in Appellate Practice (1992-93). Certification Committee Member (2006-12), Vice Chair (2009-10), and Chairman (2010-11).

| | |
|---|---|
| **Grievance Committee 11G:** | Vice-Chair (1998-99); Member (1996-99). |
| **Rules of Judicial Administration Committee**: | Member (2003-06). Member, Subcommittee on Temporary Practice by Non-U.S. Attorneys; Subcommittee on Judicial Management Council's Jury Innovations Recommendations; Subcommittee on Rule 2.050 (Authority of Judicial Branch over Court Clerks); Subcommittee on Electronic Access to Court Records. |

## Florida Justice Association
(formerly Academy of Florida Trial Lawyers)

| | |
|---|---|
| **FJA Journal:** | Editor-in-Chief (2020-present). |
| **Board of Directors:** | Board Member (1992-99, 2006-12). |
| **Appellate Practice Section:** | Founding Chairman (1991-92). Section Board (1998-2008) |
| **Amicus Curiae Committee:** | Chairman (1991-95). Member (1989-present). Author of amicus curiae briefs as counsel of record in approximately 50 appeals. |
| **Other Committees:** | Chairman, Jury Instruction Review Committee; Member, Medical Malpractice Task Force; Joint & Several Liability Committee; Constitutional Challenge Committee; Legislative Key Contact |

## Other Associations

| | |
|---|---|
| **Third District Court of Appeal Historical Society:** | Founding Member, Board of Directors. President (2012-13); Secretary (2011-12); Treasurer (2010-11); Membership Director (2009-2010); Biographer of 31 Third DCA judges. |
| **Miami-Dade Justice Association:** | Board of Directors (1991-2003); Amicus Curiae Committee Co-Chair (1992-2003); Member (1988-present). |
| **Miami-Dade County Bar Association:** | Member (1981-present), former Vice-Chair of the Appellate Courts Committee. Editorial Board and author of column on appellate practice for the *DCBA Bulletin* (1998-99). |
| **Florida Association of Criminal Defense Lawyers:** | Member (1995-present) |

2

## *BAR ADMISSIONS*

Florida Bar (1981); U.S. Supreme Court (1987); U.S. Court of Appeals for the Eleventh Circuit (1982); U.S. Court of Appeals for the Fourth Circuit (2007); U.S. District Court, So. Dist. Fla. (member, former Trial Bar)(1982); Mid. Dist. Fla. (1983); No. Dist. Fla. (2008).

## *PRACTICE PROFILE*

**CURRENT PRACTICE:** (1987-2025) Principal of Wasson & Associates, Chartered, a diversified appellate practice, handling hundreds of appeals in the Florida Supreme Court, all five district courts of appeal, and the Fourth and Eleventh Circuit Courts of Appeals. Counsel of record on several certiorari petitions to the United States Supreme Court. Practice includes state and federal civil and criminal appeals involving complex commercial transactions, personal injury, medical malpractice, product liability, probate and guardianship, real estate, insurance coverage, family law, and international trade litigation; state and federal criminal appeals, habeas corpus, and extraordinary writ proceedings.

**PRIOR POSITION:** (1981-87) Associate in appellate and trial practice, including torts, product liability, insurance coverage and commercial cases, Kimbrell & Hamann, P.A., Miami.

## *HONORS & AWARDS*

Board Certified in Appellate Practice by The Florida Bar (1994-2024). Albert Nelson Marquis Who's Who Lifetime Achievement Award (2020). Martindale-Hubbell AV Rating. Florida Association of Criminal Defense Lawyers Miami Chapter President's Service Award (2013). South Florida Super Lawyers (2008-2023). Florida Justice Association (FJA) Eagle Legend Award (2022); FJA Bronze Eagle Award (2012); FJA Shoe Leather Award (2010); FJA Silver Eagle Award (2009); FJA Gold Eagle Award (2007); Best Lawyers in Florida (2004-2010). *Florida Trend's* Legal Elite (2005-2022). Academy of Florida Trial Lawyers (AFTL) S. Victor Tipton Award for Legal Writing (1991). AFTL Eagle Talon Award (1994). AFTL Silver Eagle Award (1998). AFTL Legislative Leadership Award (2005). Dade County Trial Lawyers Association (DCTLA) Outstanding and Dedicated Service Award (2000). DCTLA Stalwart's Award (1997). Florida Bar Grievance Committee Meritorious Public Service Award (1999).

## *LAW TEACHING EXPERIENCE*

**Law School Teaching:** St. Thomas University School of Law, Miami, Florida: Adjunct Professor, teaching Appellate Advocacy, Fall Semester, 2006.

**Undergraduate Law Teaching:** Jones College, Miami, Florida: Adjunct Professor teaching undergraduate Bachelor of Science students in Paralegal Studies, 2007-2010. Courses taught: Torts, Contracts, Corporate Law, Constitutional Law, Administrative Law, Evidence, Family Law, Trusts and Estates, Ethics and Professional

3

|  |  |
|---|---|
|  | Responsibility, Legal Research and Writing, and Law Office Management. |
| **Continuing Legal Education Faculty:** | Florida Justice Association *2016 Legislative and Case Law Update* Webinar (April 29, 2016); |
|  | Florida Justice Association *Masters of Justice Seminar: Product Liability Jury Instructions,* Sarasota (Oct. 21, 2015); |
|  | Florida Justice Association *Case Law Insider Series: Two Ways to Lose Verdicts Due to Juror Nondisclosures* (Aug. 14, 2015); |
|  | Florida Justice Association *2013 Hell on the Highways Seminar: Rental Car Crashes--Life After the Graves Amendment,* Tampa (Dec. 6, 2013). |
|  | Florida Justice Association *2013 Legislative and Case Law Update: Automotive Practice,* West Palm Beach, FL (June 14, 2013). |
|  | Florida Justice Association *2011 Legislative and Case Law Update: Automotive Practice,* Marco Island, FL (June 17, 2011) |
|  | Florida Justice Association *Collateral Sources Seminar*: *Hospital Liens*, West Palm Beach, FL (Jan 29, 2010). |
|  | Florida Justice Association *Case Law Insider: Florida Supreme Court Invalidates 2003 Workers Compensation Attorney's Fees Caps* (Nov. 14, 2008). |
|  | Florida Justice Association, *Workhorse Seminar—Opening Statement and Closing Argument*, Orlando, FL (Feb. 15, 2008). |
|  | American Board of Trial Advocates, *Ultimate Trial Notebook Seminar: Motions in Limine,* Jupiter, FL (Oct. 4, 2007). |
|  | Miami-Dade Justice Association, *Protecting the Record Seminar—Jury Selection*, Miami, FL (Sept. 7, 2007). |
|  | Florida Justice Association, *Auto Negligence Seminar Federal Preemption and Rental Car Defendants*, West Palm Beach, FL (May 17, 2007). |

Florida Justice Association, *Insurance Bad Faith Seminar—Hurricane Claims and Valued Policy Laws*, Tampa, FL (Mar. 23, 2007).

Academy of Florida Trial Lawyers, *Al J. Cone Trial Advocacy Institute*, Orlando, FL (Aug. 24-26, 2006).

Academy of Florida Trial Lawyers *Auto Negligence Seminar—Case Law Update*, Fort Lauderdale, FL (July 16, 2004).

Academy of Florida Trial Lawyers *Appellate Practice Seminar: Attorney's Fees Issues,* Palm Beach, FL (2001).

Academy of Florida Trial Lawyers, *1999 Tort Reform—Motor Vehicle Vicarious Liability*, Orlando, FL (1999).

Academy of Florida Trial Lawyers, *Constitutional Analysis & Practical Considerations for Practicing Under the Tort Reform Act*, West Palm Beach, FL (Sept., 1999).

Academy of Florida Trial Lawyers, *Workhorse Seminar—Case Law Related to the Defense Exam and Examiner*, Orlando, FL (Feb. 11, 1998).

The Florida Bar, *1997 Rules of Court—Appeals*, Miami, FL (Mar. 12, 1997).

National Business Institute, *Insurance Law—Third Party Coverage in Florida*, Miami, FL (Sept. 25, 1996)

Academy of Florida Trial Lawyers, *Case Law Update—Litigating Employment Issues and Attorney's Fees*, Miami and Orlando, FL (Aug. 22-23, 1996).

Professional Education Systems, Inc., *Florida Appellate Law for Trial Lawyers*, Miami, Tampa & Orlando (Oct. 25-27, 1995).

Academy of Florida Trial Lawyers, *Preservation of Error for Appeal in Criminal Trials*, Orlando, FL (Oct. 20, 1995).

Dade County Defense Bar Association, *Preservation—and Prevention—of Error for Appeal*, Miami, FL (Aug. 9, 1995).

Academy of Florida Trial Lawyers, *Advanced Trial Skills Seminar— Preserving the Record for Appeal*, Orlando, FL (May 11, 1995).

Professional Education Systems, Inc., *Post-Judgment Worries--Florida Appellate Law: How to Handle Your Own Appeals*, Miami, Tampa & Orlando, FL (Nov. 30- Dec. 2, 1994).

Dade County Defense Bar Association, *Appellate Practice for the Trial Lawyer*,

5

Miami, FL (Oct. 5, 1994).

Academy of Florida Trial Lawyers, *Annual Legislative & Case Law Update Seminar—Evidence Code and Civil Procedure Rules Update,* Orlando, FL (Apr. 29, 1994)

Academy of Florida Trial Lawyers, *Annual Legislative & Case Law Update Seminar—Evidence Code and Civil Procedure*, Miami, FL (Apr. 30, 1993).

## ***LEGAL PUBLICATIONS AUTHORED***

Roy D. Wasson, Roy's Trial Law Tip #96, *Expert Depositions Inadmissible in Federal Trials Absent Showing of Unavailability*, 630 Fla. J. Ass'n Journal 48 (Jan./Feb. 2023).

Roy D. Wasson, *$13 Million Tobacco Verdict Lost Due to Trial Court Discouraging Jury from Requesting Read-Back*, 599 Fla. J. Ass'n Journal 40 (Nov./Dec. 2017).

Roy D. Wasson, *Avoiding Legal Malpractice By Pleading Elements of Actual and Apparent Agency*, 598 Fla. J. Ass'n Journal 38 (Sept./Oct. 2017).

Roy D. Wasson, *Victims of Frivolous Litigation Are Being Shortchanged*, 597 Fla. J. Ass'n Journal 34 (July/Aug. 2017).

Roy D. Wasson, *Juror Concealment Necessitates a New Trial*, 596 Fla. J. Ass'n Journal 36 (May/June 2017).

Roy D. Wasson, *Enforcement of Foreign Judgments*, 595 Fla. J. Ass'n Journal 42 (Mar./Apr. 2017).

Roy D. Wasson*, Florida Supreme Court Clarifies Proposal for Settlement Ambiguity and Strict Construction Rules*, 593 Fla. J. Ass'n Journal 36 (Nov./Dec. 2016).

Roy D. Wasson, *Trial Courts Have Inherent Authority to Reempanel Dismissed Jury to Correct Mistake in Verdict*, 591 Fla. J. Ass'n Journal 42 (Jul./Aug. 2016).

Roy D. Wasson, *Statute of Limitations: Client Bound By Lawyer's "Admission,"* 590 Fla. J. Ass'n Journal 48 (May/June 2016).

Roy D. Wasson, *Sanctions for Frivolous Filings: You Can Run But You Cannot Hide,* 589 Fla. J. Ass'n Journal 50 (Mar./Apr. 2016).

Roy D. Wasson, *Awakening From The Hague Convention Nightmare,* 588 Fla. J. Ass'n Journal 42 (Jan./Feb. 2016).

Roy D. Wasson, *Enforcement of Proposals For Settlement,* 587 Fla. J. Ass'n Journal 45 (Nov./Dec. 2015).

Roy D. Wasson, *The Courts' Mistreatment of Treaters: Applicability of Procedural Limitations on Expert Witness Testimony to Treating Physicians,* 586 Fla. J. Ass'n Journal 44 (Sept./Oct. 2015)

Roy D. Wasson, *Civil Procedure Case Law Summaries,* 585 Fla. J. Ass'n JOURNAL 46 (Jul./Aug. 2015).

Roy D. Wasson, *Amendments to Complaints After Expiration of the Statute of Limitations,* 584 Fla. J. Ass'n JOURNAL 45 (May/June 2015).

Roy D. Wasson, *Motions for Attorney's Fees Under Section 57.105*, 583 Fla. J. Ass'n JOURNAL 43 (Mar./Apr. 2015).

Roy D. Wasson, *The Unriddling of the Civil Harmless Error Standard*, 583 Fla. J. Ass'n JOURNAL 55 (Mar./Apr. 2015).

Roy D. Wasson, Ch. 1, *Judges of the Third District Court of Appeal*, FLORIDA'S THIRD DISTRICT COURT OF APPEALCBALANCING JUSTICE–50 YEARS, 1957-2007 (2007).

Roy D. Wasson, *The Riddle of Harmless Error in Florida: Reversal Required Despite Overwhelming Evidence of Guilt,* THE RECORD, Summer, 2007, at 5.

Ro y D. Wasson, *Belated Appeals and Ineffective Assistance of Appellate Counsel–Justice Gets a Second, and Third Bite at the Apple,* THE RECORD, Winter/Spring, 2007, at 13.

Roy D. Wasson, *Deadlines for Serving Briefs–What Florida's Appellate Courts Should Consider in Phrasing Orders Granting Enlargements of Time,* THE RECORD, Winter 2005, at 6.

Roy D. Wasson, *The Appellate Process: The Riddling of the Diguilio Harmless Error Standard: Whether Error "Contributed" to the Verdict*, 5 BARRY LAW REVIEW 57 (Spring, 2005).

Roy D. Wasson, *Appellate Practice Pointers–Appealing Non-Final Orders*, DCBA BULLETIN, Apr., 1999 at 4.

Roy D. Wasson, *Inside the District Court of Appeal–The Third DCA*, The DCBA BULLETIN, Feb., 1999 at 5.

Roy D. Wasson, *Trial Tip of the Month–Reflections of a Trial Lawyer: The Image Is Not Always That Clear*, TRIAL TALK, Jan. 1999, at 2.

Roy D. Wasson, *Appellate Practice Pointers–Shepherding the Record*, THE DCBA BULLETIN, Sept., 1998 at 1.

Roy D. Wasson, *Trial Tip of the Month–Don't Let Jurors Conceal Prejudicial Litigation Experience*, TRIAL TALK, Aug./Sept. 1998, at 2.

Roy D. Wasson, *Inside the District Court of Appeal The Second DCA*, THE RECORD, Mar., 1998 at 1**.**

Juan Ramirez, Barbara Green Roy D. Wasson and Lauri Waldman Ross, FLORIDA CIVIL PROCEDURE, *Chapter 10--Discovery,* (2d ed. 1997).

Roy D. Wasson & Barbara Green, *Trial Tip of the Month: Fight Efforts ot Keep Wrongful Death Case Survivors Outside the Courtroom Under the Rule*, TRIAL TALK, Nov. 1997.

Roy D. Wasson, *Trial Tip of the Month*, TRIAL TALK, Aug./Sept. 1997, at 2. Roy D. Wasson, *Trial Tip of the Month*, TRIAL TALK, July, 1997, at 2.

Roy D. Wasson *Trial Tip of the Month–Do Not Give All Your Jury Instructions to the Judge*, TRIAL TALK, June 1997, at 2.

Roy D. Wasson *Trial Tip of the Month–Think Before Filing a Reply to Affirmative Defenses*, TRIAL TALK, May, 1997, at 2.

Roy D. Wasson, *Trial Tip of the Month–Move All Exhibits Into Evidence Before You Rest*, TRIAL TALK, Mar., 1997, at 3.

Roy D. Wasson**,** *Preservation of Error for Appeal in Criminal Trials*, 7 FLORIDA CRIMINAL PRACTICE SERVICE (Lawyers Coop.)(May 1996).

Roy D. Wasson, *Inside the District Court of Appeal–The Fifth DCA*, THE RECORD, Apr., 1995 at 1 (Apr. 1995).

Roy D. Wasson, *Inside the District Court of Appeal–The Fourth DCA*, THE RECORD, Dec. 1994, at 1.

Roy D. Wasson, *Inside the District Court of Appeal–The Third DCA*, THE RECORD, Aug., 1994 at 1.

Roy D. Wasson, *Inside the District Court of Appeal–The Second DCA*, THE RECORD, May, 1994 at 3**.**

Roy D. Wasson, *Inside the District Court of Appeal–The First DCA*, THE RECORD, Mar., 1994 at 5.

Roy D. Wasson, *Board Certification in Appellate Practice–An Overview*, THE RECORD, Dec., 1993, at 1.

Roy D. Wasson, *Amendments to the Rules of Appellate Procedure,* ACAD. FLA. TRIAL L. J., Apr. 1993, at 25.

Roy D. Wasson, *Drafting Special Verdict Instructions & Interrogatories*, 46 KY. BENCH & BAR 1414 (1982).

Comment, *Diversity Jurisdiction in Reverse Direct Actions: Section 1332(c) and the Need for Legislative Clarification*, 68 KY. L. J. 457 (1980).

## *EDUCATION*

**Law School:** University of Kentucky College of Law. Juris Doctor, With Distinction (1981). Class rank: 11/159. Order of the Coif. Managing editor of school's major law review, the KENTUCKY LAW JOURNAL (nation's tenth oldest legal publication). Law clerk to Fayette County, Kentucky Circuit Judge Armand Angelucci for academic credit during 1980-81. Student Delegate to A.B.A. Convention. American Jurisprudence Book Award in Civil Procedure. Dean of Delta Theta Phi legal fraternity.

**Pre-Law:** Eastern Kentucky University. Bachelor of Arts in Broadcasting (1975). Awarded Senior Citation in Communications.

## *MILITARY*

**U.S. Army:** Regular Army Active Duty 1970-72; Basic Infantry Training, Fort Polk, Louisiana; Helicopter Flight Training, Fort Wolters, Texas; Cryptographer, Fort Eustis, Virginia; Top Secret Crypto Security Clearance; Third Armored Cavalry Regiment, Fort Lewis, Washington; Awarded Army Commendation Medal, National Defense Service Medal, Expert Rifleman; U.S. Army Reserve 1972-76; Service-Connected Disabled Veteran; Honorable Discharge, 1976.

**Civic and Charitable:** City of Coral Gables Sustainability Advisory Board, Member (2015-17). Past President, Coconut Grove Cares, Inc. (Community Service Organization). Volunteer Lobbyist and Legislative Drafter for People Acting for Community Together; Coral Gables Congregational Church Green Christians Committee Member (2010- present) and Past Member of Church Council.

**Hobbies and Recreation:** Scuba Diving: Certified Advanced Open Water Diver (1978-present); Active Divers Association: Board of Directors (2012-22) and Member (2002- present); Motorcycling: Licensed Motorcycle Rider (1964-present); Everglades Chapter of Antique Motorcycle Club of America Founding President (2004) and Member (2004-present).