# Adam Richardson

| *Business* | *Personal* |
|---|---|
| 1601 Forum Place, Suite 600 | 6864 Bruce Court |
| West Palm Beach, FL 33401 | Lake Worth, FL 33463 |
| (561) 721-0400 | (561) 373-4871 |
| ajr@flappellatelaw.com | adamjrichardson@gmail.com |

**Education**

    **Florida State University College of Law**, Tallahassee, Fla.
        J.D., with honors, May 2009
        GPA: 88.82/100        Rank: Top 15%

        *Honors and activities:*
        Journal of Transnational Law & Policy, editor in chief (Volume 18, 2008–2009), article editor (Issue 17:2, 2008)
        Book Awards (highest grade in the class): Sentencing Law (paper class), Public International Law, International Trade Law
        Dean's List, four semesters

    **Stetson University**, DeLand, Fla.
        B.A., History and Russian Studies, with honors, May 2005
        GPA: 3.63/4.0
        Senior Research Project: "The Abkhaz-Georgian Ethnic Conflict: The Present-Day Situation and Its Roots in Soviet Policies"

        *Study abroad:*
        Center for International Education, Moscow State University, Moscow, Russia: Stetson Study Abroad. Springs of 2003 and 2004.
        Summer Literary Seminars, St. Petersburg, Russia: Creative writing workshop. Summers of 2003 and 2004.

        *Honors and activities:*
        Dean's List five semesters, Honor Roll one semester
        Senior Honors, Russian Studies Program
        Dobro Slovo, national Slavic honor society
        Phi Alpha Theta, national history honor society

**Professional experience**

    **Burlington & Rockenbach, P.A.**, West Palm Beach, Fla. Shareholder, January 2021–Present. Associate Attorney, July 2012–2020.

    **Judge Robert M. Gross**, Fourth District Court of Appeal, West Palm Beach, Fla. Judicial Clerk, August 2009–July 2012.

**Professor Dan Markel** (deceased), Florida State University College of Law, Tallahassee, Fla. Research Assistant, June 2008–April 2009.

**Judge Philip J. Padovano**, First District Court of Appeal, Tallahassee, Fla. Summer law clerk, summers of 2007 (internship) and 2008 (externship).

**Innocence Project of Florida**, Tallahassee, Fla. Intern, January–May 2008.

**Honors and awards**

Super Lawyer in Appellate Practice, 2024–2026
Super Lawyers Rising Star in Appellate Practice, 2018–2023
Palm Beach Illustrated Top Lawyer in Appellate Practice, 2021–2025

**Articles**

*From Access to Use: Recovering the Original Meaning of Florida's Amendment 7*, Albany L. Rev. (forthcoming 2026)

*Abortion, Originalism, and the Privacy Clause: What the Supreme Court of Florida Got Wrong in* Planned Parenthood v. State, 55 Stetson L. Rev. 89 (2025)

Tomas v. Sandler *and the Presuit Corroboration Requirement: A Case Note*, J. Fla. Justice Ass'n, Sept./Oct. 2025

*Is the PCA Constitutional?*, Fla. Bar J., May/June 2025, https://www.floridabar.org/the-florida-bar-journal/is-the-pca-constitutional/
- Cited in *Mayfield v. State*, No. 4D2025-0356 (Fla. 4th DCA Jan. 21, 2026) (Lott, J., concurring)

*The Originalist Case for Why the Florida Constitution's Right of Privacy Protects the Right to an Abortion*, 53 Stetson L. Rev. 101 (2023), https://papers.ssrn.com/abstract=4187311
- Cited in *Planned Parenthood of Sw. & Cent. Fla. v. State*, 384 So. 3d 67 (Fla. 2024) (Labarga, J., dissenting)

Appellate Practice Column, *A Not-So-*Little *Problem with Precedent: Intra-district Conflict in Florida District Courts of Appeal*, Fla. Bar J., Jan./Feb. 2023 (with Kimberly Kanoff Berman and Robert Scavone Jr.), https://www.floridabar.org/the-florida-bar-journal/a-not-so-little-problem-with-precedent-intra-district-conflict-in-florida-district-courts-of-appeal/#u6dd1
- Cited in *Bam Trading Servs. v. State of Fla. Office of Fin. Regulation*, No. 1D2023-3371 (Fla. 1st DCA October 17, 2024) (en banc) (Bilbrey, J., concurring)
- Cited in *Williams v. State*, 421 So. 3d 809 (Fla. 2d DCA 2025) (en banc) (LaRose, J., concurring; Moe, J., concurring in part and dissenting in part)

Appellate Practice Column, *Certiorari Review of Orders Denying Discovery in Civil Cases, Part II*, Fla. Bar J., May/June 2022, https://www.floridabar.org/the-florida-bar-journal/certiorari-review-of-orders-denying-discovery-in-civil-cases-part-ii/

Appellate Practice Column, *Certiorari Review of Orders Denying Discovery in Civil Cases, Part I*, Fla. Bar J., Mar./Apr. 2022, https://www.floridabar.org/the-florida-bar-journal/certiorari-review-of-orders-denying-discovery-in-civil-cases-part-i/

Appellate Column, *The Role Language Plays in Determining the Finality of Orders on Dispositive Motions*, J. Fla. Justice Ass'n, Sept./Oct. 2018, at 42

Feature, *Reversed and Remanded for a New Trial: A Guide to Retrial in Civil Cases*, Fla. Bar J., July/Aug. 2018, https://www.floridabar.org/the-florida-bar-journal/reversed-and-remanded-for-a-new-trial-a-guide-to-retrial-in-civil-cases/

Appellate Column, *Appellate Review of Orders on Defense Motions to Transfer Venue for Forum Non Conveniens & Implications for Litigating the Issues in the Trial Court*, J. Fla. Justice Ass'n, July/Aug. 2017

Appellate Column, *Ensuring the Success of Your Motions in Limine and Preserving the Record for Appeal*, J. Fla. Justice Ass'n, Sept./Oct. 2016

Appellate Column, *Contrary to What You Might Think, a Lawyer Can Be a Witness*, J. Fla. Justice Ass'n, Jan. 2014 (with Bard D. Rockenbach)

Feature, *Florida's Medical Malpractice Presuit Requirements: Speed Bumps and Roadblocks on the Road to the Courthouse*, J. Fla. Justice Ass'n, Dec. 2012

**Popular media**

*Phony Originalism Could Cost Florida Women Their Abortion Rights*, Slate, Jan. 18, 2024, https://slate.com/news-and-politics/2024/01/phony-originalism-florida-abortion-rights-desantis.html

*The state constitutional aspects of Monique Worrell's suspension*, Florida Politics, Aug. 18, 2023, https://floridapolitics.com/archives/629500-adam-richardson-the-state-constitutional-aspects-of-monique-worrells-suspension/

*DeSantis, judicial nominating panel slow-walking important vacancy*, City & State Fla., Aug. 9, 2023, https://www.cityandstatefl.com/opinion/2023/08/opinion-desantis-judicial-nominating-panel-slow-walking-important-vacancy/389178/

*Florida Supreme Court made right call on Andrew Warren case*, Sun-Sentinel, July 11, 2023, https://www.sun-sentinel.com/2023/07/11/florida-supreme-court-made-right-call-on-andrew-warren-case-opinion/

*Florida Constitution protects a person's right to choose*, City & State Fla., Oct. 26, 2022, https://www.cityandstatefl.com/opinion/2022/10/opinion-florida-constitution-protects-persons-right-choose/378884/

*The State Constitution of Florida—Yes, Florida—Protects the Right to Abortion*, Slate, June 28, 2022, https://slate.com/news-and-politics/2022/06/florida-15-week-abortion-ban-state-constitution-privacy-rights.html

*Florida Republicans Are Passing Unconstitutional Laws That Threaten the State Supreme Court's Legitimacy*, Slate, Mar. 15, 2021, https://slate.com/news-and-politics/2021/03/florida-supreme-court-desantis-republicans-precedent.html

*Florida's system for nominating judges has become a partisan tool and must be reformed*, Fla. Phoenix, Oct. 5, 2020, https://www.floridaphoenix.com/2020/10/05/floridas-system-for-nominating-judges-has-become-a-partisan-tool-and-must-be-reformed/

*Ron DeSantis Has No Power to Shield Florida Health Care Providers From Coronavirus Lawsuits*, Slate, Apr. 14, 2020, https://slate.com/news-and-politics/2020/04/ron-desantis-florida-health-care-immunity.html

*Ron DeSantis May Illegally Appoint a Florida Supreme Court Justice*, Slate, Apr. 1, 2020, https://slate.com/news-and-politics/2020/04/ron-desantis-renatha-francis-florida-supreme-court.html

*Ron DeSantis Is Breaking the Law*, Slate, Mar. 23, 2020, https://slate.com/news-and-politics/2020/03/florida-coronavirus-ron-desantis-supreme-court.html

*What's at Stake for Us in the Election for Florida's Next Governor*, Justice Ass'n News (Palm Beach Cnty. Justice Ass'n, W. Palm Beach, Fla.), Oct. 2018, at 4

**Cases with opinions (out of over 200 appellate proceedings)**

*Williams v. Leesburg Med. Ctr.*, No. 2024-1910 (Fla. 5th DCA Jan. 30, 2026) (loss; orally argued)
*Wells v. Quintero*, No. 5D2024-3379, 2026 WL 179234 (Fla. 5th DCA Jan. 23, 2026) (loss; orally argued)
*Wood v. Progressive Select Ins. Co.*, No. 24-13479 (11th Cir. Nov. 5, 2025) (win), *rehearing denied* (Dec. 1, 2025)
*Farese v. Aker*, 412 So. 3d 800 (Fla. 4th DCA 2025) (win)
*Richardson v. Fla. Agency for Health Care Admin.*, 395 So. 3d 500 (Fla2024) (loss)
*Rosenberg v. Reliance Standard Life Ins. Co.*, No. 23-13761 (11th Cir. July 12, 2024) (win)
*Moon-Vileno v. Fla. Ass'n of Court Clerks*, 383 So. 3d 128 (Fla. 1st DCA 2024) (loss; orally argued), *rehearing denied* (Jan. 24, 2024)

*Tesla v. Monserratt*, 384 So. 3d 194 (Fla. 4th DCA 2024) (loss), *rehearing and rehearing en banc denied* (Feb. 23, 2024)

*Am. Builders Ins. Co. v. Southern-Owners Ins. Co.*, 71 F.4th 847 (11th Cir. 2023) (on petition for rehearing) (win)

*University of Fla. Bd. of Trustees v. Carmody*, 372 So. 3d 246 (Fla. 2023) (win; orally argued)

*Consul v. Progressive Am. Ins. Co.*, 666 F. Supp. 3d 1217 (M.D. Fla. 2023) (loss; orally argued), *appeal pending* (11th Cir.)

*Ilias v. USAA Gen. Indem. Co.*, 61 F.4th 1338 (11th Cir. 2023) (win)

*Hiatt v. Mathieu*, 350 So. 3d 357 (Fla. 4th DCA Aug. 24, 2022) (loss), *rehearing and rehearing en banc denied*, 350 So. 3d 387 (Fla. 4th DCA 2022)
- Receded from in *Nepola v. Nepola*, 373 So. 3d 642 (Fla. 4th DCA 2023) (en banc)

*Young v. New Residential Inv. Corp.*, 377 So. 3d 615 (Fla. 4th DCA 2023) (corrected opinion on appellees' motion for clarification) (loss)

*Rafferty v. Martin Mem. Med. Ctr.*, 335 So. 3d 144 (Fla. 4th DCA 2022) (mem.) (loss; orally argued)

*N. Lauderdale Supermarket v. Puentes*, 332 So. 3d 526 (Fla. 4th DCA Dec. 22, 2021) (loss)

*Cooper v. Rehabilitation Ctr. at Hollywood Hills*, 305 So. 3d 3 (Fla. 4th DCA 2020) (loss)

*Doe v. Univ. of Miami*, 307 So. 3d 953 (Fla. 3d DCA 2020) (mem.) (win; orally argued), *rehearing denied* (Nov. 17, 2020)

*Cavanaugh v. Stryker Corp.*, No. 4D19-523, 2020 WL 5937405 (Fla. 4th DCA Oct. 7, 2020) (loss; orally argued), *rehearing denied* (Jan. 12, 2021)

*Guttenberg v. Sch. Bd. of Broward Cnty.*, 303 So. 3d 518 (Fla. 2020) (mem.) (for amicus curiae Fla. Justice Ass'n in support of petitioner)

*Dungarani v. Benoit*, No. 5D19-139, 2020 WL 4574930 (Fla. 5th DCA Aug. 7, 2020) (loss; orally argued)

*Rehabilitation Ctr. at Hollywood Hills v. Fla. Power & Light*, 299 So. 3d 16 (Fla. 4th DCA 2020) (loss; orally argued)

*Norman v. DCI Biologicals Dunedin*, 301 So. 3d 425 (Fla. 2d DCA 2020) (win)

*Gannon v. Airbnb*, 295 So. 3d 779 (Fla. 4th DCA 2020) (loss; orally argued), *rehearing denied* (June 3, 2020), *review denied* (Oct. 19, 2020)

*Cabrera v. U.S. Bank*, 281 So. 3d 516 (Fla. 4th DCA 2019) (win)

*Palmentere Bros. Cartage Serv. v. Copeland*, 277 So. 3d 729 (Fla. 1st DCA 2019) (for amicus curiae Florida Justice Ass'n in support of appellee)

*Gurin Gold LLC v. Dixon*, 277 So. 3d 600 (Fla. 4th DCA 2019) (loss)

*Tabraue v. Doctors Hosp.*, 272 So. 3d 468 (Fla. 3d DCA 2019) (for amicus curiae Fla. Justice Ass'n in support of appellant), *review granted*, No. SC19-685, 2019 WL 3322517 (Fla. July 24, 2019).

*State Farm Mut. Auto. Ins. Co. v. Wallace*, 263 So. 3d 154 (Fla. 5th DCA 2018) (win)

*Morris v. Muniz*, 252 So. 3d 1143 (Fla. 2018) (for amicus curiae Fla. Justice Ass'n in support of petitioner)

*Berbridge v. Sam's East Inc.*, 728 Fed. App'x 929 (11th Cir. 2018) (loss)

*Davie Plaza LLC v. Iordanoglu*, 232 So. 3d 441 (Fla. 4th DCA 2017) (loss)

*Weaver v. Myers*, 229 So. 3d 1118 (Fla. 2017) (for amicus curiae Fla. Justice Ass'n in support of petitioner), *overruling Weaver v. Myers*, 170 So. 3d 873 (Fla. 1st DCA 2015) (also for amicus curiae FJA)
*Irimi v. R.J. Reynolds Tobacco Co.*, 234 So. 3d 789 (Fla. 4th DCA 2017) (loss; orally argued), *rev. granted*, No. SC18-251, 2018 WL 3635014 (Fla. July 18, 2018)
*Richbell v. Toussaint*, 221 So. 3d 764 (Fla. 4th DCA 2017) (loss; orally argued)
*Montero v. Nandlal*, 682 Fed. App'x 711 (11th Cir. 2017) (loss)
*Hartford Fire Ins. Co. v. Smith*, 203 So. 2d 1013 (Fla. 4th DCA 2016) (win)
*HCA Health Servs. of Fla. v. Byers-McPheeters*, 201 So. 3d 669 (Fla. 4th DCA 2016) (mem.) (loss)
*Underwater Engineering Servs. v. Utility Bd. of City of Key West*, 194 So. 3d 437 (Fla. 3d DCA 2016) (draw), *rehearing denied* (July 6, 2016)
*Coccaro v. GEICO Gen. Ins. Co.*, 648 Fed. App'x 876 (11th Cir. 2016) (win)
*Go v. Normil*, 184 So. 3d 554 (Fla. 4th DCA 2016) (win), *rehearing denied* (Feb. 15, 2016)
*Hensley Chalfant, P.A. v. Guardianship of Flannigan*, 198 So. 3d 653 (Fla. 2d DCA 2015) (win)
*Carib. Condo. v. City of Flagler Beach*, 178 So. 3d 426 (Fla. 5th DCA 2015) (loss; orally argued), *rehearing denied* (Nov. 13, 2015), *review denied* (Fla. May 17, 2016)
*Arnold v. Sec. Nat'l Ins. Co.*, 174 So. 3d 1082 (Fla. 4th DCA 2015) (win)
*Hurtado v. DeSouza*, 166 So. 3d 831 (Fla. 4th DCA 2015) (on rehearing) (loss; orally argued)
*Nandlal v. Montero*, 597 Fed. App'x 1021 (11th Cir. 2014) (unpublished) (win)
*Duong v. Ziadie*, 155 So. 3d 377 (Fla. 4th DCA 2014) (win)
*Orthopedic Care Ctr. v. Parks*, 155 So. 3d 377 (Fla. 3d DCA 2014) (win; orally argued), *rehearing denied* (Dec. 30, 2014), *review denied*, 168 So.3d 227 (Fla. 2015) (table)
*Safeco Ins. Co. of Ill. v. Beare*, 152 So. 3d 614 (Fla. 4th DCA 2014) (win), *rehearing denied* (Dec. 31, 2014)
*Stratton v. Port St. Lucie Mgmt.*, 149 So. 3d 100 (Fla. 4th DCA 2014) (for amicus curiae Fla. Justice Ass'n in support of appellant), *rehearing denied* (Oct. 17, 2014), *review denied*, 163 So. 3d 512 (Fla. 2015) (table)
*Boyles v. A & G Concrete Pools*, 149 So. 3d 39 (Fla. 4th DCA 2014) (loss), *rehearing denied* (Oct. 8, 2014)
*Heylin v. Gulfstream Prop. & Cas. Ins.*, 147 So. 3d 659 (Fla. 5th DCA 2014) (win; orally argued)
*Target v. Castellanos*, 568 Fed. App'x 886 (11th Cir. 2014) (unpublished) (win; orally argued)
*Ocean Palm Golf Club P'ship v. City of Flagler Beach*, 139 So. 3d 463 (Fla. 5th DCA 2014) (loss), *review denied*, 160 So. 3d 897 (Fla. 2015) (table)
*Lopez v. Andie's, Inc.*, 137 So. 3d 528 (Fla. 4th DCA 2014) (win; orally argued)
*Steinberg v. Winn-Dixie Stores*, 121 So. 3d 622 (Fla. 4th DCA 2013) (on rehearing) (win)
*Chaskes v. Gutierrez*, 116 So. 3d 479 (Fla. 3d DCA 2013) (loss), *rehearing denied* (July 12, 2013), *review denied*, 139 So. 3d 297 (Fla. 2014) (table)
*Homeward Residential v. Rico*, 110 So. 3d 470 (Fla. 4th DCA 2013) (win)
*Olen Props. v. Wren*, 109 So. 3d 263 (Fla. 4th DCA 2013) (draw)

**Presentations**

    Sarasota Bar Ass'n, *Reconciling the SCOTUS* Dobbs *Decision with the Florida Constitution's Explicit Right of Privacy* (Nov. 15, 2022)

    Florida Bar, Appellate Practice Section, Monthly Webinar Series: *Certiorari Review of Orders Denying Discovery in Civil Cases* (May 16, 2023)

    Florida Bar, Appellate Practice Section, Monthly Webinar Series: *A Not-So-"Little" Problem with Precedent: Intra-District Conflicts in Florida's District Courts of Appeals* (Aug. 15, 2024)

    Hillsborough County Bar Association, Appellate Practice Section: Breakfast with the 2DCA, *PCAs: Optimized, Overused, or Out of Order?* (Feb. 5, 2026)

**Memberships**

    Florida Justice Association
    Palm Beach County Justice Association
    Palm Beach County Bar Association

**Bar admissions**

    The Florida Bar, 2012
    U.S. Court of Appeals for the Eleventh Circuit, 2012
    U.S. District Court for the Southern District of Florida, 2018
    U.S. District Court for the Middle District of Florida, 2022