## Burlington and Rockenbach PA
## Wood v. Progressive Select Insurance Co.
Activity: All Dates

| Activity Date | Employee | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|
| **Adam J. Richardson** | | | | | |
| 10/24/2024 | Adam J. Richardson | Research deadline for cross-appeal and send email to assistant to calendar | 650.00 | 0.1 | 65.00 |
| 11/6/2024 | Adam J. Richardson | Review and revise draft notice of appeal | 650.00 | 0.2 | 130.00 |
| 11/8/2024 | Adam J. Richardson | Prepare and file Appearance of Counsel in 11th Circuit | 650.00 | 0.2 | 130.00 |
| 11/13/2024 | Adam J. Richardson | Receipt and review dismissal notice re transcript order form | 650.00 | 0.1 | 65.00 |
| 11/13/2024 | Adam J. Richardson | Receipt and review dismissal notice re CIP | 650.00 | 0.1 | 65.00 |
| 11/21/2024 | Adam J. Richardson | Receipt and review Motion to file documents out of time, CIP and and Civil Appeal Statement | 650.00 | 0.5 | 325.00 |
| 11/21/2024 | Adam J. Richardson | Drafting and filing CIP and Civil Appeal Statement | 650.00 | 1 | 650.00 |
| 11/22/2024 | Adam J. Richardson | Draft statement of anticipated issues for CAS and send to assistant for inclusion in draft | 650.00 | 0.3 | 195.00 |
| 11/27/2024 | Adam J. Richardson | Receipt and review of order from 11th on transcript order form | 650.00 | 0.2 | 130.00 |
| 12/02/2024 | Adam J. Richardson | Receipt and review notice of dismissal for cross-appellant re transcript order form | 650.00 | 0.1 | 65.00 |
| 12/03/2024 | Adam J. Richardson | Receipt and review notice of mediation | 650.00 | 0.1 | 65.00 |
| 12/05/2024 | Adam J. Richardson | Receipt and review OPC's signed transcript order form | 650.00 | 0.1 | 65.00 |
| 12/11/2024 | Adam J. Richardson | Drafting and filing transcript order form and motion for leave to file same | 650.00 | 0.6 | 390.00 |
| 01/07/2025 | Adam J. Richardson | Receipt and review order from 11th on transcripts and correspondence with assistant about same | 650.00 | 0.1 | 65.00 |
| 01/08/2025 | Adam J. Richardson | Receipt and review volumes 1-7 of the trial transcript | 650.00 | 0.3 | 195.00 |
| 01/13/2025 | Adam J. Richardson | Receipt and review briefing notice | 650.00 | 0.1 | 65.00 |
| 2/14/2025 | Adam J. Richardson | Email to J.Liggio regarding preparation of confidential mediation statement | 650.00 | 0.2 | 130.00 |
| 02/18/2025 | Adam J. Richardson | Drafting and finalizing confidential mediation statement; email correspondence with J.Liggio and team re same | 650.00 | 2.8 | 1,820.00 |
| 02/24/2025 | Adam J. Richardson | Attending mediation (impasse) | 650.00 | 0.5 | 325.00 |
| 03/17/2025 | Adam J. Richardson | Receipt and review motion for extension to file initial brief | 650.00 | 0.1 | 65.00 |
| 04/03/2025 | Adam J. Richardson | Receipt and review order granting Appellant's motion for extension | 650.00 | 0.1 | 65.00 |
| 04/11/2025 | Adam J. Richardson | Receipt and review Initial Brief | 650.00 | 1 | 650.00 |
| 4/21/2025 | Adam J. Richardson | Receipt and review 11th circuit decision sent by trial counsel | 650.00 | 0.2 | 130.00 |
| 06/02/2025 | Adam J. Richardson | Receipt and review of 11th's dismissal of Progressive's appeal for lack of prosecution and correspondence with trial counsel on same on how it affects our cross-appeal | 650.00 | 0.3 | 195.00 |
| 06/03/2025 | Adam J. Richardson | Receipt and review Motion for Leave to file Appendix out of time (with Appendix) | 650.00 | 0.2 | 130.00 |
| 06/03/2025 | Adam J. Richardson | Drafting and filing motion for extension to file answer brief | 650.00 | 0.3 | 195.00 |
| 06/06/2025 | Adam J. Richardson | Receipt and review Order Granting Motion to Reinstate | 650.00 | 0.1 | 65.00 |
| 06/10/2025 | Adam J. Richardson | Receipt and review order granting motion for extension | 650.00 | 0.1 | 65.00 |
| 06/18/2025 | Adam J. Richardson | Receipt and review Joint Notice of Compliance with Reinstatement Order; correspondence with OPC re same | 650.00 | 0.3 | 195.00 |
| 07/07/2025 | Adam J. Richardson | Reviewing southern district docket and drafting Answer Brief | 650.00 | 4 | 2,600.00 |
| 07/08/2025 | Adam J. Richardson | Drafting Answer Brief; T/C with J.Liggio re same | 650.00 | 5.6 | 3,640.00 |
| 7/9/2025 | Adam J. Richardson | Research | 650.00 | 2.6 | 1,690.00 |
| 07/09/2025 | Adam J. Richardson | Drafting Answer Brief | 650.00 | 7.5 | 4,875.00 |
| 7/10/2025 | Adam J. Richardson | Research | 650.00 | 0.5 | 325.00 |
| 7/10/2025 | Adam J. Richardson | Emailing draft answer brief/cross-initial brief to J.Liggio with comments; reviewing J.Liggio's revisions to draft answer brief/cross-initial brief | 650.00 | 3 | 1,950.00 |
| 07/11/2025 | Adam J. Richardson | T/C with J.Liggio regarding Brief | 650.00 | 0.2 | 130.00 |
| 07/11/2025 | Adam J. Richardson | Revising and finalizing brief while dealing with record-on-appeal issue | 650.00 | 4 | 2,600.00 |

| | Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 7/16/2025 | Adam J. Richardson | Email to opposing counsel regarding the record on appeal and a missing exhibit, pertinent to our appendix | 650.00 | 0.2 | 130.00 |
| | 7/18/2025 | Adam J. Richardson | Receipt and review of email from opposing counsel with missing exhibit attached | 650.00 | 0.1 | 65.00 |
| | 08/04/2025 | Adam J. Richardson | Receipt and review Certificate of Compliance re Admitted Evidence | 650.00 | 0.1 | 65.00 |
| | 08/08/2025 | Adam J. Richardson | Multiple emails with J.Liggio and team re exhibits to be filed in lower court | 650.00 | 0.2 | 130.00 |
| | 08/11/2025 | Adam J. Richardson | Receipt and review Certificate of Interest Persons | 650.00 | 0.1 | 65.00 |
| | 09/22/2025 | Adam J. Richardson | Drafting and filing motion for extension to file reply brief | 650.00 | 0.2 | 130.00 |
| | 09/24/2025 | Adam J. Richardson | Receipt and review order granting motion for extension for reply brief | 650.00 | 0.1 | 65.00 |
| | 09/25/2025 | Adam J. Richardson | Reviewing briefs and drafting Reply Brief | 650.00 | 2.5 | 1,625.00 |
| | 09/25/2025 | Adam J. Richardson | Correspondence with J.Liggio about jury instruction issue in cross-appeal | 650.00 | 0.2 | 130.00 |
| | 09/26/2025 | Adam J. Richardson | Drafting Reply Brief | 650.00 | 5.6 | 3,640.00 |
| | 09/30/2025 | Adam J. Richardson | Revising, finalizing and filing Cross-Reply Brief; multiple emails with J.Liggio re same | 650.00 | 5.2 | 3,380.00 |
| | 10/07/2025 | Adam J. Richardson | Receipt and review deficiency to file CIP (OPC) | 650.00 | 0.1 | 65.00 |
| | 10/08/2025 | Adam J. Richardson | Receipt and review Appellant's CIP | 650.00 | 0.1 | 65.00 |
| | 10/23/2025 | Adam J. Richardson | Receipt and review notice of deficiency to provide copies | 650.00 | 0.1 | 65.00 |
| | 10/29/2025 | Adam J. Richardson | Receipt and review Appellant's Notice of Compliance | 650.00 | 0.1 | 65.00 |
| | 11/05/2025 | Adam J. Richardson | Receipt and review opinion | 650.00 | 0.5 | 325.00 |
| | 11/6/2025 | Adam J. Richardson | Multiple emails with J.Liggio and P.Burlington | 650.00 | 0.5 | 325.00 |
| | 11/18/2025 | Adam J. Richardson | Drafting and filing Motion to Transfer and Bill of Costs; emails with J.Liggio re same | 650.00 | 0.5 | 325.00 |
| | 11/26/2025 | Adam J. Richardson | Receipt and review Petition for Rehearing | 650.00 | 0.5 | 325.00 |
| | 01/07/2026 | Adam J. Richardson | Receipt and review Order Denying Motion for Rehearing | 650.00 | 0.1 | 65.00 |
| | 01/27/2026 | Adam J. Richardson | Receipt and review Order Granting Motion to Transfer Consideration of Fees | 650.00 | 0.1 | 65.00 |
| | 01/28/2026 | Adam J. Richardson | Zoom meeting with J.Liggio | 650.00 | 0.5 | 325.00 |
| **Total for Adam J. Richardson** | | | | | **55.3** | **$ 35,945.00** |
| **Philip M. Burlington** | | | | | | |
| | 7/9/2024 | Philip M. Burlington | Reviewing and revising Answer Brief | 950.00 | 2 | 1,900.00 |
| | 10/23/2024 | Philip M. Burlington | Telephone call with J.Liggio re new matter | 950.00 | 0.3 | 285.00 |
| | 11/4/2024 | Philip M. Burlington | Multiple emails with J.Liggio | 950.00 | 0.1 | 95.00 |
| | 11/06/2024 | Philip M. Burlington | Prepare and file Notice of Cross-Appeal | 950.00 | 0.3 | 285.00 |
| | 11/6/2024 | Philip M. Burlington | Multiple emails with J.Liggio and A.Richardson | 950.00 | 0.5 | 475.00 |
| | 11/08/2024 | Philip M. Burlington | Prepare and file Appearance of Counsel Form | 950.00 | 0.2 | 190.00 |
| | 12/3/2024 | Philip M. Burlington | Telephone call with J.Liggio | 950.00 | 0.2 | 190.00 |
| **Total for Philip M. Burlington** | | | | | **3.6** | **$ 3,420.00** |
| **Kara B. Tipping** | | | | | | |
| | 04/25/2025 | Kara B. Tipping | T/C with clerk re first extension to file answer brief | 175.00 | 0.1 | 17.50 |
| | 07/17/2025 | Kara B. Tipping | Drafting and putting together Appendix to Initial Brief (Vols. 1-4) | 175.00 | 5 | 875.00 |
| | 07/18/2025 | Kara B. Tipping | Finalizing and filing Appendix to Answer Brief (Vols. 1-4) | 175.00 | 3.8 | 665.00 |
| | 10/03/2025 | Kara B. Tipping | Receipt and review notice re copies to clerk | 175.00 | 0.1 | 17.50 |
| | 10/06/2025 | Kara B. Tipping | Finalizing and mailing package to 11th circuit | 175.00 | 1.5 | 262.50 |
| **Total for Kara B. Tipping** | | | | | **10.5** | **1,837.50** |
| **Total** | | | | | **69.4** | **$ 41,202.50** |