**Philip M. Burlington, Esq.**
Burlington & Rockenbach, P.A.
1601 Forum Place, Suite 600
West Palm Beach, FL 33401
(561) 721-0400
www.FLAppellateLaw.com

Philip M. Burlington is a partner in the law firm of Burlington & Rockenbach, P.A. He is a board-certified appellate attorney, whose practice has encompassed over 800 appeals, including trial-level preparation and assistance.

Mr. Burlington received his B.A. degree at Johns Hopkins University in 1975, and his juris doctorate degree at the University of Florida in 1978. He was admitted to the Florida Bar in 1979.

From 1979 to 1981, Mr. Burlington served as a law clerk to Senior U.S. District Judge Charles B. Fulton and U.S. District Judge James C. Paine, U.S. District Court for the Southern District of Florida. Additionally, from 1981 to 1985, he served as a law clerk to Senior U.S. District Judge William J. Campbell, U.S. District Court for the Northern District of Illinois.

From 1998 to 2019, Mr. Burlington served as chairperson of the Academy of Florida Trial Lawyers'/Florida Justice Association's Amicus Curiae Committee and was a member on its board of directors. Mr. Burlington is the recipient of the association's 2000 S. Victor Tipton Award for superior achievement in legal writing.