UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14172-CIV-MARTINEZ/Maynard

BRYAN WOOD and KAYLEE WOOD,

      Plaintiffs,

v.

PROGRESSIVE SELECT INSURANCE CO.,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") of the Honorable Shaniek M. Maynard, United States Magistrate Judge, on Plaintiffs' Verified Motion for Appellate Attorney's Fees [ECF No. 268]. Judge Maynard recommends that Plaintiffs' Motion should be granted in part and denied in part. The Court has reviewed the entire file and record, and to date, no objections have been filed to the R&R. The deadline to file objections has now expired. The failure to timely file objections bars the parties from a *de novo* determination by the District Judge of an issue covered in the R&R and bars the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the R&R. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that Judge Maynard's R&R **[ECF No. 280]** is **AFFIRMED and ADOPTED**. Plaintiffs' Motion **[ECF No. 268]** is **GRANTED IN PART and DENIED IN PART** as set forth in the R&R. Plaintiffs are **AWARDED** appellate attorney's fees in the total amount of $31,925.00 for which let execution issue.

**DONE AND ORDERED** in Miami, Florida, this __/__ day of July 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Maynard;
       all counsel of record